# WASHTENAW COUNTY SHERIFF'S OFFICE

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

# DEATH INVESTIGATION STANLEY JACKSON DOD: 8/20/10

Washtenaw County Risk Management
Duplicate Copy
2/7/11

## INDEX

1.  Michigan State Police (MSP) Report ....................................................................0001
2.  911 Call For Service ........................................................................................0024
3.  Washtenaw County Sheriff's Office (WCSO) Reports ...........................................0026
4.  Michigan State Police Drug Report ....................................................................0135
5.  Pathology ......................................................................................................0143
6.  St. Joseph Mercy Health System Medical Records ..............................................0163
7.  St. Joseph Mercy Health System Security Records ..............................................0194
8.  2002 Reports (Stanley Jackson) ........................................................................0207
9.  Search Warrant and Affidavit ...........................................................................0216
10. Taser Downloads .............................................................................................0223
11. Photos ...........................................................................................................0235
12. Prosecutor Review ..........................................................................................0241

Michigan State Police (MSP) Report

| Michigan Department of State Police | ORIGINAL DATE Sat, Aug 21, 2010 | | INCIDENT NO. 025-0003468-10 (DB) |
|---|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 0115 | | FILE CLASS 09002 |

| | WORK UNIT MSP METRO SOUTH TAYLOR | | COUNTY Washtenaw |
|---|---|---|---|
| COMPLAINANT WASHTENAW COUNTY SHERIFFS OFFICE | | | TELEPHONE NO. (734)971-8400 |
| ADDRESS: STREET AND NO. 2201 HOGBACK ROAD | CITY ANN ARBOR | STATE MI | ZIP CODE 48105- |
| INCIDENT STATUS Open | | | |

# IN CUSTODY DEATH INVESTIGATION

## INFORMATION:

I was contacted, while off duty, by D/F/Lt Darryl Hill - Michigan State Police Second District Headquarters on Friday, August 20, 2010 at approximately 7:15pm.  D/F/Lt Hill advised that I would be the OIC (officer in charge) of the investigation.  I was requested to respond to Washtenaw County Sheriff's Office to investigate the death of an individual that had been tasered and later died at St. Joseph Mercy Hospital.  I responded to Washtenaw County Sheriff's Office arriving at 8:25pm.  I received a briefing from Lt. Trester and Commander Heren.  D/Sgt Bundshuh, Michigan State Police Ypsilanti Post also responded to Washtenaw County Sheriffs Office and assisted with the investigation.  We determined that D/SGT Bundshuh would respond to St. Joseph Mercy Hospital and begin interviewing staff, attempting to locate surveillance video, and obtaining further information as to the identity of the deceased individual.  I remained at Washtenaw County Sheriff's Office and worked with Lt. Trester to secure video, taser's, 911 calls, central dispatch radio traffic, and reports.

## VENUE:

WASHTENAW COUNTY , SUPERIOR TWP

## DATE & TIME:

ON OR AFTER: FRI, AUG 20, 2010 AT 1650   AND BEFORE: FRI, AUG 20, 2010 AT 1820

## COMPLAINANT:

NAME: WASHTENAW COUNTY SHERIFFS OFFICE
     POLICE AGENCY
ADDRESS:
     2201 HOGBACK ROAD
     ANN ARBOR, MI 48105
PHONE:
     BU: (734)971-8400
     FX: (734)971-9248

| PAGE 1 of 5 | INVESTIGATED BY D/SGT ROBERT WEIMER #256 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

Michigan Department of State Police

ORIGINAL INCIDENT
REPORT

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Sat, Aug 21, 2010 | 025-0003468-10 (DB) |
| TIME RECEIVED | FILE CLASS |
| 0115 | 09002 |

## VICTIM:

NAM: STANLEY HUGH JACKSON

NBR: 11827    DIR:
STR: MEADOWS
SFX: COURT
CTY: BELLEVILLE          ST: MI
TXH:                     ZIP: 48111
TXW:
SMT: Arm, left upper (tat)

RAC: B          ETH:
SEX: M          OPS: MI/J250777319143
DOB: 02/24/1979  SSN: 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
HGT: 6'00"       SID: MI/01708637P
WGT: 252         FBI: 676957TA9
HAI: BLK         MNU:
EYE: BRO         PRN: 372820

## MOTHER OF VICTIM:

NAM: PEARLIE MAE JACKSON

NBR: 8707    DIR:
STR: HEATHER
SFX: DRIVE
CTY: YPSILANTI          ST: MI
TXH:                    ZIP: 48198
TXW:
MB: (734)262-6502

RAC: B          ETH:
SEX: F          OPS: MI/J250680572270
DOB: 04/06/1947  SSN:
HGT:            SID:
WGT:            FBI:
HAI:            MNU:
EYE:            PRN:

## PROPERTY:

SEIZED BY: ROBERT WEIMER

Prop 0001 - Desc: ONE BLACK TASER MODEL X26 SERIAL NUMBER X00-442196 WITH ONE
SPENT CARTRIDGE AND ONE NEW CARTRIDGE ATTACHED TO THE GRIP. THE SPENT
CARTRIDGE HAS ONE OF THE SPENT PROBES UPSIDE DOWN INSIDE THE CARTRIDGE. Type:
Weapon (Non-Firearm) Value: $400.00
Obtained From: 2201 HOGBACK RD
48105
Washtenaw County At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
DEPUTY SEAN URBAN

Prop 0002 - Desc: ONE BLACK TASER MODEL X26 SERIAL NUMBER X00-303574 WITH ONE NEW
CARTRIDGE ATTACHED Type: Weapon (Non-Firearm) Value: $400.00
Obtained From: 2201 HOGBACK RD
48105
Washtenaw County At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
DEPUTY THOMAS MERCURE

Prop 0003 - Desc: ONE CLEAR PLASTIC BOTTLE WITH AN ORANGE LID THAT CONTAINS ONE
TASER PROBE THAT DR BORA  REMOVED FROM ONE OF STANLEY JACKSON'S UPPER
SHOULDER AREAS AT ST JOSEPH MERCY HOSPITAL.  I RECEIVED THE TASER PROBE FROM
D/SGT BUNDSHUH Type: Miscellaneous
Obtained From: 5301 E HURON RIVER DR
48106 Washtenaw County At or Near: ST JOSEPH MERCY HOSP ER DEPT

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 2 of 5 | D/SGT ROBERT I WEIMER #256 | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Aug 21, 2010 | INCIDENT NO.<br>025-0003468-10 (DB) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>0115 | FILE CLASS<br>09002 |

Prop 0004 - Desc: ONE PAIR OF DENIM BLUE JEANS (PREVIOUSLY CUT); WHITE T-SHIRT (5X) (PREVIOUSLY CUT); BLUE TANK TOP (PREVIOUSLY CUT); ONE PAIR OF WHITE SOCKS; BLUE/WHITE CHECKERED BOXERS; 2 BLACK CELL PHONE HOLDERS; ONE BROWN LEATHER BELT  Type: Miscellaneous
Obtained From:
Ann Arbor
Washtenaw County  At or Near: U OF M MORGUE
I RECEIVED THE ITEMS FROM TRACIE BRUGGER AT THE UNIVERSITY OF MICHIGAN MORGUE

Prop 0005 - Desc: ONE BLACK ELECTRONIC TETHER WITH SERIAL NUMBER HGS9300967 AND THE NUMBER 2503 BELOW THE SERIAL NUMBER (REMOVED FROM STANLEY JACKSON'S LEFT ANKLE)  Type: Miscellaneous
Obtained From:
Ann Arbor
Washtenaw County  At or Near: U OF M MORGUE
I RECEIVED THE ITEMS FROM TRACIE BRUGGER AT THE UNIVERSITY OF MICHIGAN MORGUE

Prop 0006 - Desc: ONE ORDER TO APPEAR AT THE 34TH DISTRICT COURT OF ROMULUS ON SEPTEMBER 8, 2010 FOR DEL/MAN DRUG MADE OUT TO A STANLEY HUGH JACKSON AT 11827 MEADOWS COURT BELLEVILLE, MI 48111  Type: Miscellaneous
Obtained From:
Ann Arbor
Washtenaw County  At or Near: U OF M MORGUE
I RECEIVED THE ORDER TO APPEAR ALONG WITH HIS BELONGINGS LISTED IN PROPERTY ITEM #4

SEIZED BY: ROBERT WEIMER
Prop 0007 - Desc: ONE STAPLES BRAND DVD-R IN A WHITE PAPER SLEEVE LABELED AS TEETS 10-5966 07345  Type: Miscellaneous
Descrp: DEPUTY TEETS IN CAR VIDEO
Obtained From: 2201 HOGBACK RD
Ann Arbor  MI 48105
Washtenaw County  At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
OBTAINED FROM LT. TRESTER IN HIS OFFICE

Prop 0008 - Desc: ONE STAPLES BRAND DVD-R IN A WHITE PAPER SLEEVE LABELED AS MERCURE 10-5966  Type: Miscellaneous
Descrp: DEPUTY MERCURES IN CAR VIDEO
Obtained From: 2201 HOGBACK RD
Ann Arbor  MI 48105
Washtenaw County  At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
OBTAINED FROM LT. TRESTER IN HIS OFFICE

| PAGE<br>3 of 5 | INVESTIGATED BY<br>D/SGT ROBERT WEIMER #256 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0004

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Aug 21, 2010 | INCIDENT NO.<br>025-0003468-10 (DB) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>0115 | FILE CLASS<br>09002 |

Prop 0009 - Desc: ONE STAPLES BRAND CD-R IN A PURPLE JEWEL CASE LABELED AS
DISPATCH RADIO TRAFFIC  Type: Miscellaneous
Descrp: DISPATCH RADIO TRAFFIC
Obtained From: 2201 HOGBACK RD
Ann Arbor  MI 48105
Washtenaw County  At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
OBTAINED FROM LT. TRESTER IN HIS OFFICE

Prop 0010 - Desc: ONE DVD IN A WHITE PAPER SLEEVE LABELED AS WASHTENAW COUNTY
SHERIFFS OFFICE AGENCY S. JACKSON - USE OF FORCE 10-5966 CERTIFIED COPY #17 DISK 1
OF 2  Type: Miscellaneous
Descrp: DIGITAL IN CAR VIDEO FROM DEPUTIES CARS
Obtained From: 2201 HOGBACK RD
Ann Arbor  MI 48105
Washtenaw County  At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
OBTAINED FROM LT. TRESTER IN HIS OFFICE

Prop 0011 - Desc: ONE DVD IN A WHITE PAPER SLEEVE LABELED AS WASHTENAW COUNTY
SHERIFF'S OFFICE AGENCY S. JACKSON - USE OF FORCE 10-5966 CERTIFIED COPY #18 DISK 2
OF 2  Type: Miscellaneous
Descrp: DIGITAL IN CAR VIDEO DOWNLOAD OF DEPUTIES CARS
Obtained From: 2201 HOGBACK RD
Ann Arbor  MI 48105
Washtenaw County  At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
OBTAINED FROM LT. TRESTER IN HIS OFFICE

Prop 0012 - Desc: ONE STAPLES BRAND DVD-R IN A WHITE PAPER SLEEVE LABELED GUYNES
10-5966 00338  Type: Miscellaneous
Descrp: IN CAR VIDEO FOR DEPUTY GUYNES
Obtained From: 2201 HOGBACK RD
Ann Arbor  MI 48105
Washtenaw County  At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
OBTAINED FROM LT. TRESTER IN HIS OFFICE

Prop 0013 - Desc: ONE STAPLES BRAND DVD-R IN A WHITE PAPER SLEEVE LABELED AS REICH
10-5966 00325  Type: Miscellaneous
Descrp: IN CAR VIDEO FOR DEPUTY REICH
Obtained From: 2201 HOGBACK RD
Ann Arbor  MI 48105
Washtenaw County  At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
OBTAINED FROM LT. TRESTER IN HIS OFFICE

| PAGE<br>4 of 5 | INVESTIGATED BY<br>D/SGT ROBERT WEIMER #256 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Aug 21, 2010 | INCIDENT NO.<br>025-0003468-10 (DB) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>0115 | FILE CLASS<br>09002 |

Prop 0014 - Desc: ONE STAPLES BRAND DVD-R IN A PURPLE JEWEL CASE LABELED AS KRINGS 8-20-10 #10-39829 Type: Miscellaneous
Descrp: DEPUTY KRINGS IN CAR VIDEO
Obtained From: 2201 HOGBACK RD
Ann Arbor MI 48105
Washtenaw County At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
OBTAINED FROM LT. TRESTER IN HIS OFFICE

Prop 0015 - Desc: ONE STAPLES BRAND DVD-R IN A GREEN JEWEL CASE LABELED AS SMITH 8-20-10 #10-39829 Type: Miscellaneous
Descrp: DEPUTY SMITHS IN CAR VIDEO
Obtained From: 2201 HOGBACK RD
Ann Arbor MI 48105
Washtenaw County At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
OBTAINED FROM LT. TRESTER IN HIS OFFICE

Prop 0016 - Desc: ONE STAPLES BRAND DVD-R IN A PINK JEWEL CASE LABELED AS SAYDAK 8-20-10 #10-39829 Type: Miscellaneous
Descrp: DEPUTY SAYDAK'S IN CAR VIDEO
Obtained From: 2201 HOGBACK RD
Ann Arbor MI 48105
Washtenaw County At or Near: WASHTENAW COUNTY SHERIFFS OFFICE
OBTAINED FROM LT. TRESTER IN HIS OFFICE

**STATUS:**

Open

| PAGE<br>5 of 5 | INVESTIGATED BY<br>D/SGT ROBERT WEIMER #256 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

Michigan Department of State Police

SUPPLEMENTAL INCIDENT
REPORT 0001

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Sat, Aug 21, 2010 | 025-0003468-10 (DB) |
| SUPPLEMENTARY DATE | FILE CLASS |
| Sat, Aug 21, 2010 | 09002 |

INCIDENT STATUS
Open

# IN CUSTODY DEATH INVESTIGATION

## JOURNAL:

8-21-10     D/Sgt Weimer     Investigation continues, pends reports, autopsy and neighborhood
canvass.

## AUTOPSY:

I attended the autopsy on Saturday, August 21, 2010. The autopsy was completed by Dr. Jentzen at the University of Michigan. Photographs were taken by Dr. Jentzen. Stanley Jackson had a tether on his right ankle that was removed by Dr. Jentzen prior to completing the autopsy. The tether was turned over to me as well as Stanley Jackson's clothing.

## CONTACT VICTIM'S MOTHER:

D/Sgt Dale Smith and I began the neighborhood canvass by contacting family at 8707 Heather Dr., Ypsilanti, MI. I asked to speak with Ms. Jackson (victim's mother). I advised Ms. Jackson that the Michigan State Police were investigating the incident and asked her if we could ask her some questions. Ms. Jackson said that she did not know what we wanted to ask her but that we could ask her some questions. I asked her if she was home during the incident. She said no. I asked her if anyone was home when everything happened. She said she did not believe so but she did not know for sure. I asked her how she was notified about the incident. She said she received a phone call telling her to get to her house. She thought the phone call was at approximately 4:45pm. She said she left work a little early and came to the house. I asked her what she was told when she got to the house. She said she parked down the street and had to walk to her house. She said she was met by Officer Michael Morocco. He told her that Stanley had been arrested and was going to be released pending a warrant. She said she knew Officer Morocco from before. She said that she was not told that Stanley was injured but was told that he was tazered. She said when she got to the hospital they would not let her see her son. I asked her what the doctors told her once she got to the hospital. She said the doctors did not tell her anything. I asked her if at some point a doctor sat down with her and explained what had happened. She said the doctor sat down with her but it was after about thirty minutes. She said the doctor told her that Stanley's heart stopped and they were not able to revive him. She said the doctor told her that he was thrashing and moving around on the table and then he died. Ms. Jackson said the doctor told her something else but she could not remember what it was. I asked Ms. Jackson and the other family members if they knew of anybody that I should interview that may have witnessed what happened. They all said that they did not and have not heard of anyone witnessing the incident. I provided Ms. Jackson with my business card and advised her to call me if she had any questions or if she heard any information.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 3 | D/SGT ROBERT WEIMER #256 | | |

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sat, Aug 21, 2010 | 025-0003468-10 (DB) |
| SUPPLEMENTAL INCIDENT | SUPPLEMENTARY DATE | FILE CLASS |
| REPORT 0001 | Sat, Aug 21, 2010 | 09002 |

## NEIGHBORHOOD CANVASS:

D/Sgt Dale Smith, MSP Ypsilanti Post and I conducted a neighborhood canvass in the area. The following people were contacted and interviewed.

### 8712 Heather (directly across the street from 8707 Heather):
When we arrived in the area there were two reporters standing on the front porch area talking to a black female. The reporters were at the residence entire time we were interviewing the mother of the victim across the street. As we approached 8712 Heather, the reporters left. We made contact with the same black female and asked her if she lived at the address. She advised that she did. We asked her if she saw what happened the night before across the street. She said she did not and was not home.

### 8724 Heather (across the street next to 8712):
There appeared to be people at home (cars in the driveway), however, the shades were pulled. No one answered the door.

### 8736 Heather:
No one was home.

### 8748 Heather:
There appeared to be people at home (cars in the driveway), however, no one answered the door.

### 8760 Heather:
We made contact with Edward and Martha Skrzypczak (734-485-6224 home) at 8760 Heather. Edward advised that they were home during the incident. Edward said he was at home when the incident happened but said I did not see the undercover's go in but I came out and seen the marked cars there. Edward said he did not want to tell me this in front of his wife, but he was not surprised that it was the drug team that went in. Edward said there was a guy that he was told to watch (told that he hasn't done anything yet) but he would meet vehicles in front of that house and he would be at the car window for five to ten seconds. Edward said he even did this one day in the rain and since then he has been hanging at that house all the time. Edward said a guy on the street said there were two raids that took place at the same time. Edward then said there was no show of force if that is what your looking for. Edward said that most of the police officers that showed up stayed outside and never went in the residence. Edward said the fire trucks and ambulance showed up on the scene. Edward said the paramedics went in the house with a backboard and then came back out to the front yard and left the backboard on the yard. The ambulance then went back into the house with a stretcher. They came back out with a male on the stretcher but Edward did not see anything else.

Martha said she was on the computer at the time and was told what happened. She said she did not hear or see anything. Martha said the neighbors have said that he was a bad guy. Martha also said that he was wearing a bracelet (tether) because he had been in trouble in the past. Martha said the family had a party last night (night of the death) and there were cars parked all over the street.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 2 of 3 | D/SGT ROBERT WEIMER #256 | | |

0008

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Aug 21, 2010 | INCIDENT NO.<br>025-0003468-10 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0001 | SUPPLEMENTARY DATE<br>Sat, Aug 21, 2010 | FILE CLASS<br>09002 |

**8772 Heather:**
We made contact with a male that advised that he was home at the time of the incident. I asked him if we could ask him a couple questions. He said he did not know anything. He said he saw the cop cars but nothing else.

**8769 Heather:**
No one was home.

**8755 Heather:**
We made contact with Jerry Wideman (734-645-4219 cell, 734-482-3634 home) on Saturday, August 21, 2010 at approximately 2:13pm. Jerry Wideman advised that he was home during the incident. He said he and his wife were in the backyard playing cards. He said he did not see anything until his neighbor from across the street came over, knocked on his door and said there were police cars all over. He said he walked across the street to watch but apparently everything was over by then. He said they had taken the man out of the house yet. He said he stood across the street until they brought him out. He said there was always lots of people coming and going all the time.

**8741 Heather:**
No one was home.

**8723 Heather:**
No one was home.

**8621 Heather:**
We made contact with John Hudson (734-485-4015). He advised that he was home during the incident but did not see anything. He said he saw all the cop cars and then saw the man get rolled out of the house and put in the ambulance. He said he could not tell if the guy was moving or how he was on the stretcher. He said he thought the guy had what looked like a respiration mask on when they wheeled him out of the house.

**8617 Heather:**
We made contact with a male home owner who advised that he was home at the time of the incident but did not see anything other than all the police cars. He did not know what was going on or what happened.

**8610 Heather:**
No one was home.

**8618 Heather:**
We made contact with a female home owner who advised that she had no idea of the incident that happened.

**STATUS:**

Open.

| PAGE<br>3 of 3 | INVESTIGATED BY<br>D/SGT ROBERT WEIMER #256 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sat, Aug 21, 2010 | 025-0003468-10 (DB) |
| SUPPLEMENTAL INCIDENT REPORT 0002 | SUPPLEMENTARY DATE | FILE CLASS |
| | Mon, Aug 23, 2010 | 09002 |

| INCIDENT STATUS |
|---|
| Open |

# IN CUSTODY DEATH INVESTIGATION

## JOURNAL:

8-23-10    D/Sgt Weimer        D.B. Review.  Pends search warrant for medical records from St. Joseph Mercy Hospital.

## SEARCH WARRANT AUTHORIZED:

I prepared a search warrant for medical records to be served at the Medical Records Department within St. Joseph Mercy Hospital on Monday, August 23, 2010.  The search warrant was reviewed and approved by Assistant Washtenaw County Prosecutor John Reiser.

## SEARCH WARRANT SIGNED:

I brought the approved search warrant before Magistrate Nelson of the 14B District Court in Ypsilanti.  I, while raising my right hand, swore to the information contained within the affidavit and search warrant.  The search warrant was authorized by Magistrate Nelson and signed on Monday, August 23, 2010 at approximately 4:12pm.

## ATTEMPT TO SERVE ST. JOSEPH MERCY HOSPITAL MEDICAL RECORDS:

I attempted to serve the search warrant at the Medical Records Department on Monday, August 23, 2010 at approximately 4:40pm.  I was advised by Medical Records Department personnel (black female) that the office closed at 4:30pm and they would not be able to assist me today.  I was advised to return on Tuesday, August 24, 2010.  The black female said I hope they can help you tomorrow though because we just had one like this and they would not release the information no matter what kind of paperwork they brought in.

## DOWNLOAD TASER INFORMATION:

I requested S/Sgt Kevin Lucidi to download two taser's that were utilized by Washtenaw County Sheriff's Office deputies.  I was present with S/Sgt Kevin Lucidi while he performed the download.  The taser's were downloaded on Monday, August 23, 2010 at approximately 8:50am at the Michigan State Police Metro South Post.

## TASER DOWNLOAD:

Sgt. Kevin Lucidi and I performed a download on the two taser's used by Washtenaw County Sheriff's deputies during the arrest of Stanley Jackson.  The download was performed on Monday, August 23, 2010 at the MSP Metro South Post.  I was present during the download.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 1 of 2 | D/SGT ROBERT WEIMER #256 | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Aug 21, 2010 | INCIDENT NO.<br>025-0003468-10 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0002 | SUPPLEMENTARY DATE<br>Mon, Aug 23, 2010 | FILE CLASS<br>09002 |

### TASER #1:

Taser International X-26, black in color.
Serial number X00-442196
Obtained from Deputy Sean Urban.

### TASER #1 DOWNLOAD:

I provided Sgt. Lucidi with taser #1 on Monday, August 23, 2010 at approximately 8:55am. During the initial attempt of a download, Sgt. Lucidi received "time synchronization" error between the computer clock and that of the taser. The taser time was corrected and documented on the download report. A complete history was downloaded from the taser.

According to the download, 2 individual deployments were recorded as relates to this incident. The deployments and durations are as follows:

1.  8-20-10      17:05:37 (end of cycle)     5 seconds
2.  8-20-10      17:11:02 (end of cycle)     5 seconds

### TASER #2:

Taser International X-26, black in color.
Serial Number X00-303574
Obtained from Deputy Thomas Mercure.

### TASER #2 DOWNLOAD:

I provided Sgt Lucidi with taser #2 on Monday, August 23, 2010 at approximately 9:05am. A complete history was downloaded from the taser.

According to the download, 2 individual deployments were recorded as relates to this incident. The deployments and durations are as follows:

1.  8-20-10      17:04:41 (end of cycle)     3 seconds
2.  8-20-10      17:04:53 (end of cycle)     5 seconds

### EXTERNAL DOCUMENTS:

Taser download file - 4 pages for Taser #1.
Taser download file - 7 pages for Taser #2.

### STATUS:

Open, pends further investigation.

| PAGE<br>2 of 2 | INVESTIGATED BY<br>D/SGT ROBERT WEIMER #256 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Aug 21, 2010 | INCIDENT NO.<br>025-0003468-10 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0003 | SUPPLEMENTARY DATE<br>Thur, Aug 27, 2010 | FILE CLASS<br>09002 |

| INCIDENT STATUS |
|---|
| Open |

# IN CUSTODY DEATH INVESTIGATION

## JOURNAL:

| 8-23-10 | D/Sgt Weimer | Pends receiving information from St. Joseph Mercy Hospital. |
|---|---|---|
| 8-24-10 | D/Sgt Weimer | I received electronic mail from Mike Trester, Washtenaw County Sheriff's Office. The mail advised that according to Mike Radzik, (retired Lieutenant, WCSO) who works for Ypsilanti Twp as the Liaison to the Sheriffs Office, he received information that Stanley Jackson was living at 821 West in Bryn Mawr (2277 S. Grove) apartments. |

## SEARCH WARRANT CONDUCTED AT ST. JOSEPH MERCY HOSPITAL:

I attempted to serve the search warrant at the Medical Records Department on Tuesday, August 24, 2010 at approximately 11:34am. I provided the receptionist a copy of the search warrant and advised her that I needed a copy of Stanley Jackson's medical chart. She immediately said oh he was transferred to U of M. I advised her that he was transferred to the U of M morgue. She then said oh the medical reports are not ready yet. I asked her when they would be ready and she said she would check. Karen Levandowski then came to the desk and was given the copy of the search warrant. She advised that they did not have any records for this because the patient was DOA (dead on arrival). I advised that her information was incorrect and that he passed away at the hospital. She then said well we don't have any records. I asked her if that was common to administer medications and perform CPR on a patient but have no medical records documenting such. She then looked down at her book and said we have no information on a Stanley Jackson he was listed as "John Doe". I asked them to give me a copy of "John Doe's" medical information. Karen told me that they did not have any information for "John Doe". I said that I thought they were playing games and I asked them how or what I needed to do in order to obtain these medical records. The receptionist said I'll tell you what to do, she provided me with a phone number for the Washtenaw County Medical Examiners Office and told me to contact them because they had copies of all the medical records. I asked them to give me copies of whatever they gave the medical examiners office. She advised that they gave all the records to the medical examiners office and they no longer had a copy. After going back and forth with the medical records personnel for approximately a half hour, I left in order to contact the medical examiners office to verify that they did in fact receive the medical records for Stanley Jackson.

## CONTACT WASHTENAW COUNTY MEDICAL EXAMINERS OFFICE:

I contacted the Washtenaw County Medical Examiner's Office on Tuesday, August 24, 2010 at 2:06pm. I spoke with Kristen Deaver regarding the medical reports from St. Joseph Mercy Hospital. She advised that they did not have any of the St. Joseph Mercy Hospital medical reports. She advised that she would attempt to get a copy of the medical reports and would forward me copy once she obtained them.

| PAGE<br>1 of 3 | INVESTIGATED BY<br>D/SGT ROBERT WEIMER #256 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0012

Michigan Department of State Police

SUPPLEMENTAL INCIDENT
REPORT 0003

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Sat, Aug 21, 2010 | 025-0003468-10 (DB) |
| SUPPLEMENTARY DATE | FILE CLASS |
| Thur, Aug 27, 2010 | 09002 |

Kristen Deaver contacted me on Wednesday, August 25, 2010. She advised that St. Joseph Mercy Hospital told her that they only had records for a "John Doe" and needed positive identification of the patient prior to releasing the medical records. Kristen Deaver provided them with the correct name. Kristen Deaver told me that St. Joseph Mercy Hospital was correcting their medical records and were going to be forwarding their report to the Medical Examiners Office.

I received electronic mail from Kristen Deavers on Friday, August 27, 2010 at 8:06am. She advised that according to the Chief Medical Examiner they would not be able to release Stanley Jackson's medical records from St. Joseph Mercy Hospital and that I would have to go direct with them to receive a copy of the medical records.

## SEARCH WARRANT FOR HVA RUN REPORT AUTHORIZED:

I prepared a search warrant for medical records to be served at Huron Valley Ambulance in order to obtain a copy of the run report that was prepared by paramedics; Lee French and Anthony Lyssiotis. The search warrant was prepared on Thursday, August 26, 2010. The search warrant was reviewed and approved by Assistant Washtenaw County Prosecutor John Reiser.

## SEARCH WARRANT SIGNED:

I contact Judge Pope of the 14B District Court in Ypsilanti regarding the search warrant. Judge Pope asked me to fax him a copy of the search warrant. While on the phone, I raised my right hand and swore to the information contained within the affidavit and search warrant. I then faxed the search warrant to Judge Pope. The search warrant was authorized and signed by Judge Pope on Thursday, August 26, 2010 at approximately 2:44pm.

## OBTAIN HURON VALLEY AMBULANCE RUN REPORT:

I drove to Huron Valley Ambulance, located at 1200 State Circle, Ann Arbor, MI. I provided them with a copy of the search warrant. I was given a three page report listed as call number 117737. The report contained information from paramedics Lee French and Anthony Lyssiotis.

## RE-CONTACT WASHTENAW COUNTY PROSECUTOR:

I re-contacted assistant Washtenaw County Prosecutor John Reiser on Friday, August 27, 2010 at approximately 9:00am. I inquired as to whether a new search warrant would be needed indicating that the medical records for Stanley Jackson or "John Doe" would be the item to be searched for. John Reiser advised that he would contact St. Joseph Mercy Hospital Medical Records personnel to see if they would release the medical records yet. John Reiser contacted me and advised that Karen Levandowski advised that the medical records have been corrected to reflect the patient's name (Stanley Jackson). Karen Levandowski advised that they would honor the search warrant and that I could pick up the medical records.

| | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| PAGE | D/SGT ROBERT WEIMER #255 | | |
| 2 of 3 | | | |

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sat, Aug 21, 2010 | 025-0003468-10 (DB) |
| SUPPLEMENTAL INCIDENT REPORT 0003 | SUPPLEMENTARY DATE | FILE CLASS |
| | Thur, Aug 27, 2010 | 09002 |

## OBTAIN MEDICAL RECORDS:

I went to St. Joseph Mercy Hospital on Friday, August 27, 2010 at approximately 11:21am. I met with Karen Lutz-Zawecki, who is the person in charge of medical records. Karen Lutz-Zawecki provided me with the medical records for Stanley Jackson. She also apologized for the delay and confusion regarding the medical records. She advised that because the patient was originally admitted as "John Doe" that until they corrected the patient's name they were unable to provide me with a copy. I obtained 30 pages from St. Joseph Mercy Hospital medical records including; ED Physicians Notes, ER Triage/Assessment, Emergency Room Progress Note, ER Disposition, Depart summary, ED Nursing / Other documentation, Ambulance/EMS Transport Sheet, Physician orders, Point of Care Testing, Telemetry Notes / Strips, Medication Administration Record Scheduled Meds, Medication Administration Record Continuous Infusions, Resuscitation Record, Care Plans, Direct Charting Flowsheet, and Respiratory Charting.

## PROSECUTOR REVIEW:

I inquired with APA John Reiser, Washtenaw County Prosecutors Office, as to whether or not the prosecutors office wanted to review my report upon completion. APA John Reiser left me a voicemail on Friday, August 27, 2010 at 12:59pm and advised that once my report was complete to send the report to APA Joe Burke at 200 N. Main Ann Arbor, MI (direct number 734-222-6672).

## STATUS:

Open, pends further investigation.

| PAGE 3 of 3 | INVESTIGATED BY D/SGT ROBERT WEIMER #256 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0014

Michigan Department of State Police

SUPPLEMENTAL INCIDENT
REPORT 0004

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Sat, Aug 21, 2010 | 025-0003468-10 (DB) |
| SUPPLEMENTARY DATE | FILE CLASS |
| Fri, Oct 08, 2010 | 09002 |

INCIDENT STATUS
Open

# IN CUSTODY DEATH INVESTIGATION

## JOURNAL:

| 9-1-10 | D/Sgt Weimer | Toxicology report received this date (via electronic mail) from Kristin Deaver, Washtenaw County Medical Examiners office. Toxicology report attached to report. Pends final autopsy report. |
|---|---|---|
| 9-2-10 | D/Sgt Weimer | D/Sgt Bundshuh, MSP Ypsilanti, sent electronic mail advising that Bill McFarland, Superior Twp Supervisor, had received correspondence and/or information regarding the Stanley Jackson incident (see additional information below). |
| 10-1-10 | D/Sgt Weimer | I contacted Ann Jackson of the Washtenaw County Medical Examiners Office this date. She advised that the autopsy report was not finished. She also advised that a FOI request needed to be made before their office could release the report. I sent a request via facsimile this date. I also sent electronic mail to Lt. Mike Trester at the Washtenaw County Sheriffs Office. |
| 10-8-10 | D/Sgt Weimer | Autopsy report received this date (via electronic mail) from Kristin Deaver, Washtenaw County Medical Examiners office. Autopsy report attached to report. Pends clarification reference no ativan listed on toxicology report. |

## INTERVIEW BILL MCFARLAND:

I received electronic mail from D/Sgt Bundshuh, MSP Ypsilanti on September 2, 2010 at approximately 12:38pm. D/Sgt Bundshuh's electronic mail advised that the Superior Twp Supervisor, Bill McFarland had received correspondence and/or information before the incident that Stanley Jackson was selling drugs in the area, and afterwards he has received correspondence, information, or verbal statements from people supporting the WCSD and LAWNET'S actions, information is that some may also be stating they witnessed the incident as well.

Based on the information obtained from D/Sgt Bundshuh, I contacted Bill McFarland on September 2, 2010 at approximately 3:00pm. He advised that he did not have any specific names of people but that citizens from the neighborhood had stopped into the fire department and expressed that they were in support of the duputies and the Sheriff and that it seems like the suspicious drug activity has diminished considerably.

## STATUS:

Open, pends clarification reference no ativan found on toxicology report.

| PAGE 1 of 1 | INVESTIGATED BY D/SGT ROBERT WEIMER #256 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Aug 21, 2010 | INCIDENT NO.<br>025-0003468-10 (DB) |
|---|---|---|
| SUPPLEMENTAL INCIDENT<br>REPORT 0005 | SUPPLEMENTARY DATE<br>Mon, Dec 13, 2010 | FILE CLASS<br>09002 |

| INCIDENT STATUS |
|---|
| Open |

# IN CUSTODY DEATH INVESTIGATION

## JOURNAL:

| 11-22-10 | D/Sgt Weimer | I contacted Dr. Jentzen, Washtenaw County Medical Examiner on November 22, 2010 at approximately 8:43am. I followed up with Dr. Jentzen as he was going to inquire about the testing procedure with the toxicologist as to the level of ativan tested for. Dr. Jentzen called back, I was advised that ativan was tested at 12.5 nanograms per milliliter and not even a trace remained in his system. Pends submission to Washtenaw County Prosecutors Office. |
|---|---|---|
| 12-13-10 | D/Sgt Weimer | The report was dropped off at the Washtenaw County Prosecutor's Office this date. Pends review. |

## STATUS:

Open, pends Washtenaw County Prosecutor review.

| PAGE<br>1 of 1 | INVESTIGATED BY<br>D/SGT ROBERT WEIMER #256 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0016

| Michigan Department of State Police | ORIGINAL DATE Sat, Aug 21, 2010 | | INCIDENT NO. 026-0004185-10 (01) |
|---|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 0001 | | FILE CLASS 09001 |
| | WORK UNIT MSP YPSILANTI | | COUNTY Washtenaw |

| COMPLAINANT PATROL | | | TELEPHONE NO. |
|---|---|---|---|
| ADDRESS: STREET AND NO. 1501 S HURON STREET | CITY YPSILANTI | STATE MI | ZIP CODE 48197- |
| INCIDENT STATUS Tot other police department | | | |

# ASSIST POST 25 DB

## INFORMATION:

On 8-20-10 at approx. 7:00PM I was contacted by D/Sgt. Smith inquiring about availability to assist with a death investigation. I confirmed availability and contacted F/Lt. Hill who authorized assistance to D/Sgt. Weimer of the Metro South Post.

The investigation involved the death of a Stanley Jackson who had died after having been tazered by deputies of the Washtenaw County Sheriff Department while assisting officers from LAWNET. The cause and manner of death was not known at the time, the victim was reported to have resisted arrest and been combative with both HVA during transport to St. Joseph hospital and combative with security upon arrival at St. Joseph Hospital. The victim was reported to have died at St. Joseph hospital in the ER.

I contacted WCSD Commander Heren who advised he and other representatives of WCSD would be available to brief on the incident at WCSD Station #1 administrative offices.

I contacted D/Sgt. Weimer briefed on the investigation and arranged to meet with him at the WCSD to be briefed by WCSD Commander Heren.

## VENUE:

## ST JOE HOSPITAL ER
WASHTENAW COUNTY , SUPERIOR TWP
5301 E HURON RIVER DR

## DATE & TIME:

ON OR AFTER: FRI, AUG 20, 2010 AT 1600   AND BEFORE: FRI, AUG 20, 2010 AT 1900

## INITIAL BRIEFING:

D/Sgt. Weimer and I met with WCSD Undersheriff Pasternak, Commander Heren, Lt. Trester, and Sgt. Hankamp in the administrative offices of WCSD. We were advised on the basics of the incident, see D/Sgt. Weimer's report for details.

| PAGE 1 of 7 | INVESTIGATED BY SGT BUNDSHUH #234 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Aug 21, 2010 | INCIDENT NO.<br>026-0004185-10 (01) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>0001 | FILE CLASS<br>09001 |

D/Sgt. Weimer requested I respond to the St. Joseph hospital E.R. to take photos of the deceased prior to removal by the Washtenaw County ME's office and also attempt to interview St. Joe hospital security personnel who were on scene at the time of this incident.

Information was that, WCSD had requested HVA to evaluate and transport Stanley Jackson to St. Joseph hospital by protocol due to the use of a tazer. No WCSD personnel had gone with HVA when they left the scene and none had followed the ambulance to the hospital. WCSD Deputies were reported to have went to St. Joseph hospital afterwards to take photographs, secure the scene and obtain the handcuffs that had been on Jackson when removed from the scene by HVA, multiple cuffs were reported needed to secure Jackson.

## ARRIVAL AT ST. JOSEPH HOSPITAL:

Upon arrival at St. Joseph hospital I was met by Lt. Antescevics who advised that WCSD personnel had secured the scene at the hospital and he provided a list of St. Joseph Hospital Security staff who had been involved in bringing Stanley Jackson into the hospital from the HVA rig and wheeling him to the ER room. The Security personnel were identified to me as:

1. Joseph Zaccaria - Tx  Mb 734-780-4617, Wk 734-712-3344
2. Danielle Weir
3. Deonte Bates
4. John Jungling

## ER ROOM SCENE SECURITY:

Upon arrival at St. Joseph Hospital I was advised by a WCSD female deputy that she had maintained security of the room where the deceased was at until my arrival, she kept a list of people who had entered the room. (See WCSD report for details).

## BRIEF WITH ME INVESTIGATOR:

Upon entry into ER I located Jackson in room #38, I entered the room and found ME Inv. Keith Johnson inside. He confirmed he had not moved the body of Jackson, having waited to do so until I arrived. He advised he had photographed the body already. He provided me a plastic evidence bottle containing one tazer probe, reportedly removed from the body of Jackson. He then allowed me to photograph Jackson's body and in so doing rolled Jackson's body over to examine his back and allowed me to photograph this as it was done. He advised there appeared to be no outward signs of trauma other than the apparent handcuff injuries to his wrists. There was a mark located on the right side of jackson consistent with the probe hitting his right side. Johnson pointed out an unknown white substance on Jackson's chest. He also pointed out a puncture on the right thigh of jackson said to be consistent with him having received an injection in the right thigh as reported. Jackson's socks were off and both had blood stains on them, there was no blood on the undersides of Jackson's feet and the origin of the blood  on the socks was undeterminable at tat time.

Johnson advised that all of Jackson's belongings and clothing would remain on Jackson or be collected from the ER and transported with Jackson's body to the morgue and could be obtained at autopsy if needed.

| PAGE<br>2 of 7 | INVESTIGATED BY<br>SGT BUNDSHUH #234 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sat, Aug 21, 2010 | | INCIDENT NO.<br>026-0004185-10 (01) |
|---|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>0001 | | FILE CLASS<br>09001 |

## EVIDENCE

(1) one clear plastic evidence bottle containing one apparent tazer probe, obtained from ME Inv. Johnson and turned over to D/Sgt Weimer prior to leaving the hospital.

## PHOTOS:

Photos were taken of the deceased while still on the bed in the ER at St. Joseph hospital. ME Inv. Keith Johnson was present and advised he had not touched the body yet prior to the photos being taken.

Twenty photos were taken while at St. Joseph hospital, 19 of the body of Jackson in Room #38 and one depicting where the HVA rig pulled into the St. Joseph Hospital ER Ambulance entrance. Three CDs were made, one was forwarded to Lansing photo lab on 8-31-10 via ID mail, one was placed in the Ypsilanti post photo file on 8-31-10, and one was given to D/Sgt. Weimer on 8-31-10.

## ST. JOSEPH HOSPITAL SECURITY PERSONNEL / WITNESSES:

NAM: DANIELLE MARY WEIR

| | | RAC: W | ETH: |
|---|---|---|---|
| NBR: 411      DIR: | | SEX: F | OPS: MI/W600135587452 |
| STR: WOODLAWN | | DOB: 06/17/1972 | SSN: 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 |
| SFX: | | HGT: | SID: |
| CTY: YPSILANTI | ST: MI | WGT: | FBI: |
| TXH: (734)544-8333 | ZIP: 48198 | HAI: | MNU: |
| TXW: | | EYE: | PRN: |
| MB: (734)780-5198 | | | |

Weir advised that she has been employed by St. Joseph Security since approx. Oct. 2009, she has no other job, she is a student at Washtenaw Community College in the nursing program. She advised she was working on 8-20-10 from 3PM to 11PM. She advised that Jackson was brought into the ER at approx. 1700 hrs on 8-20-10.

She advised that prior to Jackson's arrival she and Supervisor Zaccaria had been informed by Officer Bates that HVA was bringing in a guy that was both restrained and combative, they then responded tot he ER entry doorway area.

She did not know the names of the HVA personnel who brought Jackson in but stated she would recognize them if she saw them again.

She advised when the rig arrived her and Ofc.Bates walked out tot he rig together. She advised that as they approached she observed that Jackson was restrained in the rig but was combative in that he was banging his back vigourously on the gurney. She said he was screaming but not actual words. She advised that the HVA personnel found out what room to bring him to and they began to head to the ER. She advised that when Jackson was taken out of the rig he calmed down somewhat. She said HVA told him to stop the yelling and he did. She said he remained relatively calm until he was brought into the back of the ER. She said he was brought to room #38. She said once at the room there were other security officers who arrived, Jungling and Zaccaria and nurses and other staff. She advised that they had to move him from the HVA gurney to the

| PAGE<br>3 of 7 | INVESTIGATED BY<br>SGT BUNDSHUH #234 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE Sat, Aug 21, 2010 | | INCIDENT NO. 026-0004185-10 (01) |
|---|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 0001 | | FILE CLASS 09001 |

hospital bed, during this time he began fighting and wrestling with them as they switched him to the bed. She advised he tried to slide off the bed and was spitting. She advised he was again yelling and screaming but she did not recall any specific words coming from him. She advised that part of the process of taking him off the gurney and switching him to the bed was to remove the restraints that HVA used and applying the Hospital restraints. She advised the handcuffs remained on Jackson during this time. The deputies had not yet arrived to remove the cuffs. She advised they had not put soft arm restraints on him until after he was transferred to the bed. She advised they did not get them attached to the bed at that pint but rather were holding them. She advised the nurses put a spit mask on him due to his spitting. She advised he was sitting up and was still fighting with them so they layed him back and hospital staff gave him 2mg of Ativan to calm him down. She advised in the room at the time was : Her, Ofc. Bates, Ofc. Jungling, Ofc Zaccaria, Bruce a staff tech, another tech who's name she did not know, an RN named Scott, and Dr. Keenan Bora. She advised that the deputies arrived to take the cuffs off of him so they leaned him forward to remove the cuffs. She advised this is when Dr. Bora noticed Jackson did not appear to be breathing, she noticed his eyes rolled back as he was sat up. She advised hospital staff then began life saving attempts to jackson without success.

She advised she estimated that maybe 10-15 minutes had passed sineve Jackson's arrival at he Hospital.

NAM: JOSEPH ZACCARIA III

|  |  | RAC: W | ETH: |
|---|---|---|---|
| NBR: 3443 | DIR: W | SEX: M | OPS: MPZ260441000075 |
| STR: SCHAFFER | | DOB: 01/28/1966 | SSN: 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 |
| SFX: ROAD | | HGT: | SID: |
| CTY: PINCKNEY | ST: MI | WGT: | FBI: |
| TXH: (734)878-2630 | ZIP: 48169 | HAI: | MNU: |
| TXW: | | EYE: | PRN: |
| MB: (734)780-4617 | | | |

Zaccaria advised that he has been employed by St. Joseph Hospital Security for approx. 3yrs and he has no other job, he advised before this he had been employed by Ford.. He advised on 8-20-10 he was the afternoon Charge Officer (Supervisor). He advised his shift on 8-20-10 was from 3P - 11P. He advised he works as one of the hospital k-9 officers as well and was using his dog on that evening.

Zaccaria (unit #12) advised he had become aware that Jackson was being brought in by HVA from Ofc. Bates (unit #13). He advised Ofc. Bates had been contacted by the Charge nurse in the back of the ER and informed Ofc Bates of jackson being brought in restrained and combative. He advised that Ofc. Bates called for him and Ofc. Weir (unit #15) to respond. He advised that prior to his arrival at the ER entrance area, Ofc. Weir called Ofc. Jungling (unit #32) to respond as well due to Jackson being combative.

Zaccaria advised that they waited at the entry doors where the HVA rigs bring in the patients, he said as they arrived due to Jackson being combative he put his K-9 away in the kennel in the security booth at the the main entrance to the ER.He said after putting the dog away Jackson had already been wheeled into the ER to room #38 so he went there.

Zaccaria advised as he arrived to room #38 he observed Jackson still squirming around, combative, and he was notified that Jackson was also a spitter. He recalled seeing the two HVA techs giving a report tot he nurse, Ofc. Bates, Ofc. Weir, Ofc. Jungling, nurse Christin Paulson, nurse Scott Byrde, and Dr. Keenan Borada. He

| PAGE 4 of 7 | INVESTIGATED BY SGT BUNDSHUH #234 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE Sat, Aug 21, 2010 | | INCIDENT NO. 026-0004185-10 (01) |
|---|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 0001 | | FILE CLASS 09001 |

advised at this time Jackson was yelling and moaning, but nothing audible or verbal. He advised in his experience he appeared to be combative as opposed to being in pain or distress. He recalled that Jackson was still fighting, he was shackled (cuffed) behind his back and cravated at the legs. He said this is standard procedure especially if brought in by or for Law Enforcement a doctor or nurse orders four point restraints. He recalled that Dr. Borada ordered to put Jackson in four point restraints on the bed. He advised they put the restraints on while jackson was on the gurney and then transferred him to the bed, cuffs still on. Once on the bed they put the leg restraints on to allow removal of the HVA leg restraints. He recalled that he was holding Jackson's right arm and Ofc. Weir jackson's right leg. He did not recall where the others were due to his concern was with Jackson who was actively fighting with them. He said Jackson was initially layed down but they sat him up to try and remove his cuffs. He said this is when Jackson was spitting. He said they could not control him when he was sat up so they layed him back down. He said this is when hospital staff ordered a sedative (Ativan) for Jackson. He did not recall any other medicines being mentioned. He said he observed the shot being administered to Jackson's right thigh by Nurse Kristen Paulson. He advised that Paulson had likely obtained the Ativan from the Pixas machine in the nurses station in the ER. He said after a short time RN Scott Byrde noticed the Ativan had begun to work so they tried again to sit up Jackson to remove the cuffs. He said this is when Scott Byrde questioned if Jackson was breathing. He said the hospital staff then began life saving techniques on Jackson without success. He advised they remained there for a period incase needed again.

He advised the HVA personnel who brought Jackson in were Lee French and Anthony Lyssiotis.

Zaccaria advised that as the Charge Officer he would be completing a report of this incident that upon completion would be available. He advised the case number is #1036034.

Zaccaria showed me that the St. Joseph Hospital security camera system had one camera angle that would have covered Jackson being brought into the ER. The camera covers the area just inside the doors where Jackson was wheeled in by HVA after being taken tof the HVA rig. All other cameras covered angles outside of where Jackson was wheeled into the ER. Zaccaria advised a copy of the video footage would be made and provided to investigators when completed.

Zaccaria advised he would check to see if any radio communication could be recorded.

NAM: JOHN WILLIAM JUNGLING

| | | | RAC: W | ETH: |
|---|---|---|---|---|
| NBR: 4169 | DIR: | | SEX: M | OPS: MI/J524429887630 |
| STR: ROLLING MEADOW | | | DOB: | SSN: 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 |
| SFX: LANE | | | HGT: | SID: |
| CTY: YPSILANTI | ST: MI | | WGT: | FBI: |
| TXH: (734)572-0906 | ZIP: 48197 | | HAI: | MNU: |
| TXW: | | | EYE: | PRN: |
| MB: (734)476-2979 | | | | |

Jungling advised he is a retired MDOC Captain from the Huron Valley complex having served MDOC for 24yrs and having been a member of the Emergency Response Team. He advised since retiring he has been employed by St. Joseph Hospital Security for approx. 4yrs. He also works works for the Dexter Library. He advised he was working on 8-20-10 his shift was scheduled from 2:30PM to 10:30PM.

| PAGE 5 of 7 | INVESTIGATED BY SGT BUNDSEUH #234 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

Michigan Department of State Police

ORIGINAL INCIDENT
REPORT

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Sat, Aug 21, 2010 | 026-0004185-10 (01) |
| TIME RECEIVED | FILE CLASS |
| 0001 | 09001 |

He advised he became aware of Jackson being brought to St. Joseph Hospital as a result of a radio dispatch from Ofc. Bates advising a combative patient being brought in by HVA due to arrive in approx. 5 minutes. He said he then responded toward the ER entrance for HVA. He advised when he arrived Jackson had already been brought into room #38 he advised upon arrival he observed Jackson resisting by bucking and jerking. He advised he then held Jackson's right leg. He advised that Jackson was fighting them so much that even though he was holding Jackson's leg down Jackson was still able to lift it up. He said they were able to secure Jackson's legs to the bed with soft restraints. He advised that once his legs were secured he and Ofc. Zaccaria were bending Jackson up to a seated position to remove the cuffs and put on soft arm restraints. He advised that as they attempted this Jackson was still fighting with them and spitting, he advised a mask was put on jackson and a sheet used to block the spit. He advised a tech had them put him back down on his back and they put the soft restraints on his arms and held onto the restraints and strapped him to the bed. He said this is when a female nurse gave Jackson an injection in the right thigh. He advised that the nurse had to leave the room to get the medicine so he did not see where it came from. He advised that shortly after the injection, Jackson calmed down and relaxed, and stopped yelling enough to again attempt to remove the cuffs. He said they then removed the soft restraints from the bed and again sat Jackson up. He advised that when they sat him up he recalled someone questioning if jackson was breathing. He advised at this point hospital staff began life saving techniques on Jackson.

NAM: DEONTE ANTWUN BATES

| | | RAC: B | ETH: |
|---|---|---|---|
| NBR: 2354 | DIR: | SEX: M | OPS: MI/B320139067270 |
| STR: TWIN LAKES | | DOB: 04/06/1979 | SSN: 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 |
| SFX: DRIVE | APT/SUITE: TA | HGT: | SID: |
| CTY: YPSILANTI | ST: MI | WGT: | FBI: |
| TXH: | ZIP: 48197 | HAI: | MNU: |
| TXW: | | EYE: | PRN: |
| MB: (734)945-3757 | | | |

Bates advised that he has worked for St. Joseph Hospital Security for 10-11 months and that he additionally works for a company called Re-Cellular in Dexter. He advised he was working on the evening of 8-20-10 from 3P - 11P.

He advised he became aware that Jackson was being brought to St. Joseph Hospital as a combative patient from hearing the dispatch radio traffic on the HVA radio at approx. 5:15PM. He advised he relayed the information of an incoming restrained and combative patient and requested assistance. He advised that he, Ofc. Weir and Ofc. Zaccaria all responded to the ER HVA entrance area. He said when he arrived Jackson was still on the gurney in the HVA rig. He said Jackson was swaying and rocking inside and restrained. He a said once off the rig he was yelling and screaming, he could not recall any words, rather just screaming and yelling. He said he stopped yelling as they proceeded tot he ER room. He said when they arrived in the room they needed to transfer jackson from the gurney tot he hospital bed. He said that jackson resumed yelling when into the back of the ER and was yelling and combative with hem as they tried to transfer him from the gurney to the bed. He recalled that they had to switch the HVA restraints out with the hospital restraints. He also recalled that Jackson was handcuffed at his back with two sets of handcuffs. He recalled that someone had said Jackson was spitting in the room but he had his back turned at the time and did not see. He recalled that Jackson was tied tot he HVA gurney at he elbows and that once they got him onto the bed they applied restraints to his legs. He advised as they tried to remove his cuffs Jackson was fighting and they layed him

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 6 of 7 | SGT BUNDSHUH #234 | | |

0022

| Michigan Department of State Police | ORIGINAL DATE Sat, Aug 21, 2010 | INCIDENT NO. 026-0004185-10 (01) |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 0001 | FILE CLASS 09001 |

down on the bed on his back handcuffs still on. He advised that he observed nurse Kristen Paulson give Jackson a shot of was he understood to be Ativan to calm him down. He advised when they lifted him up to again try to remove the cuffs is when Jackson's head slumped down and someone questioned if he was breathing or not.

He recalled that Jackson had blood in or about the mouth but did not know where it had come from.

He recalled that Jackson had been tazed on the right side of his body.

He recalled seeing injuries to Jackson's wrist advising they seemed consistent with injuries from the handcuffs, he recalled them having appeared fresh when Jackson arrived.

STATUS:

Tot other police department

| PAGE 7 of 7 | INVESTIGATED BY SGT BUNDSHUH #234 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

911 Call For Service

# Call For Service

CFS Number: 100039829
Date: 8/20/2010

## Call For Service

| | | | |
|---|---|---|---|
| CFS Number | 100039829 | Complainant | |
| Date | 8/20/2010 | Address | 8707 Heather Dr |
| Dispatcher | 01741 - Poinier, Jeff | City, State, Zip | SUPERIOR TWP, MI   48198 |
| Call Source | 0 - Telephone | Phone | |
| Received | 6:49:37 PM | Call type | |
| Dispatched | 6:52:26 PM | Reported Offense | C3336 - Assist Citizen |
| Arrived | | Verified Offense | C3334 - Assist Other Govt Agency |
| Cleared | 6:52:30 PM | Tow Company | |
| Location | 8707 Heather Dr | Vehicle | |
| City, State, Zip | SUPERIOR TWP, MI   48198 | Vehicle License | |
| Jurisdiction | | Disposition | R - Report Taken |
| Grid | | Priority | |
| Sector | | Classification | |
| Map | 0 - N/A | | |
| X Coordinate | 4064013 | Agency | WD - Washtenaw Co Sheriff |
| Y Coordinate | 0085117 | Case | 1000005966 |

## Officers
01793 - Urban, Sean

Notes    - C3336 GENERAL ASSIST

Washtenaw County Sheriff's Office (WCSO) Reports

| | |
|---|---|
| 5962.1 | Chad Teets report |
| 5966.1 | Sean Urban |
| 5966.2 | Thomas Mercure |
| 5966.3 | Holly Farmer |
| 5966.4 | Dean Reich |
| 5966.5 | Sharon Saydak |
| 5966.6 | Nicholas Krings |
| 5966.7 | Jesse Smith |
| 5966.8 | Michelle McDonagh |
| 5966.9 | Ryan Steck |
| 5966.10 | Thomas Gaynes |
| 5966.11 | Mark VanTuyl |
| 5966.12 | Jeff Hankamp |
| 5966.13 | Mike Trester |
| 5966.14 | James Anuszkiewicz |
| 5966.15 | Lisa King |

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
··· 171-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s):<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | | Incident No. (Case Number)<br>1000005966.1 |
|---|---|---|---|
| | Date of Offense<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | | Location of Offense<br>8707 Heather Dr |

<table>
<tr><td rowspan="8">Arrestee Data</td><td colspan="6">True Name: (Last, First, Middle)<br><b>JACKSON, STANLEY HUGH Jr.</b></td></tr>
<tr><td colspan="3">Alias</td><td colspan="3">MI OPS./I.D.<br>J-250-777-319-143     MI   USA</td></tr>
<tr><td colspan="6">Address<br><b>8707 HEATHER DR</b></td></tr>
<tr><td colspan="6">City, State, Zip Code<br><b>Superior Twp, MI 48198</b></td></tr>
<tr><td colspan="3">Home Phone</td><td colspan="3">Business Phone:</td></tr>
</table>

| D.O.B.<br>2/24/1979 | Sex<br>M | Race<br>B | Ht<br>6' 0" | Wt<br>252 | Hair<br>BLK | Eyes<br>BRO | Criminal Record<br>( ) Yes ( ) No |
|---|---|---|---|---|---|---|---|

Status:
1. ( ) Jailed
2. ( ) Released
3. ( ) Appearance Ticket
4. ( ) Not Arrested

**Action Requested**
1. ( ) Arrest Warrant
2. ( ) Search Warrant
3. ( ) Padlock
4. ( ) Injunction
5. ( ) Forfeiture
6. ( ) Other

**BRIEF SUMMARY OF OFFENSES:** (Title/Summary)

Information:

On August 20, 2010 at approximately 5:00PM, several WCSO Deputies and I provided assistance to Detective Marocco (LAWNET) with an investigation. On that date and time I was traveling in fully marked WCSO patrol unit number 62, wearing an approved class "B" uniform.

Prior to the assistance provided, Detective Marocco related that he would be conducting surveillance at 8707 Heather Dr. Detective Marocco was conducting surveillance in attempt to identify drug activity specifically at the residence. Prior to Detective Marocco's investigation, Superior Twp officials also advised WCSO Station No. 6 Deputies that the township had received several complaints by citizens in the area of 8707 Heather Dr reference drug activity at the residence.

Detective Marocco advised that he would be utilizing my assistance as a traffic vehicle, conducting traffic stops and making contact with the suspect identified as Stanley Hugh Jackson JR. While holding a traffic point at Macarthur Blvd and Heather Dr, Detective Marocco requested for my assistance by radio. At that time, Detective Marocco requested that I make direct contact with two (2) subjects located in the driveway of 8707 Heather Dr reference the activity observed. At that time, I responded to the location. Deputy Mercure was following behind my patrol unit from Macarthur and Heather, as Detective Marocco proceeded toward the location from his surveillance point.

8707 Heather Dr Contact: (Officer Arrival)

As I proceeded toward 8707 Heather Dr, I observed Stanley Hugh Jackson JR and another unknown B/M standing in the drive way of the residence. Both subjects' were making observations of Detective Marocco as he proceeded toward the subjects in the unmarked surveillance vehicle. The subject's redirected their attention toward my patrol unit as I parked the vehicle at the end of the drive way of 8707 Heather Dr. As I exited fully marked WCSO patrol unit number 62, both subjects observed my officer presents as I proceeded out of the vehicle wearing a class "B" uniform.

0028

**Approach and Observations:**
As I proceeded up the drive way toward the subjects, Jackson immediately grabbed his waste band and started backing away toward the open garage. At that time, I gave a loud verbal command to Jackson to "STOP".

**Subject's Action: (Active Resistance)**
Continuing toward Jackson, Jackson then turned toward the open attached garage and began running toward the interior garage door entry to the residence holding his waste band. I gave several loud verbal commands to Jackson again to "STOP" and further advised that he would be tasered, as he continued into the residence holding his waste band.

Jackson continued into the residence opening a screen door and unsuccessfully attempted to shut the main entry door as I continued after Jackson in hot pursuit. Being in close proximity to Jackson, he continued through the kitchen and proceeded toward the living room. Jackson was screaming unrecognizable statements as he faced away from my position with his hands still near his waste band. I continued giving Jackson verbal commands to "Stop".

**Officer Action:**
As Jackson proceeded through the kitchen toward the living room, Jackson stopped near the living room and attempted to turn toward my direction. As Jackson turned toward my position, I feared that he may have brandished a deadly weapon from his waste band. At that point, I discharged the taser device that was un-holstered as I proceeded after Jackson as he entered the residence (Intermidiate Control). The device deployed successfully as Jackson fell to the kitchen floor. At that time, I continued verbal commands to Jackson in attempt to successfully detain him. I then grabbed hold of Jacksons arm as he lay on his side screaming for handcuffing. The subject continued to hold his arms tight near the front of his body as he received the effects of the taser(Active Resistance).

At that time, Deputy Mercure entered the residence in attempt to provide assistance. I continued to gain control of Jackson's right arm as his body still felt tense from the taser device. As Jackson's muscles began to un-tense, Deputy Mercure was able to place his handcuff on the right hand. Deputy Mercure then advised dispatch that the taser device was deployed and requested for HVA. Jackson began spitting up and making unrecognizable statements as he stared straight ahead without eye movement. Deputy Mercure held the handcuff attached to the right arm, as I secured a handcuff on Jackson's left arm.

As Jackson began to un-tense, Jackson attempted to turn over from his back to his stomach. Deputy Mercure and I held the handcuffs as we attempted to assist Jackson turn over. Once Jackson was on his stomach, Jackson attempted to actively resist our efforts. Jackson attempted several times to pull away from Deputy Mercure as we attempted to apply handcuffs.

**Active Resistance:**
While continuing our attempt to apply handcuffs, Jackson physically started to pull away as he attempted to get off the kitchen floor. Deputy Mercure and I held each arm and continued using museling techniques to hold Jackson to the floor. Jackson continued physically resisting Deputy Mercure and I as we continued to muscle Jackson's arms away from his body in attempt to successfully handcuff Jackson. Jackson continued resisting by holding his arms close to his body. Jackson continued screaming unrecognizable statements as he resisted our actions. As Jackson continued to wrestle away from us, Jackson was "Drive Stunned" by Deputy Mercure's taser device (Intermidiate Control). The device seemed to have no effect and Jackson continued resisting our efforts, as Deputy Reich and Deputy Farmer entered the residence to provide assistance.

At that time Deputy Mercure and I attempted to muscle Jackson's left arm behind his back. Deputy Farmer attempted to take control of Jackson's right arm, while Deputy Reich controlled Jackson's legs to reduce movement. After unsuccessfully gaining control, I applied a "Drive Stun" with my taser device to Jackson's mid-back section (Intermidiate Control). Again the taser appeared to have no effect on Jackson at that time. After securing my taser, Deputy Mercure and I successfully attached the left handcuff to the rear of Jackson's belt. Once secure, the right arm was then secured behind his back after struggling with his violent movements.

**Deputy Farmer Action:**
Deputy Farmer cleared the residence for officer safety, as Deputy Reich, Deputy Mercure, and I attempted to place Jackson in a seated position against the kitchen fridge. Jackson continued his aggressive movements, and continued to

kick around on the kitchen floor. I also observed Jackson attempting to reach with his right hand toward the front of his person. I patted down the area of Jackson's reach for officer safety at that time.

Scene Observations:
While waiting for medical personnel to respond to scene, I observed two (2) sandwich bags containing a green leafy plant material located on the kitchen table. I also observed several cigars next to the sandwich bags on the table.

HVA/Superior Twp FD:
HVA Medical personnel and Superior Fire Department arrived on scene to provide medical assistance, and to remove the taser darts. Prior to HVA providing medical assistance, I searched Jackson for officer safety.
No. 108
-Tony Lyssiotis
-Lee French

Person Search:
While searching Jackson, I recovered a large amount of money in the left front pant pocket. After lifting up Jackson's shirt, I discovered a plastic sandwich bag in the waste band of his pants. After removing the plastic bag, I discovered the bag contained several white powdery chunks.

Evidence:
All recovered property was photographed and provided to Detective Marocco on scene.

Command Notification:
Sgt Hankamp was on scene and advised of the incident.

Jackson Transport:
Prior to Jackson being transported to St. Joseph's Hospital, Jackson continued struggling and spitting. Jackson spit hit me in the face as I attempted to record a clear photograph. Jackson was then transported by HVA to St. Joseph's Hospital.

Further Officer Action:
After completing photographs and providing evidence to Detective Marocco, Sgt Hankamp requested that I respond to St. Joseph's Hospital.

St. Joseph's Hospital:
I made contact at St. Joseph's Hospital where I was directed to room No. 38. Upon entering, I observed that security had restrained Jackson to the hospital bed and they had removed Jackson's pants. As I entered the room, I made observations of Jackson's pants for further evidence. The medical professionals had already removed one dart from Jackson's person (Unknown Location of the Body). The second taser dart was observed on Jackson's hat on scene and removed by assisting officers. I requested to assist with removing the handcuffs that were still attached to Jackson's arms. At that time, St. Joseph's Hospital Security Personnel raised Jackson up and began removing the handcuffs without my assistance. As they held Jackson upright to remove the handcuffs, I observed that Jackson's eyes did not look normal, and partially rolled back. I advised medical personnel that I was unaware if Jackson swallowed any narcotics prior to my arrest, and advised that his eyes did not appear normal. An unknown medical professional advised that they gave him medication to relax Jackson. Security then provided me with both sets of handcuffs, and repositioned Jackson back on the hospital bed. Moments later after Sgt Hankamp responded to the hospital, we observed several medical professionals working on Jackson. It appeared that Jackson was having medical difficulties at that time. Sgt Hankamp then notified command and advised them of Jackson's condition at the hospital.

Command Information:
WCSO Command advised that I return to station one, to complete report the generated report after St. Joseph's Hospital advised that Jackson had expired.

In-Car Video: (Provided to Sgt King)

Department Assigned Taser: (Provide to MSP for Investigation)

Disposition: Report Generated.

Status: Active.

I affirm the above information is true and correct

**01793 - Urban, Sean**

OIC name/or initials and badge#

# EVIDENCE LIST

Incident No. 1000005966.1                          Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |

112 - Recording - VCR Tape 5427
3706 - Discharge Device - Taser, Etc. 5488
1910 - Marijuana 5410
1902 - Cocaine 5410
2102 - Bills/Money - Misc./Assorted 5420

VICTIM PROPERTY

| | | |
|---|---|---|
| ( ) | ( ) | |
| ( ) | ( ) | |
| ( ) | ( ) | |
| ( ) | ( ) | |

Officer in charge                    Date          Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

Assistant Prosecutor                         Date

Page 1 of 5

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
~~ 971-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| | | | |
|---|---|---|---|
| **Event** | Offense(s):<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | | Incident No. (Case Number)<br>1000005966.2 |
| | Date of Offense<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | | Location of Offense<br>8707 HEATHER DR |

| | | | | |
|---|---|---|---|---|
| **Request** | Action Requested | | | |
| | 1. ( ) Arrest Warrant | | 4. ( ) Injunction | |
| | 2. ( ) Search Warrant | | 5. ( ) Forfeiture | |
| | 3. ( ) Padlock | | 6. ( ) Other | |

**BRIEF SUMMARY OF OFFENSES:   (Title/Summary)**

INFORMATION:
INFORMATION:
On Friday, August 20, 2010 Dep. Teets and Dep. Urban were working with LAWNET on a detail. At 1650 hours Dep. Teets called for back-up on a traffic stop on Deering St. near Stephens Dr. in Superior Twp.

I responded directly to this location in WCSO patrol car 022 wearing the WCSO Class "B" uniform.

Upon arrival at this location, Dep. Teets was secure. He then quickly briefed me that there was an additional suspect at 8707 Heather Dr. in Superior Twp. and asked if I would assist Dep. Urban at this location. It was my understanding that LAWNET Det. Marocco was conducting surveillance at this location at this time and calling out vehicles to be stopped.

I and Dep. Urban mustered at MacArthur Blvd. and Heather Dr. and then were directed in by Det. Marocco.

OFFICER ARRIVAL:
I arrived at 8707 Heather coming from the west. I followed behind Dep. Urban who was in a fully marked patrol vehicle and wearing a Class "B" uniform. I was driving fully marked patrol car 022, also wearing the Class "B" uniform.

Det. Marocco was in the immediate area in plain-clothes driving an unmarked vehicle.

APPROACH AND OBSERVATION:
As we approached 8707 Heather Dr. there were two African-American males at the end of the driveway near the sidewalk, both wearing white T-shirts. There was also a large blue sedan parked in the driveway.

As we closed in on this location, one subject started running to the house, and the other started to walk toward the street.

Dep. Urban immediately pursued the suspect running to the house; I made initial contact with the second subject who walked toward the street giving him loud verbal commands to get on the ground.

As I did this, Det. Marocco approached the scene and told me he would control this subject. I then ran into the house to assist Dep. Urban.

While running to the house I heard Det. Marocco identify himself as the police to the subject at the road.

I entered the house and finding the subject on his back on the kitchen floor, with his arms held up, fists clinched. Dep. Urban was giving loud, clear and concise instructions for the subject to roll onto his stomach. I saw Taser cartridge wire leads on the floor and it was clear to me that Dep. Urban deployed his Taser. I saw one of the leads on the subject's hat. I do not know where the other lead was.

0033

SUBJECT ACTION/ DEPUTY ACTION:
The subject was displaying signs of muscle contractions. The subject was acting as if the Taser was still in operation but I could not hear the clicking of the Taser. Dep. Urban was NOT activating the Taser at this time.

The suspect was making grunting type sounds with his jaw clinched.

I was able to place a handcuff on his right wrist and Dep. Urban placed a separate set of handcuffs on his left wrist, we attempted to roll the subject onto his stomach but were unable to do so, with the subject still exhibiting signs of muscle lock.

The subject began to salivate and he was not blinking his eyes. His eyes appeared to be fixed and not tracking.

I was concerned the subject was in medical distress and notified WCSO dispatch to send an ambulance. I then followed that transmission by advising them to come with a priority response.

I spoke to the subject in a calm manner telling him he was going to be okay, and that an ambulance was on the way to assist him. I was trying to calm the subject and get him to control his excited breathing.

The subject began to improve his condition.

Dep. Urban and I were still attempting to secure the subject and I was concerned the subject would come out of his condition and be combative. We were unsuccessful in rolling the subject to his stomach to finish the handcuff procedure.

The subject gained control of himself and was attempting to pull his arms toward his stomach area. (Active Aggression) Both Dep. Urban and I still held the subject by the handcuffs. (Compliance Controls)

We struggled with the subject who was not complying with the commands to put his hands behind his back and pulling his arms forward. (Active Resistance)

We were able to place the subject on his back and continued struggle placing his arms behind him as he was attempting to reach toward his stomach. (Active Resistance) This caused concern if he was attempting to gain a concealed weapon to assault us, continuing to actively fight and resist us.

I then unholstered my Taser. As I did Dep. Urban stated "Drive Stun" and he was able to remove the air cartridge from my Taser. I was also still holding onto the subject's right wrist. (Compliance Control)

I activated my Taser in the upper back on the right side. (Intermediate Control) It did not have an effect on the subject.

The struggle continued, with the subject still reaching for his beltline. (Active Resistance) Loud verbal commands were continuing. (Verbal Direction)

Dep. Farmer arrived on scene and began to assist.

We were rolling on the floor. Dep. Farmer gained control of the subject's right arm, as Dep. Urban and I began to bring his left arm behind his back. (Compliant Control)

I heard Dep. Farmer say something to the affect that the subject was biting.
The subject was able to roll onto his back attempting to bring his hands to his front beltline. (Active Resistance)

For a second time I unholstered my Taser, with the air cartridge already disconnected. As I was going to activate the Taser the subject was rolled onto his stomach. I cannot recall if the subject was drive stunned at this time. The Taser was holstered, and I began to gain control of the subjects left arm. (Compliant Control)

Dep. Reich arrived and assisted with bringing the subject's left arm behind his back. (Compliant Control) I was able to

handcuff his left arm to his leather belt behind his back.

Dep. Urban and Dep. Reich were controlling the subject as he was on his stomach from his left side. Dep. Farmer was controlling the subject's right arm.

I repositioned myself to the subject's right side and assisted Dep. Farmer and was able to handcuff the right arm to the handcuff on the subject left wrist.

The subject remained combative attempting to rotate around and roll on the floor. (Active Resistance) He was given directions to stop. He continued to attempt to reach his front beltline. (Active Resistance)

I attempted to calm him as he appeared to be in a panicked state. He was directed to lie on his side in an attempt to calm him.

Dep. Reich and Dep. Urban and I attempted to set the subject up against the refrigerator, while sitting on the floor, but the subject continued to twist and gyrate. (Active Resistance)

Dep. Urban searched the subject, finding a plastic bag with a white substance inside it inside the front of the subject's pants. Dep. Urban also located US currency in the subject's left front pant pocket. I searched the subjects leg and only noted what appeared to be a Department of Corrections tether on his ankle (I do not recall which ankle).

The subject was bleeding from the mouth, and while he was on the floor, he spat at me on three different occasions; blood and spit on my lower left trouser leg and my left boot. (Active Aggression)

During this time, additional WCSO units arrived on scene.

TREATMENT OF INJURIES/ TRANSPORT PROCEDURE:
HVA and Superior Twp. Fire Department entered the scene. The subject continued to be uncooperative.

The subject was bleeding from the mouth, and while he was on the floor, he spat at me on three different occasions; blood and spit on my lower left trouser leg and my left boot.

I advised the subject that these were paramedics that where here to assist him, this did not make a difference as he continued to twist around. (Active Resistance)

I asked the paramedics if they had some type of mask they could put on the subjects mouth due to his spitting. They placed what appeared to be an oxygen mask on the subject without the tubing connected, leaving an air hole.

The subject remained handcuffed and was lifted onto the HVA stretcher where he was placed on his back and strapped in.

Dep. Urban asked a paramedic to remove the mask from the subject so he could take a photograph, when the mask was removed the subject spat at Dep. Urban's face.

HVA then transported the subject out of the house.

This concluded my contact with the subject.

COMMAND OFFICER NOTIFICATION:
Sgt. Hankcamp and Lt. Trester were on scene.

ADDITIONAL OBSERVATIONS:
On the kitchen table I saw plastic bags with what appeared to be marijuana.

I affirm the above information is true and correct

**00746 - Mercure, Thomas**

OIC name/or initials and badge#

# EVIDENCE LIST

Incident No. 1000005966.2

Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|------|--------|---------|----------|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |
| 312 - Recording - VCR Tape 5427 | | | _____ |
| 3706 - Discharge Device - Taser, Etc. 5488 | | | _____ |
| 3706 - Discharge Device - Taser, Etc. 5488 | | | _____ |
| VICTIM PROPERTY | | | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | | | _____ |

_____        _____        _____

Officer in charge                          Date              Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

_____        _____

Assistant Prosecutor                                         Date

Page 1 of 3

| | PROSECUTING ATTORNEY |
| --- | --- |
| Washtenaw Co Sheriff<br>2201 Hogback Rd Po Box 8<br>Ann Arbor, MI 48105<br>734 971-8400 | PROSECUTION REPORT |

| | | | |
| --- | --- | --- | --- |
| **Event** | Offense(s):<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | | Incident No. (Case Number)<br>1000005966.3 |
| | Date of Offense<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | | Location of Offense<br>8707 HEATHER DR |

| | |
| --- | --- |
| **Request** | Action Requested<br>1. (  ) Arrest Warrant        4. (  ) Injunction<br>2. (  ) Search Warrant       5. (  ) Forfeiture<br>3. (  ) Padlock                 6. (  ) Other |

**BRIEF SUMMARY OF OFFENSES:** (Title/Summary)

**DISPATCH INFORMATION:**

On 08/20/2010 at about 1650 hours, I was called to the area of Deering and Stephens to assist Deputies Urban and Teets on a traffic stop. While on scene, I heard over the radio that Deputies tazed a subject at the address of 8707 Heather Drive. I checked with Deputies on the traffic stop to see if everyone was secure and I advised them that I would be enroute to assist Deputies at the Heather Drive address.

**ON SCENE/ARRIVAL:**

Upon arrival to 8707 Heather Drive, I observed Lawnet Officer Mike Marocco standing by a patrol vehicle in plain clothes. Marocco advised that he was watching a subject in the backseat of the patrol vehicle and told me that both Mercure and Urban ran after a subject that ran from them in the driveway and into the house at 8707 Heather Drive. I immediately ran into the open garage and into the house which led to a kitchen and dining area. As I entered the house, I heard the sounds of struggling and the sound of a taser being deployed. After the taser stopped, I looked to see the subject, Stanley Jackson on the kitchen floor. Jackson continued to actively resist by kicking his legs and trying to get his arms under his body with Deputies on scene. (ACTIVE RESISTANCE) Since Jackson had not been searched it was a concern to me that Jackson may have had a weapon or contraband because he was trying to get his hands under his body. (ACTIVE RESISTANCE)

**ACTION(S) TAKEN:**

I ran over to Jackson and advised him to calm down and lie on his stomach. (OFFICER RESPONSE - PRESENCE/VERBAL DIRECTION) Jackson did not say anything and continued to actively resist by kicking his legs and trying to get his arms under him with officers. (ACTIVE RESISTANCE)

At one point, Jackson was lying on his stomach and had pulled his arm away from another Deputy who had put a handcuff on his wrist. (ACTIVE RESISTANCE) I looked to see the handcuff with an open bail and grabbed the handcuff which was on his right wrist. I did not let go and struggled to hold onto the handcuff for fear if I let go of the serrated edge of the open handcuff it could seriously injury myself or another officer. (COMPLIANCE CONTROLS) At one point, my arm was trapped in between Jackson's head and his handcuffed arm. I was looking at Jackson and noticed that he was bringing his head toward my arm and observed Jackson opening his mouth and attemped to bite my arm. (ACTIVE AGGRESSION) Jackson brought his head down to my arm and touched his mouth to my skin, (ACTIVE AGGRESSION) I responded by delivering a quick jab with my left hand to the side of his jaw as a distraction to what he was attempting to do to me. (PHYSICAL CONTROL) After doing so I yelled at him something to the effect of, "don't bite". (VERBAL DIRECTION) I believed that Jackson was going to bite me and possibly inflict serious injury to my arm. As a result, Jackson turned his head and his attempt at biting me stopped.

I continued to hold on to the handcuff and was able to bring Jackson's arm half way down by his side and then another Deputy helped by bringing the same arm behind his back where Deputies were able to get Jackson secure in handcuffs. (COMPLIANCE CONTROLS)

0038

**ADDITIONAL INFORMATION:**

I got up from the floor and asked if the house had been secured, Deputies advised, "no" that no one had searched the home yet for security purposes.  Deputy Mercure and I searched the home for any other subjects hiding inside.  The house was cleared with no other people occupying it.

**MEDICAL TREATMENT:**

At this point, Huron Valley Ambulance arrived on scene and attempted to medically evaluate Jackson.  I then left the house and walked outside by my patrol vehicle.  Jackson was taken away by Huron Valley Ambulance and transported to St. Joseph Hospital.

**COMMAND NOTIFICATION:**

Sgt. Hankamp was on scene.

**DISPOSITION:**

I cleared the scene continuing to take calls in Superior Township.

I affirm the above information is true and correct

01775 - Farmer, Holly
_____
OIC name/or initials and badge#

## EVIDENCE LIST

Incident No. **1000005966.3**                    Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |
| VICTIM PROPERTY | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |

_____     _____     _____
Officer in charge                                                  Date               Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

_____     _____
Assistant Prosecutor                                               Date

**Washtenaw Co Sheriff**
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
~ 971-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s):<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | Incident No. (Case Number)<br>1000005966.4 |
|---|---|---|
| | Date of Offense<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | Location of Offense<br>8707 HEATHER DR |

| Request | Action Requested | |
|---|---|---|
| | 1. ( ) Arrest Warrant | 4. ( ) Injunction |
| | 2. ( ) Search Warrant | 5. ( ) Forfeiture |
| | 3. ( ) Padlock | 6. ( ) Other |

**BRIEF SUMMARY OF OFFENSES:** (Title/Summary)

**DISPATCH INFORMATION:**
On 08/20/2010 at approximately 1700 hrs I (Deputy Reich) working Ypsilanti Twp road patrol in a fully marked patrol vehicle # 89 while wearing the required class B uniform. I was traveling W/B on Clark Rd near Ford Blvd. I heard radio traffic on channel A stating that a Taser was deployed and HVA was requested non emergent to 8707 Heather.

**ACTIONS TAKEN:**
I responded to the scene of 8707 Heather to assist the Superior Twp. Deputies with the call. Upon arrival at the scene I saw Deputy Marocco who was standing out front of the residence. Dep. Marocco stated that the Deputies were inside the residence attempting to restrain a subject. I quickly made my way toward the residence through the open garage door and heard the Deputies inside yelling loud verbal commands to the subject (give me your hands, put your hands behind your back, quite resisting).

Upon entry into the kitchen area of the residence I saw Deputy Mecure, Deputy Urban, and Deputy Farmer actively struggling with the suspect later found to be Stanley Jackson (ACTIVE RESISTANCE). The Deputies were attempting to apply handcuffs to Jackson who was actively resisting (COMPLIANCE CONTROLS). Jackson was lying face down twisting and turning while pulling his arms away from the Deputies (ACTIVE RESISTANCE). Deputy Mercure and Dep. Urban were attempting to gain control of Jackson's left arm (COMPLIANCE CONTROLS) and Deputy Farmer was attempting to gain control of Jackson's right arm (COMPLIANCE CONTROLS).

I secured Jackson's legs (COMPLIANCE CONTROLS) so that Jackson would no longer attempt to twist onto his back (ACTIVE RESISTANCE). I then assisted Deputy Mecure and Dep. Urban with gaining control of Jackson's left arm (COMPLIANCE CONTROLS). One set of handcuffs were applied to Jackson's left wrist (COMPLIANCE CONTROLS) as he continually pulled away from our grasp (ACTIVE RESISTANCE). Dep. Urban and I were able to gain control of Jackson's left arm and secured the handcuffs to Jackson's belt (COMPLIANCE CONTROLS).

I then attempted to assist Dep. Farmer with gaining control of Jackson's right arm. Jackson continued pulling his right arm away from our grasp (ACTIVE RESISTANCE). Dep. Urban attempted to drive stun Jackson with a Taser which didn't have any effect on Jackson's active resistance in attempting to pull away from our grasp. Dep. Farmer and I were able to pull / secure Jackson's right arm toward his back and a set of handcuffs were applied (COMPLIANCE CONTROLS). Dep. Farmer and I then secured the handcuffs to Jackson's right wrist attaching them to the other set of handcuffs which were on Jackson's left wrist (COMPLIANCE CONTROLS). Jackson continually attempted to pull away even after he was secured handcuffs (ACTIVE RESISTANCE).

Jackson was then rolled onto his right side to allow him to breathe more freely. Jackson continually twisted around on the kitchen floor while kicking and screaming (ACTIVE RESISTANCE). Dep. Urban and I then sat Jackson up in a sitting position. Jackson again fell onto his left side then rolled onto his back while kicking his legs and screaming unrecognizable statements (ACTIVE RESISTANCE).

HVA arrived on scene and attempted to evaluate Jackson who was continually uncooperative. HVA made the decision to transport Jackson to the hospital to be evaluated. Jackson was placed on an HVA stretcher and restrained by HVA. Once Jackson was on the HVA stretcher he began spitting and screaming unrecognizable statements. HVA applied a spit mask on Jackson's face to limit the possibility of him spitting on HVA or Superior Fire Department personnel who

0041

were on scene assisting. HVA transported Jackson from the residence by ambulance to Saint Joseph Hospital for evaluation.  The remainder of the residence was checked and secured and turned over to Superior Twp. Deputies that were on scene.

**STATUS:**
TOT OIC Dep. Urban.

I affirm the above information is true and correct

**01360 - Reich, Dean**

OIC name/or initials and badge#

## EVIDENCE LIST

Incident No. **1000005966.4**                           Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |
| 012 - Recording - VCR Tape 5427 | | | |
| VICTIM PROPERTY | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |

Officer in charge                                      Date                   Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

Assistant Prosecutor                                                                Date

**Washtenaw Co Sheriff**
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
971-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s):<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | Incident No. (Case Number)<br>1000005966.5 |
|---|---|---|
| | Date of Offense<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | Location of Offense<br>8707 HEATHER DR |

| Request | Action Requested | |
|---|---|---|
| | 1. ( ) Arrest Warrant | 4. ( ) Injunction |
| | 2. ( ) Search Warrant | 5. ( ) Forfeiture |
| | 3. ( ) Padlock | 6. ( ) Other |

**BRIEF SUMMARY OF OFFENSES:** (Title/Summary)

Details: I, Deputy S.Saydak am currently assigned to the road patrol division in Ypsilanti Township and was clearing a general assist in the area Hewitt and Washtenaw Roads when I heard over the radio Deputy Teets requesting additional units.

Dispatch advised Units that they were on a traffic stop on Deering near Stephens Drive in Superior Township. While enroute to the location, I heard Deputy Teets requesting units to expedite as there were subjects arriving to the traffic stop interfering and Deputy Teets and Deputy Urban were alone on the traffic stop.

Upon arrival to the location, I observed several black male subjects on Deering Street near the traffic stop. I observed Deputy Urban and Deputy Teets searching a maroon Buick Rendezvous. Deputy Farmer was also on scene assisting with scene security. Per Deputy Teets and Urban, I was also to provide scene security at the traffic stop while they conducted their investigation.

Traffic Stop:
At the traffic stop, a black male wearing a black shirt identified by Deputy Teets as James Jones (b/m, 10/31/70) was standing on the sidewalk screaming at Deputy Urban and Teets. Mr. Jones and another male that was with him were videotaping the traffic stop. I instructed Mr. Jones standing on the sidewalk. Mr. Jones complied with my verbal direction. Mr. Jones was very upset and requested that I give him a supervisor's phone number. I wrote down Sgt. Hankamp name on a piece of paper and Washtenaw Central Dispatch number and gave the paper to Mr. Jones.

While on scene at the traffic stop, I heard Deputy Mecure request assistance to 8707 Heather Drive as a taser was deployed and the house was unsecure. Deputy Farmer left the traffic stop and went priority to Heather Drive to assist deputies.

8707 Heather Drive:
I arrived at 8707 Heather Drive and went inside the residence. I observed Deputies Reich, Farmer, Mecure and Urban in the kitchen area of the residence with a black male subject (Stanley Hugh Jackson, b/m 2/24/1979) who was wearing a white tee shirt and blue jeans. Mr. Jackson was on the kitchen floor and yelling at the police. Mr. Jackson was handcuffed to the rear and moving around.

I observed Deputy Reich at the feet of the subject telling the subject to be calm. Deputy Mecure was at the back area of Mr. Jackson. Mr. Jackson advised Deputies that he was uncomfortable on his belly and that he was having a hard time breathing. I observed Deputy Reich and Mecure assisted Mr. Jackson to his side. I observed a small amount of blood on the floor. I was advised by Deputies inside the house that they were secure and that the house was checked.

I step outside the residence to update Central Dispatch and have HVA roll in as the scene was secured. I advised additional units to report non emergent to the scene.

I was advised by Sgt. Hankamp and Lt. Trester to maintain scene security at the residence.

St. Joseph's Mercy Hospital:

0044

At approximately 1850 hours, Lt. J. Anuszkiewicz requested additional units at the hospital reference security. Upon arrival to the hospital, I learned that the Mr. Jackson was deceased. Per Command, I was to remain at the hospital as the family and friends were arriving. I attempted to assist Security with escorting family members to a classroom near the emergency room. *Note: the family refused to use the classroom and remained outside the emergency room entry way.

While outside the emergency entrance, I heard a black female wearing a yellow colored shirt and blue jeans advise her mother that "the nurse told you that the hospital gave him something to calm him down and his heart stopped."

Deceased:
Per Lt. Anuszkiewicz, I was to remain posted inside the emergency room at room #38 where Mr. Jackson's body was at. I was to remain at the location until I was relieved by the Michigan State Police. Per Lt. Anuszkiewicz, no one was allowed entry into the room unless directed by Medical Examiner Office. I obeyed the order.

Scott Bryde RN from St. Joseph's Hospital entered the room to check location of restraints and medication/materials on Mr. Jackson. Scott Bryde was inside the room for approximately one minute to obtain the information.

Keith Johnson, Medical Examiner Investigator arrived on scene. I observed MEI Johnson photograph the body and document the location of materials on the body. MEI Johnson located the deceased clothing and two empty cell phone cases. In one of the cell phone cases was a paperwork for appearance to 34th District Court.

During my assignment no one else entered the exam room.

D/Sgt. J. Bundshuh relieved me at room #38.

Status: This report was turned over to D/Sgt. J. Bundshuh from the Michigan State Police.

I affirm the above information is true and correct

01140 - Saydak, Sharon

_____

OIC name/or initials and badge#

## EVIDENCE LIST

Incident No. **1000005966.5**                                          Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |
| 312 - Recording - VCR Tape 5427 | | | |
| VICTIM PROPERTY | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |

```
_____    _____    _____
Officer in charge              Date       Phone No.
```

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

```
_____    _____
Assistant Prosecutor                  Date
```

0046

Page 1 of 2

**Washtenaw Co Sheriff**
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
7~ ~71-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s):<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | Incident No. (Case Number)<br>1000005966.6 |
|---|---|---|
| | Date of Offense<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | Location of Offense<br>8707 HEATHER DR |

| Request | Action Requested | |
|---|---|---|
| | 1. (  ) Arrest Warrant | 4. (  ) Injunction |
| | 2. (  ) Search Warrant | 5. (  ) Forfeiture |
| | 3. (  ) Padlock | 6. (  ) Other |

**BRIEF SUMMARY OF OFFENSES:** (Title/Summary)

**INFORMATION:**
On 8/20/2010, Dispatch advised all available units to respond to 8708 Heather Dr, Superior Twp, to assist Superior Twp units with a subject resisting arrest.

**RESPONSE:**
I responded to the area from Huron St / I-94. I traveled northbound on Huron St, eastbound on Michigan Ave, northbound on Prospect, eastbound on Clark, northeast on MacArthur Blvd and southeast on Heather Dr.

**ARRIVAL:**
Upon arrival, I observed Deputy Smith guarding an arrestee in vehicle #62. Deputy Smith advised that additional Deputies were inside the residence.

**ACTION TAKEN:**
I entered the residence through the garage and observed Deputies Farmer, Reich and Mercure securing a subject who was handcuffed on the kitchen floor. The subject was yelling at Deputies and rolling around on the ground. Deputies Reich and Mercure then assisted the subject into a sitting position on the kitchen floor. I confirmed with Deputies that they were secure and then exited the residence.

I then notified Dispatch that any units not arrival at the scene could cancel and that Dispatch could lift "10-33" on County Channel "A." I also advised Dispatch that the correct address was 8707 Heather Dr.

I remained outside the residence to protect scene security. After protecting the scene security, I cleared the address and responded back to Ypsilanti Twp.

**EVIDENCE:**
Patrol Vehicle Tape # 00865 (TOT Sgt King)

**DISPOSITION:**
Report filed

**STATUS:**
Open

I affirm the above information is true and correct

**01786 - Krings, Nicholas**
_____
OfC name/or initials and badge#

0047

# EVIDENCE LIST

Incident No. **1000005966.6**                                        Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| ;HER PHYSICAL EVIDENCE | ( ) | ( ) | |

**.312 - Recording - VCR Tape 5427**
VICTIM PROPERTY

| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |

Officer in charge                              Date                    Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

Assistant Prosecutor                                                   Date

Washtenaw Co Sheriff                           PROSECUTING ATTORNEY                      Page 1 of 3
2201 Hogback Rd Po Box 8                        PROSECUTION REPORT
Ann Arbor, MI  48105
7    71-8400

| Event | Offense(s): | | Incident No. (Case Number) |
|---|---|---|---|
| | C3334 - Assist Other Govt Agency4801 - Resisting Officer | | 1000005966.7 |
| | Date of Offense | | Location of Offense |
| | 8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | | 8707 HEATHER DR |

| Other Data | PE | Name: (Last, First, Middle) | | Service By: |
|---|---|---|---|---|
| | | Jones, Jesse James Jr. | | |
| | Address: (Number, Street) | | | Mail |
| | 1762 STEPHENS DR | | | P.D |
| | City, State, Zip Code | | | W_Type |
| | Superior Twp, MI  48198 | | | X - Miscellaneous |
| | D.O.B. | Home TX | Testimony | |
| | 3/7/1958 | Work TX | | |

| Other Data | PE | Name: (Last, First, Middle) | | Service By: |
|---|---|---|---|---|
| | | Gullatt, Emmnel Lamar | | |
| | Address: (Number, Street) | | | Mail |
| | 86 RUSSELL BLVD | | | P.D |
| | City, State, Zip Code | | | W_Type |
| | Ypsilanti Twp, MI  48198 | | | X - Miscellaneous |
| | D.O.B. | Home TX | Testimony | |
| | 2/14/1971 | Work TX | | |

**Requ**

Action Requested
1. (  ) Arrest Warrant       4. (  ) Injunction
2. (  ) Search Warrant      5. (  ) Forfeiture
3. (  ) Padlock               6. (  ) Other

BRIEF SUMMARY OF OFFENSES:  (Title/Summary)

Information:  On 8/20/10 at approx 1630 HRS Deputy Teets asked for additional units in reference to a traffic stop on Deering near Macarthur Blvd in Superior Twp.  I made the scene and assisted deputy Teets with a vehicle search and impound form.  While on Deering Deputy Farmer asked for additional units at 8707 Heather Dr(related incident).  It was not clear what was going on at this residence from the radio traffic, but Deputies had advised a few minutes prior that a taser had been deployed.

I made the scene and met with Deputy Moracco outside the residence.  Moracco had a compliant individual(Gullatt) in the back seat of a patrol car.  Moracco advised me to wait with Gullatt while he checked the security of Deputies inside the residence.  Moracco advised that a pill bottle of Marajuana was taken from Gullatt's person.  A Lein check of Gullatt showed a clear record.

I stayed on scene for scene security as a crowd was gathering.  At one point an individual pulled into the scene on a bike (Jesse James Jones).  Deputy Moracco advised him to leave the area and when he didn't, myself and Deputy Stuck made contact with him.  A LEIN check of Jones showed a clear record.  Jones was advised to leave the immediate scene.

Observations:
I could not see nor hear what was going on inside.  After HVA personel arrived the tasered subject was wheeled out on a stretcher and into HVA rig.  Subject had a spit guard over his face and he was tied down but subject was conscious as I observed him move his head around.

Further action taken:
At approx 1900 HRS Lt Trester asked for units to make St. Josephs hospital.  I made the location and assisted in scene

0049

security as multiple family members of subject were showing up.

Status:
TOT OIC

I affirm the above information is true and correct

**01780 - Smith, Jesse**

OIC name/or initials and badge#

## EVIDENCE LIST

Incident No. **1000005966.7**                          Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |
| VICTIM PROPERTY | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |

_____    _____    _____    _____
Officer in charge                              Date       Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

_____    _____    _____
                                    Assistant Prosecutor    Date

0051

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
7   )71-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s):<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | Incident No. (Case Number)<br>1000005966.8 |
|---|---|---|
| | Date of Offense<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | Location of Offense<br>8707 HEATHER DR |

**Request**

Action Requested
1. ( ) Arrest Warrant        4. ( ) Injunction
2. ( ) Search Warrant      5. ( ) Forfeiture
3. ( ) Padlock                  6. ( ) Other

**BRIEF SUMMARY OF OFFENSES:  (Title/Summary)**

DISPATCH: On August 20, 2010 Deputy Stuck and I were working county wide afternoon shift patrol in fully marked Sheriff Vehicle 81 and were in the Golfside Lake apartment complex on Golfside Road.  Superior units requested additional units to respond emergent to the area of 8707 Heather Drive.  It was unknown by me what the nature of the problem was at this time.

ARRIVAL:  When nearing the area units on scene stated the responding units could slow down, however continue to the scene.  They then advised that additional units could cancel.  Deputy Stuck and I then arrived and parked on Heather Dr, east of the residence.

ACTIONS:  I provided scene security, as a crowd of people had gathered near the emergency vehicles.  I did not enter the residence and did not have any physical contact with any of the subjects arrested or transported.  Deputy Stuck and I then left the scene and continued our countywide patrol.

FURTHER: After clearing an alarm in Lima Twp at approx 6:30pm we were requested to respond to St Joes Hospital.  We responded to the hospital and assisted with security.  We left the hospital around 10pm.

IN CAR CAMERA- Our in car video was digital and it was downloaded at the LRC.

I affirm the above information is true and correct

01354 - McDonagh, Michelle

OIC name/or initials and badge#

# EVIDENCE LIST

Incident No. 1000005966.8                         Agency Washtenaw Co Sheriff

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |
| VICTIM PROPERTY | | | |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |

_____

Officer in charge                    Date              Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

_____

Assistant Prosecutor                              Date

0053

Page 1 of 2

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, Mi 48105
7    71-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s): | Incident No. (Case Number) |
|---|---|---|
| | C3334 - Assist Other Govt Agency4801 - Resisting Officer | 1000005966.9 |
| | Date of Offense | Location of Offense |
| | 8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | 8707 HEATHER DR |

| Request | Action Requested | |
|---|---|---|
| | 1. ( ) Arrest Warrant | 4. ( ) Injunction |
| | 2. ( ) Search Warrant | 5. ( ) Forfeiture |
| | 3. ( ) Padlock | 6. ( ) Other |

BRIEF SUMMARY OF OFFENSES:  (Title/Summary)

Information: On the above date Deputy McDonagh and I were working together as 3A65 a county wide patrol car. Deputy McDonagh and I were in Golfside Lake Apartment complex looking for a stolen car. At 1700hrs Baker 4 (Deputy Farmer) called for help at 8707 Heather. It sounded like Deputy Farmer was in struggle with someone over the radio. Deputy McDonagh and I responded from Golfside Lake Apartments. Prior to our arrival we were cancelled and the scene was secure. We were basically right around the corner, so we stopped to assist.

Arrival: Upon arrival I was walking up to the house Det. Marocco (lawnet) was out in the street. At this time a man approached on his bike wanting to know what was going on. Det. Marocco advised him to leave then he realized that he was one of the people that might be involved with narcotics sales. He then advised the deputies around to detain him. Deputy Smith stopped him on his bike as he tried to get away. I grabbed a hold of his left arm to search his persons for contraband and weapons, I located a small pocket knife in his right front pocket and gave that to Deputy Vantuyl. Deputy Smith ran him (Jesse James Jones Jr. b/m 03/07/1958) on LEIN and he came back clear. The knife was returned and he was released.

I maintained scene security outside of the residence. Once, one of the suspects was loaded up in the HVA rig. I met with Lt. Trester and he advised we could leave. I did not enter the residence or have any contact with the suspects who were arrested. Deputy McDonagh and I left the scene.

Information: At 1830 hours we were advised by dispatch to go to St. Joseph Mercy Hospital for a detail and meet with Sgt. Hankamp. Once we arrived we made contact with Lt. Trester and he informed us that the suspect that was transported to the hospital had passed away.
I performed scene security at the hospital, while the family grieved and until I was dismissed by Lt. Anuszkiewicz at 2200 hours.

In car video: Our in car video is the new digital type and it was download at LLRC.

Status: TOT Deputy Urban

I affirm the above information is true and correct

00570 - Stuck, Ryan

OIC name/or initials and badge#

0054

# EVIDENCE LIST

Incident No. 1000005966.9          Agency Washtenaw Co Sheriff

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OHER PHYSICAL EVIDENCE | ( ) | ( ) | |
| vICTIM PROPERTY | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |

Officer in charge                    Date           Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

Assistant Prosecutor                    Date

Page 1 of 2

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
7   71-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s):<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | Incident No. (Case Number)<br>1000005966.10 |
|---|---|---|
| | Date of Offense<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | Location of Offense<br>8707 HEATHER DR |

| Request | Action Requested |
|---|---|
| | 1. ( ) Arrest Warrant        4. ( ) Injunction |
| | 2. ( ) Search Warrant      5. ( ) Forfeiture |
| | 3. ( ) Padlock                  6. ( ) Other |

BRIEF SUMMARY OF OFFENSES:   (Title/Summary)

DISPATCH INFORMATION: While on proactive patrol WC Dispatch called for all available units to respond to 8707 Heather to assist WC Deputies with subjects on scene who had become disorderly.

ACTION TAKEN: I activated my lights and siren and proceeded to 8707 Heather. While enroute to the scene WC Dispatch advised there was no need for other units to respond. I de-activated my emergency equipment and continued my pro active patrol in Ypsilanti Twp.

FURTHER: Sgt. Hankamp requested for Ypsilanti Twp. units to respond to St. Joe Hospital reference one of the subjects who was being transported to the hospital.

ACTION TAKEN: While at St. Joe I along with several other WCSO Deputies and two command officers provided scene security. We stayed at the hospital preserving scene integrity from grieving family members who were later informed by hospital that there family member who was transported from 8707 Heather by HVA had passed away.

FURTHER: There were no disorderly actions by family members while at the hospital and prior to the medical examiner and MSP Detectives responding to the scene all family members of the deceased had left the hospital without incident.

STATUS: TOT Dep. Urban

I affirm the above information is true and correct

01654 - Guynes, Thomas

OIC name/or initials and badge#

0056

# EVIDENCE LIST

Incident No. 1000005966.10                         Agency Washtenaw Co Sheriff

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |

1.312 - Recording - VCR Tape 5427

| VICTIM PROPERTY | | | |
|---|---|---|---|
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |

Officer in charge                         Date                    Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

Assistant Prosecutor                                                   Date

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
7   71-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s): C3334 - Assist Other Govt Agency 4801 - Resisting Officer | Incident No. (Case Number) 1000005966.11 |
|---|---|---|
| | Date of Offense 8/20/2010 4:50:00 PM 8/20/2010 5:30:00 PM | Location of Offense 8707 HEATHER DR |

| Request | Action Requested | |
|---|---|---|
| | 1. ( ) Arrest Warrant | 4. ( ) Injunction |
| | 2. ( ) Search Warrant | 5. ( ) Forfeiture |
| | 3. ( ) Padlock | 6. ( ) Other |

**BRIEF SUMMARY OF OFFENSES:** (Title/Summary)

**DISPATCH INFORMATION:**
On 8/20/10 at 1659hrs, I was dispatched to 8707 Heather Dr in Superior Twp in reference to Deputies calling for help. I was also advised by Sergent Armstrong to break from the LRC and go assist. At the time of this call I was assigned to Ypsilanti Township.

**ARRIVAL INFORMATION:**
Upon arrival I observed several patrol vehicles parked in front of the residence along with two Superior Township Fire Trucks and an HVA ambulance. I was told by another deputy to stay outside and provide scene security due to all of the people starting to gather.

For the majority of the time that I was on scene, I stood on the roadway near some WCSO patrol vehicles and assisted with providing scene security. I had very little contact with anyone except for when an unknown B/M road up on a bicycle and we were advised to search him by Detective Marocco because he would not leave the crime scene when asked to do so. I stood by while Deputy Stuck searched him and had his name ran through LEIN.

I also had another subject who claimed to be a cousin walk up and ask what was going on. I advised him to stay on the opposite side of the road. While standing out front, I later observed HVA wheel a B/M out on a stretcher and load him up into the ambulance and transport him to St. Joseph Mercy Hospital.

I did not observe anything else or talk to anyone else except other WCSO staff prior to clearing the scene. I at no time went inside of the house.

**FURTHER INFORMATION:**
At 1851hrs, I went arrival at St. Joseph's Hospital after Deputies were calling for more units when family members of the suspect who had been transported started causing problems.

Upon arrival most everyone appeared orderly. Family members of the suspect had just been advised by hospital staff that he (Stanley Jackson) had died. I was ordered by Lt. Anuszkiewicz to stand by at the hospital and provide security for staff and the medical examiner until 2236hrs. During this time I had very little interaction with Jackson's family and did not have any verbal interaction with any of them. While at the hospital at first I stayed in the lobby and in the front drive of the ER. It was not until Jackson's family left that I relieved Deputy Saydak from the ER room where Jackson's body was. I stood by at the ER room until the Medical Examiner was complete with his investigation.

**DISPOSITION:**
Once clear of the hospital, I went back to Station 2 to type my report. Also I was operating patrol vehicle #77 which is equipped with the new digital camera system. After clearing the scene on Heather I had returned to Station 1 so my camera should have down loaded onto the computer.

**END OF INFORMATION**

**RESPECTFULLY,**

M. VanTuyl #1788

I affirm the above information is true and correct

**01788 - VanTuyl, Mark**

OIC name/or initials and badge#

## EVIDENCE LIST

Incident No. **1000005966.11**                          Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | _____ |
| VICTIM PROPERTY | | | |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |

_____         _____         _____
Officer in charge                Date            Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

_____         _____
Assistant Prosecutor                          Date

Page 1 of 3

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
7   71-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s):<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | Incident No. (Case Number)<br>1000005966.12 |
|---|---|---|
| | Date of Offense<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | Location of Offense<br>8707 HEATHER DR |

**Request**

Action Requested:
1. ( ) Arrest Warrant       4. ( ) Injunction
2. ( ) Search Warrant      5. ( ) Forfeiture
3. ( ) Padlock             6. ( ) Other

**BRIEF SUMMARY OF OFFENSES:  (Title/Summary)**

**INFORMATION:**   On the date and time indicated above I was working as a road patrol supervisor for the Washtenaw County Sheriff's Office. I was in the Lakeshore apartment complex when I was advised via radio that there had been a taser deployment at 8707 Heather in Superior Township.

**POLICE ACTION:**   I then began to respond to this address. As I was travelling WB on Grove (normal response, no emergency equipment) I heard Deputy Farmer request emergency traffic for the units at 8707 Heather. I could hear what sounded like a struggle in the background and a male voice screaming (unable to determine what was said). I then activated all of my emergency equipment in my fully marked patrol vehicle (unit #49) and responded to 8707 Heather via WB Grove, NB Harris, EB Russell, NB Ford, WB Clark, NB Dawn, WB Macarthur, SB Stevens, and WB Heather. While in route there were several more microphone key ups by Deputy Farmer, but no audible transmission came through. Metro dispatch then sent all available units to assist. As I was travelling WB on Macarthur the units at 8707 Heather advised that they were all secure.

**ARRIVAL:**   I arrived on the scene immediately after HVA. Several WCSO units were on scene as well as Superior Township Fire. As I exited my patrol vehicle I made contact with Detective Marocco and was briefed reference the actions that led up to the taser deployment. I then responded inside the residence where the suspect was still located at that time.

**INITIAL CONTACT WITH SUSPECT:**   As I entered the residence I observed Deputy Urban knelled down on the ground with the suspect leaning against Deputy Urban's leg with his back. The suspect was rolling side to side and was ignoring all verbal directions to remain still for medical treatment. The suspect was screaming and yelling, but was not understandable. I also observed the taser wires lying on the ground and they appeared to still be connected to the suspect as they would move whenever he did. Also inside the residence was Deputy Farmer, Deputy Mercure, Deputy Reich, HVA personal (two males), and an unknown amount of Superior Township Fire personal.
    The suspect and all other persons were located just inside the entry door from the garage in the kitchen area. The suspect was only about 5 feet from the door and was lying sitting on the floor. The suspect made no specific comments and did not make any complaints of injuries.

**POLICE ACTION:**   Once HVA began to provide medical attention to the suspect I made contact with Deputy Urban and Deputy Mercure who both briefed me of the incident and their actions. I then exited the residence and observed Lt. Trester arrive on scene. I then briefed him of all the information that I had gathered. While outside I made contact with Deputy Reich and Deputy Farmer and was briefed of their actions during this incident. I remained on scene until the suspect was transported to St. Joe's. The suspect was transported to the hospital per WCSO policy to remove the taser probes. At this time there was no indication that the suspect needed any additional medical attention. I instructed Deputy Urban to respond to St. Joe's to attempt to obtain photographs. At this time it was decided that the suspect would be released at St. Joe's and charges would be requested from the prosecutor's office. Once all WCSO personal left the scene I cleared the residence and responded to St. Joe's.

**ARRIVAL AT HOSPITAL:**   Once at St. Joe's I was advised that the suspect was in room 38 in the emergency room. As I approached the room (still outside) I observed the suspect sitting up in the bed being supported by hospital staff. I then observed hospital staff lay the suspect back down in the bed and begin to perform CPR and request a "crash kit". I then contacted Lt. Trester via cell phone and updated him on the suspect's condition. All life saving efforts were

Prosecutor v1.0                    Page  of 3                    Printed: January 27, 2011 - 10:46 AM

0061

stopped by hospital staff and the suspect was pronounced deceased at 6:20 pm. I then notified Lt. Trester that the suspect had been pronounced deceased.

VIDEO:    Unit #49 is equipped with the new video system. I verified that the video from this incident was downloaded into the system. I also saved the video and assigned it to this incident. While reviewing the video I learned that the audio portion quit working while I was responding to the scene.

DISPO:    Active.

I affirm the above information is true and correct

00832 - Hankamp, Jeff
_____
OIC name/or initials and badge#

## EVIDENCE LIST

Incident No. 1000005966.12     Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |
| VICTIM PROPERTY | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |

Officer in charge     Date     Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

Assistant Prosecutor     Date

0063

Page 1 of 3

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
" .971-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s):<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | Incident No. (Case Number)<br>1000005966.13 |
|---|---|---|
| | Date of Offense<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | Location of Offense<br>8707 HEATHER DR |

| Request | Action Requested | |
|---|---|---|
| | 1. ( ) Arrest Warrant | 4. ( ) Injunction |
| | 2. ( ) Search Warrant | 5. ( ) Forfeiture |
| | 3. ( ) Padlock | 6. ( ) Other |

**BRIEF SUMMARY OF OFFENSES:  (Title/Summary)**

Information

On August 20, 2010 I was on duty county wide command.  At approximately 1655hours radio traffic was broadcast from deputies working in Superior Twp.  Deputies were requesting assistance at 8707 Heather, Superior Twp.  Units from Superior, Ann Arbor, and Ypsilanti Townships began to respond.

In route to the area I heard Deputy Saydak say via the radio that additional units could continue however could slow down.  At approximately 1715hours I arrived on the scene.

Observations

I arrived to find Deputies securing a perimeter at 8707 Heather.  There were subjects in the street and on the sidewalks visibly upset and arguing with Deputies.  A subject, later identified as Stanley Jackson, was being removed from the residence on a stretcher and placed in an ambulance.

At this time I made contact with Sgt Jeff Hankamp, who was the command officer on scene.  Sgt Hankamp advised that a taser was deployed to subdue the suspect.  It appeared that the suspect ran from his vehicle, which was parked in the driveway of 8707 Heather.  The suspect was wanted reference the sale of narcotics, and fled as the deputies approached.  The deputies pursued the suspect into the residence where a struggle occurred.  It was reported to me that Deputy Sean Urban deployed his taser to subdue the suspect.  In addition Deputy Tom Mercure utilized his taser with a drive stun during the altercation.  Sergeant Hankamp further advised that Deputies Holly Farmer and Dean Reich assisted in securing the suspect.

At this time I spoke to Detective Marocco.  Detective Marocco was the officer in charge of the detail.  Det. Marocco conducting surveillance on the residence, and was calling out drug sales to Deputies Urban and Chad Teets.  After three drug sales the go ahead was given to take Jackson into custody.  Det. Marocco stated that as the Deputies approached Jackson he fled, running into the house.

Actions

I instructed Sgt Hankamp to respond to the hospital to check on the status of Jackson.  I spoke to Det. Marocco as to the investigation with Jackson.  Det. Marocco stated that Jackson was a 'release pending', due to the fact the narcotics would have to be sent to the crime lab prior to submitting for a warrant.

Additional

At 1748hours Sgt Hankamp contacted me via cell phone.  He advised that he arrived at St. Joseph ER to check on the suspect, Jackson.  Jackson had lost his pulse and CPR was in progress.  At this time I responded to the hospital, arriving at 6pm.  At this time I alerted Commander Dieter Heren to the situation.

At 6:20pm we were advised by hospital staff that the suspect was pronounced dead.  This information was passed along to Commander Heren.  Family members began to arrive to the hospital.

0064

Dr. Keenan Bora was the attending physician, and made the request for the Medical Examiner investigator.  At 6:45pm Dr. Bora then went to meet with the mother or Jackson to deliver the death notification.
At 1900hours Commander Heren notified me that the Michigan State Police would be investigating the case.  At this time we continued to provide security at the hospital and to the body of Stanley Jackson.

At approximately 2000hours I responded to the Sheriff Office Main station to meet with Commander Heren.

D/ Sgt's Jim Bundshuh and Robert Weimer from the Michigan State Police arrived to handle the investigation.

Status
Closed.

I affirm the above information is true and correct

00366 - Trester, Mike

OIC name/or initials and badge#

## EVIDENCE LIST

Incident No. 1000005966.13                          Agency Washtenaw Co Sheriff

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | _____ |
| VICTIM PROPERTY | | | |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |

_____     _____     _____
Officer in charge                          Date           Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

_____          _____
Assistant Prosecutor                              Date

0066

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
7?? ?71-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| | | |
|---|---|---|
| **Event** | **Offense(s):**<br>C3334 - Assist Other Govt Agency4801 - Resisting Officer | **Incident No. (Case Number)**<br>1000005966.14 |
| | **Date of Offense**<br>8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | **Location of Offense**<br>8707 HEATHER DR |

| | |
|---|---|
| **Request** | **Action Requested**<br>1. (  ) Arrest Warrant          4. (  ) Injunction<br>2. (  ) Search Warrant         5. (  ) Forfeiture<br>3. (  ) Padlock                     6. (  ) Other |

**BRIEF SUMMARY OF OFFENSES:  (Title/Summary)**

INFORMATION:

On the above date and time I was working in my office at the Sheriff Substation #2. I monitored the radio traffic during this time and knew Sgt Hankamp was responding to the scene. I was also aware there was a taser deployment. At approximately 1750hrs I was notified by Lt. Trester who informed me the medical staff at St. Joe's was performing CPR on the suspect in this incident. Receiving this information I responded from station #2 to St. Joe's hosptial and met with Lt. Trester.

I was informed by Lt. Trester that the subject was now deceased. I arrived at the hospital at 1825hrs. During my time at St. Joe's I made sure either myself or other deputies stood by the entry door of the deceased to ensure no other subjects went in the room until the medical examiner investigator arrived. At 1845hrs I was informed the family had been notified by the hospital of the death of Mr. Jackson. At 1900hrs I was informed by Lt. Trester that the Michigan State Police would be handling the investigation. At 1910hrs, MEI Keith Johnson arrived on scene and was informed who would be handling the investigation. At 1930hrs I contact Sgt Lisa King and informed her to collect all the VHS tapes of the deputies and begin to make copies for the Michigan State Police and WCSO future internal investigation. From this point I stood by the scene with deputies until D/Sgt Jim Bundshuh arrived at the hospital to take over the investigation and meet with the MEI. D/Sgt Bundshuh arrived on scene of St. Joe's hospital at approximately 2140hrs.

While at the hospital I did speak with Pearl Jackson (mother of deceased) #480-9081/cell 262-6502 and provided her my business card as a point of conact for WCSO. I also informed her that MSP would be handling the investigation into the death of her son.

FOLLOW UP INFORMATION

Upon completion at the hospital I responded to station #2 to complete my report. I departed the hosptial at shortly after 2200hrs. I was also requested to retrieve all radio traffic from this incident. I retrieved all known radio traffic of this incident and provided a copy to Lt. Trester to have turned over to MSP.

SUMMARY OF DEPUTIES INVOLVED IN THIS INCIDENT:

Responded to Heather Drive:

Urban
Mercure
Farmer
Krings
Reich
Saydak
Smith
Stuck/McDonagh
Hankamp
Vantuyl

Maracco

Assisted at St. Joes Hospital with security

Guynes
McMullen
Saydak
Smith
Stuck/Mcdonagh
Trester
Anuszkiewicz

DISPOSITION:

Information turned over to Lt Trester to be forwarded to MSP

STATUS:  Closed

I affirm the above information is true and correct

00284 - Anuszkiewicz, James

OIC name/or initials and badge#

0068

Page 1 of 3

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
7̅  ̅71-8400

PROSECUTING ATTORNEY
PROSECUTION REPORT

| Event | Offense(s): | Incident No. (Case Number) |
|---|---|---|
| | C3334 - Assist Other Govt Agency4801 - Resisting Officer | 1000005966.15 |
| | Date of Offense | Location of Offense |
| | 8/20/2010 4:50:00 PM8/20/2010 5:30:00 PM | 8707 HEATHER DR |

| Request | Action Requested | |
|---|---|---|
| | 1. ( ) Arrest Warrant | 4. ( ) Injunction |
| | 2. ( ) Search Warrant | 5. ( ) Forfeiture |
| | 3. ( ) Padlock | 6. ( ) Other |

**BRIEF SUMMARY OF OFFENSES:  (Title/Summary)**

Information:

On today's date I was contacted by Sergeant Armstrong by cell phone when I called in service.  Sergeant Armstrong updated me on the above incident.  Sgt. Hankamp advised over the radio for all Deputies involved in the incident to take their video tapes out of their vehicles and replace them with a new one for the remainder of the shift.

Action Taken:

I responded to St. Joe Hospital were many Deputies were assisting with security.  I removed all VHS tapes, from the listed vehicles and replaced them with blank video tapes.  I took all tapes to Station #2.

Vehicles/Tapes removed at the Hospital:

| Deputy Saydak | Vehicle # 69 | Tape #8883 (Was at the scene) |
|---|---|---|
| Deputy Smith | Vehicle #67 | Tape #861 (Was at the scene, audio was not on) |
| Deputy Guynes | Vehicle #57 | Tape #338 (Was not at the scene) |
| Deputy Stuck/McDonagh | Vehicle #81 | Digital (Was at the scene) |
| Deputy VanTuyl | Vehicle #77 | Digital (Was at the scene) |

Tapes received at Station #2:

| Deputy Krings | Tape #865 (Was at the scene) |
|---|---|
| Deputy Reich | Tape #325 (Was at the scene, video not activated) |
| Deputy Urban | Tape #7345 (Was at the scene) |
| Deputy Mercure | Tape 7485 (Was at the scene, video not activated) |
| Deputy Farmer | Digital (Was at the scene) |

While at Station #2 I copied the above videos which were activated at the scene.  They were copied to DVD's. Two copies of each video were made.  One copy for WCSO, and the second for MSP. All copies were turned over to LT. Trester.

Evidence:

The following tapes have been logged into property at Station #1.

| Video | 8883 | Saydak |
|---|---|---|
| Video | 865 | Krings |
| Video | 861 | Smith |
| Video | 7345 | Urban |
| Video | 7485 | Mercure |
| Video | 325 | Reich |
| Video | 338 | Guynes |

## EVIDENCE LIST

Incident No. **1000005966.14**                                   Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | _____ |
| VICTIM PROPERTY | | | |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | | | _____ |

_____          _____     _____
Officer in charge                          Date          Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

_____          _____
Assistant Prosecutor                       Date

Dispo:  All VHS tapes were logged into the evidence room.

I affirm the above information is true and correct

**00425 - King, Lisa**

OIC name/or initials and badge#

0071

## EVIDENCE LIST

Incident No. 1000005966.15                          Agency **Washtenaw Co Sheriff**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|------|--------|---------|----------|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video) | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | | | |
| Convictions | | | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |

#2 - **Recording - VCR Tape 5427**

VICTIM PROPERTY

| | | | |
|--|--|--|--|
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |
| | ( ) | ( ) | _____ |

_____     _____     _____
Officer in charge                     Date              Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

_____     _____
Assistant Prosecutor                          Date

0072

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005962
Report No. 1000005962.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

Page 1 of 7

| | | | | | |
|---|---|---|---|---|---|
| Subject: | 5503 - Drugs - (Other) Prescription | | | | |
| Case Report Status | A - Approved | Entered On | 8/20/2010 7:17:18 PM | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 01805 - Teets, Chad | 01805 - Teets, Chad | |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 3:18:56 PM | | |
| | | Verified By | 00366 - Trester, Mike | Assisted By | |
| Occurred On | 8/20/2010 4:32:00 PM | Approved On | 8/21/2010 3:19:04 PM | 01793 - Urban, Sean | |
| Or Between | | Approved By | 00366 - Trester, Mike | | |
| Business Name | | Related Cases | | Agency Assisted | |
| Location | Deering St&stephens Dr | Disposition | Arrest | | |
| CSZ | SUPERIOR TWP, MI 48198 | Exp. Clear Reason | | | |
| Census/Geo Code | | Exp. Clear Date | | Call for Service # | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | 100039812 | |
| Grid | | Report Type | Arrest Report | | |
| Sector | | Division | Patrol | | |
| Map | 0 - N/A | Notified | | | |
| Call Source | Field Initiated | Related Cases | | | |
| Vehicle Activity | | | | | |
| Dir. Veh. Traveling | | | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Motive | | | | | |

**Report Narrative**

Patrol Information:
On 8-20-2010, I was on patrol in Superior Twp during the afternoon shift. I was wearing a department class B uniform and driving fully marked patrol vehicle 66 (designated 331).

Detail:
Deputy Urban and I were assisting LAWNET with a narcotics investigation originating at 8707 Heather Dr. Detective Marocco (LAWNET) had positioned himself in an unmarked vehicle on Heather Dr and was conducting surveillance on the residence. I had positioned myself in the area to conduct a traffic stop if a narcotics sale was observed.

History at 8707 Heather Dr:
On 7-21-2010, I received an email from a Superior Township official which enclosed information regarding multiple citizen complaints. The email stated that this official had received multiple complaints at 8707 Heather Dr. It stated that the subject in question was Stanley Jackson who has an extensive criminal record. The email advised that this address is Jackson's mother's residence. The concerned citizen advised that Jackson pulls up in the driveway and within minutes, other vehicles pull up and narcotics sales occur. Additional information was provided stating that Jackson was also driving a blue, older model, four door Lincoln with a partial vinyl top. He was also observed driving a black Pontiac Grand Am and a Lincoln Navigator or Ford Explorer.

On 8-3-2010, I received an email from a Superior Township official which enclosed a citizens concern with suspicious activity. The email indicated that young men were gathering around the garage at 8707 Heather Dr almost everyday. The citizen indicated that they did not believe that these individuals resided there. They also stated that a vehicle would park in the driveway (black Ford SUV or an older black Pontiac Grand Am) and then other subjects would stop in for a few minutes and then leave. The citizen indicated that these groups would sometimes become quite loud.

Assignment:
I am currently assigned as a Community Oriented Police Services officer which is directly assigned to the MacArthur Blvd area. My proactive patrols often take me into the Washington Square area which includes this address. During these patrols, I have on multiple occasions, observed Jackson

0073

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005962
Report No. 1000005962.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

**2**

Page 2 of 7

at this address with several different vehicles backed into the driveway (either a black over tan Ford Explorer, a black Pontiac Grand Am or a blue Lincoln four door with a partial vinyl top). I have also observed Jackson (while on foot) making contact with numerous vehicles that were parked in front of that address. These contacts are often short in time.

Information:
Due to the received complaints and observations, Detective Marocco was forwarded all of the listed information. Within approximately the last 30 days, Detective Marocco and I have had multiple conversations regarding this information and potential methods to address this issue.

Observations by Detective Marocco:
While Det Marocco was conducting surveillance 8707 Heather Dr, he observed a Maroon Buick Rendezvous which parked in front of 8707 Heather Dr. This vehicle was occupied by one B/M and bearing MI plate CBD1086. Marocco observed Jackson walking up to this vehicle in which he (Jackson) reached down into his crotch area and removed a brown plastic bag. Marocco observed this bag as it was removed and given to the B/M driver. The B/M driver was observed taking the brown plastic bag and then placing the bag down toward his waist line.

Marocco provided me this information as it was occurring, via TX.

Marocco advised that the Buick Rendezvous had left the address and was proceeding W/B on Heather Dr and then turned N/B on MacArthur Blvd.

Observation:
As I proceeded S/B on MacArthur near Deering, I observed the listed vehicle and turned N/B behind it.

Traffic Stop:
The vehicle proceeded E/B onto Deering where I subsequently initiated a traffic stop. As I made contact with the driver (sole occupant, later identified as Regervin Errol Brown) Deputy Urban arrived on scene to assist me. I requested Brown's license, registration and proof of insurance in which he provided all requested documentation.

While speaking with Brown, I detected a strong odor of fresh marijuana coming from within the vehicle.

Action:
I requested that Brown exit the vehicle where he was immediately detained (c/d/l). I escorted Brown to the front of my patrol vehicle and noted that still detected a strong odor of marijuana coming from his person. I lifted Brown's shirt and observed that he had a large bulge in the crotch area of his shorts and a small piece of brown plastic bag protruding from within the top of his underware. Within his underware I located a brown plastic Kroger's bag which contained multiple clear plastic baggies that contained a green leafy plant material (suspected marijuana). I also located an orange prescription bottle full of white pills (label had been removed).

The suspected marijuana and prescription pill bottle were immediately confiscated.

A search of Brown's person was conducted with NO other prohibited items located.

Vehicle Disposition:
An inventory was conducted on the listed vehicle and subsequently impounded. The correlating impound sheet was completed and forwarded to records.

Transportation:
Brown was transported to the Station 1 DB Interview area in which Deputy Marocco conducted an

0074

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005962
Report No. 1000005962.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**3**

Page 3 of 7

interview. Brown was then TOT the WCJ booking personnel without incident.

Evidence:
-Suspected Marijuana: 1 softball sized baggie, 1 baseball sized baggie, 1 golfball sized baggie
-Prescription Medication: 60 white capsule shaped pills within an orange prescription bottle
TOT Detective Marocco.

Criminal Charges:
Charges will be filed via LAWNET, case #LWN-278-10

Disposition:
Report submitted and impound sheet forwarded to records.

Status:
TOT LAWNET.

## Offense Detail: 5503 - Drugs - (Other) Prescription

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 5503 - Drugs - (Other) Prescription | Location Type | 13 - Highway/Road/Street/Alley | | |
| IBR Code | 90Z - All Other Offenses | Offense Completed? | Yes | No. Prem. Entered | |
| IBR Group | B | Hate/Bias | 00 - None (No Bias) | Entry Method | |
| Crime Against | | Domestic Violence | No | Type Security | |
| Offense File Class | 55000 – HEALTH AND SAFETY | | | | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

## Offense Detail: 3560 - Marijuana -Sell

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 3560 - Marijuana -Sell | Location Type | 13 - Highway/Road/Street/Alley | | |
| IBR Code | 35A – Drug/narcotic Violations | | | | |
| IBR Group | A | Offense Completed? | Yes | No. Prem. Entered | |
| Crime Against | SO | Hate/Bias | 00 - None (No Bias) | Entry Method | |
| Offense File Class | 35001 – VIOLATION OF CONTROLLED SUBSTANCE ACT | Domestic Violence | No | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | P - Possessing/Concealing | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

## Arrestee A1: BROWN, REGERVIN ERROL

| | | | | | |
|---|---|---|---|---|---|
| Arrestee Number | A1 | DOB | 1/4/1979 | Place of Birth | |
| Name | BROWN, REGERVIN ERROL | Age | 31 | SSN | 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 |

C075

NetRMS_M_CR_rfv2f

Printed: August 22, 2010 - 8:33 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005962
Report No. 1000005962.1
eport Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400



Page 4 of 7

| | | | |
|---|---|---|---|
| Aliases | Sex | M - Male | DLN | B650734234012 |
| Alet(s) | Race | B - Black | DL State | MI - Michigan |
| | Ethnicity | U - Unknown | DL Country | USA - United States of America |

Address 5229 W MICHIGAN AVE LOT 233
CSZ YPSILANTI, MI 48197-9182

HL 5' 1"
WL 152
Eye Color BRO - Brown
Hair Color BLK - Black
Hair Style
Hair Length

Occupation/Grade
Employer/School
Employer Address
Employer CSZ
Res. County WASHTENAW
Res. Country USA - United States of America
Resident Status C - Resides in the County but not the community where the offense occurred

MO

Attire

Habitual Offender Status

Facial Hair

Complexion
Build
Teeth

Phone/Email
Type                                    Description

Supplemental IDs
Type                ID Number        ID Issuer            Name

cal Characteristics
                    Description      Description

Arrest No. 1635
Arrest Type T - Taken Into Custody
FBI No. 679532FB6

Criminal Tracking Number CTN
Transaction Control Number TCN
Person Control Number PCN

Arrested For 5503 - Drugs - (Other) Prescription
3560 - Marijuana -Sell

State No. 1925892E
Armed With 01 - Unarmed
Mult. Clearance N - Not Applicable
Mult. Clearance Offense
Prev. Suspect No.
Notified Name

Court
Fingerprints                          Booked On
Photos                                Booked Location
Miranda Read                          Released Location
Miranda Waived                        Released On
Number of Warrants                    Released By
                                      Release Reason
Juvenile Disposition                  Hold For
Adult Present                         Date/Time Arrested 8/20/2010 4:35:00 PM

Arrest Notes                          Detention Name      Arrest Location DEERING & MACARTHUR

operty Description Item 1: 3501 - Automobile/Car/Vehicle (not Stolen Or Recovered) 5403 - 07 BUICK RENDEZVOUS

NetRMS_MICR.rdl v2'                                    Printed: August 22, 2010 - 6:33 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005962
Report No. 1000005962.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**5**

Page 5 of 7

| | |
|---|---|
| Item No. | 1 |
| Property Category | 3501 - Automobile/Car/Vehicle (not Stolen Or Recovered) 5403 |
| Property Class | 03 |
| IBR Type | 03 - Automobiles |
| UCR Type | V - Other Vehicle (not Stolen or Recovered) |
| Status | X - Impounded |
| Count | 1 |
| Value | |
| Manufacturer | BUICK |
| Model | RENDEZVOUS |
| Serial No. | 3G5DA03L47S523617 |
| License No. | CBD1086 |
| Color | MAR - Maroon or Burgundy |
| Description | 07 BUICK RENDEZVOUS |
| Vehicle Year | 2007 |
| Body Style | |
| State | |
| License Year | 10/7/2010 |
| Recovered Date/Time | |
| Owner | |
| Disposition | IMPOUNDED |
| Evidence Tag | |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |

Property Notes

Property Description Item 2: 1910 - Marijuana 5410 - 3 BAGGIES OF SUSPECTED MARIJUANA

NetRMS_MICR.rtf v2f

Printed For:
Printed: August 22, 2010 - 6:33 P.V.

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005962
Report No. 1000005962.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400



Page 8 of 7

| | |
|---|---|
| Item No. | 2 |
| Property Category | 1910 - Marijuana 5410 |
| Property Class | 10 |
| IBR Type | 10 - Drugs/Narcotics |
| UCR Type | K - Miscellaneous |
| Status | C - Confiscated In Drug, Forgery/Counterfeiting, Or Gambling |
| Count | 1 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | |
| Description | 3 BAGGIES OF SUSPECTED MARIJUANA |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | A1 - BROWN, REGERVIN ERROL |
| Disposition | TOT LAWNET |
| Evidence Tag | |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | 05 - Marijuana |
| Drug Quantity | 3 |
| Drug Measure | DU - Dose Units/Items |
| Property Notes | |

Property Description Item 3: 2497 - Prescription Drugs 5488 - 60 PILLS OF PRESCRIPTION MEDICATION

| | |
|---|---|
| Item No. | 3 |
| Property Category | 2497 - Prescription Drugs 5488 |
| Property Class | 88 |
| IBR Type | 77 - Other |
| UCR Type | K - Miscellaneous |
| Status | C - Confiscated In Drug, Forgery/Counterfeiting, Or Gambling |
| Count | 1 |
| Value | 60 |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | |
| Description | 60 PILLS OF PRESCRIPTION MEDICATION |
| Vehicle Year | |

0078

NetRMS_NetRun v2f

Printed For:
Printed August 27, 2010 - 8:33 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005962
Report No. 1000005962.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

**7**

Page 7 of 7

Body Style
State
License Year

Recovered Date/Time
Owner
Disposition
Evidence Tag
Alert(s)
Evidence Recovered By
Evidence Recovered From
Evidence Location

Drug Type
Drug Quantity
Drug Measure

Property Notes

A1 - BROWN, REGERVIN ERROL
TOT LAWNET

0079

NetRMS  MICR.rl v2i

Printer: August 22, 2010 - 8:53 PM

# Washtenaw Co Sheriff Arrest Report

| | |
|---|---|
| Case No. 1000005966<br>Report No. 1000005966.1<br>Report Date: 8/20/2010 | Washtenaw Co Sheriff<br>2201 Hogback Rd Po Box 8<br>Ann Arbor, MI 48105<br>734 971-8400 |

Page 1 of 10

**Subject:** C3334 - Assist Other Govt Agency

| | | | | | |
|---|---|---|---|---|---|
| Case Report Status | A - Approved | Entered On | 8/20/2010 11:11:04 PM | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 01793 - Urban, Sean | 01793 - Urban, Sean | |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:30:35 AM | | |
| | | Verified By | 00366 - Trester, Mike | Assisted By | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:31:00 AM | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | |
| Business Name | | Related Cases | | Agency Assisted | |
| Location | 8707 Heather Dr<br>SUPERIOR TWP, MI 48198 | Disposition | Arrest | | |
| CSZ | | Exp. Clear Reason | | Call for Service # | |
| Census/Gen Code | | Exp. Clear Date | | | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | 100039829 | |
| Grid | | Report Type | Arrest Report | | |
| Sector | | Division | Patrol | | |
| Map | 0 - N/A | Notified | | | |
| Call Source | Telephone | Related Cases | | | |
| Vehicle Activity | | | | | |
| Dir. Veh. Traveling | | | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Motive | | | | | |

**Report Narrative**

Information:
On August 20, 2010 at approximately 5:00PM, several WCSO Deputies and I provided assistance to Detective Marocco (LAWNET) with an investigation. On that date and time I was traveling in fully marked WCSO patrol unit number 62, wearing an approved class "B" uniform.

Prior to the assistance provided, Detective Marocco related that he would be conducting surveillance at 8707 Heather Dr. Detective Marocco was conducting surveillance in attempt to identify drug activity specifically at the residence. Prior to Detective Marocco's investigation, Superior Twp officials also advised WCSO Station No. 6 Deputies that the township had received several complaints by citizens in the area of 8707 Heather Dr reference drug activity at the residence.

Detective Marocco advised that he would be utilizing my assistance as a traffic vehicle, conducting traffic stops and making contact with the suspect identified as Stanley Hugh Jackson JR. While holding a traffic point at Macarthur Blvd and Heather Dr, Detective Marocco requested for my assistance by radio. At that time, Detective Marocco requested that I make direct contact with two (2) subjects located in the driveway of 8707 Heather Dr reference the activity observed. At that time, I responded to the location. Deputy Mercure was following behind my patrol unit from Macarthur and Heather, as Detective Marocco proceeded toward the location from his surveillance point.

8707 Heather Dr Contact: (Officer Arrival)
As I proceeded toward 8707 Heather Dr, I observed Stanley Hugh Jackson JR and another unknown B/M standing in the drive way of the residence. Both subjects' were making observations of Detective Marocco as he proceeded toward the subjects in the unmarked surveillance vehicle. The subject's redirected their attention toward my patrol unit as I parked the vehicle at the end of the drive way of 8707 Heather Dr. As I exited fully marked WCSO patrol unit number 62, both subjects observed my officer presents as I proceeded out of the vehicle wearing a class "B" uniform.

Approach and Observations:
As I proceeded up the drive way toward the subjects, Jackson immediately grabbed his waste band and started backing away toward the open garage. At that time, I gave a loud verbal command to Jackson to "STOP".

0080

Printed For _____
Printed: August 2", 2010 12:23 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

2

**Subject's Action: (Active Resistance)**
Continuing toward Jackson, Jackson then turned toward the open attached garage and began running toward the interior garage door entry to the residence holding his waste band. I gave several loud verbal commands to Jackson again to "STOP" and further advised that he would be tasered, as he continued into the residence holding his waste band.

Jackson continued into the residence opening a screen door and unsuccessfully attempted to shut the main entry door as I continued after Jackson in hot pursuit. Being in close proximity to Jackson, he continued through the kitchen and proceeded toward the living room. Jackson was screaming unrecognizable statements as he faced away from my position with his hands still near his waste band. I continued giving Jackson verbal commands to "Stop".

**Officer Action:**
As Jackson proceeded through the kitchen toward the living room, Jackson stopped near the living room and attempted to turn toward my direction. As Jackson turned toward my position, I feared that he may have brandished a deadly weapon from his waste band. At that point, I discharged the taser device that was un-holstered as I proceeded after Jackson as he entered the residence (Intermidiate Control). The device deployed successfully as Jackson fell to the kitchen floor. At that time, I continued verbal commands to Jackson in attempt to successfully detain him. I then grabbed hold of Jacksons arm as he lay on his side screaming for handcuffing. The subject continued to hold his arms tight near the front of his body as he received the effects of the taser(Active Resistance).

At that time, Deputy Mercure entered the residence in attempt to provide assistance. I continued to gain control of Jackson's right arm as his body still felt tense from the taser device. As Jackson's muscles began to un-tense, Deputy Mercure was able to place his handcuff on the right hand. Deputy Mercure then advised dispatch that the taser device was deployed and requested for HVA. Jackson began spitting up and making unrecognizable statements as he stared straight ahead without eye movement. Deputy Mercure held the handcuff attached to the right arm, as I secured a handcuff on Jackson's left arm.

As Jackson began to un-tense, Jackson attempted to turn over from his back to his stomach. Deputy Mercure and I held the handcuffs as we attempted to assist Jackson turn over. Once Jackson was on his stomach, Jackson attempted to actively resist our efforts. Jackson attempted several times to pull away from Deputy Mercure as we attempted to apply handcuffs.

**Active Resistance:**
While continuing our attempt to apply handcuffs, Jackson physically started to pull away as he attempted to get off the kitchen floor. Deputy Mercure and I held each arm and continued using muscling techniques to hold Jackson to the floor. Jackson continued physically resisting Deputy Mercure and I as we continued to muscle Jackson's arms away from his body in attempt to successfully handcuff Jackson. Jackson continued resisting by holding his arms close to his body. Jackson continued screaming unrecognizable statements as he resisted our actions. As Jackson continued to wrestle away from us, Jackson was "Drive Stunned" by Deputy Mercure's taser device (Intermidiate Control). The device seemed to have no effect and Jackson continued resisting our efforts, as Deputy Reich and Deputy Farmer entered the residence to provide assistance.

At that time Deputy Mercure and I attempted to muscle Jackson's left arm behind his back. Deputy Farmer attempted to take control of Jackson's right arm, while Deputy Reich controlled Jackson's legs to reduce movement. After unsuccessfully gaining control, I applied a "Drive Stun" with my taser device to Jackson's mid-back section (Intermidiate Control). Again the taser appeared to have no effect on Jackson at that time. After securing my taser, Deputy Mercure and I successfully attached the left handcuff to the rear of Jackson's belt. Once secure, the right arm was then secured behind his back after struggling with his violent movements.

0081

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

3

Page 3 of 10

**Deputy Farmer Action:**
Deputy Farmer cleared the residence for officer safety, as Deputy Reich, Deputy Mercure, and I attempted to place Jackson in a seated position against the kitchen fridge. Jackson continued his aggressive movements, and continued to kick around on the kitchen floor. I also observed Jackson attempting to reach with his right hand toward the front of his person. I patted down the area of Jackson's reach for officer safety at that time.

**Scene Observations:**
While waiting for medical personnel to respond to scene, I observed two (2) sandwich bags containing a green leafy plant material located on the kitchen table. I also observed several cigars next to the sandwich bags on the table.

**HVA/Superior Twp FD:**
HVA Medical personnel and Superior Fire Department arrived on scene to provide medical assistance, and to remove the taser darts. Prior to HVA providing medical assistance, I searched Jackson for officer safety.
No. 108
-Tony Lyssiotis
-Lee French

**Person Search:**
While searching Jackson, I recovered a large amount of money in the left front pant pocket. After lifting up Jackson's shirt, I discovered a plastic sandwich bag in the waste band of his pants. After removing the plastic bag, I discovered the bag contained several white powdery chunks.

**Evidence:**
All recovered property was photographed and provided to Detective Marocco on scene.

**Command Notification:**
Sgt Hankamp was on scene and advised of the incident.

**Jackson Transport:**
Prior to Jackson being transported to St. Joseph's Hospital, Jackson continued struggling and spitting. Jackson spit hit me in the face as I attempted to record a clear photograph. Jackson was then transported by HVA to St. Joseph's Hospital.

**Further Officer Action:**
After completing photographs and providing evidence to Detective Marocco, Sgt Hankamp requested that I respond to St. Joseph's Hospital.

**St. Joseph's Hospital:**
I made contact at St. Joseph's Hospital where I was directed to room No. 38. Upon entering, I observed that security had restrained Jackson to the hospital bed and they had removed Jackson's pants. As I entered the room, I made observations of Jackson's pants for further evidence. The medical professionals had already removed one dart from Jackson's person (Unknown Location of the Body). The second taser dart was observed on Jackson's hat on scene and removed by assisting officers. I requested to assist with removing the handcuffs that were still attached to Jackson's arms. At that time, St. Joseph's Hospital Security Personnel raised Jackson up and began removing the handcuffs without my assistance. As they held Jackson upright to remove the handcuffs, I observed that Jackson's eyes did not look normal, and partially rolled back. I advised medical personnel that I was unaware if Jackson swallowed any narcotics prior to my arrest, and advised that his eyes did not appear normal. An unknown medical professional advised that they gave him medication to relax Jackson. Security then provided me with both sets of handcuffs, and repositioned Jackson back on the hospital bed. Moments later after Sgt Hankamp responded to the

0082

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400



Page 4 of 10

hospital, we observed several medical professionals working on Jackson. It appeared that Jackson was having medical difficulties at that time. Sgt Hankamp then notified command and advised them of Jackson's condition at the hospital.

Command Information:
WCSO Command advised that I return to station one, to complete report the generated report after St. Joseph's Hospital advised that Jackson had expired.

In-Car Video: (Provided to Sgt King)

Department Assigned Taser: (Provide to MSP for Investigation)

Disposition: Report Generated.

Status: Active.

## Offense Detail: C3334 - Assist Other Govt Agency

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | C3334 - Assist Other Govt Agency | | | | |
| IBR Code | | Location Type | 20 - Residence/Home | No. Prem. Entered | |
| IBR Group | | Offense Completed? | Yes | Entry Method | |
| Crime Against | | Hate/Bias | 00 - None (No Bias) | Type Security | |
| Offense File Class | | Domestic Violence | No | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

## Offense Detail: 4801 - Resisting Officer

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 4801 - Resisting Officer | | | | |
| IBR Code | 90Z - All Other Offenses | Location Type | 20 - Residence/Home | No. Prem. Entered | |
| IBR Group | B | Offense Completed? | Yes | Entry Method | |
| Crime Against | | Hate/Bias | 00 - None (No Bias) | | |
| Offense File Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | No | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

## Arrestee A2: JACKSON, STANLEY HUGH Jr.

| | | | | | |
|---|---|---|---|---|---|
| Arrestee Number | A2 | DOB | 2/24/1979 | Place of Birth | |
| Name | JACKSON, STANLEY HUGH Jr. | Age | 31 | SSN | |
| Aliases | | Sex | M - Male | DLN | J-250-777-319-143 |
| Alert(s) | | Race | B - Black | DL State | MI - Michigan |
| | | Ethnicity | U - Unknown | DL Country | USA - United |

0083

# Washtenaw Co Sheriff Arrest Report

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400



Case No. 1000005966
Report No. 1000005966.1
Report Date: 8/20/2010

Page 5 of 10

| | | | | | States of America |
|---|---|---|---|---|---|
| Address | 8707 HEATHER DR | Ht. | 6' 0" | Occupation/Grade | |
| CSZ | Superior Twp, MI 48198 | Wt. | 252 | Employer/School | |
| | | Eye Color | BRO - Brown | Employer Address | |
| MO | | Hair Color | BLK - Black | Employer CSZ | |
| | | Hair Style | B - Braided | Res. County | WASHTENAW |
| | | Hair Length | M - Medium | Res. Country | USA - United |
| Attire | | | | | States of America |
| Habitual Offender Status | | Facial Hair | 05 - Goatee and Mustache | Resident Status | R - Resident of the community, city, or town where the offense occurred |
| | | Complexion | MBR - Medium Brown | | |
| | | Build | HVY - Heavy | | |
| | | Teeth | 1 - Normal | | |

| Phone/Email Type | | Description | | |
|---|---|---|---|---|

| Supplemental IDs ID Type | ID Number | ID Issuer | Name |
|---|---|---|---|

| Physical Characteristics Type | Descriptor | Description |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Arrest No. | 1636 | | | |
| Arrest Type | T - Taken Into Custody | | | |
| FBI No. | | | | |
| Criminal Tracking Number CTN | | | | |
| Transaction Control Number TCN | | | | |
| Person Control Number PCN | | Arrested For | 4801 - Resisting Officer | |
| State No. | | Count | 1 | |
| Armed With | 01 - Unarmed | Fingerprints | | Booked On |
| Multi. Clearance | N - Not Applicable | Photos | No | Booked Location |
| Multi. Clearance Offense | | Miranda Read | | Release Location |
| Prev. Suspect No. | | Miranda Waived | | Released On |
| Notified Name | | Number of Warrants | | Released By |
| | | | | Release Reason |
| | | Juvenile Disposition | | Hold For |
| | | Adult Present | | Date/Time Arrested | 8/20/2010 5:10:00 PM |
| Arrest Notes | | Detention Name | | Arrest Location |

Property Description Item 1: 1312 - Recording - VCR Tape 5427 - In-Car Video Tape No. 7345

NetRMS  MCR.rtf v2t                                                                 Printed: August 21, 2010 - 12:23 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400



6

Page 8 of 13

| | |
|---|---|
| Item No. | 1 |
| Property Category | 1312 - Recording - VCR Tape 5427 |
| Property Class | 27 |
| IBR Type | 27 - Recordings-Audio/Visual |
| UCR Type | F - TV's, Radios, Stereos, Etc... |
| Status | E - Evidence (Including Other Seized Property And Tools) |
| Count | 1 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | 7345 |
| License No. | |
| Color | BLK - Black |
| Description | In-Car Video Tape No. 7345 |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | |
| Disposition | Provided to WCSO |
| Evidence Tag | |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |

Property Notes

Property Description Item 2: 3706 - Discharge Device - Taser, Etc. 5488 - Taser Information

NetRMS_MICRcH v2f

Printed For :
Printed:August 21, 2010 - 12:29 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**7**

Page 7 of 10

| | |
|---|---|
| Item No. | 2 |
| Property Category | 3706 - Discharge Device - Taser, Etc. 5488 |
| Property Class | 88 |
| IBR Type | 77 - Other |
| UCR Type | K - Miscellaneous |
| Status | E - Evidence (Including Other Seized Property And Tools) |
| Count | 1 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | x00-442196 |
| License No. | |
| Color | BLK - Black |
| Description | Taser Information |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | |
| Disposition | Provided to MSP |
| Evidence Tag | |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |
| Property Notes | Discharge Device H07-623042 /H09-1298377 |

Property Description Item 3: 1910 - Marijuana 5410 - Marijuana

NetRMS_MICR_Rpt v2I

Printed For :
Printed: August 21, 2010 - 12:23 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400



Page 8 of 10

| | |
|---|---|
| Item No. | 3 |
| Property Category | 1910 - Marijuana 5410 |
| Property Class | 10 |
| IBR Type | 10 - Drugs/Narcotics |
| UCR Type | K - Miscellaneous |
| Status | C - Confiscated In Drug, Forgery/Counterfeiting, Or Gambling |
| Count | 1 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | GRN - Green |
| Description | Marijuana |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | |
| Disposition | Provided to LAWNET |
| Evidence Tag | |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | 05 - Marijuana |
| Drug Quantity | 1 |
| Drug Measure | DU - Dose Units/Items |

Property Notes

Property Description Item 4: 1902 - Cocaine 5410 - Cocaine Located on Subject

0087

Printed For:
Printed: August 21, 2010 - 12:23 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400



Page 5 of 10

| | |
|---|---|
| Item No. | 4 |
| Property Category | 1902 - Cocaine 5410 |
| Property Class | 10 |
| IBR Type | 10 - Drugs/Narcotics |
| UCR Type | K - Miscellaneous |
| Status | C - Confiscated In Drug, Forgery/Counterfeiting, Or Gambling |
| Count | 1 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | WHI - White |
| Description | Cocaine Located on Subject |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | |
| Disposition | Provided to LAWNET |
| Evidence Tag | |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | 02 - Cocaine |
| Drug Quantity | 1 |
| Drug Measure | DU - Dose Units/Items |
| Property Notes | |

## Property Description Item 5: 2102 - Bills/Money - Misc./Assorted 5420 - Money Located on Subject

| | |
|---|---|
| Item No. | 5 |
| Property Category | 2102 - Bills/Money - Misc./Assorted 5420 |
| Property Class | 20 |
| IBR Type | 20 - Money |
| UCR Type | A - Currency, Notes, Etc... |
| Status | C - Confiscated In Drug, Forgery/Counterfeiting, Or Gambling |
| Count | 1 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | GRN - Green |
| Description | Money Located on Subject |
| Vehicle Year | |
| Body Style | |

NetRMS_MICR-P v2*

Printed For:
Printed: August 21, 2010 - 12:23 PM

0088

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.1
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**10**

Page 10 of 10

State
License Year

Recovered Date/Time
Owner
Disposition          Provided to LAWNET
Evidence Tag
Alert(s)
Evidence Recovered By
Evidence Recovered From
Evidence Location

Drug Type
Drug Quantity
Drug Measure

Property Notes

NetRMS_MI(Rpt)v2  Printed: August 21, 2010 - 12:23 PM

# Washtenaw Co Sheriff Arrest Report

Case No. **1000005966**
Report No. **1000005966.2**
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

Page 1 of 8

| | | | | | |
|---|---|---|---|---|---|
| Subject: | C3334 - Assist Other Govt Agency | | | | |
| Case Report Status | A - Approved | Entered On | 8/20/2010 11:49:04 PM | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 00746 - Mercure, Thomas | 00746 - Mercure, Thomas | |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:30:48 AM | Assisted By | |
| | | Verified By | 00366 - Trester, Mike | | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:31:16 AM | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | |
| Business Name | | Related Cases | | Agency Assisted | |
| Location | 8707 HEATHER DR | Disposition | Arrest | | |
| CSZ | Superior Twp, MI 48198 | Exon. Clear Reason | | | |
| Census/Geo Code | | Exp. Clear Date | | Call for Service # | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | 100039829 | |
| Grid | | Report Type | Arrest Report | | |
| Sector | | Division | Patrol | | |
| Map | | Notified | | | |
| Call Source | Telephone | Related Cases | | | |
| Vehicle Activity | | | | | |
| Dir. Veh. Traveling | | | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Motive | | | | | |
| Report Narrative | | | | | |

**INFORMATION:**

INFORMATION:
On Friday, August 20, 2010 Dep. Teets and Dep. Urban were working with LAWNET on a detail. At 1650 hours Dep. Teets called for back-up on a traffic stop on Deering St. near Stephens Dr. in Superior Twp.

I responded directly to this location in WCSO patrol car 022 wearing the WCSO Class "B" uniform.

Upon arrival at this location, Dep. Teets was secure. He then quickly briefed me that there was an additional suspect at 8707 Heather Dr. in Superior Twp. and asked if I would assist Dep. Urban at this location. It was my understanding that LAWNET Det. Marocco was conducting surveillance at this location at this time and calling out vehicles to be stopped.

I and Dep. Urban mustered at MacArthur Blvd. and Heather Dr. and then were directed in by Det. Marocco.

**OFFICER ARRIVAL:**
I arrived at 8707 Heather coming from the west. I followed behind Dep. Urban who was in a fully marked patrol vehicle and wearing a Class "B" uniform. I was driving fully marked patrol car 022, also wearing the Class "B" uniform.

Det. Marocco was in the immediate area in plain-clothes driving an unmarked vehicle.

**APPROACH AND OBSERVATION:**
As we approached 8707 Heather Dr. there were two African-American males at the end of the driveway near the sidewalk, both wearing white T-shirts. There was also a large blue sedan parked in the driveway.

As we closed in on this location, one subject started running to the house, and the other started to

0090

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.2
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

walk toward the street.

Dep. Urban immediately pursued the suspect running to the house; I made initial contact with the second subject who walked toward the street giving him loud verbal commands to get on the ground.

As I did this, Det. Marocco approached the scene and told me he would control this subject. I then ran into the house to assist Dep. Urban.

While running to the house I heard Det. Marocco identify himself as the police to the subject at the road.

I entered the house and finding the subject on his back on the kitchen floor, with his arms held up, fists clinched. Dep. Urban was giving loud, clear and concise instructions for the subject to roll onto his stomach. I saw Taser cartridge wire leads on the floor and it was clear to me that Dep. Urban deployed his Taser. I saw one of the leads on the subject's hat. I do not know where the other lead was.

SUBJECT ACTION/ DEPUTY ACTION:
The subject was displaying signs of muscle contractions. The subject was acting as if the Taser was still in operation but I could not hear the clicking of the Taser. Dep. Urban was NOT activating the Taser at this time.

The suspect was making grunting type sounds with his jaw clinched.

I was able to place a handcuff on his right wrist and Dep. Urban placed a separate set of handcuffs on his left wrist, we attempted to roll the subject onto his stomach but were unable to do so, with the subject still exhibiting signs of muscle lock.

The subject began to salivate and he was not blinking his eyes. His eyes appeared to be fixed and not tracking.

I was concerned the subject was in medical distress and notified WCSO dispatch to send an ambulance. I then followed that transmission by advising them to come with a priority response.

I spoke to the subject in a calm manner telling him he was going to be okay, and that an ambulance was on the way to assist him. I was trying to calm the subject and get him to control his excited breathing.

The subject began to improve his condition.

Dep. Urban and I were still attempting to secure the subject and I was concerned the subject would come out of his condition and be combative. We were unsuccessful in rolling the subject to his stomach to finish the handcuff procedure.

The subject gained control of himself and was attempting to pull his arms toward his stomach area. (Active Aggression) Both Dep. Urban and I still held the subject by the handcuffs. (Compliance Controls)

We struggled with the subject who was not complying with the commands to put his hands behind his back and pulling his arms forward. (Active Resistance)

We were able to place the subject on his back and continued struggle placing his arms behind him as he was attempting to reach toward his stomach. (Active Resistance) This caused concern if he

0091

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.2
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**3**

Page 3 of 8

was attempting to gain a concealed weapon to assault us, continuing to actively fight and resist us.

I then unholstered my Taser. As I did Dep. Urban stated "Drive Stun" and he was able to remove the air cartridge from my Taser. I was also still holding onto the subject's right wrist. (Compliance Control)

I activated my Taser in the upper back on the right side. (Intermediate Control) It did not have an effect on the subject.

The struggle continued, with the subject still reaching for his beltline. (Active Resistance) Loud verbal commands were continuing. (Verbal Direction)

Dep. Farmer arrived on scene and began to assist.

We were rolling on the floor. Dep. Farmer gained control of the subject's right arm, as Dep. Urban and I began to bring his left arm behind his back. (Compliant Control)

I heard Dep. Farmer say something to the affect that the subject was biting.
The subject was able to roll onto his back attempting to bring his hands to his front beltline. (Active Resistance)

For a second time I unholstered my Taser, with the air cartridge already disconnected. As I was going to activate the Taser the subject was rolled onto his stomach. I cannot recall if the subject was drive stunned at this time. The Taser was holstered, and I began to gain control of the subjects left arm. (Compliant Control)

Dep. Reich arrived and assisted with bringing the subject's left arm behind his back. (Compliant Control) I was able to handcuff his left arm to his leather belt behind his back.

Dep. Urban and Dep. Reich were controlling the subject as he was on his stomach from his left side. Dep. Farmer was controlling the subject's right arm.

I repositioned myself to the subject's right side and assisted Dep. Farmer and was able to handcuff the right arm to the handcuff on the subject left wrist.

The subject remained combative attempting to rotate around and roll on the floor. (Active Resistance) He was given directions to stop. He continued to attempt to reach his front beltline. (Active Resistance)

I attempted to calm him as he appeared to be in a panicked state. He was directed to lie on his side in an attempt to calm him.

Dep. Reich and Dep. Urban and I attempted to set the subject up against the refrigerator, while sitting on the floor, but the subject continued to twist and gyrate. (Active Resistance)

Dep. Urban searched the subject, finding a plastic bag with a white substance inside it inside the front of the subject's pants. Dep. Urban also located US currency in the subject's left front pant pocket. I searched the subjects leg and only noted what appeared to be a Department of Corrections tether on his ankle (I do not recall which ankle).

The subject was bleeding from the mouth, and while he was on the floor, he spat at me on three different occasions; blood and spit on my lower left trouser leg and my left boot. (Active Aggression)

During this time, additional WCSO units arrived on scene.

0092

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.2
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400



Page 4 of 8

TREATMENT OF INJURIES/ TRANSPORT PROCEDURE:
HVA and Superior Twp. Fire Department entered the scene. The subject continued to be uncooperative.

The subject was bleeding from the mouth, and while he was on the floor, he spat at me on three different occasions; blood and spit on my lower left trouser leg and my left boot.

I advised the subject that these were paramedics that where here to assist him, this did not make a difference as he continued to twist around. (Active Resistance)

I asked the paramedics if they had some type of mask they could put on the subjects mouth due to his spitting. They placed what appeared to be an oxygen mask on the subject without the tubing connected, leaving an air hole.

The subject remained handcuffed and was lifted onto the HVA stretcher where he was placed on his back and strapped in.

Dep. Urban asked a paramedic to remove the mask from the subject so he could take a photograph, when the mask was removed the subject spat at Dep. Urban's face.

HVA then transported the subject out of the house.

This concluded my contact with the subject.


COMMAND OFFICER NOTIFICATION:
Sgt. Hankcamp and Lt. Trester were on scene.


ADDITIONAL OBSERVATIONS:
On the kitchen table I saw plastic bags with what appeared to be marijuana.

## Offense Detail: C3334 - Assist Other Govt Agency

| Offense Description | C3334 - Assist Other Govt Agency | | | |
|---|---|---|---|---|
| IBR Code | | Location Type | 20 - Residence/Home | |
| IBR Group | | Offense Completed? | Yes | No. Prem. Entered |
| Crime Against | | Hate/Bias | 00 - None (No Bias) | Entry Method |
| Offense File Class | | Domestic Violence | No | Type Security |
| PACC | | | | Tools Used |
| Local Code | | | | |
| Using | | | | |
| Criminal Activity | | | | |
| Force Level | | | | |
| Weapons | | | | |

## Offense Detail: 4801 - Resisting Officer

| Offense Description | 4801 - Resisting Officer | | | |
|---|---|---|---|---|
| IBR Code | 90Z - All Other Offenses | Location Type | 20 - Residence/Home | |
| IBR Group | B | Offense Completed? | Yes | No. Prem. Entered |
| Crime Against | | Hate/Bias | 00 - None (No Bias) | Entry Method |

0093

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.2
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

5

Page 5 of 8

| | | | | |
|---|---|---|---|---|
| Offense File Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | No | Type Security |
| PACC | | | | Tools Used |
| Local Code | | | | |
| Using | | | | |
| Criminal Activity | | | | |
| Force Level | | | | |
| Weapons | | | | |

Property Description Item 6: 1312 - Recording - VCR Tape 5427 - IN-CAR VIDEO CASSETTE

NetRMS: MICR r1 v2*                                          Printed: August 21, 2010 - 12:23 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.2
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400



Page 6 of 8

| | |
|---|---|
| Item No. | 6 |
| Property Category | 1312 - Recording - VCR Tape 5427 |
| Property Class | 27 |
| IBR Type | 27 - Recordings-Audio/Visual |
| UCR Type | F - TV's, Radios, Stereos, Etc... |
| Status | E - Evidence (Including Other Seized Property And Tools) |
| Count | 1 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | 07485 |
| License No. | |
| Color | |
| Description | IN-CAR VIDEO CASSETTE |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | |
| Disposition | |
| Evidence Tag | |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |

Property Notes   The video cassette was turned over to Dep. Urban who then turned it over to Sgt. King.

Property Description Item 7: 3706 - Discharge Device - Taser, Etc. 5488 - Electro-Muscular Disruption Weapon

NetRMS  MICR tf v2'

Printed For:
Printed: August 21, 2010 - 12:23 PM

# Washtenaw Co Sheriff Arrest Report

Case No. **1000005966**
Report No. **1000005966.2**
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, Mi 48105
734 971-8400

7

| | |
|---|---|
| Item No. | 7 |
| Property Category | 3706 - Discharge Device - Taser, Etc. 5488 |
| Property Class | 88 |
| IBR Type | 77 - Other |
| UCR Type | K - Miscellaneous |
| Status | E - Evidence (Including Other Seized Property And Tools) |
| Count | 1 |
| Value | |
| Manufacturer | Taser International |
| Model | X-26 |
| Serial No. | X00-303574 |
| License No. | |
| Color | BLK - Black |
| Description | Electro-Muscular Disruption Weapon |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | |
| Disposition | |
| Evidence Tag | |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |
| Property Notes | Taser was turned over to Commander Heren. |

## Property Description Item 8: 3706 - Discharge Device - Taser, Etc. 5488 - Taser Air Cartridge

| | |
|---|---|
| Item No. | 8 |
| Property Category | 3706 - Discharge Device - Taser, Etc. 5488 |
| Property Class | 88 |
| IBR Type | 77 - Other |
| UCR Type | K - Miscellaneous |
| Status | E - Evidence (Including Other Seized Property And Tools) |
| Count | 1 |
| Value | |
| Manufacturer | Taser International |
| Model | |
| Serial No. | H07-625697 |
| License No. | |
| Color | GRN - Green |
| Description | Taser Air Cartridge |
| Vehicle Year | |
| Body Style | |

0096

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.2
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400



Page 8 of 8

State
License Year

Recovered Date/Time
Owner
Disposition
Evidence Tag
Alert(s)
Evidence Recovered By
Evidence Recovered From
Evidence Location

Drug Type
Drug Quantity
Drug Measure

Property Notes      Air Cartridge was turned over to Cmdr. Heron

NetRMS MICR.rf v2I                                                                                   Printed: August 21, 2010 - 12:23 PM

# Washtenaw Co Sheriff Arrest Report

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**2**

Case No. 1000005966
Report No. 1000005966.3
Report Date: 8/20/2010

between Jackson's head and his handcuffed arm. I was looking at Jackson and noticed that he was bringing his head toward my arm and observed Jackson opening his mouth and attemped to bite my arm. (ACTIVE AGGRESSION) Jackson brought his head down to my arm and touched his mouth to my skin, (ACTIVE AGGRESSION) I responded by delivering a quick jab with my left hand to the side of his jaw as a distraction to what he was attempting to do to me. (PHYSICAL CONTROL) After doing so I yelled at him something to the effect of, "don't bite". (VERBAL DIRECTION) I believed that Jackson was going to bite me and possibly inflict serious injury to my arm. As a result, Jackson turned his head and his attempt at biting me stopped.

I continued to hold on to the handcuff and was able to bring Jackson's arm half way down by his side and then another Deputy helped by bringing the same arm behind his back where Deputies were able to get Jackson secure in handcuffs. (COMPLIANCE CONTROLS)

ADDITIONAL INFORMATION:

I got up from the floor and asked if the house had been secured, Deputies advised, "no" that no one had searched the home yet for security purposes. Deputy Mercure and I searched the home for any other subjects hiding inside. The house was cleared with no other people occupying it.

MEDICAL TREATMENT:

At this point, Huron Valley Ambulance arrived on scene and attempted to medically evaluate Jackson. I then left the house and walked outside by my patrol vehicle. Jackson was taken away by Huron Valley Ambulance and transported to St. Joseph Hospital.

COMMAND NOTIFICATION:

Sgt. Hankamp was on scene.

DISPOSITION:

I cleared the scene continuing to take calls in Superior Township.

Offense Detail: C3334 - Assist Other Govt Agency

| Offense Description | C3334 - Assist Other Govt Agency | | | | |
|---|---|---|---|---|---|
| IBR Code | | Location Type | 20 - Residence/Home | | |
| IBR Group | | Offense Completed? | Yes | No. Prem. Entered | |
| Crime Against | | Bias/Bias | 00 - None (No Bias) | Entry Method | |
| Offense File Class | | Domestic Violence | No | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

Offense Detail: 4801 - Resisting Officer

| Offense Description | 4801 - Resisting Officer | | | | |
|---|---|---|---|---|---|
| IBR Code | 90Z - All Other Offenses | Location Type | 20 - Residence/Home | | |
| IBR Group | B | Offense Completed? | Yes | No. Prem. Entered | |
| Crime Against | | Bias/Bias | 00 - None (No Bias) | Entry Method | |

0098

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.3
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**1**

Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Subject: | C3334 - Assist Other Govt Agency | | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:06:31 AM | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 01775 - Farmer, Holly | 01775 - Farmer, Holly | |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:31:24 AM | | |
| | | Verified By | 00366 - Trester, Mike | Assisted By | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:31:31 AM | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | |
| Business Name | | Related Cases | | Agency Assisted | |
| Location | 8707 HEATHER DR | Disposition | Arrest | | |
| CSZ | Superior Twp, MI 48198 | Exp. Clear Reason | | | |
| Census/Geo Code | | Exp. Clear Date | | | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | Call for Service # | |
| Grid | | Report Type | Arrest Report | 100039829 | |
| Sector | | Division | Patrol | | |
| Map | | Notifies | | | |
| Call Source | Telephone | Related Cases | | | |
| Vehicle Activity | | | | | |
| Dir. Veh. Traveling | | | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Motive | | | | | |

## Report Narrative

**DISPATCH INFORMATION:**

On 08/20/2010 at about 1650 hours, I was called to the area of Deering and Stephens to assist Deputies Urban and Teets on a traffic stop. While on scene, I heard over the radio that Deputies tazed a subject at the address of 8707 Heather Drive. I checked with Deputies on the traffic stop to see if everyone was secure and I advised them that I would be enroute to assist Deputies at the Heather Drive address.

**ON SCENE/ARRIVAL:**

Upon arrival to 8707 Heather Drive, I observed Lawnet Officer Mike Marocco standing by a patrol vehicle in plain clothes. Marocco advised that he was watching a subject in the backseat of the patrol vehicle and told me that both Mercure and Urban ran after a subject that ran from them in the driveway and into the house at 8707 Heather Drive. I immediately ran into the open garage and into the house which led to a kitchen and dining area. As I entered the house, I heard the sounds of struggling and the sound of a taser being deployed. After the taser stopped, I looked to see the subject, Stanley Jackson on the kitchen floor, Jackson continued to actively resist by kicking his legs and trying to get his arms under his body with Deputies on scene. (ACTIVE RESISTANCE) Since Jackson had not been searched it was a concern to me that Jackson may have had a weapon or contraband because he was trying to get his hands under his body. (ACTIVE RESISTANCE)

**ACTION(S) TAKEN:**

I ran over to Jackson and advised him to calm down and lie on his stomach. (OFFICER RESPONSE - PRESENCE/VERBAL DIRECTION) Jackson did not say anything and continued to actively resist by kicking his legs and trying to get his arms under him with officers. (ACTIVE RESISTANCE)

At one point, Jackson was lying on his stomach and had pulled his arm away from another Deputy who had put a handcuff on his wrist. (ACTIVE RESISTANCE) I looked to see the handcuff with an open bail and grabbed the handcuff which was on his right wrist. I did not let go and struggled to hold onto the handcuff for fear if I let go of the serrated edge of the open handcuff it could seriously injury myself or another officer. (COMPLIANCE CONTROLS) At one point, my arm was trapped in

0099

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.3
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

# 3

Page 3 of 3

| Offense Fire Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | No | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

0100

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.4
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

1

Page 1 of 3

| | | | | |
|---|---|---|---|---|
| Subject: | C3334 - Assist Other Govt Agency | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:08:44 AM | Reporting Officer |
| Agency County | 81 - Washtenaw | Entered By | 01360 - Reich, Dean | 01793 - Urban, Sean |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:31:39 AM | |
| | | Verified By | 00366 - Trester, Mike | Assisted By |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:31:51 AM | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | |
| Business Name | | Related Cases | | Agency Assisting |
| Location | 8707 HEATHER DR | Disposition | Arrest | |
| | Superior Twp, MI 48198 | Exp. Clear Reason | | |
| CSZ | | Exp. Clear Date | | |
| Census/Geo Code | | Reporting Agency | Washtenaw Co Sheriff | Call for Service # |
| Jurisdiction | | Report Type | Arrest Report | 100039829 |
| Grid | | Division | Patrol | |
| Sector | | Notified | | |
| Map | | Related Cases | | |
| Call Source | Telephone | | | |
| Vehicle Activity | | | | |
| Dir. Veh. Traveling | | | | |
| Cross Street | | | | |
| Means | | | | |
| Motive | | | | |

Report Narrative:

**DISPATCH INFORMATION:**
On 08/20/2010 at approximately 1700 hrs I (Deputy Reich) working Ypsilanti Twp road patrol in a fully marked patrol vehicle # 89 while wearing the required class B uniform. I was traveling W/B on Clark Rd near Ford Blvd. I heard radio traffic on channel A stating that a Taser was deployed and HVA was requested non emergent to 8707 Heather.

**ACTIONS TAKEN:**
I responded to the scene of 8707 Heather to assist the Superior Twp. Deputies with the call. Upon arrival at the scene I saw Deputy Marocco who was standing out front of the residence. Dep. Marocco stated that the Deputies were inside the residence attempting to restrain a subject. I quickly made my way toward the residence through the open garage door and heard the Deputies inside yelling loud verbal commands to the subject (give me your hands, put your hands behind your back, quite resisting).

Upon entry into the kitchen area of the residence I saw Deputy Mecure, Deputy Urban, and Deputy Farmer actively struggling with the suspect later found to be Stanley Jackson (ACTIVE RESISTANCE). The Deputies were attempting to apply handcuffs to Jackson who was actively resisting (COMPLIANCE CONTROLS). Jackson was lying face down twisting and turning while pulling his arms away from the Deputies (ACTIVE RESISTANCE). Deputy Mercure and Dep. Urban were attempting to gain control of Jackson's left arm (COMPLIANCE CONTROLS) and Deputy Farmer was attempting to gain control of Jackson's right arm (COMPLIANCE CONTROLS).

I secured Jackson's legs (COMPLIANCE CONTROLS) so that Jackson would no longer attempt to twist onto his back (ACTIVE RESISTANCE). I then assisted Deputy Mecure and Dep. Urban with gaining control of Jackson's left arm (COMPLIANCE CONTROLS). One set of handcuffs were applied to Jackson's left wrist (COMPLIANCE CONTROLS) as he continually pulled away from our grasp (ACTIVE RESISTANCE). Dep. Urban and I were able to gain control of Jackson's left arm and secured the handcuffs to Jackson's belt (COMPLIANCE CONTROLS).

I then attempted to assist Dep. Farmer with gaining control of Jackson's right arm. Jackson continued pulling his right arm away from our grasp (ACTIVE RESISTANCE). Dep. Urban attempted to drive stun Jackson with a Taser which didn't have any effect on Jackson's active resistance in

0101

Printed For
Printed: August 21, 2010 - 12:19 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.4
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

2

Page 2 of 3

attempting to pull away from our grasp. Dep. Farmer and I were able to pull / secure Jackson's right arm toward his back and a set of handcuffs were applied (COMPLIANCE CONTROLS). Dep. Farmer and I then secured the handcuffs to Jackson's right wrist attaching them to the other set of handcuffs which were on Jackson's left wrist (COMPLIANCE CONTROLS). Jackson continually attempted to pull away even after he was secured handcuffs (ACTIVE RESISTANCE).

Jackson was then rolled onto his right side to allow him to breathe more freely. Jackson continually twisted around on the kitchen floor while kicking and screaming (ACTIVE RESISTANCE). Dep. Urban and I then sat Jackson up in a sitting position. Jackson again fell onto his left side then rolled onto his back while kicking his legs and screaming unrecognizable statements (ACTIVE RESISTANCE).

HVA arrived on scene and attempted to evaluate Jackson who was continually uncooperative. HVA made the decision to transport Jackson to the hospital to be evaluated. Jackson was placed on an HVA stretcher and restrained by HVA. Once Jackson was on the HVA stretcher he began spitting and screaming unrecognizable statements. HVA applied a spit mask on Jackson's face to limit the possibility of him spitting on HVA or Superior Fire Department personnel who were on scene assisting. HVA transported Jackson from the residence by ambulance to Saint Joseph Hospital for evaluation. The remainder of the residence was checked and secured and turned over to Superior Twp. Deputies that were on scene.

STATUS:
TOT OIC Dep. Urban.

## Offense Detail: C3334 - Assist Other Govt Agency

| | C3334 - Assist Other Govt Agency | | | | |
|---|---|---|---|---|---|
| Offense Description | | | | | |
| IBR Code | | Location Type | 20 - Residence/Home | | |
| IBR Group | | Offense Completed? | Yes | No. Prem. Entered | |
| Crime Against | | Hate/Bias | 00 - None (No Bias) | Entry Method | |
| Offense File Class | .. | Domestic Violence | No | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

## Offense Detail: 4801 - Resisting Officer

| | 4801 - Resisting Officer | | | | |
|---|---|---|---|---|---|
| Offense Description | | | | | |
| IBR Code | 90Z - All Other Offenses | Location Type | 20 - Residence/Home | | |
| IBR Group | B | Offense Completed? | Yes | No. Prem. Entered | |
| Crime Against | | Hate/Bias | 00 - None (No Bias) | Entry Method | |
| Offense File Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | No | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

0102

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.4
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

**3**

Page 3 of 3

Property Description Item 9: 1312 - Recording - VCR Tape 5427 - Vehicle 89 video tape

| | |
|---|---|
| Item No. | 9 |
| Property Category | 1312 - Recording - VCR Tape 5427 |
| Property Class | 27 |
| IBR Type | 27 - Recordings-Audio/Visual |
| UCR Type | F - TV's, Radios, Stereos, Etc... |
| Status | E - Evidence (Including Other Seized Property And Tools) |
| Count | 1 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | 0325 |
| License No. | |
| Color | |
| Description | Vehicle 89 video tape |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | |
| Disposition | |
| Evidence Tag | 1000005966.009 |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |
| Property Notes | TOT SGT. KING |

NetRMS_MICR_tf v2f

Printed: August 21, 2010 - 12:19 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.5
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**1**

Page 1 of 4

| | | | | |
|---|---|---|---|---|
| Subject | C3334 - Assist Other Govt Agency | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:11:56 AM | Reporting Officer |
| Agency County | 81 - Washtenaw | Entered By | 01140 - Saydak, Sharon | 01793 - Urban, Sean |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:32:00 AM | |
| | | Verified By | 00366 - Trester, Mike | Assisted By |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:32:07 AM | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | |
| Business Name | | Related Cases | | Agency Assisted |
| Location | 8707 HEATHER DR | Disposition | Arrest | |
| CSZ | Superior Twp, MI 48198 | Exc. Clear Reason | | |
| Census/Geo Code | | Exp. Clear Date | | Call for Service # |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | 100039829 |
| Grid | | Report Type | Arrest Report | |
| Sector | | Division | Patrol | |
| Map | | Notified | | |
| Call Source | Telephone | Related Cases | | |
| Vehicle Activity | | | | |
| Dir. Veh. Traveling | | | | |
| Cross Street | | | | |
| Means | | | | |
| Motive | | | | |

Report Narrative

Details: I, Deputy S.Saydak am currently assigned to the road patrol division in Ypsilanti Township and was clearing a general assist in the area Hewitt and Washtenaw Roads when I heard over the radio Deputy Teets requesting additional units.

Dispatch advised Units that they were on a traffic stop on Deering near Stephens Drive in Superior Township. While enroute to the location, I heard Deputy Teets requesting units to expedite as there were subjects arriving to the traffic stop interfering and Deputy Teets and Deputy Urban were alone on the traffic stop.

Upon arrival to the location, I observed several black male subjects on Deering Street near the traffic stop. I observed Deputy Urban and Deputy Teets searching a maroon Buick Rendezvous. Deputy Farmer was also on scene assisting with scene security. Per Deputy Teets and Urban, I was also to provide scene security at the traffic stop while they conducted their investigation.

Traffic Stop:
At the traffic stop, a black male wearing a black shirt identified by Deputy Teets as James Jones (b/m, 10/31/70) was standing on the sidewalk screaming at Deputy Urban and Teets. Mr. Jones and another male that was with him were videotaping the traffic stop. I instructed Mr. Jones standing on the sidewalk. Mr. Jones complied with my verbal direction. Mr. Jones was very upset and requested that I give him a supervisor's phone number. I wrote down Sgt. Hankamp name on a piece of paper and Washtenaw Central Dispatch number and gave the paper to Mr. Jones.

While on scene at the traffic stop, I heard Deputy Mecure request assistance to 8707 Heather Drive as a taser was deployed and the house was unsecure. Deputy Farmer left the traffic stop and went priority to Heather Drive to assist deputies.

8707 Heather Drive:
I arrived at 8707 Heather Drive and went inside the residence. I observed Deputies Reich, Farmer, Mecure and Urban in the kitchen area of the residence with a black male subject (Stanley Hugh Jackson, b/m 2/24/1979) who was wearing a white tee shirt and blue jeans. Mr. Jackson was on the kitchen floor and yelling at the police. Mr. Jackson was handcuffed to the rear and moving around.

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.5
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400



Page 2 of 4

I observed Deputy Reich at the feet of the subject telling the subject to be calm. Deputy Mecure was at the back area of Mr. Jackson. Mr. Jackson advised Deputies that he was uncomfortable on his belly and that he was having a hard time breathing. I observed Deputy Reich and Mecure assisted Mr. Jackson to his side. I observed a small amount of blood on the floor. I was advised by Deputies inside the house that they were secure and that the house was checked.

I step outside the residence to update Central Dispatch and have HVA roll in as the scene was secured. I advised additional units to report non emergent to the scene.

I was advised by Sgt. Hankamp and Lt. Trester to maintain scene security at the residence.

St. Joseph's Mercy Hospital:
At approximately 1850 hours, Lt. J. Anuszkiewicz requested additional units at the hospital reference security. Upon arrival to the hospital, I learned that the Mr. Jackson was deceased. Per Command, I was to remain at the hospital as the family and friends were arriving. I attempted to assist Security with escorting family members to a classroom near the emergency room. *Note: the family refused to use the classroom and remained outside the emergency room entry way.

While outside the emergency entrance, I heard a black female wearing a yellow colored shirt and blue jeans advise her mother that "the nurse told you that the hospital gave him something to calm him down and his heart stopped."

Deceased:
Per Lt. Anuszkiewicz, I was to remain posted inside the emergency room at room #38 where Mr. Jackson's body was at. I was to remain at the location until I was relieved by the Michigan State Police. Per Lt. Anuszkiewicz, no one was allowed entry into the room unless directed by Medical Examiner Office. I obeyed the order.

Scott Bryde RN from St. Joseph's Hospital entered the room to check location of restraints and medication/materials on Mr. Jackson. Scott Bryde was inside the room for approximately one minute to obtain the information.

Keith Johnson, Medical Examiner Investigator arrived on scene. I observed MEI Johnson photograph the body and document the location of materials on the body. MEI Johnson located the deceased clothing and two empty cell phone cases. In one of the cell phone cases was a paperwork for appearance to 34th District Court.

During my assignment no one else entered the exam room.

D/Sgt. J. Bundshuh relieved me at room #38.

Status: This report was turned over to D/Sgt. J. Bundshuh from the Michigan State Police.

Offense Detail: C3334 - Assist Other Govt Agency

| | C3334 - Assist Other Govt Agency | | | | |
|---|---|---|---|---|---|
| Offense Description | | Location Type | 20 - Residence/Home | | |
| IBR Code | | Offense Completed? | Yes | No. Prem. Entered | |
| IBR Group | | Hate/Bias | 00 - None (No Bias) | Entry Method | |
| Crime Against | | Domestic Violence | No | Type Security | |
| Offense File Class | | | | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |
| Using | | | | | |

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.5
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**3**

Page 3 of 4

| | |
|---|---|
| Criminal Activity | |
| Force Level | |
| Weapons | |

## Offense Detail: 4801 - Resisting Officer

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 4801 - Resisting Officer | Location Type | 20 - Residence/Home | No. Prem. Entered | |
| IBR Code | 90Z - All Other Offenses | Offense Completed? | Yes | Entry Method | |
| IBR Group | B | Hate/Bias | 00 - None (No Bias) | Type Security | |
| Crime Against | | Domestic Violence | No | | |
| Offense File Class | 48000 - OBSTRUCTING POLICE | | | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

## Property Description Item 10: 1312 - Recording - VCR Tape 5427 - Vehicle #69 Tape

| | |
|---|---|
| Item No. | 10 |
| Property Category | 1312 - Recording - VCR Tape 5427 |
| Property Class | 27 |
| IBR Type | 27 - Recordings-Audio/Visual |
| UCR Type | F - TV's, Radios, Stereos, Etc... |
| Status | E - Evidence (Including Other Seized Property And Tools) |
| Count | 1 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | 8883 |
| License No. | |
| Color | |
| Description | Vehicle #69 Tape |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | |
| Disposition | |
| Evidence Tag | |
| Agent(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | |
| Drug Quantity | |

NetRMS_MICR.rtf v?f

Printed: August 21, 2010 - 12:19 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.5
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400



Page 4 of 4

Drug Measure

Property Notes

0107

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.6
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**1**

Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Subject | C3334 - Assist Other Govt Agency | | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:18:10 AM | Reporting Officer | 01793 - Urban, Sean |
| Agency County | 81 - Washtenaw | Entered By | 01786 - Krings, Nicholas | | |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:32:18 AM | Assisted By | |
| | | Verified By | 00366 - Trester, Mike | | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:32:27 AM | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | |
| Business Name | | Related Cases | | Agency Assisted | |
| Location | 8707 HEATHER DR | Disposition | Arrest | | |
| CSZ | Superior Twp, MI 48198 | Excp. Clear Reason | | | |
| Census/Geo Code | | Exp. Clear Date | | Call for Service # | |
| Jurisdiction | | Recording Agency | Washtenaw Co Sheriff | | 100039829 |
| Grid | | Report Type | Arrest Report | | |
| Sector | | Division | Patrol | | |
| Map | | Notified | | | |
| Call Source | Telephone | Related Cases | | | |
| Dir. Veh. Traveling | | | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Motive | | | | | |

**Report Narrative**

INFORMATION:
On 8/20/2010, Dispatch advised all available units to respond to 8708 Heather Dr, Superior Twp, to assist Superior Twp units with a subject resisting arrest.

RESPONSE:
I responded to the area from Huron St / I-94. I traveled northbound on Huron St, eastbound on Michigan Ave, northbound on Prospect, eastbound on Clark, northeast on MacArthur Blvd and southeast on Heather Dr.

ARRIVAL:
Upon arrival, I observed Deputy Smith guarding an arrestee in vehicle #62. Deputy Smith advised that additional Deputies were inside the residence.

ACTION TAKEN:
I entered the residence through the garage and observed Deputies Farmer, Reich and Mercure securing a subject who was handcuffed on the kitchen floor. The subject was yelling at Deputies and rolling around on the ground. Deputies Reich and Mercure then assisted the subject into a sitting position on the kitchen floor. I confirmed with Deputies that they were secure and then exited the residence.

I then notified Dispatch that any units not arrival at the scene could cancel and that Dispatch could lift "10-33" on County Channel "A." I also advised Dispatch that the correct address was 8707 Heather Dr.

I remained outside the residence to protect scene security. After protecting the scene security, I cleared the address and responded back to Ypsilanti Twp.

EVIDENCE:
Patrol Vehicle Tape # 00865 (TOT Sgt King)

DISPOSITION:
Report filed

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.6
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

2

Page 2 of 3

STATUS:
Open

## Offense Detail: C3334 - Assist Other Govt Agency

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | C3334 - Assist Other Govt Agency | Location Type | 20 - Residence/Home | No. Prem. Entered | |
| IBR Code | | Offense Completed? | Yes | Entry Method | |
| IBR Group | | Hate/Bias | 00 - None (No Bias) | Type Security | |
| Crime Against | | Domestic Violence | No | Tools Used | |
| Offense File Class | | | | | |
| PACC | | | | | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

## Offense Detail: 4801 - Resisting Officer

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 4801 - Resisting Officer | Location Type | 20 - Residence/Home | No. Prem. Entered | |
| IBR Code | 90Z - All Other Offenses | Offense Completed? | Yes | Entry Method | |
| IBR Group | B | Hate/Bias | 00 - None (No Bias) | Type Security | |
| Crime Against | | Domestic Violence | No | Tools Used | |
| Offense File Class | 48000 - OBSTRUCTING POLICE | | | | |
| PACC | | | | | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

## Property Description Item 11: 1312 - Recording - VCR Tape 5427 - Vehicle #84 Patrol Video

| | |
|---|---|
| Item No. | 11 |
| Property Category | 1312 - Recording - VCR Tape 5427 |
| Property Class | 27 |
| IBR Type | 27 - Recordings-Audio/Visual |
| UCR Type | F - TV's, Radios, Stereos, Etc... |
| Status | E - Evidence (Including Other Seized Property And Tools) |
| Count | 1 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | 00865 |
| License No. | |
| Color | |
| Description | Vehicle #84 Patrol Video |
| Vehicle Year | |
| Body Style | |

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.6
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**3**

Page 3 of 3

State
License Year

Recovered Date/Time
Owner
Disposition
Evidence Tag
Alert(s)
Evidence Recovered By
Evidence Recovered From
Evidence Location

Drug Type
Drug Quantity
Drug Measure

Property Notes      TOT SGT KING

NetRMS_MICR.rtf v2r

Printed: August 2, 2010 - 12:20 PM

# Washtenaw Co Sheriff Arrest Report

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

Case No. 1000005966
Report No. 1000005966.7
Report Date: 8/20/2010

**1**

Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Subject | C3334 - Assist Other Govt Agency | | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:19:36 AM | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 01780 - Smith, Jesse | 01793 - Urban, Sean | |
| Agency City/Township | 20 - Ypsilanti Twp | Verified On | 8/21/2010 4:32:53 AM | Assisted By | |
| | | Verified By | 00366 - Trester, Mike | | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:33:02 AM | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | |
| Business Name | | Related Cases | | Agency Assisted | |
| Location | 8707 HEATHER DR | Disposition | Arrest | | |
| CSZ | Superior Twp, MI 48198 | Exp. Clear Reason | | | |
| Census/Gen Code | | Exp. Clear Date | | Call for Service # | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | 100039829 | |
| Grid | | Report Type | Arrest Report | | |
| Sector | | Division | Patrol | | |
| Map | | Notified | | | |
| Call Source | Telephone | Related Cases | | | |
| Vehicle Activity | | | | | |
| Dir. Veh. Traveling | | | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Motive | | | | | |

**Report Narrative**

Information: On 8/20/10 at approx 1630 HRS Deputy Teets asked for additional units in reference to a traffic stop on Deering near Macarthur Blvd in Superior Twp. I made the scene and assisted deputy Teets with a vehicle search and impound form. While on Deering Deputy Farmer asked for additional units at 8707 Heather Dr(related incident). It was not clear what was going on at this residence from the radio traffic, but Deputies had advised a few minutes prior that a taser had been deployed.

I made the scene and met with Deputy Moracco outside the residence. Moracco had a compliant individual(Gullatt) in the back seat of a patrol car. Moracco advised me to wait with Gullatt while he checked the security of Deputies inside the residence. Moracco advised that a pill bottle of Marajuana was taken from Gullatt's person. A Lein check of Gullatt showed a clear record.

I stayed on scene for scene security as a crowd was gathering. At one point an individual pulled into the scene on a bike (Jesse James Jones). Deputy Moracco advised him to leave the area and when he didn't, myself and Deputy Stuck made contact with him. A LEIN check of Jones showed a clear record. Jones was advised to leave the immediate scene.

Observations:
I could not see nor hear what was going on inside. After HVA personel arrived the tasered subject was wheeled out on a stretcher and into HVA rig. Subject had a spit guard over his face and he was tied down but subject was conscious as I observed him move his head around.

Further action taken:
At approx 1900 HRS Lt Trester asked for units to make St. Josephs hospital. I made the location and assisted in scene security as multiple family members of subject were showing up.

Status:
TOT OIC

0111

Printed For:
Printed: August 21, 2010 - 12:20 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.7
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

2

Page 2 of 3

---

## Offense Detail: C3334 - Assist Other Govt Agency

| | | | |
|---|---|---|---|
| Offense Description | C3334 - Assist Other Govt Agency | | |
| IBR Code | | Location Type | 20 - Residence/Home |
| IBR Group | | Offense Completed? | Yes |
| Crime Against | | Hate/Bias | 00 - None (No Bias) |
| Offense File Class | - | Domestic Violence | No |
| PACC | | | |
| Local Code | | | |
| | | | No. Prem. Entered |
| | | | Entry Method |
| | | | Type Security |
| | | | Tools Used |
| Using | | | |
| Criminal Activity | | | |
| Force Level | | | |
| Weapons | | | |

---

## Offense Detail: 4801 - Resisting Officer

| | | | |
|---|---|---|---|
| Offense Description | 4801 - Resisting Officer | | |
| IBR Code | 90Z - All Other Offenses | Location Type | 20 - Residence/Home |
| IBR Group | B | Offense Completed? | Yes |
| Crime Against | | Hate/Bias | 00 - None (No Bias) |
| Offense File Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | No |
| PACC | | | |
| Local Code | | | |
| | | | No. Prem. Entered |
| | | | Entry Method |
| | | | Type Security |
| | | | Tools Used |
| Using | | | |
| Criminal Activity | | | |
| Force Level | | | |
| Weapons | | | |

---

## Other Entity: O1 -- Jones, Jesse James Jr.

| | | | | | |
|---|---|---|---|---|---|
| Entity No. | O1 | | | | |
| Entity Type | X - Miscellaneous | | | | |
| Name | Jones, Jesse James Jr. | DOB | 3/7/1958 | Place of Birth | |
| AKA | | Age | 52 | SSN | |
| Alert(s) | | Sex | M - Male | DLN | |
| | | Race | B - Black | DLN State | |
| Address | 1762 STEPHENS DR | Ethnicity | U - Unknown | DLN Country | |
| CSZ | Superior Twp, MI 48198 | Ht. | | Occupation/Grade | |
| | | Wt. | | Employer/School | |
| Complexion | | Eye Color | | Employer Address | |
| Attire | | Hair Color | | Employer CSZ | |
| | | Facial Hair | | Res. County | |
| | | | | Res. Country | |
| | | | | Resident Status | |

| Phone/Email | | Description | | | |
|---|---|---|---|---|---|
| Credential ID's ID Type | | ID Number | ID Issuer | Name | |

Entity Notes

NetRMS_MICR.rdf v2f

Printed: August 21, 2010 - 12:28 PM

# Washtenaw Co Sheriff Arrest Report

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

Case No. 1000005966
Report No. 1000005966.7
Report Date: 8/20/2010

**3**

Page 3 of 3

---

Other Entity: O2 -- Gullatt, Emmuel Lamar

| | | | | | |
|---|---|---|---|---|---|
| Entity No. | O2 | | | | |
| Entity Type | X - Miscellaneous | | | | |
| Name | Gullatt, Emmuel Lamar | DOB | 2/14/1971 | Place of Birth | |
| AKA | | Age | 39 | SSN | |
| Alert(s) | | Sex | M - Male | DLN | |
| | | Race | B - Black | DLN State | |
| Address | 86 RUSSELL BLVD | Ethnicity | U - Unknown | DLN Country | |
| CSZ | Ypsilanti Twp, MI 48198 | HL | | Occupation/Grade | |
| | | Wt | | Employer/School | |
| Complexion | | Eye Color | | Employer Address | |
| Attire | | Hair Color | | Employer CSZ | |
| | | Facial Hair | | Res. County | |
| | | | | Res. Country | |
| | | | | Resident Status | |

Phone/Email
Type                                    Description

Supplemental IDs
ID Type                     ID Number           ID Issuer              Name

Entity Notes

NetRMS_MICR.rtf v2f                                    Printed: August 21, 2010 - 12:20 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.8
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

Page 1 of 2

| | | | | |
|---|---|---|---|---|
| Subject | **C3334 - Assist Other Govt Agency** | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:25:00 AM | Reporting Officer |
| Agency County | 81 - Washtenaw | Entered By | 01354 - McDonagh, Michelle | 01354 - McDonagh, Michelle |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:33:17 AM | |
| | | Verified By | 00366 - Trester, Mike | Assisted By |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:34:36 AM | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | |
| Business Name | | Related Cases | | Agency Assisted |
| Location | 8707 HEATHER DR | Disposition | Arrest | |
| CSZ | Superior Twp, MI  48198 | Excp. Clear Reason | | |
| Census/Geo Code | | Excp. Clear Date | | Call for Service # |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | 100039829 |
| Grid | | Report Type | Arrest Report | |
| Sector | | Division | Patrol | |
| Map | | Notified | | |
| Call Source | Telephone | Related Cases | | |
| Vehicle Activity | | | | |
| Dir. Veh. Traveling | | | | |
| Cross Street | | | | |
| Means | | | | |
| Motive | | | | |

**Report Narrative**

DISPATCH: On August 20, 2010 Deputy Stuck and I were working county wide afternoon shift patrol in fully marked Sheriff Vehicle 81 and were in the Golfside Lake apartment complex on Golfside Road.  Superior units requested additional units to respond emergent to the area of 8707 Heather Drive.  It was unknown by me what the nature of the problem was at this time.

ARRIVAL:  When nearing the area units on scene stated the responding units could slow down, however continue to the scene.  They then advised that additional units could cancel.  Deputy Stuck and I then arrived and parked on Heather Dr, east of the residence.

ACTIONS:  I provided scene security, as a crowd of people had gathered near the emergency vehicles.  I did not enter the residence and did not have any physical contact with any of the subjects arrested or transported.  Deputy Stuck and I then left the scene and continued our countywide patrol.

FURTHER: After clearing an alarm in Lima Twp at approx 6:30pm we were requested to respond to St Joes Hospital. We responded to the hospital and assisted with security.  We left the hospital around 10pm.

IN CAR CAMERA- Our in car video was digital and it was downloaded at the LRC.

## Offense Detail: C3334 - Assist Other Govt Agency

| | | | | |
|---|---|---|---|---|
| Offense Description | **C3334 - Assist Other Govt Agency** | | | |
| IBR Code | | Location Type | 20 - Residence/Home | No. Prem. Entered |
| IBR Group | | Offense Completed? | Yes | Entry Method |
| Crime Against | | Hate/Bias | 00 - None (No Bias) | Type Security |
| Offense File Class | | Domestic Violence | No | Tools Used |
| PACC | | | | |
| Local Code | | | | |
| Using | | | | |

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.8
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

## 2

Page 2 of 2

Criminal Activity
Force Level
Weapons

## Offense Detail: 4801 - Resisting Officer

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 4801 - Resisting Officer | Location Type | 20 - Residence/Home | No. Prem. Entered | |
| IBR Code | 90Z - All Other Offenses | Offense Completed? | Yes | Entry Method | |
| IBR Group | B | Hate/Bias | 00 - None (No Bias) | Type Security | |
| Crime Against | | Domestic Violence | No | | |
| Offense File Class | 48000 - OBSTRUCTING POLICE | | | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

NetRMS_MICR.rtf v2f

Printed: August 21, 2013 - 12:21 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.9
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Subject | C3334 - Assist Other Govt Agency | | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:27:22 AM | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 00570 - Stuck, Ryan | 00570 - Stuck, Ryan | |
| Agency City/Township | 11 - Pittsfield Twp | Verified On | 8/21/2010 4:33:23 AM | Assisted By | |
| | | Verified By | 00366 - Trester, Mike | | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:34:46 AM | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | |
| Business Name | | Related Cases | | Agency Assisted | |
| Location | 8707 HEATHER DR | Disposition | Arrest | | |
| CSZ | Superior Twp, MI 48198 | Exp. Clear Reason | | | |
| Census/Geo Code | | Exp. Clear Date | | Call for Service # | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | 100039829 | |
| Grid | | Report Type | Arrest Report | | |
| Sector | | Division | Patrol | | |
| Map | | Notified | | | |
| Call Source | Telephone | Related Cases | | | |
| Vehicle Activity | | | | | |
| Dir, Veh, Traveling | | | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Motive | | | | | |

**Report Narrative**

Information: On the above date Deputy McDonagh and I were working together as 3A65 a county wide patrol car. Deputy McDonagh and I were in Golfside Lake Apartment complex looking for a stolen car. At 1700hrs Baker 4 (Deputy Farmer) called for help at 8707 Heather. It sounded like Deputy Farmer was in struggle with someone over the radio. Deputy McDonagh and I responded from Golfside Lake Apartments. Prior to our arrival we were cancelled and the scene was secure. We were basically right around the corner, so we stopped to assist.

Arrival: Upon arrival I was walking up to the house Det. Marocco (lawnet) was out in the street. At this time a man approached on his bike wanting to know what was going on. Det. Marocco advised him to leave then he realized that he was one of the people that might be involved with narcotics sales. He then advised the deputies around to detain him. Deputy Smith stopped him on his bike as he tried to get away. I grabbed a hold of his left arm to search his persons for contraband and weapons. I located a small pocket knife in his right front pocket and gave that to Deputy Vantuyl. Deputy Smith ran him (Jesse James Jones Jr. b/m 03/07/1958) on LEIN and he came back clear. The knife was returned and he was released.

I maintained scene security outside of the residence. Once, one of the suspects was loaded up in the HVA rig. I met with Lt. Trester and he advised we could leave. I did not enter the residence or have any contact with the suspects who were arrested. Deputy McDonagh and I left the scene.

Information: At 1830 hours we were advised by dispatch to go to St. Joseph Mercy Hospital for a detail and meet with Sgt. Hankamp. Once we arrived we made contact with Lt. Trester and he informed us that the suspect that was transported to the hospital had passed away.
I performed scene security at the hospital, while the family grieved and until I was dismissed by Lt. Anuszkiewicz at 2200 hours.

In car video: Our in car video is the new digital type and it was download at LLRC.

Status: TOT Deputy Urban

NetRMS_MICR.rtf v2f

Printed For:
Printed: August 21, 2010 - 12:21 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.9
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**2**
Page 2 of 2

---

## Offense Detail: C3334 - Assist Other Govt Agency

| | | | |
|---|---|---|---|
| Offense Description | C3334 - Assist Other Govt Agency | | |
| IBR Code | | Location Type | 20 - Residence/Home |
| IBR Group | | Offense Completed? | Yes |
| Crime Against | | Hate/Bias | 00 - None (No Bias) |
| Offense File Class | | Domestic Violence | No |
| PACC | | | |
| Local Code | | | |
| Using | | | |
| Criminal Activity | | | |
| Force Level | | | |
| Weapons | | | |

Location Type columns: No. Prem. Entered / Entry Method / Type Security / Tools Used

---

## Offense Detail: 4801 - Resisting Officer

| | | | |
|---|---|---|---|
| Offense Description | 4801 - Resisting Officer | | |
| IBR Code | 90Z - All Other Offenses | Location Type | 20 - Residence/Home |
| IBR Group | B | Offense Completed? | Yes |
| Crime Against | | Hate/Bias | 00 - None (No Bias) |
| Offense File Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | No |
| PACC | | | |
| Local Code | | | |
| Using | | | |
| Criminal Activity | | | |
| Force Level | | | |
| Weapons | | | |

No. Prem. Entered / Entry Method / Type Security / Tools Used

NetRMS_MICR.rtf v2f

Printed: August 2', 2010 - 12:21 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.10
eport Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

**1**

Page 1 of 3

| | | | | | |
|---|---|---|---|---|---|
| Subject | C3334 - Assist Other Govt Agency | | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:42:32 AM | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 01654 - Guynes, Thomas | 01793 - Urban, Sean | |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:33:28 AM | Assisted By | |
| Occurred On | 8/20/2010 4:50:00 PM | Verified By | 00366 - Trester, Mike | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved On | 8/21/2010 4:34:57 AM | | |
| Business Name | | Approved By | 00366 - Trester, Mike | Agency Assisted | |
| Location | 8707 HEATHER DR | Related Cases | | | |
| CSZ | Superior Twp, MI  48198 | Disposition | Arrest | | |
| Census/Geo Code | | Exce. Clear Reason | | Call for Service # | |
| Jurisdiction | | Exce. Clear Date | | 100039829 | |
| Grid | | Reporting Agency | Washtenaw Co Sheriff | | |
| Sector | | Report Type | Arrest Report | | |
| Map | | Division | Patrol | | |
| Call Source | Telephone | Notified | | | |
| Vehicle Activity | | Related Cases | | | |
| Dir. Veh. Traveling | | | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Motive | | | | | |

**Report Narrative**

DISPATCH INFORMATION: While on proactive patrol WC Dispatch called for all available units to respond to 8707 Heather to assist WC Deputies with subjects on scene who had become disorderly.

ACTION TAKEN: I activated my lights and siren and proceeded to 8707 Heather. While enroute to the scene WC Dispatch advised there was no need for other units to respond. I de-activated my emergency equipment and continued my pro active patrol in Ypsilanti Twp.

FURTHER: Sgt. Hankamp requested for Ypsilanti Twp. units to respond to St. Joe Hospital reference one of the subjects who was being transported to the hospital.

ACTION TAKEN: While at St. Joe I along with several other WCSO Deputies and two command officers provided scene security. We stayed at the hospital preserving scene integrity from grieving family members who were later informed by hospital that there family member who was transported from 8707 Heather by HVA had passed away.

FURTHER: There were no disorderly actions by family members while at the hospital and prior to the medical examiner and MSP Detectives responding to the scene all family members of the deceased had left the hospital without incident.

STATUS: TOT Dep. Urban

## Offense Detail: C3334 - Assist Other Govt Agency

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | C3334 - Assist Other Govt Agency | Location Type | 20 - Residence/Home | | |
| IBR Code | | Offense Completed? | Yes | No. Prem. Entered | |
| IBR Group | | Hate/Bias | 00 - None (No Bias) | Entry Method | |
| Crime Against | | Domestic Violence | No | Type Security | |
| Offense File Class | | | | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |
| Using | | | | | |

NetRMS_MCR.rtf v2f

Printed For:
Printed: August 21, 2010 - 12:21 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.10
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**2**

Page 2 of 3

Criminal Activity
Force Level
Weapons

## Offense Detail: 4801 - Resisting Officer

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 4801 - Resisting Officer | Location Type | 20 - Residence/Home | No. Prem. Entered | |
| IBR Code | 90Z - All Other Offenses | Offense Complete? | Yes | Entry Method | |
| IBR Group | B | Hate/Bias | 00 - None (No Bias) | Type Security | |
| Crime Against | | Domestic Violence | No | | |
| Offense Fib Class | 48000 - OBSTRUCTING POLICE | | | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |

Using
Criminal Activity
Force Level
Weapons

## Property Description Item 12: 1312 - Recording - VCR Tape 5427 - IN CAR VIDEO TAPES

| | |
|---|---|
| Item No. | 12 |
| Property Category | 1312 - Recording - VCR Tape 5427 |
| Property Class | 27 |
| IBR Type | 27 - Recordings-Audio/Visual |
| UCR Type | F - TV's, Radios, Stereos, Etc... |
| Status | E - Evidence (Including Other Seized Property And Tools) |
| Count | 2 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | |
| Description | IN CAR VIDEO TAPES |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| Recovered Date/Time | |
| Owner | |
| Disposition | |
| Evidence Tag | |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| Drug Type | |
| Drug Quantity | |

0119

# Washtenaw Co Sheriff Arrest Report

Case No. **1000005966**
Report No. **1000005966.10**
Report Date: **8/20/2010**

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**3**

Page 3 of 3

Drug Measure

Property Notes   DEP. GUYNES' & SMITH TAPES OF 338 & 861 WAS COLLECTED BY SGT. KING AND SUBMITTED INTO EVIDENCE. DEP. SMITH'S & GUYNES BODY MIC BATTERY WENT DEAD WHILE ON SCENE AT ST. JOE'S

NetRMS_MICR.rtf v2f                                                                 Printed: August 21, 2010 - 12:21 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.11
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**1**

Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Subject | C3334 - Assist Other Govt Agency | | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:53:12 AM | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 01788 - VanTuyl, Mark | 01793 - Urban, Sean | |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:33:31 AM | | |
| | | Verified By | 00366 - Trester, Mike | Assisted By | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:35:06 AM | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | |
| Business Name | | Related Cases | | Agency Assisted | |
| Location | 8707 HEATHER DR | Disposition | Arrest | | |
| CSZ | Superior Twp, MI 48198 | Exap. Clear Reason | | | |
| Census/Geo Code | | Exp. Clear Date | | Call for Service # | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | 100039829 | |
| Grid | | Report Type | Arrest Report | | |
| Sector | | Division | Patrol | | |
| Map | | Not Mod | | | |
| Call Source | Telephone | Related Cases | | | |
| Vehicle Activity | | | | | |
| Dir. Veh. Traveling | | | | | |
| Cross Street | | | | | |
| Years | | | | | |
| Motive | | | | | |

**Report Narrative**

**DISPATCH INFORMATION:**
On 8/20/10 at 1659hrs, I was dispatched to 8707 Heather Dr in Superior Twp in reference to Deputies calling for help. I was also advised by Sergeant Armstrong to break from the LRC and go assist. At the time of this call I was assigned to Ypsilanti Township.

**ARRIVAL INFORMATION:**
Upon arrival I observed several patrol vehicles parked in front of the residence along with two Superior Township Fire Trucks and an HVA ambulance. I was told by another deputy to stay outside and provide scene security due to all of the people starting to gather.

For the majority of the time that I was on scene, I stood on the roadway near some WCSO patrol vehicles and assisted with providing scene security. I had very little contact with anyone except for when an unknown B/M road up on a bicycle and we were advised to search him by Detective Marocco because he would not leave the crime scene when asked to do so. I stood by while Deputy Stuck searched him and had his name ran through LEIN.

I also had another subject who claimed to be a cousin walk up and ask what was going on. I advised him to stay on the opposite side of the road. While standing out front, I later observed HVA wheel a B/M out on a stretcher and load him up into the ambulance and transport him to St. Joseph Mercy Hospital.

I did not observe anything else or talk to anyone else except other WCSO staff prior to clearing the scene. I at no time went inside of the house.

**FURTHER INFORMATION:**
At 1851hrs, I went arrival at St. Joseph's Hospital after Deputies were calling for more units when family members of the suspect who had been transported started causing problems.

Upon arrival most everyone appeared orderly. Family members of the suspect had just been advised by hospital staff that he (Stanley Jackson) had died. I was ordered by Lt. Anuszkiewicz to stand by at the hospital and provide security for staff and the medical examiner until 2236hrs. During this time I had very little interaction with Jackson's family and did not have any verbal

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.11
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

2
Page 2 of 2

interaction with any of them. While at the hospital at first I stayed in the lobby and in the front drive of the ER. It was not until Jackson's family left that I relieved Deputy Saydak from the ER room where Jackson's body was. I stood by at the ER room until the Medical Examiner was complete with his investigation.

DISPOSITION:
Once clear of the hospital, I went back to Station 2 to type my report. Also I was operating patrol vehicle #77 which is equipped with the new digital camera system. After clearing the scene on Heather I had returned to Station 1 so my camera should have down loaded onto the computer.

END OF INFORMATION

RESPECTFULLY,
M. VanTuyl #1788

## Offense Detail: C3334 - Assist Other Govt Agency

| | | | |
|---|---|---|---|
| Offense Description | C3334 - Assist Other Govt Agency | | |
| IBR Code | | Location Type | 20 - Residence/Home |
| IBR Group | | Offense Completed? | Yes | No. Prem. Entered |
| Crime Against | | Hate/Bias | 00 - None (No Bias) | Entry Method |
| Offense File Class | | Domestic Violence | No | Type Security |
| PACC | | | | Tools Used |
| Local Code | | | | |
| Using | | | | |
| Criminal Activity | | | | |
| Force Level | | | | |
| Weapons | | | | |

## Offense Detail: 4801 - Resisting Officer

| | | | |
|---|---|---|---|
| Offense Description | 4801 - Resisting Officer | | |
| IBR Code | 90Z - All Other Offenses | Location Type | 20 - Residence/Home |
| IBR Group | B | Offense Completed? | Yes | No. Prem. Entered |
| Crime Against | | Hate/Bias | 00 - None (No Bias) | Entry Method |
| Offense File Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | No | Type Security |
| PACC | | | | Tools Used |
| Local Code | | | | |
| Using | | | | |
| Criminal Activity | | | | |
| Force Level | | | | |
| Weapons | | | | |

NetRMS_MICR.rtf v2f

Printed: August 21, 2010 - 12:22 PM

# Washtenaw Co Sheriff Follow-Up Report

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

Case No. 1000005966
Report No. 1000005966.12
Report Date: 8/20/2010

Page 1 of 3

| | |
|---|---|
| Subject | C3334 - Assist Other Govt Agency |

| | | | | | |
|---|---|---|---|---|---|
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:56:28 AM | Reporting Officer | 01793 - Urban, Sean |
| Agency County | 81 - Washtenaw | Entered By | 00832 - Hankamp, Jeff | | |
| Agency City/Township | 20 - Ypsilanti Twp | Verified On | 8/21/2010 4:33:34 AM | Assisted By | |
| | | Verified By | 00366 - Trester, Mike | | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:35:15 AM | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | |
| Business Name | | Related Cases | | Agency Assisted | |
| Location | 8707 HEATHER DR | Disposition | Arrest | | |
| CSZ | Superior Twp, MI 48198 | Exp. Clear Reason | | | |
| Census/Geo Code | | Exp. Clear Date | | Call for Service # | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | | 100039829 |
| Grid | | Report Type | Follow-Up Report | | |
| Sector | | Division | Patrol | | |
| Map | | Notified | | | |
| Call Source | Telephone | Related Cases | | | |
| Vehicle Activity | | | | | |
| Dir. Veh. Traveling | | | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Motive | | | | | |

**Report Narrative**

**INFORMATION:** On the date and time indicated above I was working as a road patrol supervisor for the Washtenaw County Sheriff's Office. I was in the Lakeshore apartment complex when I was advised via radio that there had been a taser deployment at 8707 Heather in Superior Township.

**POLICE ACTION:** I then began to respond to this address. As I was travelling WB on Grove (normal response, no emergency equipment) I heard Deputy Farmer request emergency traffic for the units at 8707 Heather. I could hear what sounded like a struggle in the background and a male voice screaming (unable to determine what was said). I then activated all of my emergency equipment in my fully marked patrol vehicle (unit #49) and responded to 8707 Heather via NB Grove, NB Harris, EB Russell, NB Ford, WB Clark, NB Dawn, WB Macarthur, SB Stevens, and WB Heather. While in route there were several more microphone key ups by Deputy Farmer, but no audible transmission came through. Metro dispatch then sent all available units to assist. As I was travelling WB on Macarthur the units at 8707 Heather advised that they were all secure.

**ARRIVAL:** I arrived on the scene immediately after HVA. Several WCSO units were on scene as well as Superior Township Fire. As I exited my patrol vehicle I made contact with Detective Marocco and was briefed reference the actions that led up to the taser deployment. I then responded inside the residence where the suspect was still located at that time.

**INITIAL CONTACT WITH SUSPECT:** As I entered the residence I observed Deputy Urban knelled down on the ground with the suspect leaning against Deputy Urban's leg with his back. The suspect was rolling side to side and was ignoring all verbal directions to remain still for medical treatment. The suspect was screaming and yelling, but was not understandable. I also observed the taser wires lying on the ground and they appeared to still be connected to the suspect as they would move whenever he did. Also inside the residence was Deputy Farmer, Deputy Mercure, Deputy Reich, HVA personal (two males), and an unknown amount of Superior Township Fire personal.
 The suspect and all other persons were located just inside the entry door from the garage in the kitchen area. The suspect was only about 5 feet from the door and was lying sitting on the floor. The suspect made no specific comments and did not make any complaints of injuries.

**POLICE ACTION:** Once HVA began to provide medical attention to the suspect I made contact

0123

# Washtenaw Co Sheriff Follow-Up Report

Case No. 1000005966
Report No. 1000005966.12
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**2**

Page 2 of 3

with Deputy Urban and Deputy Mercure who both briefed me of the incident and their actions. I then exited the residence and observed Lt. Trester arrive on scene. I then briefed him of all the information that I had gathered. While outside I made contact with Deputy Reich and Deputy Farmer and was briefed of their actions during this incident. I remained on scene until the suspect was transported to St. Joe's. The suspect was transported to the hospital per WCSO policy to remove the taser probes. At this time there was no indication that the suspect needed any additional medical attention. I instructed Deputy Urban to respond to St. Joe's to attempt to obtain photographs. At this time it was decided that the suspect would be released at St. Joe's and charges would be requested from the prosecutor's office. Once all WCSO personal left the scene I cleared the residence and responded to St. Joe's.

ARRIVAL AT HOSPITAL:   Once at St. Joe's I was advised that the suspect was in room 38 in the emergency room. As I approached the room (still outside) I observed the suspect sitting up in the bed being supported by hospital staff. I then observed hospital staff lay the suspect back down in the bed and begin to perform CPR and request a "crash kit". I contacted Lt. Trester via cell phone and updated him on the suspect's condition. All life saving efforts were stopped by hospital staff and the suspect was pronounced deceased at 6:20 pm. I then notified Lt. Trester that the suspect had been pronounced deceased.

VIDEO:   Unit #49 is equipped with the new video system. I verified that the video from this incident was downloaded into the system. I also saved the video and assigned it to this incident. While reviewing the video I learned that the audio portion quit working while I was responding to the scene.

DISPO:   Active.

## Offense Detail: C3334 - Assist Other Govt Agency

| Offense Description | C3334 - Assist Other Govt Agency | Location Type | 20 - Residence/Home | No. Prem. Entered |
|---|---|---|---|---|
| IBR Code | | Offense Completed? | Yes | Entry Method |
| IBR Group | | Hate/Bias | 00 - None (No Bias) | Type Security |
| Crime Against | | Domestic Violence | No | Tools Used |
| Offense File Class | _ | | | |
| PACC | | | | |
| Local Code | | | | |
| Using | | | | |
| Criminal Activity | | | | |
| Force Level | | | | |
| Weapons | | | | |

## Offense Detail: 4801 - Resisting Officer

| Offense Description | 4801 - Resisting Officer | Location Type | 20 - Residence/Home | No. Prem. Entered |
|---|---|---|---|---|
| IBR Code | 90Z - All Other Offenses | Offense Completed? | Yes | Entry Method |
| IBR Group | B | Hate/Bias | 00 - None (No Bias) | Type Security |
| Crime Against | | Domestic Violence | No | |
| Offense File Class | 48000 - OBSTRUCTING POLICE | | | |
| PACC | | | | Tools Used |
| Local Code | | | | |
| Using | | | | |
| Criminal Activity | | | | |
| Force Level | | | | |

0124

# Washtenaw Co Sheriff Follow-Up Report

Case No. 1000005966
Report No. 1000005966.12
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

3

Wahoons

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.13
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**1**

Page 1 of 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Subject: | C3334 - Assist Other Govt Agency | | | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 12:59:18 AM | | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 00366 - Trester, Mike | | 01793 - Urban, Sean | |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:33:37 AM | | | |
| | | Verified By | 00366 - Trester, Mike | | Assisted By | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:35:23 AM | | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | | |
| Business Name | | Related Cases | | | Agency Assisted | |
| Location | 8707 HEATHER DR | Disposition | Arrest | | | |
| CSZ | Superior Twp, MI 48198 | Exon. Clear Reason | | | | |
| Census/Geo Code | | Fxcp. Clear Date | | | Call for Service # | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | | 100039829 | |
| Grid | | Report Type | Arrest Report | | | |
| Sector | | Division | Patrol | | | |
| Map | | Notified | | | | |
| Call Source | Telephone | Related Cases | | | | |
| Vehicle Activity | | | | | | |
| Dir. Veh. Traveling | | | | | | |
| Cross Street | | | | | | |
| Means | | | | | | |
| Motive | | | | | | |
| Report Narrative | | | | | | |

## Information

On August 20, 2010 I was on duty county wide command. At approximately 1655 hours radio traffic was broadcast from deputies working in Superior Twp. Deputies were requesting assistance at 8707 Heather, Superior Twp. Units from Superior, Ann Arbor, and Ypsilanti Townships began to respond.

In route to the area I heard Deputy Saydak say via the radio that additional units could continue however could slow down. At approximately 1715 hours I arrived on the scene.

## Observations

I arrived to find Deputies securing a perimeter at 8707 Heather. There were subjects in the street and on the sidewalks visibly upset and arguing with Deputies. A subject, later identified as Stanley Jackson, was being removed from the residence on a stretcher and placed in an ambulance.

At this time I made contact with Sgt Jeff Hankamp, who was the command officer on scene. Sgt Hankamp advised that a taser was deployed to subdue the suspect. It appeared that the suspect ran from his vehicle, which was parked in the driveway of 8707 Heather. The suspect was wanted reference the sale of narcotics, and fled as the deputies approached. The deputies pursued the suspect into the residence where a struggle occurred. It was reported to me that Deputy Sean Urban deployed his taser to subdue the suspect. In addition Deputy Tom Mercure utilized his taser with a drive stun during the altercation. Sergeant Hankamp further advised that Deputies Holly Farmer and Dean Reich assisted in securing the suspect.

At this time I spoke to Detective Marocco. Detective Marocco was the officer in charge of the detail. Det. Marocco conducting surveillance on the residence, and was calling out drug sales to Deputies Urban and Chad Teets. After three drug sales the go ahead was given to take Jackson into custody. Det. Marocco stated that as the Deputies approached Jackson he fled, running into the house.

## Actions

NetRMS_MICR :tf v2f

Printed For: _____
Printed: August 21, 2010 - 12:22 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.13
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

2

Page 2 of 3.

I instructed Sgt Hankamp to respond to the hospital to check on the status of Jackson. I spoke to Det. Marocco as to the investigation with Jackson. Det. Marocco stated that Jackson was a 'release pending', due to the fact the narcotics would have to be sent to the crime lab prior to submitting for a warrant.

Additional

At 1748hours Sgt Hankamp contacted me via cell phone. He advised that he arrived at St. Joseph ER to check on the suspect, Jackson. Jackson had lost his pulse and CPR was in progress. At this time I responded to the hospital, arriving at 6pm. At this time I alerted Commander Dieter Heren to the situation.

At 6:20pm we were advised by hospital staff that the suspect was pronounced dead. This information was passed along to Commander Heren. Family members began to arrive to the hospital.
Dr. Keenan Bora was the attending physician, and made the request for the Medical Examiner investigator. At 6:45pm Dr. Bora then went to meet with the mother or Jackson to deliver the death notification.
At 1900hours Commander Heren notified me that the Michigan State Police would be investigating the case. At this time we continued to provide security at the hospital and to the body of Stanley Jackson.

At approximately 2000hours I responded to the Sheriff Office Main station to meet with Commander Heren.

D/ Sgt's Jim Bundshuh and Robert Weimer from the Michigan State Police arrived to handle the investigation.

Status
Closed.

## Offense Detail: C3334 - Assist Other Govt Agency

| | C3334 - Assist Other Govt Agency | | | |
|---|---|---|---|---|
| Offense Description | | Location Type | 20 - Residence/Home | |
| IBR Code | | Offense Completed? | Yes | No. Prem. Entered |
| IBR Group | | Hate/Bias | 00 - None (No Bias) | Entry Method |
| Crime Against | | Domestic Violence | No | Type Security |
| Offense File Class | | | | Tools Used |
| PACC | | | | |
| Local Code | | | | |
| Using | | | | |
| Criminal Activity | | | | |
| Force Level | | | | |
| Weapons | | | | |

## Offense Detail: 4801 - Resisting Officer

| | 4801 - Resisting Officer | | | |
|---|---|---|---|---|
| Offense Description | | | | |
| IBR Code | 90Z - All Other Offenses | Location Type | 20 - Residence/Home | |
| IBR Group | B | Offense Completed? | Yes | No. Prem. Entered |
| Crime Against | | Hate/Bias | 00 - None (No Bias) | Entry Method |
| Offense File Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | No | Type Security |

NetRMS_MICR rf v2f                                                                                          Printed: August 21, 2010 - 12:22 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.13
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

3

Page 3 of 3

PAIIC

Local Code

Using

Criminal Activity

Force Level

Weapons

Tools Used

0128

NetRMS_MICR.rtf v2f

Printed: August 21, 2010 - 12:22 PM

# Washtenaw Co Sheriff Follow-Up Report

Case No. 1000005966
Report No. 1000005966.14
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Subject: | C3334 - Assist Other Govt Agency | | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 1:03:38 AM | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 00284 - Anuszkiewicz, James | 01793 - Urban, Sean | |
| Agency City/Township | 16 - Superior Twp | Verified On | 8/21/2010 4:33:41 AM | | |
| | | Verified By | 00366 - Trester, Mike | Assisted By | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:35:32 AM | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | |
| Business Name | | Related Cases | | Agency Assisted | |
| Location | 8707 HEATHER DR | Disposition | Arrest | | |
| CSZ | Superior Twp, MI 48198 | Excp. Clear Reason | | | |
| Census/Geo Code | | Excp. Clear Date | | Call for Service # | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | 100039829 | |
| Grid | | Report Type | Follow-Up Report | | |
| Sector | | Division | Patrol | | |
| Map | | Notified | | | |
| Call Source | Telephone | Related Cases | | | |
| Vehicle Activity | | | | | |
| Dir. Veh. Traveling | | | | | |
| Cross Street | | | | | |
| Means | | | | | |
| Motive | | | | | |

**Report Narrative**

**INFORMATION:**

On the above date and time I was working in my office at the Sheriff Substation #2. I monitored the radio traffic during this time and knew Sgt Hankamp was responding to the scene. I was also aware there was a taser deployment. At approximately 1750hrs I was notified by Lt. Trester who informed me the medical staff at St. Joe's was performing CPR on the suspect in this incident. Receiving this information I responded from station #2 to St. Joe's hosptial and met with Lt. Trester.

I was informed by Lt. Trester that the subject was now deceased. I arrived at the hospital at 1825hrs. During my time at St. Joe's I made sure either myself or other deputies stood by the entry door of the deceased to ensure no other subjects went in the room until the medical examiner investigator arrived. At 1845hrs I was informed the family had been notified by the hospital of the death of Mr. Jackson. At 1900hrs I was informed by Lt. Trester that the Michigan State Police would be handling the investigation. At 1910hrs I was informed by Lt. Trester that the Michigan State Police would be handling the investigation. At 1910hrs, MEI Keith Johnson arrived on scene and was informed who would be handling the investigation. At 1930hrs I contact Sgt Lisa King and informed her to collect all the VHS tapes of the deputies and begin to make copies for the Michigan State Police and WCSO future internal investigation. From this point I stood by the scene with deputies until D/Sgt Jim Bundshuh arrived at the hospital to take over the investigation and meet with the MEI. D/Sgt Bundshuh arrived on scene of St. Joe's hospital at approximately 2140hrs.

While at the hospital I did speak with Pearl Jackson (mother of deceased) #480-9081/cell 262-6502 and provided her my business card as a point of conact for WCSO. I also informed her that MSP would be handling the investigation into the death of her son.

**FOLLOW UP INFORMATION**

Upon completion at the hospital I responded to station #2 to complete my report. I departed the hosptial at shortly after 2200hrs. I was also requested to retrieve all radio traffic from this incident. I retrieved all known radio traffic of this incident and provided a copy to Lt. Trester to have turned over to MSP.

SUMMARY OF DEPUTIES INVOLVED IN THIS INCIDENT:

0129

Printed For:
Printed: August 21, 2010 - 12:22 PM

# Washtenaw Co Sheriff Follow-Up Report

Case No. 1000005966
Report No. 1000005966.14
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

2

Page 2 of 2

Responded to Heather Drive:

Urban
Mercure
Farmer
Krings
Reich
Saydak
Smith
Stuck/McDonagh
Hankamp
Vantuyl
Maracco

Assisted at St. Joes Hospital with security

Guynes
McMullen
Saydak
Smith
Stuck/Mcdonagh
Trester
Anuszkiewicz

DISPOSITION:

Information turned over to Lt Trester to be forwarded to MSP

STATUS:  Closed

## Offense Detail: C3334 - Assist Other Govt Agency

| | | | |
|---|---|---|---|
| Offense Description | C3334 - Assist Other Govt Agency | | |
| IBR Code | | Location Type | 20 - Residence/Home |
| IBR Group | | Offense Completed? | Yes |
| Crime Against | | Hate/Bias | 00 - None (No Bias) |
| Offense File Class | | Domestic Violence | No |
| PACC | | | |
| Local Code | | | |
| Using | | | |
| Criminal Activity | | | |
| Force Level | | | |
| Weapons | | | |

(No. Prem. Entered / Entry Method / Type Security / Tools Used)

## Offense Detail: 4801 - Resisting Officer

| | | | |
|---|---|---|---|
| Offense Description | 4801 - Resisting Officer | | |
| IBR Code | 90Z - All Other Offenses | Location Type | 20 - Residence/Home |
| IBR Group | B | Offense Completed? | Yes |
| Crime Against | | Hate/Bias | 00 - None (No Bias) |
| Offense File Class | 48000 - OBSTRUCTING POLICE | Domestic Violence | No |

(No. Prem. Entered / Entry Method / Type Security)

0130

# Washtenaw Co Sheriff Follow-Up Report

Case No. 1000005966
Report No. 1000005966.14
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI  48105
734 971-8400

3

Page 3 of 3

PACC
Local Code

Tools Used

Using
Criminal Activity
Force Level
Weapons

0131

NetRMS MSR rf v2f

Printed: August 21, 2010 - 12:22 P.V.

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.15
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

**1**

Page 1 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Subject | C3334 - Assist Other Govt Agency | | | | | |
| Case Report Status | A - Approved | Entered On | 8/21/2010 1:08:55 AM | | Reporting Officer | |
| Agency County | 81 - Washtenaw | Entered By | 00425 - King, Lisa | | 00425 - King, Lisa | |
| Agency City/Township | 20 - Ypsilanti Twp | Verified On | 8/21/2010 4:33:45 AM | | | |
| | | Verified By | 00366 - Trester, Mike | | Assisted By | |
| Occurred On | 8/20/2010 4:50:00 PM | Approved On | 8/21/2010 4:35:43 AM | | | |
| Or Between | 8/20/2010 5:30:00 PM | Approved By | 00366 - Trester, Mike | | | |
| Business Name | | Related Cases | | | Agency Assisted | |
| Location | 8707 HEATHER DR | Disposition | Arrest | | | |
| CSZ | Superior Twp, MI 48198 | Exp. Clear Reason | | | | |
| Census/Geo Code | | Exp. Clear Date | | | Call for Service # | |
| Jurisdiction | | Reporting Agency | Washtenaw Co Sheriff | | 100039829 | |
| Grid | | Report Type | Arrest Report | | | |
| Sector | | Division | Patrol | | | |
| Map | | Notified | | | | |
| Call Source | Telephone | Related Cases | | | | |
| Vehicle Activity | | | | | | |
| Dir. Veh. Traveling | | | | | | |
| Cross Street | | | | | | |
| Means | | | | | | |
| Motive | | | | | | |

**Report Narrative**

information:

On today's date I was contacted by Sergeant Armstrong by cell phone when I called in service. Sergeant Armstrong updated me on the above incident. Sgt. Hankamp advised over the radio for all Deputies involved in the incident to take their video tapes out of their vehicles and replace them with a new one for the remainder of the shift.

Action Taken:

I responded to St. Joe Hospital were many Deputies were assisting with security. I removed all VHS tapes, from the listed vehicles and replaced them with blank video tapes. I took all tapes to Station #2.

Vehicles/Tapes removed at the Hospital:

| | | |
|---|---|---|
| Deputy Saydak | Vehicle # 69 | Tape #8883 (Was at the scene) |
| Deputy Smith | Vehicle #67 | Tape #861 (Was at the scene, audio was not on) |
| Deputy Guynes | Vehicle #57 | Tape #338 (Was not at the scene) |
| Deputy Stuck/McDonagh | Vehicle #81 | Digital (Was at the scene) |
| Deputy VanTuyl | Vehicle #77 | Digital (Was at the scene) |

Tapes received at Station #2:

| | |
|---|---|
| Deputy Krings | Tape #865 (Was at the scene) |
| Deputy Reich | Tape #325 (Was at the scene, video not activated) |
| Deputy Urban | Tape #7345 (Was at the scene) |
| Deputy Mercure | Tape 7485 (Was at the scene, video not activated) |
| Deputy Farmer | Digital (Was at the scene) |

While at Station #2 I copied the above videos which were activated at the scene. They were copied to DVD's. Two copies of each video were made. One copy for WCSO, and the second for MSP. All copies were turned over to LT. Trester.

0132

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.15
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400



Page 2 of 3

Evidence:

The following tapes have been logged into property at Station #1.

| Video | 8883 | Saydak |
| Video | 865 | Krings |
| Video | 861 | Smith |
| Video | 7345 | Urban |
| Video | 7485 | Mercure |
| Video | 325 | Reich |
| Video | 338 | Guynes |

Dispo:  All VHS tapes were logged into the evidence room.

## Offense Detail: C3334 - Assist Other Govt Agency

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | C3334 - Assist Other Govt Agency | Location Type | 20 - Residence/Home | | |
| IBR Code | | Offense Completed? | Yes | No. Prem. Entered | |
| IBR Group | | Hate/Bias | 00 - None (No Bias) | Entry Method | |
| Crime Against | | Domestic Violence | No | Type Security | |
| Offense File Class | | | | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

## Offense Detail: 4801 - Resisting Officer

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 4801 - Resisting Officer | Location Type | 20 - Residence/Home | | |
| IBR Code | 90Z - All Other Offenses | Offense Completed? | Yes | No. Prem. Entered | |
| IBR Group | B | Hate/Bias | 00 - None (No Bias) | Entry Method | |
| Crime Against | | Domestic Violence | No | Type Security | |
| Offense File Class | 48000 - OBSTRUCTING POLICE | | | Tools Used | |
| PACC | | | | | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Force Level | | | | | |
| Weapons | | | | | |

## Property Description Item 13: 1312 - Recording - VCR Tape 5427 - WCSO VHS Tapes

| | |
|---|---|
| Item No. | 13 |
| Property Category | 1312 - Recording - VCR Tape 5427 |
| Property Class | 27 |
| IBR Type | 27 - Recordings-Audio/Visual |
| UCR Type | F - TV's, Radios, Stereos, Etc... |
| Status | E - Evidence (Including Other Seized Property And Tools) |

0133

Printed: August 21, 2010 - 12:23 PM

# Washtenaw Co Sheriff Arrest Report

Case No. 1000005966
Report No. 1000005966.15
Report Date: 8/20/2010

Washtenaw Co Sheriff
2201 Hogback Rd Po Box 8
Ann Arbor, MI 48105
734 971-8400

3

Page 3 of 3

| | |
|---|---|
| Count | 7 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | BLK – Black |
| Description | WCSO VHS Tapes |
| Vehicle Year | |
| Body Style | |
| State | |
| License Year | |
| | |
| Recovered Date/Time | |
| Owner | |
| Disposition | |
| Evidence Tag | 1000005966.013 |
| Alert(s) | |
| Evidence Recovered By | |
| Evidence Recovered From | |
| Evidence Location | |
| | |
| Drug Type | |
| Drug Quantity | |
| Drug Measure | |

Property Notes

Logged in tapes 338/325/7485/7345/861/865/8863.

0134

Michigan State Police Drug Report

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 20, 2010 | | INCIDENT NO.<br>LWN-0000278-10 (01) |
|---|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1811 | | FILE CLASS<br>35001 |

| | WORK UNIT<br>MSP CID LAWNET | COUNTY<br>Washtenaw |
|---|---|---|
| COMPLAINANT<br>PATROL | | TELEPHONE NO. |
| ADDRESS: STREET AND NO.<br>P.O. BOX 1211 | CITY<br>ANN ARBOR | STATE<br>MI | ZIP CODE<br>48106- |
| INCIDENT STATUS<br>Open | | | |

# PWID COCAINE / MARIJUANA / HYDROCODONE

**STANLEY HUGH JACKSON**
**REGERVIN ERROL BROWN**
**EMMUEL LAMAR GULLATT II**
**JAMES DERON JONES**

## DATE/TIME/VENUE:

FRI, AUG 20, 2010 AT 1650
8707 HEATHER
TOWNSHIP OF SUPERIOR
COUNTY OF WASHTENAW
STATE OF MICHIGAN

## INFORMATION:

In May of 2010, I received information from a known narcotics user by the name of Henry Roger Dixon, that a B/M by the name of "Stan" regularly sells crack cocaine, marijuana and other narcotics from his mothers driveway at 8707 Heather Drive. Dixon further advised that "Stan" will back his car into that driveway at approximately 3pm and do deals there throughout the evening hours. In addition, Dixon said "Stan" regularly keeps a .38 in the backseat of his car. In July of 2010, I received an email from a Superior Township Official who advised that "Stan" was Stanley Hugh Jackson. In addition, this tipster corroborated Dixon's information.

I was able to identify Jackson as Stanley Hugh Jackson (2-24-79). A LEIN check of Jackson revealed he has an extensive criminal history including (8) Felony convictions for narcotics, weapons and resisting/fleeing police. In addition, Jackson is currently on Probation for Narcotics Offenses out of Wayne County.

Over the past month, I have on several occasions spoken with Deputies Teets and Urban from the WCSO Community Policing Team about Jackson.

## SURVEILLANCE OF SUSPECT JACKSON @ 8707 HEATHER:

On 8-20-10 at approximately 1600 hours I was contacted by Deputy Teets and he advised me that Jackson was at 8707 Heather Drive, backed in, hanging out in the garage. I went to the area of 8707 Heather Drive for the

| PAGE<br>1 of 7 | INVESTIGATED BY<br>DET. MICHAEL MAROCCO | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0136

| Michigan Department of State Police | ORIGINAL DATE | | INCIDENT NO. |
|---|---|---|---|
| | Fri, Aug 20, 2010 | | LWN-0000278-10 (01) |
| ORIGINAL INCIDENT REPORT | TIME RECEIVED | | FILE CLASS |
| | 1811 | | 35001 |

purpose of conducting surveillance of Jackson. I also made contact with Detectives Freier and Robinson who advised they were enroute to my location to assist. I arrived there at approximately 1620 hours. I parked on the north side of the street approximately 2 houses west of 8707 Heather Drive. I had an unobstructed view of Jackson standing in the driveway of the location. Within (5) minutes of my arrival, a red Buick Rendezvous pulled up in front of the 8707 Heather Drive facing west at the mouth of the driveway. Jackson approached the vehicle on the passenger side and spoke with the occupant/driver (subsequently identified as Regervin Errol Brown). Jackson then reached into the front of his pants and removed and brown plastic bag. Jackson then placed that bag inside the red Rendezvous. It appeared he sat it on the passenger's seat. Jackson then appeared to place something in the front of his pants. A B/M with a gray goatee arrived on a bicycle at this time and made contact with Jackson.

The red Rendezvous then left the location and pulled directly behind my vehicle and parked. I watched the sole occupant/driver Brown first light a cigarette, and then reach toward the passenger seat and pick something up and put it in his lap. Brown then drove west on Heather Drive toward MacArthur Blvd. When the Rendezvous left, I saw the B/M on the bicycle traveling east on Heather Drive away from my location.

## TRAFFIC STOP OF SUSPECT BROWN BY DEPUTY TEETS:

I called Deputy Teets on TX who was positioned west of me, and advised him of the vehicle description/plate and described the above incident which in my experience was a narcotics transaction. Deputy Teets stopped the vehicle shortly thereafter (WCSO case # 10-5962). Deputy Teets recovered (3) bags of marijuana and an unmarked pill bottle containing (60) hydrocodone tablets. The recovered contraband was enclosed in a brown plastic Kroger bag. Deputy Teets arrested Brown for the narcotics and impounded his vehicle which was blocking the roadway. During the stop, Deputy Teets had to call for additional units due to disorderly parties that had exited a house (1762 Stephens) in the area while he was arresting Brown. One of the disorderly parties was James Deron Jones who resides at 1762 Stephens and is known to me as a narcotics dealer. I drove by the traffic stop location and seeing it was secure , contacted Deputy Urban and advised him that I was going back to 8707 Heather Drive to continue surveillance of Jackson. I advised Deputy Teets to take Brown to the Detective Bureau so I could interview him.

## SURVEILLANCE OF SUSPECT JACKSON @ 8707 HEATHER CONTINUED:

I arrived back at the location approximately 30 seconds later and watched a red Cadillac (BYL1988/MI) pull up in front of 8707 Heather and park on the north side of the street facing west. I was parked approximately 2 houses east of the location. The driver/sole occupant (subsequently identified as Emmanuel Lamar Gullatt II) of the Cadillac exited his vehicle and made contact with Jackson in the driveway of the location. They conversed for a short period of time. I then saw Jackson reach into his crotch area and remove a brown item. Jackson handed it to Gullatt who placed the item in his right front pocket.

At this point, I advised Deputy Urban to pull up to the scene and make contact with Jackson and Gullatt. Deputy Mercure was immediately behind Deputy Urban and the two drove east on Heather the short distance to

| PAGE | INVESTIGATED BY | | REPORTED BY | | REVIEWED BY |
|---|---|---|---|---|---|
| 2 of 7 | DET MICHAEL MAROCCO | | | | |

| Michigan Department of State Police | ORIGINAL DATE | | INCIDENT NO. |
|---|---|---|---|
| | Fri, Aug 20, 2010 | | LWN-0000278-10 (01) |
| ORIGINAL INCIDENT | TIME RECEIVED | | FILE CLASS |
| REPORT | 1811 | | 35001 |

8707. Both Deputies were in fully marked patrol vehicles, wearing department issue uniforms. As they approached, Jackson looked directly at them. Jackson then turned and ran, grabbing his crotch area. Deputy's Urban and Mercure exited their fully marked patrol vehicles, identified themselves loudly and told Jackson to stop. Jackson disregarded the orders to stop and continued running into the attached garage holding his crotch area. I exited my vehicle and advised Gullatt that I was also a police officer, displayed my department issued badge and told him not to move. He said he understood and was compliant.

I then patted down Gullatt and retrieved a brown pill bottle from his right front pocket. The pill bottle contained a green leafy substance (suspected marijuana). Gullatt said the marijuana was his. I then placed Gullatt in the back of Deputy Urban's police vehicle with the windows down and Gullatt uncuffed. At this point I stood by and watched Gullatt waiting for Deputy's Urban and Mercure to call secure. A short time later another unit arrived on scene and I advised that Deputy to go see what was going on in the direction Jackson had fled and Deputy's Urban and Mercure had run. A short time after that another unit arrived on scene (emergency equipment activated) and that Deputy also went in the direction that Jackson, Urban, Mercure and the previous deputy had gone. When Deputy Jesse Smith arrived on scene I asked him to stand by with Gullatt while I went to investigate the situation with Jackson and the deputies that had pursued them. At this point I could hear a person, presumably Jackson, screaming in the house.

I walked through the attached garage and into the kitchen area where I saw Jackson laying on his stomach. He had (2) sets of cuffs on him. It appeared there was one cuff on each wrist that were attached to his belt. Deputy Urban was squatting next to Jackson on his right side, holding the cuffs that were attached to his belt. Another deputy was straddling Jackson's calves. Jackson was screaming incoherently and spitting. Jackson was repeatedly asked to calm down. Sitting on the kitchen table were (2) bags of marijuana. After seeing that the scene was secure, I returned outside to speak with Gullatt. As I walked outside I saw HVA and STFD arriving on scene. Deputy Urban approached me a short time later and turned over a plastic baggy further containing several plastic baggies that each contained a white chunky substance (suspected crack cocaine) and currency (Item #6). Urban said the suspected crack cocaine and currency were located in Jackson's crotch area.

During this time a crowd began to gather with James Deron Jones (known to me as a narcotics dealer) apparently taking video of myself and deputies on scene. In addition, the B/M on the bicycle with the gray goatee returned to the scene. He pulled his bike forward between (2) police cars that were positioned to block the driveway. I ordered him away several times. He refused to comply and was subsequently stopped and identified by WCSO personnel. He was released at the scene.

## STATEMENT BY SUSPECT GULLATT (CONDUCTED IN FRONT OF 8707 HEATHER):

Gullatt provided the following statement of his own free will. He again said the marijuana in his pocket was his and that there was additional marijuana in his vehicle. I went to his vehicle and saw a plastic baggy containing suspected marijuana in plain view on the center console area. I took custody of it at that time. I asked Gullatt if he had purchased marijuana from Jackson? Gullatt said he had known Jackson (20) years and "everybody

| PAGE | INVESTIGATED BY | | REPORTED BY | | REVIEWED BY |
|---|---|---|---|---|---|
| 3 of 7 | DET. MICHAEL MAROCCO | | | | |

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 20, 2010 | INCIDENT NO.<br>LWN-0000278-10 (01) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1811 | FILE CLASS<br>35001 |

knows what he does". Gullatt would not admit he had purchased marijuana from Jackson saying he would "take the hit".

## DISPOSITION OF GULLATT:

I released Gullatt at the scene and advised him that I would seek charges against him for possession of marijuana. He left in the red Cadillac.

## ADDITIONAL INFORMATION:

While I was speaking with Gullatt, Jackson was put into the HVA ambulance and transported from the scene. In addition, homeowner and mother of Jackson Pearly M. Jackson arrived on scene. I identified myself and explained to her what had transpired. Ms. Jackson said her son does not live at the residence and does not know where he does live. She said he does have some items in a room in the house. She gave me consent to search that room and escorted me to it. A search of the room revealed no contraband. I then advised Ms. Jackson that her son had been transported to St. Joe Hospital by HVA. Prior to leaving I asked Ms Jackson if she had a bag I could put the money, crack cocaine and marijuana in that I had seized. She said she had a lot of plastic bags. She went to the garage and returned with a brown plastic Kroger bag (the same type that Suspect Stanley Jackson had given to Suspect Brown containing contraband). After conferring with WCSO Sgt. Hankamp, I left the area and went to Station #1 Detective Bureau to interview Brown who had been arrested by Deputy Teets. Upon arrival, I made contact with Deputy Teets. Deputy Teets provided me with the brown plastic Kroger bag, (3) bags of marijuana and pill bottle containing (60) hydrocodone tablets that he had recovered from Brown's crotch. I then met with Brown who was waiting in the #1 interview room.

## ADVICE OF RIGHTS (SUSPECT BROWN):

I read Brown Miranda at 1750 hours from the card I keep in my wallet. He advised that he did not complete high school but did understand his rights. He agreed to make a statement at 1750 hours.

## INTERVIEW WITH SUSPECT BROWN:

He immediately said "I know I am hit". Brown said he had picked up the bag containing the (3) bags of marijuana and (60) tablets of hydrocodone from Stanley Jackson and was in the process of transporting it to 1762 Stephens where he was supposed to turn it over to James Jones. He was stopped just as he reached that location and subsequently arrested. Brown said he was just doing "some friends a favor" and only got some free marijuana to deliver the narcotics. Brown further advised that he had a family and children. Brown was visibly upset. Brown made no further statements.

## DISPOSITION OF SUSPECT BROWN:

He was walked down to the booking area by Deputy Teets and turned over to booking personnel without incident. Brown was booked and released pending charges.

| PAGE<br>4 of 7 | INVESTIGATED BY<br>DET MICHAEL MAROCCO | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE Fri, Aug 20, 2010 | INCIDENT NO. LWN-0000278-10 (01) |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 1811 | FILE CLASS 35001 |

## ADDITIONAL INFORMATION:

When I exited the interview room at approximately 1800 hours, I received a call from Lt. Trester who advised that he was enroute to St Joe Hospital in reference to Stanley Hugh Jackson. Jackson was apparently in cardiac arrest at the hospital. At approximately 1830 hours, I was advised that Jackson was deceased.

## SUSPECT:

NAM: STANLEY HUGH JACKSON

| | | |
|---|---|---|
| NBR: 8707   DIR: | RAC: B | ETH: U |
| STR: HEATHER | SEX: M | OPS: MI/J250777319143 |
| SFX: STREET | DOB: 02/24/1979 | SSN: 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 |
| CTY: YPSILANTI TWP   ST: MI | HGT: 6'00" | SID: MI/01708637P |
| TXH:   ZIP: | WGT: 275 | FBI: 676957TA9 |
| TXW: | HAI: BLK | MNU: |
| | EYE: BRO | PRN: |

NAM: REGERVIN ERROL BROWN

| | | |
|---|---|---|
| NBR: 5229   DIR: W | RAC: B | ETH: U |
| STR: MICHIGAN | SEX: M | OPS: MI/B650734234012 |
| SFX: AVENUE   APT/SUITE: 233 | DOB: 01/04/1979 | SSN: 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 |
| CTY: YPSILANTI   ST: MI | HGT: 5'01" | SID: MI/01925892E |
| TXH: (734)585-8118   ZIP: 48197 | WGT: 170 | FBI: 679532FB6 |
| TXW: | HAI: BLK | MNU: |
| MB: (734)320-5795 | EYE: BRO | PRN: |

NAM: EMMUEL LAMAR GULLATT II

| | | |
|---|---|---|
| NBR: 86   DIR: | RAC: B | ETH: U |
| STR: RUSSELL | SEX: M | OPS: MI/G430229488118 |
| SFX: BOULEVARD | DOB: 02/14/1971 | SSN: 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 |
| CTY: YPSILANTI   ST: MI | HGT: 5'09" | SID: MI/01836743X |
| TXH:   ZIP: 48197 | WGT: 220 | FBI: 710090TA3 |
| TXW: | HAI: BLK | MNU: |
| | EYE: BRO | PRN: |

NAM: JAMES DERON JONES

| | | |
|---|---|---|
| NBR: 1762   DIR: | RAC: B | ETH: U |
| STR: STEPHENS | SEX: M | OPS: MI/J520367139837 |
| SFX: DRIVE | DOB: 10/31/1980 | SSN: 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 |
| CTY: YPSILANTI   ST: MI | HGT: 5'10" | SID: MI/02091882J |
| TXH:   ZIP: 48197 | WGT: 155 | FBI: 901492NB3 |
| TXW: | HAI: BLK | MNU: |
| | EYE: BRO | PRN: |

## OTHER PERSONS:

NAM: PEARLY M JACKSON

| | | |
|---|---|---|
| NBR: 8707   DIR: | RAC: B | ETH: U |
| STR: HEATHER | SEX: F | OPS: |
| | DOB: 04/06/1947 | SSN: |

| PAGE 5 of 7 | INVESTIGATED BY DET MICHAEL MAROCCO | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE Fri, Aug 20, 2010 | | INCIDENT NO. LWN-0000278-10 (01) |
|---|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 1811 | | FILE CLASS 35001 |

SEX: STREET
CTY: YPSILANTI TWP        ST: MI
TXH: (734)480-9081        ZIP:
TXW:

HGT: 5'01"        SID:
WGT: 150        FBI:
HAI: BLK        MNU:
EYE: BRO        PRN:

## PROPERTY:

SEIZED BY: MIKE MAROCCO
Prop 0001 - Qty: 60.000  UOM: Dosage Units/Items  Type: Other Narcotics
Descrp: ONE HEAT SEALED EVIDENCE POUCH CONTAINING (1) UNMARKED PILL BOTTLE
FURTHER CONTAINING (60) HYDROCODONE TABLETS. DET MAROCCO
Obtained From: STEPHENS DR
Superior Twp  MI
Washtenaw County  At or Near: MACARTHUR
LOCATED AT THE ABOVE LOCATION IN THE CROTCH AREA OF SUSPECT REGERVIN BROWN
BY DEPUTY TEETS.

Prop 0002 - Qty: 63.900  UOM: Gram  Type: Marijuana
Descrp: ONE HEAT SEALED EVIDENCE POUCH CONTAINING 1 BROWN PLASTIC BAG AND (3)
CLEAR PLASTIC BAGGIES. THE (3) PLASTIC BAGGIES FURTHER CONTAIN A GREEN LEAFY
SUBSTANCE (SUSPECTED MARIJUANA). DET MAROCCO LAWNET SCALE 63.9 GRAMS.
Obtained From: STEPHENS DR
Superior Twp  MI
Washtenaw County  At or Near: MACARTHUR
LOCATED AT THE ABOVE LOCATION IN THE CROTCH AREA OF SUSPECT  REGERVIN BROWN
BY DEPUTY TEETS.

Prop 0003 - Qty: 10.200  UOM: Gram  Type: Marijuana
Descrp: ONE HEAT SEALED EVIDENCE POUCH CONTAINING (1) BROWN PILL BOTTLE AND ONE
PLASTIC BAGGY. THE PILL BOTTLE FURTHER CONTAINS 2.2 GRAMS OF A GREEN LEAFY
SUBSTANCE (SUSPECTED MARIJUANA). THE BAGGY CONTAINS 8 GRAMS OF A GREEN LEAFY
SUBSTANCE (SUSPECTED MARIJUANA). DET MAROCCO LAWNET SCALE TOTAL 10.2 GR
Obtained From: 8707 HEATHER DV
Superior Twp  MI 48197
Washtenaw County  At or Near:
THE PILL BOTTLE CONTAINING 2.2 GRAMS WAS LOCATED IN SUSPECT GULLATT RIGHT
POCKET BY MAROCCO. THE BAGGY CONTAINING 8 GRAMS WAS LOCATED IN PLAIN VIEW IN
THE CONSOLE AREA OF THE RED CADILLAC (GULLATTS)

Prop 0004 - Qty: 10.000  UOM: Gram  Type: Crack
Descrp: ONE HEAT SEALED EVIDENCE POUCH CONTAINING ONE CLEAR PLASTIC BAGGY
FURTHER CONTAINING (3) PLASTIC BAGGIES FURTHER CONTAINING A WHITE CHUNKY
SUBSTANCE (SUSPECTED CRACK COCAINE). MIKE MAROCCO  LAWNET SCALE 10 GRAMS.
Obtained From: 8707 HEATHER DV
Superior Twp  MI 48197

| PAGE 6 of 7 | INVESTIGATED BY DET MICHAEL MAROCCO | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0141

| Michigan Department of State Police | ORIGINAL DATE<br>Fri, Aug 20, 2010 | INCIDENT NO.<br>LWN-0000278-10 (01) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1811 | FILE CLASS<br>35001 |

Washtenaw County  At or Near:
LOCATED IN THE CROTCH AREA OF SUSPECT JACKSON BY DEPUTY URBAN.


Prop 0005 - Qty: 32.800  UOM: Gram  Type: Marijuana
Descrp: ONE HEAT SEALED EVIDENCE POUCH CONTAINING 2 PLASTIC BAGGIES FURTHER
CONTAINING A GREEN LEAFY SUBSTANCE (SUSPECTED MARIJUANA).  MIKE MAROCCO
LAWNET SCALE 32.8 GRAMS.
Obtained From: 8707 HEATHER DV
Superior Twp  MI 48197
Washtenaw County  At or Near:
LOCATED ON THE KITCHEN TABLE OF THE ABOVE LOCATION BY DEPUTY URBAN.


Prop 0006 - Qty: 1  Type: Federal Reserve Note (money)  Issue Date: 0000  Maturation Date: 0000  Value:
$1,026.00  Recovered Value: $1,026.00  FORFEITURE
Descrp: ONE HEAT SEALED EVIDENCE POUCH CONTAINING 1026.00 IN US CURRENCY AND (1)
CIS FORM.  THE DENOMINATIONS OF THE CURRENCY ARE AS FOLLOWS: (5) 100'S / (2) 50'S /(18)
20'S / (5) 10'S / (2) 5'S / (6) 1'S.  MIKE MAROCCO
Obtained From: 8707 HEATHER DV
Superior Twp  MI 48197
Washtenaw County  At or Near:
LOCATED IN THE CROTCH AREA OF SUSPECT JACKSON BY DEPUTY URBAN.

**EVIDENCE:**

I took custody of the crack cocaine and marijuana found by Deputy Urban.  I also took custody of the marijuana
and hydrocodone found by Deputy Teets.  In addition, I took custody of the marijuana I located.

The narcotics listed above were submitted to the MSP Crime Lab for analysis.

**FIELD TEST:**

I field tested the suspected crack cocaine.  It returned positive for the presence of cocaine.

**INITIAL JOINT OPERATION PERSONNEL:**

Det. Marocco
Det. Robinson (en route)
Det. Freier (en route)
Deputy Teets (WCSO)
Deputy Urban (WCSO)

**STATUS:**

Open, pending lab analysis and prosecutor review.

| PAGE<br>7 of 7 | INVESTIGATED BY<br>DET MICHAEL MAROCCO | REPORTED BY | REVIEWED BY |
|---|---|---|---|

Pathology

JACKSON, STANLEY
DOB: 02/24/1979
Staff :JENTZEN
Rec :05/20/2010 10:20

WME.10.588

University of Michigan
Health System

Department of Pathology Morgue

PI# Number: 10-588   Decedent: Stanley Jackson

**Inventory and disposition of clothing, personal effects, and associated items:**

Items:
List below if any with body if none mark none across the lines make copy of paperwork and give a copy to the FH and keep original in file in office

| Items | Released to Police | | Released Funeral Home | | Held for police | | Checked by autopsy assistant | |
|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No |
| Blue denim Jeans (Cut Previously) | ✓ | | | | | | | |
| White T-Shirt (Cut previously) | ✓ | | | | | | | |
| Blue Tank Top (previously Cut) | ✓ | | | | | | | |
| White socks | ✓ | | | | | | | |
| Blue/white checkered boxers | ✓ | | | | | | | |
| 2 black cell phone holders | ✓ | | | | | | | |
| 1 Piece of mail from 34th District Court | ✓ | | | | | | | |
| 1 electronic tether | ✓ | | | | | | | |
| 1 Brown belt | ✓ | | | | | | | |

If none write none across page

Print Name of person logging above items: Tracie Brugger   Date: 08/21/2010

Print name of Law Enforcement agent receiving items: D/Sgt. Robert Weimer   Date: 8-21-10
(if applicable)

Print name of person to whom property is released to: _____   Date: _____

| Body ready for release ☐ | Name of Funeral home: |
|---|---|

Print Name of person transporting the body to the Funeral Home:

_____   Date: _____   Time: _____

0144

# Pre-Autopsy Report

## Investigator Contact Information

| | | | |
|---|---|---|---|
| Name: | Keith Johnson | Phone Number: | 734-477-6310 |
| Agency: | Washtenaw County | E-Mail Address: | rkj920@gmail.com |

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | 10-588 | Date of Death: | 2010-08-20 |
| Name: | Stanley Hugh Jackson | Date of Birth: | 1979-02-24 |
| Address: | 11827 Meadows Ct Belleville, MI 48111 | Date Investigated: | 2010-08-20 18:20:00 |

## Demographics and Circumstances

| | | | |
|---|---|---|---|
| Sex: | Male | Drugs Involved: | No |
| Ethnicity: | Non-Hispanic | Alcohol Involved: | No |
| Race: | African American/Black | Medical Treatment: | CPR IV Fluids ACLs |

## Investigator Summary

TOC 16:35

U/S was requested to contact Dr. Bora at SJMH ED regarding the death of a 31yo male in custody, arrived by ambulance after an arrest. Per deputies at scene, decedent was observed and suspected of selling drugs. When approached, he ran into a house and slammed the door, while running he was seen reaching in his pockets. Officers forced the front door and saw the decedent, he was aggressive to the officers, and was tased, according to ER nurse Scott Bryde, 1 taser dart was removed from his shoulder area at the ED. According to ED records, the incident occurred at 6:45 and arrival at the hospital time was 17:25. Decedent was restrained with 3 sets of handcuffs behind his back and restraints on his ankles. Decedent struggled with EMS, SJMH security, and medical staff upon arrival. Attempts were made to transfer restraints to the hospital bed, when patient sat up, still handcuffed, he attempted to get up per Bryde.

Bryde then requested ativan from Dr. Bora, Bora permited ativan 2 mg IM rt quad He was held down, supine with hands behind back. Another attempt was made to sit him up and transfer restraints from handcuffs , at that time, Dr. Bora found a taser dart in the shoulder and removed it. The decedent then slumped forward, Bryde asked if he was breathing, said his nail beds were ashen. He was determined to be in respiratory arrest, with no chest movement. At 17:47 he was in systole and CPR was begun. At 17:48 atropine was administered, at 1750, PEA, a: 18:01 he was in ventricular fibrillation 18:03 PEA, 18:05 asystole, ,18:07 another round atropine and bicarb, 18:09 -18:20 asystole, pronounced at 18:20 by Dr. Bora.

Met with Lt. Jim Anuskiewicz, WCSD, who briefed me on circumstances surrounding event. He stated that MSP would be conducting police investigation of the incident.

No previous medical history was available from family members, who were very agitated due to the circumstances. U/S was approached and asked if the decedent's mother could view the body. Due to the events leading up to the death and the volatile crowd of family members gathered, U/S deemed it was not possible to provide a viewing at this time and explained that to the family member. He became very agitated, began verbally abusive behavior, to which U/S returned to the ED to continue the investigation

See additional info in Post Mortem observations section.

SJMH records indicate that decedent is John Doe, this was due to the inability to obtain information from decedent upon arrival. No information could be verified by ED.

Discussed case with Dr. Cassin, reviewed the circumstances of the case and was directed to secure the body for transport to UMMC. Body was placed in bag along with clothes, IV apparatus, and 2 cell phone covers left that hospital staff said belonged to the decedent. Bag tag seal #is 1247471Decedent is also wearing an electronic surveillance tether on his left ankle, thether #HG50300067. Detective Jim Bundshuh, MSP, arrived at approximately 9:15 to take photos. received subsequent call from Det Sgt Weimer, MSP Taylor post, inquiring about autopsy. He would like to attend autopsy, U/S will contact him in am when it is determined what time the autopsy will be performed. Russ Clinard was contacted to transport

0145

 AIT Laboratories

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800) 875-3894 / Fax: (317) 243-2789

| LABORATORY CASE NUMBER: 1364373 | Subject's Name:  JACKSON, STANLEY |
|---|---|

| Client Account: | 10193 / WACM01 |
|---|---|
| Physician: | |
| Report To: | Washtenaw Co. Medical Examiner |
| | ATTN: Ann Jackson |
| | 300 N. Ingalls |
| | Ann Arbor, MI 48109 |
| | Fx: 734-615-8811 |

| Agency Case#: | WME10-588 |
|---|---|
| Date of Death: | 08/20/2010 |
| Test Reason: | Other |
| Investigator: | |
| Date Received: | 08/24/2010 |
| Date Reported: | 08/31/2010 |

| Laboratory Specimen No: | 40186440 | Date Collected: | 08/21/2010 |
|---|---|---|---|
| Container(s) :01: Red Top Bottle   Blood, ILIAC | | Test(s) : 70510 | Comprehensive Drug Panel  (550B) |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | Negative | | | | |
| CANNABINOIDS | POSITIVE | | | | |
| THC | POSITIVE | | | | |
| THC, Quant | | 8.8 | ng/mL | | |
| THC-COOH | POSITIVE | | | | |
| THC-COOH, Quant | | 45.6 | ng/mL | | |
| COCAINE/METABOLITES | Negative | | | | |
| FENTANYL | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| PROPOXYPHENE/METABOLITE | Negative | | | | |
| ALCOHOLS | Negative | | | | |
| Methanol | Negative | | | | |
| Ethanol | Negative | | | | |
| Acetone | Negative | | | | |
| Isopropanol | Negative | | | | |
| ANALGESICS | Negative | | | | |
| ANESTHETICS | POSITIVE | | | | |
| Lidocaine (Xylocaine®) | POSITIVE | | | | |
| Lidocaine, Quant | | 1.0 | ug/mL | 1.5-6 | |
| ANTIBIOTICS | Negative | | | | |
| ANTICONVULSANTS | Negative | | | | |
| ANTIDEPRESSANTS | Negative | | | | |
| ANTIHISTAMINES | Negative | | | | |

JACKSON, STANLEY
Laboratory Case #: 1364373
Print Date/Time:    08/31/2010, 14:01:49



2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800) 875-3894 / Fax: (317) 243-2789

| Laboratory Specimen No:   40186440 | | | | | Continued... |
|---|---|---|---|---|---|
| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
| ANTIPSYCHOTICS | Negative | | | | |
| CARDIOVASCULAR AGENTS | Negative | | | | |
| ENDOCRINE AGENTS | Negative | | | | |
| GASTROENTEROLOGY AGENTS | Negative | | | | |
| NARCOTICS | Negative | | | | |
| NEUROLOGY AGENTS | Negative | | | | |
| SEDATIVES/HYPNOTICS | Negative | | | | |
| STIMULANTS | Negative | | | | |
| UROLOGY AGENTS | Negative | | | | |

Specimens will be kept for one year from the date received.

JACKSON, STANLEY
Laboratory Case #: 1364373
Print Date/Time:    08/31/2010, 14:01:49

 AIT Laboratories

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800) 875-3894 / Fax: (317) 243-2789

| Laboratory Specimen No: | 40186441 | Date Collected: | 08/21/2010 | |
|---|---|---|---|---|
| Container(s) :01: Urine | Urine, Random | Test(s) : 70080 | Drugs of Abuse Panel (900U) | |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| AMPHETAMINES | Negative | | | | |
| BARBITURATES | Negative | | | | |
| BENZODIAZEPINES | Negative | | | | |
| CANNABINOIDS | POSITIVE | | | | |
| Carboxy THC | POSITIVE | | | | |
| Carboxy THC, Quant | | 345 | ng/mL | | |
| COCAINE/METABOLITES | Negative | | | | |
| METHADONE/METABOLITE | Negative | | | | |
| OPIATES | Negative | | | | |
| OXYCODONE/METABOLITE | Negative | | | | |
| PHENCYCLIDINE | Negative | | | | |
| ALCOHOLS | Negative | | | | |

JACKSON, STANLEY
Laboratory Case #: 1364373
Print Date/Time:    08/31/2010, 14:01:49



AIT Laboratories
A HIGHER STANDARD OF EVERY DAY

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800) 875-3894 / Fax: (317) 243-2789

| Laboratory Specimen No: | 40186442 | | Date Collected: | 08/21/2010 | |
|---|---|---|---|---|---|
| Container(s) :01: Vitreous | Vitreous, EYE | | Test(s) : 32400 | Electrolytes Panel (910COR) | |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| Sodium | | 155 | MMOL/L | 133-145 | (1) |
| Potassium | | 10.3 | MMOL/L | 8-15 | (1) |
| Chloride | | 130 | MMOL/L | 115-125 | (1) |
| Glucose | | 31 | mg/dL | | (1) |
| Urea Nitrogen | | 13 | mg/dL | | (1) |
| Creatinine | | 1.0 | mg/dL | | (1) |

Performing Location(s):

(1)    Witham Memorial Hospital
       2605 N Lebanon Street, Lebanon, IN  46052
       Medical Director: John F. Olson, MD,  License #: 15R0352413

JACKSON, STANLEY
Laboratory Case #: 1364373
Print Date/Time:    08/31/2010, 14:01:49

0149



AIT Laboratories
A HIGHER STANDARD OF SERVICE

2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800) 875-3894 / Fax: (317) 243-2789

| Laboratory Specimen No: | 40186443 | | Date Collected: | 08/21/2010 | |
| Container(s) :01: Red Top Tube | Blood, ILIAC | | Test(s) : 49900 | Not Tested (NT) | |
| 02: Red Top Tube | Blood, ILIAC | | | | |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| < No Testing Performed > | | | | | |

JACKSON, STANLEY
Laboratory Case #: 1364373
Print Date/Time:    08/31/2010, 14:01:49



2265 Executive Drive, Indianapolis, IN 46241
Telephone: (800) 875-3894 / Fax: (317) 243-2789

| Laboratory Specimen No: | 40186445 | Date Collected: | 08/21/2010 |
| Container(s) :01: Bottle-Yellow | Fluid, GASTRIC | Test(s) : 49900 | Not Tested (NT) |

| Analyte Name | Result | Concentration | Units | Therapeutic Range | Loc |
|---|---|---|---|---|---|
| <   No Testing Performed | > | | | | |

*The Specimen identified by this Laboratory Specimen Number has been handled and analyzed in accordance with all applicable requirements.*

JACKSON, STANLEY
Laboratory Case #: 1364373
Print Date/Time:    08/31/2010, 14:01:49

# Office of the Medical Examiner
## Washtenaw County
300 North Ingalls
N12D19, SPC 5452
Ann Arbor, Michigan 48109
Phone 734-232-1127 Fax 734-615-8811

Name: JACKSON, STANLEY                 Autopsy No.: WME-10-588

Date of Birth: 02/24/1979      Age: 31 years      Sex: M      Race: African-American

Date and Hour of Death: 8/20/10, 1820 hrs

Date and Hour of Autopsy: 08/21/2010, 0800 hrs

Attending Physicians: Kennan Bora, M.D., St. Joseph Mercy Hospital, Emergency
Department
Clinical Service: Washtenaw County Medical Examiner's Office

Place of Autopsy: University of Michigan Hospital Morgue

Pathologists: Jeffrey Jentzen, M.D., Ph.D.
             (rsd)

Consulting Pathologists: David Gordon, M.D. (Cardiac Pathologist)

## Cause of Death

IA. Sudden Cardiac Arrest
IB. Non-occlusive Ischemic Heart Disease associated with Adrenergic Reaction to Stress

II. Police arrest with EMDD deployment

Signed _____                    10/04/10
       Jeffrey Jentzen, M.D., Ph.D.                  Date Signed
       Deputy Medical Examiner

WME588.10   JACKSON, STANLEY

## Final Diagnosis

I.   Sudden cardiac death due to Non-Occlusive Ischemic Heart Disease associated with Acute
     Adrenergic Stress Reaction

    A.   Electromechanical Disruptive Device (EMDD) dart perforations and abrasion: right lateral
         abdomen and right lateral back.
        1.   Coagulative necrosis with streaming nuclei

    B.   Superficial abrasions to the face and extremities, laceration, lower lip.
    C.   Police arrest: Superficial abrasions and contusions, wrists bilaterally consistent with
         handcuff abrasions
    D.   Contusion, right temporalis muscle, 2.0 x 2.0 cm
    E.   Acute hemorrhage, AV node.Contraction-band necrosis
    F.   Contraction-band necrosis

II.   Non-Occlusive Ischemic Heart Disease

    A.   Focal myocardial fibrosis
    B.   Cardiomegaly, 500 grams.
    C.   Contraction-band necrosis

0153

WME588.10   JACKSON, STANLEY

## Clinical History

Stanley Jackson was a 31-year-old African-American male who had been placed on an electronic tether. On 08/20/2010 he was witnessed by law enforcement officers to engage in suspected illegal activity. Police pursued Mr. Jackson, who fled to the home of a relative. Police deployed two Electronic Electromechanical Disruptive Device (EMDD) darts while pursuing Jackson and applied two additional direct applications while they took the decedent into custody. Police removed suspected drugs and $1026 from Jackson. The decedent was agitated and combative at the scene, refusing to answer questions. He was placed in wrist and leg cuffs and transported to St. Joseph Mercy Hospital by Huron Valley Ambulance service. He was observed on camera to be alert and moving during the evacuation at 1716 hours. He arrived at St. Joseph Mercy Hospital Emergency Department at 1726 hours. While in the Emergency Room he was observed to be alert and oriented, but continued to be agitated, aggressive, and combative. He was administered 2 mg of Lorazepam (Ativan®) injection intramuscularly in the right thigh for agitation. He developed a PEA cardiac arrested approximately 2 minutes later at 1746 hours. The rhythm deteriorated to ventricular fibrillation and finally asystole. Resuscitation was instituted and he was pronounced death at 1820 hours.

**Witnesses:** Tracy Brugger, Autopsy Assistant, University of Michigan Hospital and Detective Robert Weimer, Metro South Post, Michigan State Police (734-287-5004).

**Autopsy Authorization:** Permission for autopsy is given by Washtenaw County Medical Examiner.

**Autopsy Restrictions:** None.

**Photographs:** Fifty-one photographs on camera 1 and fifty-three photographs on camera 2 taken during this autopsy by Jeffrey Jentzen.

**Identification:** The body is identified by a hospital wrist band surrounding the decedent's left wrist.

**Radiographs:** None.

**Clothing:** The body is dressed in a pair of boxer-style underwear. Accompanying the body is a blue sleeveless tank top, 2X, white t-shirt, 4X, white socks and blue denim jeans, Garibaldi make, size 42. Also present are two leather cases, one containing a court summons. Also present in a sealed bag is a brown belt. There is a law enforcement style plastic bracelet, electronic tether, fixed to the left ankle. The serial number number is HGS9300967-2503. These items are identified, photographed, and released to Detective Weimer.

**Property:** Recovered from the body at the time of autopsy are the following items: None.

0154

WME588.10   JACKSON, STANLEY

## General External Examination:

The autopsy is commenced at 0900 hours on 08/02/2010.. The body is that of a well developed, well-nourished, muscular African-American male who appears consistent with the reported age of 31. The body weighs 270 pounds and measures 73 inches in length. The body mass index is 36.0 kg/m$^2$. The body is in a state of good condition. The unembalmed body is cool to touch. Rigor mortis is fixed throughout all the major musculature. There is blanching purple lividity over the posterior surfaces of the body, consistent with the supine position.

**Skin:** The skin is generally unremarkable. There are no diseases present. There is a 2.0 x 2.0 cm scar to the medial aspect of the right ankle and a 15.0 cm well-healed surgical scar to the lateral aspect of the right distal leg.

**Head:** The head is normocephalic and appears unremarkable.

**Hair:** The hair is braided in cornrow-type patterns and measures up to 15.0 cm in length.

**Eyes:** The irides are brown. The sclerae are clear. There are no petechiae within the palpebral or bulbar conjunctiva.

**Ears:** The ears are normal.

**Nose:** The septum is midline.

**Oral Cavity/Mouth:** See external traumatic injuries. The anterior teeth are natural. Here is a wide diastema present, otherwise unremarkable.

**Face:** The face is unremarkable. There is a goatee-style beard present.

**Neck:** There is no evidence of trauma or injury.

**Chest:** The chest has a normal antero-posterior dimension. Nipples and breasts are symmetrical and are those of a normal adult male. The chest is heavily muscled. There are no palpable masses.

**Abdomen:** The abdomen is flat and appears unremarkable.

**Genitalia:** Normal adult male. No trauma or injury present. The penis is circumcised. The testicles are bilaterally descended into the scrotum. There are no palpable masses.

**Anus:** The anus is unremarkable.

**Extremities:**
Lower Extremities: There is an electronic tether attached to the left ankle.
Upper Extremities: See traumatic injuries. The nails are trimmed and manicured. There is no trauma to the knuckle areas. There is extensive trauma to the wrist.

**Back:** See traumatic injuries.

0155

WMF588.10  JACKSON, STANLEY

## Identifying Marks and Tattoos:

Identifying marks, scars and tattoos include: There is large tattoo of a cross to the left upper arm. The tattoo is photographed.

## Evidence of Therapeutic Intervention:

There is an oral tracheal airway protruding from the oral cavity. Intravenous catheters are present in the right and left antecubital fossa. The IV bags are approximately half full and these are retained in the normal evidentiary fashion.

## External Evidence of Trauma

Face: Present over the left superciliary ridge is a 0.8 cm abrasion. Present at the hairline is a superficial 1.0 cm abrasion.

Oral Cavity: There is a superficial 0.5 laceration to the left lower lip that corresponds to the left upper central incisor.

Abdomen: Present over the right lateral inferior abdomen are two (2), 0.1 cm identifiable abrasions with an associated 0.5 cm abrasion. This is suggestive for electromechanical disruptive device dart perforations.

Right thigh: There is a suggestion of an injection wound to the right lateral thigh. This is photographed and the skin and subjacent muscle retained.

Right wrist: Overlying the radial aspect is a 2.0 x 2.5 cm rectangular shaped abrasion. Proximal to this area is a 5.0 x 3.0 cm abrasion. Over the extensor aspect is a 3.0 cm superficial abrasion and there is a 1.0 x 1.5 cm abrasion to the right elbow.

Left wrist: Present over the left wrist is a 4.0 x 0.5 cm abrasion over the ulna region and a 3.0 x 1.0 cm over the radial region. There are abrasions measuring 5.0 x 0.8 cm over the volar aspect of both wrists. These are consistent with handcuff abrasions.

Back and sacrum: Overlying the right back at the level of the distal scapula is a superficial 0.1 cm abrasion suggestive of a burned area. 3.5 cm cephalad and medial are two additional 0.1 cm burn-like abrasions. These are separated from distance of 2.2 cm and again 3.0 cm cephalad two associated abrasions measuring 3.0 cm in distance. There are suggestive of electromechanical disruptive device punctures.

## Internal Evidence of Trauma:

There is a focal 2.0 x 2.0 area of recent hemorrhage in the right temporalis muscle.

WMF588.10  JACKSON, STANLEY

## General Internal Examination:

The body is opened with a routine thoracoabdominal incision. The subcutaneous fat measures 5.0 cm at the level of the umbilicus. The skeletal muscle has a normal dark-brown color and normal smooth texture.

Body Cavities. The peritoneal surfaces are smooth and glistening. There are no adhesions, effusions or hemorrhage present. The pleural cavities are smooth and glistening. There are no effusions, adhesions or hemorrhage. The diaphragms are intact. The ribs are intact and without fracture. The pericardium is smooth and glistening and contains approximately 10 cc serous fluid.

Heart: The heart weighs 500 grams. The epicardial and endocardial surfaces contain focal punctate petechiae but are otherwise unremarkable. The coronary ostia are in their normal configuration and widely patent. The coronary arteries have a normal distribution with a left dominant system. On serial coronal sectioning, there are no areas of atherosclerosis, calcification, or thrombosis. The valve leaflets are thin, pliable and competent and free of vegetations. The heart valves have the following measurements: Tricuspid 14.0 cm, pulmonic 7.5 cm, mitral 10.0 cm, and aortic 6.5 cm in circumference. The left ventricle measures 2.0 cm, the intraventricular septum ~ cm, and the right ventricle 0.4 cm in thickness measured 1.0 cm below the respective atrioventicular valve annulus. The endocardial surface is free of fibrosis. The trabeculae carne and papillary muscles are unremarkable. The myocardium has the normal reddish brown color and consistency. There are no areas of fibrosis or scarring.

Aorta: The aorta has a normal configuration without aneurysmal dilatation. The intimal surface has the normal yellow coloration and is free of atherosclerosis. The ostia of the major branches including the celiac, renal, superior and inferior mesenteric arteries are widely patent.

Lungs: The right and left lungs weigh 960 and 870 grams, respectively. There is normal septation. The lungs are inflated. There is mild anthracosis. On cut surface, the parenchyma is congested. There are no areas of consolidation, masses or abscesses present. The trachea and main stem bronchi appear normal without foreign bodies, masses, mucus. Hilar lymph nodes are not enlarged. The pulmonary arteries are free of thrombi.

Liver and Biliary Tract: The liver weighs 2350 grams. The capsule is intact, smooth and glistening. The parenchyma has the normal reddish-brown color and soft texture. There is no nodularity, masses, or hemorrhage present.

Gallbladder: A thin-walled gallbladder is present and contains thick, viscous bile. No calculi are present. The biliary tree is patent to the ampulla of Vater.

Pancreas: The pancreas has a normal size, shape and tan lobular appearance.

Adrenal Glands: The adrenal glands have normal cut surfaces with yellow cortex and gray medulla. There is no nodularity present.

Spleen: The spleen weighs 220 grams and has a smooth intact capsule with normal, firm reddish-brown parenchyma. There are no infarcts, nodules, scars or cysts present.

Gastrointestinal Tract:
Esophagus: The esophagus has a uniform diameter and intact light gray mucosa. It is inspected throughout. There are no foreign bodies or masses present.

WME588.10   JACKSON, STANLEY

**Stomach:** The stomach is distended and contains 400 cc of a coffee-colored homogeneous fluid. The small bowel is dissected to the mid jejunum and there are no identifiable foreign bodies, masses or stool present.

**Small Bowel and Large Intestines:** A vermiform appendix is present. The colon has the normal uniform dimension and contains formed, green-yellow stool. There are no diverticula or masses present.

**Genitourinary Tract:**
**Kidneys:** The right and left kidneys weigh 185 and 200 grams respectively. The renal capsules strip with ease. The cortical surfaces have the normal reddish-brown color and smooth texture. There are no infarcts, nodules, scars or cysts present. There are no calculi present.

**Ureters:** The ureters are uniform dimension and patent to the bladder.

**Bladder:** The bladder is collapsed and contracted and contains approximately 50 cc of straw colored urine.

**Prostate:** The prostate has a normal size. There are no areas of nodularity or discoloration present.

**Musculoskeletal:** The thoracolumbar spine has the normal configuration. The vertebral bodies are normal without degenerative spurring or lipping. The cervical spine is stable. The bone marrow has a normal dark red coloration. No lesions are noted.

**Neck:** The anterior musculature is dissected in a layered fashion. There are no hemorrhages present. The hyoid and thyroid cartilages are intact, without fracture or hemorrhage. The laryngeal mucosa is unremarkable. The cords are symmetrical. There is a 2.0 cm contusion to the lateral aspect of the uvula, otherwise unremarkable. The thyroid gland has a normal position and reddish tan color and normal texture. There are no cysts or nodules present. ·

**Central Nervous System:** Reflection of the scalp reveals no subgaleal hemorrhages. There is a focal 2.0 x 2.0 cm. hemorrhage in the right temporalis muscle. The skull is intact with a normal thickness and without fracture. The dura is intact. There are no epidural, subdural, or subarachnoid hemorrhages present. The meninges are thin, translucent, and without hemorrhage or exudate.

**Brain:** The brain weighs 1380 grams and the cerebral hemispheres are symmetrical with a normal gyral pattern. The cranial nerves are intact and symmetrical. The vessels at the base of the brain have a normal configuration and are free of atherosclerosis. The cerebellar tonsils and uncal gyri appear normal and without herniation or grooving. The pituitary gland is normal. Serial coronal sections through the brain reveal no evidence of hemorrhage or contusions within the cortex, white matter, midbrain, pons or cerebellum.

**Spinal cord:** The spinal cord is not examined.

## Additional Dissection:

A posterior neck dissection is performed. There is no identifiable hemorrhage within the muscles of the posterior neck. The subcutaneous tissues and muscles of the mid thorax region are in size and inspected. There is no additional trauma is noted.

WME588.10   JACKSON, STANLEY

## Toxicology:

At the time of autopsy the following specimens are recovered and labeled with AIT number FC436167: Vitreous fluid, Iliac blood, Urine, and Gastric fluid.

## Evidence Recovered:

Evidence collected at autopsy includes the following:  IV bags and injection site right thigh.

0159

WME588.10  JACKSON, STANLEY

## Microscopic Slide Index:

Slide 1:    Heart – left ventricular free wall and left anterior descending coronary artery
Slide 2:    Left ventricular septum with left circumflex coronary artery
Slide 3:    Heart – left ventricular posterior with right coronary artery
Slide 4:    Heart – right ventricle
Slide 5:    Thyroid
Slide 6:    Lung – left upper and left lower lobe
Slide 7:    Lung – right upper and right lower lobe
Slide 8:    Right kidney and left kidney
Slide 9:    Adrenal and pancreas
Slide 10:   Liver
Slide 11:   Prostate
Slide 12:   Brain – hippocampal gyrus
Slide 13:   Brain – cortex
Slide 14:   Brain – basal ganglia
Slide 15:   Brain – cerebellum and pituitary
Slide 16:   Heart: SA Node
Slide 17:   Heart: SA Node
Slide 18:   Heart: SA Node
Slide 19:   Heart: SA Node
Slide 20:   Heart: AV Node
Slide 21:   Heart: AV Node
Slide 22:   Heart: AV Node
Slide 23:   Heart
Slide 24:   Heart
Slide 25:   Heart
Slide 26:   Skin: right anterior abdomen and right posterior chest (EMDD Abrasions)

## Microscopic Description:

**Heart:** Sections of myocardium reveal focal interstitial fibrosis with myofibrillary hypertrophy. There is diffuse contraction-band necrosis present. There is no acute inflammation noted. A section of AV Node (Slide #21) reveals acute hemorrhage to the nodal region.

**Lungs:** The lungs are diffusely congestion, otherwise unremarkable.

**Liver:** There is prominent centrilobular congestion; without inflammation or steatosis.

**Pancreas:** The pancreas is autolytic.

**Adrenal:** Histologically unremarkable.

**Kidney:** There is focal congestion with normal histology.

**Thyroid:** Histologically unremarkable.

0160

WME588.10   JACKSON, STANLEY

**Brain:** The hippocampal gyrus and dentate nucleus of the cerebellum demonstrate rare eosinophilic neurons. There is no inflammation present.

**Skin:** Sections of skin from the right anterior abdomen and right posterior chest reveal focal coagulative necrosis and "streaming" nuclei of the epidemis.

## Other Laboratory Tests:

The toxicology analysis reveals: Cannabinoids, THC: 8.6 ng/ml and THC-COOH 45.6 ng/ml; Lidocaine 1.0 ug/ml.

## Gross Pathological Diagnosis:

III.    Sudden cardiac death following police arrest
   G.    Electromechanical device dart perforations and abrasion: right lateral abdomen and right lateral back
   H.    Superficial abrasions and contusions, wrists bilaterally consistent with handcuffs
   I.    Superficial abrasions to the face and extremities
   J.    Contusion, right temporalis muscle, 2.0 x 2.0 cm

WME588.10   JACKSON, STANLEY

## Final Summary:

Stanley Jackson was a 31-year-old African-American male who had been placed on an electronic tether. On 08/20/2010 he was witnessed by law enforcement officers to engage in suspected illegal activity. Police pursued the Jackson, who fled to the home of a relative. Police deployed two Electronic Electromechanical Disruptive Device (EMDD) darts while pursuing Jackson and applied two additional direct applications while they took the decedent into custody. Police removed suspected drugs and $1026 from Jackson. The decedent was agitated and combative at the scene, refusing to answer questions. He was placed in wrist and leg cuffs and transported to St. Joseph Mercy Hospital by Huron Valley Ambulance service. He was observed on camera to be alert and moving during the evacuation at 1716 hours. He arrived at St. Joseph Mercy Hospital Emergency Department at 1726 hours. While in the Emergency Room he was observed to be alert and oriented, but continued to be agitated, aggressive, and combative. He was administered 2 mg of Lorazepam (Ativan®) injection intramuscularly in the right thigh for agitation. He developed a PEA cardiac arrested approximately 2 minutes later at 1746 hours. The rhythm deteriorated to ventricular fibrillation and finally asystole. Resuscitation was instituted and he was pronounced death at 1820 hours.

The external examination confirmed the presence of electromechanical device dart perforations to the right lateral abdomen and right lateral back. There was microscopic evidence of coagulative necrosis and streaming nuclei consistent with electrical injury. Superficial abrasions and contusions were present on the wrists bilaterally consistent with handcuff abrasions, as well as, superficial abrasions to the face and extremities, laceration, lower lip. Microscopic examination confirmed the contusion, right temporalis muscle. In addition, there was acute hemorrhage of the AV node and contraction-band necrosis of the heart. The heart contained focal myocardial fibrosis and non-occlusive ischemic heart disease. The death was certified as due to sudden cardiac death resulting from non-occlusive ischemic heart disease associated with acute adrenergic stress reaction. The EMDD application may have contributed in providing external stress.


Jeffrey M. Jentzen, M.D.
Deputy Medical Examiner
October 04, 2010


Bader Cassin, M.D.
Medical Examiner

0162

St. Joseph Mercy Health System Medical Records

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

| | |
|---|---|
| Patient Name: | JACKSON, STANLEY HUGH |
| MPN: | (aa)-037:51754 |
| Date of Birth: | 02/24/1979 |
| Admit Date: | 08/20/2010 |
| Discharge Date: | 08/20/2010 |
| Account Number: | 015883774-0232 |
| Patient Type: | Emergency |
| Attending: | Bora MD, Keenan M |

## ED Physician Notes

Cardiac arrest:

Date :        08/20/2010 7:17:58 PM EDT

Electronically Signed By: Bora MD, Keenan M            Date Signed: 08/20/2010 7:17:58 PM EDT

Patient:   CDOE, JOHN 08/20/10 17:38       MRN: (aa)-037151754       FIN:
015883774-0232
Age:   130 years   Sex: Male   DOB: 1/1/1880
Associated Diagnoses:   None
Author:   Bora MD, Keenan M

History of present illness: This is a young male of unknown age she
came in in police custody after being found in a routine traffic stop.
Per the police who were taking care of him prior to his arrival here,
he fled from them after he was found with marijuana and crack cocaine
bags in his car. They had used a taser on him. Arrived in the
emergency department he was unable to provide further history as he
was extremely agitated. He just kept crying out. It took several
police officers and security to keep him in his stretcher. He was
spitting on people in the room. No further history was available from
the patient.

Review of systems: A complete review of systems was unobtainable
secondary to the patient's condition

Past medical history: unknown
Past surgical history: unknown
Allergies: unknown
Medicines: unknown
Family history: unknown
Social history: unknown

Physical exam:
Vital Signs: initial vital signs were not able to be obtained secondary to the patient's
thrashing around.
General: Extremely agitated
Head: normocephalic
Eyes: 6 mm pupils, minimally reactive to light, extraocular muscles intact, no scleral
icterus, or conjunctival pallor
Mouth: moist mucous membranes, small lacerations are noted on his tongue and cheeks
lungs: clear to auscultation bilaterally in all fields no rales, wheeze, or rhonchi
Heart: tachycardic rate and rhythm. No murmurs, rubs, or gallops
Extremities: strength is 5 out of 5 proximally and distally in all 4 extremities, no
clubbing, cyanosis, or edema. There are abrasions noted on the wrists bilaterally
Skin: warm but ashen fingers
Neuro: extremely agitated and fighting, uncooperative

Medical decision making:
Course in the emergency department: the patient presented and was extremely agitated.
When I walked in the room he was on his back and yelling. His hands were in cuffs behind
him and restraints tied to the bed. He was given 2 mg IM Ativan for sedation. He calmed
down within about 1-2 minutes and they took the handcuffs off of the patient while in
the seated upright position.  We removed a taser lead found in his back.  While the
cuffs were being removed, it was noted that he was no longer breathing. We put him down

Printed Date:   08/27/10
Printed Time:   10:59

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)-03715'754
Date of Birth: 07/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015883774-0232
Patient Type: Emergency
Attending: Bora MD, Keenan M

## ED Physician Notes

Cardiac arrest

Date :                08/20/2010 7:17:58 PM EDT

Electronically Signed By: Bora MD, Keenan M          Date Signed: 08/20/2010 7:17:58 PM EDT

and we checked for pulses which were absent. Chest compressions were initiated
immediately, we started a line, gave him oxygen, and put him on a cardiac monitor. The
monitor showed asystole. Resuscitative efforts continued including intubation and drugs.
The next rhythm was PEA. Minimal cardiac activity was noted despite a rhythm noted on
the monitor but no pulse appreciated. The next rhythm was noted to have changed to V.
fib. The patient was given defibrillation followed by chest compressions. The patient's
next rhythm was asystole. Multiple drugs were given. Ultrasound of the heart never
showed anything other than very slight cardiac motion and that was during the PEA.
Norepi was requested from pharmacy but never administered. This was anticipatory of
regaining cardiac rhythm with pulses. The patient
never regained a pulse. Time of death was 1820 total time of resuscitative efforts was
40 minutes. With 15 minutes spent in asystole at the end. We notify the M.E. who
accepted the case case number is 10-588 we spoke with Keith.

Critical illness was cardiac arrest. Critical interventions included chest compressions,
intubation, administration of medications. Total time spent on this patient in
one-to-one activity by me was in excess of 75 minutes. Time spent included discussion
with family, discussion with police, supervision of resuscitative efforts, intubation,
discussion with ME, and documentation.

Disposition: Medical examiner's office
Procedures: intubation, CPR
Interpretations: multiple rhythm strips Accu-Chek which was 199
interpreted as within acceptable limits

Final impression:1) cardiac arrest  2) potential drug overdose

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name:   JACKSON, STANLEY HUGH
MRN:   (aa)-037151754
Date of Birth:   02/24/1979
Admit Date:   08/20/2010
Discharge Date:   08/20/2010
Account Number:   015883774-0232
Patient Type:   Emergency
Attending:   Bora MD, Keenan M

## ER Triage/Assessment

Adult ED Nursing Asmt Form (AA)
08/20/10 17:25 EDT Performed by Paulson RN, Kristen M
Entered on 08/20/10 18:41 EDT

| | |
|---|---|
| **Adult ER Index–AA** | |
| ED Intake Assessment | Intake Assessment |
| History of Home Medications | Home Medications |
| Medical Hx | Medical History |
| Surgical Hx | Surgical History |
| ED Abuse/Neglect Screening | Abuse/Neglect Screening |
| Social Habits/Immunizations | Social Habits/Immunizations |
| Glasgow Coma Scale | Glasgow Coma Scale |
| | |
| **Adult General Intake (AA)** | |
| Mode of Triage Arrival | Ambulance |
| Influenza Like Symptoms | No |
| Chief Complaint–Triage | Tazed |
| Admitted From | Home |
| Mechanism of Injury | Other: Tazed while running for police |
| ED Allergies | Allergies |
| Treatment Prior to ER Arrival | See EMS report |
| Source of Information | Police, Emergency Medical Service |
| Pregnancy Status | Not applicable |
| Track Triage Date/Time | 08/20/2010 17:25 |
| Track Family Present | No Family |
| Track Acuity | 3 Urgent |
| Track Group | (AA) ED Track Grp |
| | |
| **Allergies** | |
| Allergy | Reaction |
| Allergies Reviewed With | Unable to review |
| | |
| **Medical History** | |
| Medical History | Unable to obtain |
| Miscellaneous Med/Surg Hx GRID | |
| Tattoos | Patient |
| | |
| **Surgical History** | |
| Surgical History | Unable to obtain |
| | |
| **Glasgow Coma Scale** | |
| Eye Opening Response Glasgow | To pain (2) |
| Motor Response | Localizes to painful stimuli (5) |
| Verbal Response | Appears to converse (5) |
| Glasgow Coma Score | 12 |
| | |
| **Social Habits/Immunizations** | |
| Tobacco Use History | Unable to obtain |
| | |
| **Abuse/Neglect Screening** | |
| Abuse History | Unable to obtain |
| Recent Physical Violence/Abuse | Unable to obtain |
| Sexual Abuse/Assault | Unable to obtain |
| Fearful of Partner/Caregiver or Other | Unable to obtain |
| | |
| **Meds Taken at Home** | |
| Historical Medication | No Medications Entered |

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan
A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MPN: (aa)–037151754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015883774–0232
Patient Type: Emergency
Attending: Bora MD, Keenan M

## Emergency Room Progress Note

**Emergency Room Progress Note Form**
08/20/10 16:41 EDT Performed by Paulson RN, Kristen M
Entered on 08/20/10 19:16 EDT

**Emergency Room Progress Note**
Emergency Room Progress Note

Initial encounter with patient was at approx. 1725. Patient arrived on stretcher yelling and moaning, patients arms were restrained with handcuffs behind his back. Patients legs were restrained to stretcher, patient was struggling and trying to get up while being transferred to ED stretcher.
Physical Assessment: Patient had blood in mouth, multiple tattoos, patient yelling, respirations were unlabored, patient's words were clear when telling staff he could not breath, and to stop.
Two representatives from security were in the room, two ED techs, an EMT student, 2 nurses, and the 2 EMT's were all needed to keep patient on stretcher. Patients legs were placed in leather restraints. At this time patient continued to yell he could not breath and that his arms hurt. Patient was sat up in attempt to remove handcuffs and properly restrain arms but at this time patient attempted to stand. Staff struggled to get patient back on stretcher. Patient continued to moan and state his arms hurt. Attempts to put blood pressure cuff and pulse ox on patient were unsuccessful because patient continued to struggle.
Report from EMS: Unknown patient, unknown medical history, patient had been tazed by police in his home. Patient was uncooperative during transport, yelling he could not breathe and his arms hurt.
Physician aware of patient combativity, gave verbal order for leather restraints and IM ativan. 2mg Ativan IV, no blood aspired before administering, was administered at approx. 1740, at this time patient still had to be held to be given medication in right thigh. At approx. 1742 patient appeared to be more relaxed, physician was present in room, asked that we sit patient up and unrestrain arms behind back. At this time Dr. Bora removed tazer lead from right upper back, scapula area. Patient was sitting up for approx 2 minutes when he went limp, chest movement ceased and had a blank gaze, at this time checked patient for pulses and immediately started resistation. Placed patient on cardiac monitor, started bagging patient, checked for femoral pulses as well as carotid pulses which were absent. Monitor showed asystole. CPR initiated and crash cart brought to room. Please refer to scanned code blue flow sheet for detailed information. Ypsilanti officers arrived, Scott Bryde, RN, went out to talk with them. Police stated patient pulled over at his residence, police observed marijuana and crack cocaine in patients vehicle. Patient ran into home where police tazed patient to subdue him. Police stated that patient was reaching into front of pants while running into his home. Police found marijuana and cocaine in patients pants pockets. Police stated patient had time alone while be persued so possibility of injestion suggested by officer.

**Emergency Room Progress Note Form**
08/20/10 20:28 EDT Performed by Paulson RN, Kristen M
Entered on 08/20/10 20:32 EDT

**Emergency Room Progress Note**
Emergency Room Progress Note

Patients skin assessment upon arrival was as follows, patient had circumfrencial abrasions on both wrists beneath handcuffs that were applied by police department pta. These were visible when cuffs were removed at time of patient code at approx. 1748. Muscoskeletal- no signs of trauma or deformity noted.

**Emergency Room Progress Note Form**
08/20/10 20:32 EDT Performed by Paulson RN, Kristen M
Entered on 08/20/10 20:35 EDT

**Emergency Room Progress Note**
Emergency Room Progress Note

Gift of Life notified at 1828, patient not a candidate for organ donation. ME arrived to treatment area at 1915. Local police present in front of patient room, ME says he cannot complete patient exam until State Police Detective arrives to the scene.

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name:  JACKSON, STANLEY HUGH
MRN:  (aa)-037151754
Date of Birth:  02/24/1979
Admit Date:  08/20/2010
Discharge Date:  08/20/2010
Account Number:  C15883774-0232
Patient Type:  Emergency
Attending:  Bcra MD, Keenan M

## Emergency Room Progress Note

Emergency Room Progress Note Form
08/20/10 21:38 EDT Performed by Paulson RN, Kristen M
Entered on 08/20/10 21:39 EDT

Emergency Room Progress Note
Emergency Room Progress Note

State crime investigator has arrived with Ypsilanti police, in patient room with ME.

Emergency Room Progress Note Form
08/20/10 22:07 EDT Performed by Paulson RN, Kristen M
Entered on 08/20/10 22:08 EDT

Emergency Room Progress Note
Emergency Room Progress Note

ME doing post mortem care on patient and taking body into custody, body will be leaving facility from ED.

Emergency Room Progress Note Form
08/20/10 22:21 EDT Performed by Bryde RN, Scott A
Entered on 08/20/10 22:32 EDT

Emergency Room Progress Note
Emergency Room Progress Note

Medical examiner reports that pt will be taken to U of M for autopsy but that he may go to our morgue. PT was placed in body bag by the Medical examiner. Body bag was zipped shut by the ME. Went into room after ME had zstepped out, PT brown leather belt that pt had been wearing was next to sink where it was placed during code of pt. The belt was placed in Brown Paper evidence collection bag and sealed with provided red medical tape. Was set next to body in the room. ME was also asked if the 4 point restraints, which had also been removed during code should be collected as evidence which he responded "no " to.

Emergency Room Progress Note Form
08/20/10 22:37 EDT Performed by Paulson RN, Kristen M
Entered on 08/20/10 22:38 EDT

Emergency Room Progress Note
Emergency Room Progress Note

ME stated body can go to morgue until transport arrives for the body. State Examiner has been contacted in regards to releasing the body and if crash cart used needs to stay with body.

Emergency Room Progress Note Form
08/20/10 22:39 EDT Performed by Paulson RN, Kristen M
Entered on 08/20/10 22:40 EDT

Emergency Room Progress Note
Emergency Room Progress Note

Body tag placed on zipper of postmortem bag since ME sealed body in bag previously. 2nd tag secured on to bag for indentification.

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name:    JACKSON, STANLEY HUGH
MRN:    (aa)-037151754
Date of Birth:    02/24/1979
Admit Date:    08/20/2010
Discharge Date:    08/20/2010
Account Number:    C15883774-0232
Patient Type:    Emergency
Attending:    Bora MD, Keenan M

## ER Disposition

ER Disposition Form
08/20/10 22:44 EDT Performed by Paulson RN, Kristen M
Entered on 08/20/10 22:46 EDT

**Disposition**

| | |
|---|---|
| Time of Departure From ER | 08/20/2010 22:44 |
| Discharge/Transfer From ER | Expired 20 |
| Condition at Discharge/Transfer From ER | Expired |
| Mode of Departure From ER | Cart/stretcher |
| Accompanied By at Disposition From ER–A | Other: Security |
| Valuables Returned | Other: ME obtained patients belongings. |
| Discharge Comments–ER | Medical Examiner investigation in ED has been completed, stated patient can be sent to morgue along with evidence collection bag. Body and bag placed in cart  along with chart and transported to the morgue. |

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

| | |
|---|---|
| Patient Name: | JACKSON, STANLEY HUGH |
| MRN: | (aa)–C37151754 |
| Date of Birth: | 02/24/1979 |
| Admit Date: | 08/20/2010 |
| Discharge Date: | 08/20/2010 |
| Account Number: | 015883774-0232 |
| Patient Type: | Emergency |
| Attending: | Bora MD, Keenan M |

## Depart Summary

Depart Summary

Date: 08/20/2010 10:47:24 PM EDT

SAINT JOSEPH MERCY HOSPITAL
Emergency Department
5301 East Huron River Dr.,
Ann Arbor, MI 48106-0995
(734) 712-3000

In an effort to provide timely information, this summary was generated from our
electronic medical record at the time of the patient's discharge from the Emergency
Department. If you would like additional information regarding this ED Visit, please
contact the HIM department at (734) 712-4023. Contact Radiology for films at (734)
712-3085.

PATIENT INFORMATION

| Name: CDOE, JOHN 08/20/10 17:38 | DOB: 01/01/1880 |
|---|---|
| PCP: | Patient Phone: |
| Allergies: Allergies Not Recorded | |

cellVISIT INFORMATION

| Visit Date: 08/20/2010 17:28 | Diagnosis: |
|---|---|
| ED Physician: Bora MD, Keenan M | Reason For Visit: |
| ED Disposition: Expired 20 | |

. cell

LABORATORY TESTS: Abnormal Lab Result(s):_ . . . . . . _ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Date
Order Results08/20/2010 17:56 Glucose POCT–LAB H 199mg/dl.MEDICATIONS GIVEN
IN EDLORazepam 2 mg/mL INJ 1 mL (Ativan GEq)(Ativan Inj)Take 1 mL 2 mg, Intramuscular, One Time OnlyCOMMENTS: Prior to IV Use,
Lorazepam Injection Should be DilutedWith an Equal Volume of Compatible Solution; Rate of AdministrationShould Not Exceed 2 mg/min
Checkout Complete

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)–037151754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015883774-0232
Patient Type: Emergency
Attending: Bora MD, Keenan M

## ED Nursing Other Documentation

Electronically Signed By: Pace , Teri L          Date Signed: 08/20/2010 6:33:08 PM EDT

SAINT JOSEPH MERCY HEALTH SYSTEM
❑ ST. JOSEPH MERCY HOSPITAL
❑ SAINT JOSEPH MERCY SALINE HOSPITAL
❑ SAINT JOSEPH MERCY LIVINGSTON HOSPITAL

CDOE, JOHN 08/20/10 17:38
FIN: 015883774-0232          08/20/2010
M 130Y 01/01/1880     ER73
ATN: PHYSICIAN, EMERGENCY
MR: 037151754

**Restraint 24-Hour Flowsheet for Behavior Management**

Date: 3/20/10    Time: 1730

| ASSESS. OF NEED FOR RESTRAINTS | BEHAVIORS THAT JUSTIFY USE | MD ORDERS |
|---|---|---|
| ☒ Abusive/threatening behavior presenting imminent risk to self/others/equipment | ☐ Emergent application *(danger to self or others)*<br>☐ Attempts to strike out at others<br>☐ Attempts to hurt self<br>☐ Attempts to destroy property | **18 years and older:**<br>☐ Physician sees patient within 1 hr face to face. Order renewed every 4 hrs. |
| **Alternatives Used Before Restraints**<br>☐ Companion/family at bedside<br>☐ Increase/decrease stimulation as approp.<br>☐ Monitor need for tubes/lines and d/c ASAP as feasible<br>☐ Use of calm, soothing voice<br>☐ Camouflage IV sites, dressings, etc.<br>☐ Calming, soothing music<br>☐ Use of short Q & A  ☐ Wander guard<br>☐ Meds reviewed  ☐ Physical relaxation<br>☐ Pain management  ☐ Other | **Restraint Devices**<br>RT = Right  LT = Left  B = Bilateral<br>S = Soft restraint<br>SR = All Side Rails Up<br>H = Hard (leather)<br>A = Ankle<br>W = Wrist<br>N = Netbed | ☐ Physician sees patient face to face every 8 hrs, reassesses and reorders<br>☐<br>☐ |
| **Evaluation Every 2 Hours**<br>SB = Same behaviors, continue to restrain<br>R = Restraints released:<br>1. Behaviors resolved<br>2. Family present<br>3. Trial release<br>4. Other | **Care Needs – Continual Observation**<br>✔ Observation every 15 minutes<br>✔ Circulation check every 15 minutes, warm, dry, cap. refill < 3 sec.<br>✔ Skin check every 15 minutes, dry and intact<br>✔ ROM and reposition every 2 hrs.<br>✔ Toilet every 2 hrs.<br>✔ Offer food/fluids every 2 hrs.<br>✔ Vital signs at least q 2 hrs. | **9 years to 17 years old:**<br>☐ Physician sees patient within 1 hr face to face, reassesses and writes the 1st order.<br>Order every 2 hrs.<br>☐ Physician sees patient face to face every 4 hrs, reassesses and reorders<br>**Less than 9 years old:**<br>☐ Physician sees patient within 1 hr face to face, reassesses writes 1st order.<br>☐ Order renewed every hour<br>☐ Physician sees patient face to face every 4 hrs, reassesses and reorders |

### Care Needs: Document Care Needs Every 2 Hours

| Hour | Restraint Type/site | Food/Fluids Q2 Hrs. | Skin/Circ. Observ. Q 15 min. | Toilet Q 2 Hrs. | Turn/ROM Q 2 Hrs. | Eval. Q 2 Hrs. | Initials |
|---|---|---|---|---|---|---|---|
| 24:00 | | | | | | | |
| 01:00 | | | | | | | |
| 02:00 | | | | | | | |
| 03:00 | | | | | | | |
| 04:00 | | | | | | | |
| 05:00 | | | | | | | |
| 06:00 | | | | | | | |
| 07:00 | | | | | | | |
| 08:00 | | | | | | | |
| 09:00 | | | | | | | |
| 10:00 | | | | | | | |
| 11:00 | | | | | | | |
| 12:00 | | | | | | | |
| 13:00 | | | | | | | |
| 14:00 | | | | | | | |
| 15:00 | | | | | | | |
| 16:00 | | | | | | | |
| 730  17:00 | 4 AW | | | | | VP | |
| 18:00 | Patient code started @ 1746, wrist restraints and handcuffs removed | | | | | | VP |
| 19:00 | | | | | | | |
| 20:00 | | | | | | | |
| 21:00 | | | | | | | |
| 22:00 | | | | | | | |
| 23:00 | | | | | | | |

☐ Into Sheet Given
☐ Explanation given to Patient or Significant Other

| Signature | Initials |
|---|---|
| K. Paulson, RN | VP |
| K. Bora 2848 | KMB |

02593 R 502 (M/0)

Printed Date:   08/27/10
Printed Time:   11:00

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)-037151754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015883774-0232
Patient Type: Emergency
Attending: Bors MD, Keenan M

## Ambulance EMS Transport Sheet

Electronically Signed By:  Pace , Tori L                    Date Signed: 08/20/2010 8:28:26 PM EDT

CDOE, JOHN 08/20/10 17:38
FIN: 015883774-0232          08/20/2010
M 130Y 01/01/1880   ER13
ATN: PHYSICIAN, EMERGENCY
MR: 037151754

**Washtenaw / Livingston County EMS**

## BLS / ALS Log

(38)

☐ Chelsea      ☐ SJMH
☐ Saline       ☐ UM
☐ Livingston

| Date | Time | Vehicle ID | | Physician | | |
|---|---|---|---|---|---|---|
| 0120 | | | EMT-P | | RN | |

| Age | Sex | BP | | Pulse | Resp | Pulse Ox |
|---|---|---|---|---|---|---|
| 20 | M | | | | | |

Chief Complaint: s/p taser

Past Medical History:

| Allergies | Current Meds | ETA | ☐ Closest facility |
|---|---|---|---|
| | | | ☒ Patient requested facility: |

| Time | Orders and Further Communications |
|---|---|
| | Tased                     Armed w/ed warning |
| | 1720 arrival |

| Drug Box # | Witness | RN Signature |
|---|---|---|
| Drug(s) Wasted / Amount | EMT-P Signature | Physician Signature |

282338 / 28530 5 7/04 (M)        WHITE -- Medical Records  •  CANARY -- Pharmacy  •  PINK -- MCA  •  GOLDENROD -- Ambulance

Printed Date:   08/27/10
Printed Time:   11:00

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name:  JACKSON, STANLEY HUGH
MRN:  (aa)~03715¹754
Date of Birth:  02/24/1979
Admit Date:  08/20/2010
Discharge Date:  08/20/2010
Account Number:  015883774~0232
Patient Type:  Emergency
Attending:  Sora MD, Keenan M

## Ambulance/EMS Transport Sheet

Electronically Signed By:  Pace , Teri L                    Date Signed: 08/20/2010 8:37:20 PM EDT

20/2010     06:41 PM                                                         Page :     1

Page Number:1   Total Pages:3   Patient Name:JOHN DOE  Date of Birth:  Call #:117737

## Prehospital Care Report Summary

### Huron Valley Ambulance

Date:08/20/2010  Call #:117737  Incident #:117737  Matching #:388     Time Zone:America/New York

**Call Information:**
                                                                            # Patients: 1
Call Origin: N/A    Run Type: Emergency (Immediate)    Disposition: Treated / Transported  # Patients at Scene: 1
    Unit #: 0108 - 108 Central            Lights/Siren: Not used
    Incident Loc: 8708 HEATHER DR Superior Township, MI 48198                 Call Received: 1656:01
    Location Type: Home / Residence                                          Dispatched: 1656:21
    Receiving Facility: ST JOE ANN ARBOR ER                                   En Route: 1656:31
    Dest. Reason: Nearest Facility                                           On Scene: 1702:39
    Loaded Mileage: 5.0                                                       Patient Contact: 1704:00
    Crew Members: French, Lee(DS)(DH); Lyssiotis, Anthony(DOC); First, Responder   Left Scene: 1716:55
                                                                             At Destination: 1726:25
Moved to Amb By: Stretcher                                                   In Service: 1807:22
Transport Position: Semi / Full Fowlers
                                                                             Time On Scene: 14 Min
                                                                             Time to Destination: 30 Min
                                                                             Total Time of Run: 71 Min

**Patient Information:**
                                                                             Ins. Type:
    Name: JOHN DOE                   DOB:                                    Ins. Name/Payer:
    Address:                         Gender: No Data                         Policy Name:
                                     Age:                                    Medicare:
    Phone:                           Weight:                                 Medicaid:
    SSN:                                                                     Policy:
    PMH: None                                                                Group:
    Comment:                                                                 Auth Signature: No
                                                                             Privacy Sig: No
                                                                             Unable to Sign: Yes
                                                                             Refused to Sign: No
                                                                             Guarantor
                                                                             Name:
    Env Allergies: NKA - unknown     Med Allergies: UNknown                  Onset Time:08/20/2010
                                                                             Current Meds: None - unkn

**Clinical:**
                                                                             Medical Need:
    Dispatch Reason (EMD): 63028                                             Needed Restraining
    Provider Impression: Restraints Required, Monitoring Required
    Mechanism of Injury:
    Chief Complaint: S/p tazer
        Protocol 1: GENERAL PRE-HOSPITAL           Protocol 2:
                    CARE - WASHTENAW

**Initial Assessment:**

Airway: Patent
Breathing -  Rate: Rapid   Quality: Unlabored        Lung Sounds: Left:        Right:
Skin - Color: Normal   Temp: Normal   Condition: Normal        Cap Refill:              Edema:
Pupils -  Left:                              Right:
Glasgow Coma Score - 1:  2:                                          AVPU: Alert
Trauma Score: N/A                        APGAR Score:1-min:  5-min:   10-min:
Rhythm 1:                        Rhythm 2:
Abdominal Assessment -   RUQ: Bowel Sounds:                 LUQ: Bowel Sounds:
                         RLQ: Bowel Sounds:                 LLQ: Bowel Sounds:

**Injury Matrix:**
Injury Location   Injury Location Modifier   Injury Type   Injury Type Modifier   Injury Comment

**Vitals:**

| Time | Employee | BP | Pulse | Resp. | SPO2 | CO2 | B.Sugar | Pain | Temp | Qty | Supply |
|------|----------|-----|-------|-------|------|-----|---------|------|------|-----|--------|
| 1706 | A. Lyssiotis | / | | 22 | | | | 0 | | | |
| 1720 | A. Lyssiotis | / | | 20 | | | | 0 | | | |

08/20/2010            Confidential PHI © 2000-2010  Sansio - Healtin-MSB   08/20/2010 Call# 117737 Match# 388    1 of 3

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

| | |
|---|---|
| Patient Name: | JACKSON, STANLEY HUGH |
| MRN: | (aa)-037151754 |
| Date of Birth: | 02/24/1979 |
| Admit Date: | 08/20/2010 |
| Discharge Date: | 08/20/2010 |
| Account Number: | 0:5883774-0232 |
| Patient Type: | Emergency |
| Attending: | Bora MD, Keenan M |

## Ambulance/EMS Transport Sheet

Electronically Signed By:  Pace, Teri L                    Date Signed: 08/20/2010 8:37:20 PM EDT

08/20/2010      06:41 PM                                                                      Page:      2

Page Number:2  Total Pages:3  Patient Name:JOHN DOE  Date of Birth: Call #:117737

**Treatments/Medications:**

| Time | PTA | Employee | Treatment | Level | Medication | Dose | Unit | Route | Att | Unable |
|---|---|---|---|---|---|---|---|---|---|---|
| 1704. | | A. Lysdolis | Assessment-ALS | | | N/A | | | | No |
| 1710 | | R. First | Restraints-Physical | | | N/A | | | | No |

**Narrative History Text:**
HISTORY OF PRESENT ILLNESS: ON FRIDAY, AUG 20 WE FIND A PATIENT PRESENTING WITH  S/P TAZER. WE ARRIVE ON SCENE TO FIND OUR PT LYING ON THE FLOOR IN HANDCUFFES. PT IS AWAKE, AND ALERT. PT IS SCREAMING BELLIGERENTLY. PT WAS IN THE PROCESS OF BEING ARRESTED BY WCSD, WHEN HE BECAME VIOLENT AND WAS TAZED. PT HAS A MINOR LACERATION TO HIS TONGUE, THE BLEEDING IS CONTROLLED AND THERE IS NO THREAT TO THE AIRWAY. PT IS QUESTIONED ABOUT HIS CONDITION BUT REFUSES TO SPEAK TO US, PT WILL ONLY SCREAM THAT HE NEEDS HELP. PT IS LIFTED FROM THE FLOOR AND PLACED ON THE COT. PT ATTEMPTS TO SPIT ON US AND PD WHILST HE IS BEING MOVED. PTS LEGS ARE TIED TO THE COT, AND HE IS SECURED WITH A FIVE POINT STRAP, WHILE STILL HANDCUFFED BEHIND HIS BACK. PT IS THEN TAKEN TO THE AMBULANCE ON THE STRETCHER.

UPON ARRIVAL TO PATIENT AT 17:04:00 , THE FOLLOWING ASSESSMENT WAS COMPLETED.

RESPIRATORY SYSTEM: PATIENTS AIRWAY : PATENT ; BREATHING RATE - RAPID, BREATHING QUALITY - UNLABORED-;

CARDIOVASCULAR SYSTEM: SKIN COLOR -NORMAL, TEMPERATURE -NORMAL, CONDITION -NORMAL,

NEUROLOGICAL SYSTEM: MENTAL STATUS = ALERT,

THE FOLLOWING TREATMENTS AND/OR MEDICATIONS WERE PROVIDED;

17:04:00 ASSESSMENT-ALS

17:10:00 RESTRAINTS-PHYSICAL

ADDITIONAL NARRATIVE:
ONCE IN AMBULANCE SECONDARY ASSESSMENT IS COMPLETED. PT IS FOUND TO BE WARM AND DRY, WITH GOOD COLORATION. PT CONTINUES TO REFUSE TO SPEAK WITH US ONLY YELLING AND FIGHTING HIS RESTRAINTS, ATTEMPTS TO FIND THE BARBS OF THE TAZER YIELDS NO RESULTS, THOUGH THE PT DOES HAVE A SMALL SUPERFICIAL LACERATION TO HIS ABDOMEN. NO OTHER INJURIES ARE DISCOVERED. ATTEMPTS TO OBTAIN VITAL SIGNS ARE MET WITH THRASHING AND SPITTING AND THUS A FULL SET IS UNABLE TO BE OBTAINED. PT IS MONITORED THROUGHOUT TRANSPORT WITH NO CHANGES IN HIS CONDITION. HE REMAINS COMBATIVE, THRASHING AND SHAKING THE COT WHILE ATTEMPTING TO BREAK FREE FROM HIS RESTRAINTS. PT ALSO CONTINUES TO ATTEMPT TO SPIT WHILE ENROUTE TO THE HOSPITAL. UPON ARRIVAL AT THE ER PT IS TAKEN FROM AMBULANCE TO ROOM ON STRETCHER. ONCE IN ROOM PT IS MOVED FROM COT TO BED ON DRAW SHEET WITHOUT INCIDENT. PT REMAINS COMBATIVE AND SO PT IS THEN SECURED TO THE BED WITH RESTRAINTS BY ST JOES SECURITY. PT CARE AND REPORT ARE THEN TRANSFERRED TO RN AT PT BEDSIDE.

PATIENT MOVED TO STRETCHER BY: (FOUR MAN LIFT);

PATIENT CARE TURNED OVER TO (X)RN AT ST JOE ANN ARBOR ER ROOM # (38);

PERSONAL BELONGINGS LEFT WITH: FAMILY( ), ER STAFF(X), PATIENT()
    LIST BELONGINGS HERE: JEANS AND TWO CELL PHONE HOLDERS

MATCHING # 388

**Unable to Sign:**
Unable to Sign Reason: Physically Restrained
Authorized Representative: Representative of an agency or institution that furnished care, services, or assitance to the patient
Authorized Representative Signature: Yes
Secondary Documentation:
Secondary Documentation Signature: No
Comment:

08/20/2010          Confidential PHI © 2000-2010  Sansio - Health MSB     08/20/2010 Call# 117737 Match# 388          2 of 3

Printed Date:   08/27/10
Printed Time:   11:00

0174

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)-037151754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015883774-C232
Patient Type: Emergency
Attending: Bora MD, Keenan M

## Ambulance EMS Transport Sheet

Electronically Signed By: Pace , Teri L                     Date Signed: 08/20/2010 8:37:20 PM EDT

8/20/2010          06:42 PM                                                          Page:     3

Page Number:3  Total Pages:3  Patient Name:JOHN DOE  Date of Birth:  Call #:117797

Signature Image(s):

Authorization Signature                          Privacy Notice Signature

Receiving RN / MD Signature                      Technician Signature

Recommended Service Level:  /  Dispatch Service Level: N/A
Agency Definable Field 1:   Agency Definable Field 2:

Printed Date:   08/27/10
Printed Time:   11:00

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)–037151754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015983774–C232
Patient Type: Emergency
Attending: Bora MD, Keenan M

## Physician Orders

Order Date/Time 08/20/2010 5:36:14 PM EDT

| Mnemonic LORazepam 2 mg/mL INJ 1 mL (Ativan GEq) | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician Bora MD, Keenan M | | Action Personnel Bora MD, Keenan M | |
| Review Information Nurse Review, Accepted – Paulson RN, Kristen M, 08/20/2010 7:17:02 PM EDT Pharmacist Verify, Not Reviewed – , Pharmacist Verify, Accepted – Norton PharmD, Mary L, 08/20/2010 6:02:32 PM EDT | | | |

2 mg, IM, Inject, Once, STAT, 08/20/10 17:36:00 EDT, 08/20/10 17:36:00 EDT, 08/20/10 17:36:11 EDT

Order Date/Time 08/20/2010 6:01:51 PM EDT

| Mnemonic Norepinephrine Titratable 8 mg + Sodium Chloride 0.9% 250 mL | Action Order | Order Status Discontinued | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician Bora MD, Keenan M | | Action Personnel Norton PharmD, Mary L | |
| Review Information Nurse Review, Accepted – Paulson RN, Kristen M, 08/20/2010 7:17:02 PM EDT Pharmacist Verify, Accepted – Norton PharmD, Mary L, 08/20/2010 6:01:51 PM EDT | | | |

8 mg = 8 mL, IV, 08/20/10 18:00:00 EDT

08/20/2010 6:01:51 PM EDT; **Call Pharmacy When Next Bag Needed**
** High Alert Medication **
**Infuse Via Control Pump**
Total Volume = 250 mL
Concentration = 32 mcg/mL

***TUBE TO TEAM #3 STAT ####

Order Date/Time 08/20/2010 6:02:32 PM EDT

| Mnemonic LORazepam 2 mg/mL INJ 1 mL (Ativan GEq) | Action Modify | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician Bora MD, Keenan M | | Action Personnel Norton PharmD, Mary L | |
| Review Information Nurse Review, Accepted – Paulson RN, Kristen M, 08/20/2010 7:17:02 PM EDT | | | |

2 mg = 1 mL, IM, Inject, Once, STAT, 08/20/10 17:36:00 EDT, 08/20/10 17:36:00 EDT, 08/20/10 17:36:11 EDT
08/20/2010 6:02:32 PM EDT; Prior to IV Use, Lorazepam Injection Should be Diluted With an Equal Volume of Compatible Solution; Rate of Administration Should Not Exceed 2 mg/min

Order Date/Time 08/20/2010 6:07:04 PM EDT

| Mnemonic Glucose POCT (Uploaded) | Action Order | Order Status Completed | Type of Order Laboratory |
|---|---|---|---|
| Ordering Physician Physician, Emergency | | Action Personnel Contributor_system, AA_MCL | |
| Review Information N/A | | | |

08/20/10 17:56:00 EDT, Blood, Routine, Collected, Reporting Priority Routine

Order Date/Time 08/20/2010 6:41:32 PM EDT

| Mnemonic Reassess Adult Abuse/Neglect | Action Order | Order Status Discontinued | Type of Order Patient Care |
|---|---|---|---|

0176

Printed Date: 08/27/10

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name:   JACKSON, STANLEY HUGH
MRN:   (aa)-037151754
Date of Birth:   02/24/1979
Admit Date:   08/20/2010
Discharge Date:   08/20/2010
Account Number:   015883774-0232
Patient Type:   Emergency
Attending:   Bora MD, Keenan M

## Physician Orders

| Ordering Physician SYSTEM | | Action Personnel SYSTEM | |
|---|---|---|---|
| Review Information N/A | | | |

08/20/10 18:41:32 EDT, Routine
08/20/2010 6:41:32 PM EDT; The system has placed an order to Reassess Abuse/Neglect because "Unable to obtain" was documented in response to at least one Abuse/Neglect Screening question.

Order Date/Time 08/20/2010 7:31:34 PM EDT

| Mnemonic Restraint/Seclusion Violent -- Pt. is 18 Yrs. of Age or Greater | Action Order | Order Status Completed | Type of Order Patient Care |
|---|---|---|---|
| Ordering Physician Bora MD, Keenan M | | Action Personnel Bora MD, Keenan M | |
| Review Information Nurse Review, Accepted -- Paulson RN, Kristen M, 08/20/2010 7:32:25 PM EDT | | | |

for 4 hr, 08/20/10 17:30:00 EDT until 08/20/10 21:29:00 EDT, Alternatives Tried: 1:1 Intervention | Counseling | Environmental Modification | Limit Setting | Increased Observation | Re-direction | Refocusing Attention | Verbal Reminders | Visual Supervision, Justification: Interrupting the Therapeutic Milieu | Harmful to Self | Harmful to Others, Restraint: Hard X4, Release: Interrupting the Therapeutic Milieu
08/20/2010 7:31:34 PM EDT; ***Restraint/Seclusion May Not Exceed 4 Hours for Ages 18 Years and Up***
***Restraint/Seclusion May Not Exceed 2 Hours for Ages 9 Years -- 17 Years***
***Restraint/Seclusion May Not Exceed 1 Hours for Ages 1 Year -- 8 Years***
***The Use of Restraints or Seclusion May Not Be Written as PRN***

Order Date/Time 08/20/2010 7:31:34 PM EDT

| Mnemonic Do Not Uncheck -- Required for PowerPlan | Action Order | Order Status Discontinued | Type of Order Patient Care |
|---|---|---|---|
| Ordering Physician Bora MD, Keenan M | | Action Personnel Bora MD, Keenan M | |
| Review Information N/A | | | |

08/20/10 17:30:00 EDT, Routine

Order Date/Time 08/20/2010 8:22:52 PM EDT

| Mnemonic naloxone | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician Contributor_system, AA_PYXIS | | Action Personnel Contributor_system, AA_PYXIS | |
| Review Information N/A | | | |

4 mg, 4 mL, Inject, y-Misc-Charge, Once, 08/20/10 20:24:22 EDT, 08/20/10 20:24:22 EDT

Order Date/Time 08/20/2010 10:40:42 PM EDT

| Mnemonic amiodarone | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician | | Action Personnel Wynn , Karl N | |
| Review Information N/A | | | |

y-Misc-Charge, Once, x 1 Time(s)/Dose(s), 08/20/10 22:39:15 EDT, 08/20/10 22:39:15 EDT, Limited # of times

Order Date/Time 08/20/2010 10:40:43 PM EDT

0177

Printed Date:   08/27/10

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name:  JACKSON, STANLEY HUGH
MRN:  (aa)-03715'754
Date of Birth:  02/24/1979
Admit Date:  08/20/2010
Discharge Date:  08/20/2010
Account Number:  015883774-0232
Patient Type:  Emergency
Attending:  Bora MD, Keenan M

## Physician Orders

| Mnemonic Sodium Chloride 0.9% | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician | | Action Personnel Wynn , Karl N | |
| Review Information N/A | | | |
| y--Misc--Charge, x 1 Time(s)/Dose(s), 08/20/10 22:40:28 EDT, 08/20/10 22:40:28 EDT,  Once,Limited # of times | | | |

Order Date/Time 08/20/2010 10:40:43 PM EDT

| Mnemonic calcium chloride | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician | | Action Personnel Wynn , Karl N | |
| Review Information N/A | | | |
| y--Misc--Charge, Once, x 1 Time(s)/Dose(s), 08/20/10 22:40:21 EDT, 08/20/10 22:40:21 EDT,Limited # of times | | | |

Order Date/Time 08/20/2010 10:40:43 PM EDT

| Mnemonic sodium bicarbonate | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician | | Action Personnel Wynn , Karl N | |
| Review Information N/A | | | |
| y--Misc--Charge, Once, x 1 Time(s)/Dose(s), 08/20/10 22:40:12 EDT, 08/20/10 22:40:12 EDT,Limited # of times | | | |

Order Date/Time 08/20/2010 10:40:43 PM EDT

| Mnemonic EPINEPHrine | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician | | Action Personnel Wynn , Karl N | |
| Review Information N/A | | | |
| y--Misc--Charge, Once, x 1 Time(s)/Dose(s), 08/20/10 22:40:05 EDT, 08/20/10 22:40:05 EDT,Limited # of times | | | |

Order Date/Time 08/20/2010 10:40:43 PM EDT

| Mnemonic atropine | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician | | Action Personnel Wynn , Karl N | |
| Review Information N/A | | | |
| y--Misc--Charge, Once, x 1 Time(s)/Dose(s), 08/20/10 22:39:59 EDT, 08/20/10 22:39:59 EDT,Limited # of times | | | |

Order Date/Time 08/20/2010 10:40:43 PM EDT

| Mnemonic lidocaine | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician | | Action Personnel Wynn , Karl N | |
| Review Information N/A | | | |
| y--Misc--Charge, Once, x 1 Time(s)/Dose(s), 08/20/10 22:39:26 EDT, 08/20/10 22:39:26 EDT,Limited # of times | | | |

0178

Printed Date:   08/27/10

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

| | |
|---|---|
| Patient Name: | JACKSON, STANLEY HUGH |
| MRN: | (aa)−037151754 |
| Date of Birth: | 02/24/1979 |
| Admit Date: | 08/20/2010 |
| Discharge Date: | 08/20/2010 |
| Account Number: | 015883774−0232 |
| Patient Type: | Emergency |
| Attending: | Bora MD, Keenan M |

## Physician Orders

Order Date/Time 08/20/2010 10:40:43 PM EDT

| Mnemonic vasopressin | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician | | Action Personnel Wynn , Karl N | |
| Review Information: N/A | | | |
| y−Misc−Charge, Once, x 1  Time(s)/Dose(s),  08/20/10 22:39:20 EDT,  08/20/10 22:39:20 EDT, Limited # of times | | | |

Order Date/Time 08/23/2010 8:16:18 AM EDT

| Mnemonic LORazepam | Action Order | Order Status Completed | Type of Order Pharmacy |
|---|---|---|---|
| Ordering Physician | | Action Personnel Bunch , Janet L | |
| Review Information N/A | | | |
| y−Misc−Charge, Once, x 1  Time(s)/Dose(s),  08/23/10 8:16:11 EDT,  08/23/10 8:16:11 EDT, Limited # of times | | | |

Printed Date:   08/27/10

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)-037151754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015883774-0232
Patient Type: Emergency
Attending: Bora MD, Keenan M

## Point of Care Testing

| Procedure | Ref Range | Units | 08/20/2010 5:56:00 PM EDT Results |
|---|---|---|---|
| Glucose POCT-LAB | [70-100] | mg/dL | 199 H |

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

| | |
|---|---|
| Patient Name: | JACKSON, STANLEY HUGH |
| MRN: | (aa)-037151754 |
| Date of Birth: | 02/24/1979 |
| Admit Date: | 08/20/2010 |
| Discharge Date: | 08/20/2010 |
| Account Number: | 015883774-0232 |
| Patient Type: | Emergency |
| Attending: | Bora MD, Keonan M |

## Telemetry Notes / Strips

Electronically Signed By:  Pace , Teri L                    Date Signed: 08/20/2010 8:28:09 PM EDT



# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)-037151754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: C15883774-0232
Patient Type: Emergency
Attending: Bora MD, Keenan M

## Telemetry Notes / Strips

Electronically Signed By: Pace , Teri L          Date Signed: 08/20/2010 8:26:09 PM EDT



SAINT JOSEPH MERCY HEALTH SYSTEM
A Member of Trinity Health

**Wave Form Documentation**

CDOE, JOHN 08/20/10 17:33
FIN: 015883774-0232          08/20/2010
M 130Y 01/01/1880          ERT3
ATN: PHYSICIAN, EMERGENCY
MR: 037151754

| Date: | Time: 1806 | PR: | QRS: | QT: | HR: | Rhythm: V-Fib |
|-------|------------|-----|------|-----|-----|---------------|
| Comments: | | | | | | Signature: |

| Date: | Time: 1816 | PR: | QRS: | QT: | HR: | Rhythm: |
|-------|------------|-----|------|-----|-----|---------|
| Comments: Lead I Asystole | | | | | | Signature: |

| Date: | Time: | PR: | QRS: | QT: | HR: | Rhythm: |
|-------|-------|-----|------|-----|-----|---------|
| Comments: | | | | | | Signature: |



353935 R 12/05 SPEC O

0182

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

| | |
|---|---|
| Patient Name: | JACKSON, STANLEY HUGH |
| MRN: | (aa)-037151754 |
| Date of Birth: | 02/24/1979 |
| Admit Date: | 08/20/2010 |
| Discharge Date: | 08/20/2010 |
| Account Number: | 015883774-0232 |
| Patient Type: | Emergency |
| Attending: | Bora MD, Keenan M |

## Telemetry Notes / Strips

Electronically Signed By:  Pace , Teri L                    Date Signed: 08/20/2010 8:25:09 PM EDT







Printed Date:   08/27/10
Printed Time:   11:00

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name:   JACKSON, STANLEY HUGH
MRN:   (aa)-037151754
Date of Birth:   02/24/1979
Admit Date:   08/20/2010
Discharge Date:   08/20/2010
Account Number:   015883774-0232
Patient Type:   Emergency
Attending:   Bora MD, Keenan M.

## Telemetry Notes - Strips

Electronically Signed By:  Pace , Teri L            Date Signed: 08/20/2010 8:26:09 PM EDT



### Wave Form Documentation

CDOE, JOHN 08/20/10 17:38
FIN: 015883774-0232        08/20/2010
M 130Y 01/01/1880        ERT3
ATN: PHYSICIAN, EMERGENCY
MR: 037151754

| Date: | Time: 1833 | PR: | QRS: | QT: | HR: | Rhythm: | |
|---|---|---|---|---|---|---|---|
| Comments: After time of Death | | | Lead III | | | | Signature: |

| Date: | Time: | PR: | QRS: | QT: | HR: | Rhythm: | |
|---|---|---|---|---|---|---|---|
| Comments: | | | | | | | Signature: |

| Date: | Time: | PR: | QRS: | QT: | HR: | Rhythm: | |
|---|---|---|---|---|---|---|---|
| Comments: | | | | | | | Signature: |



563605 R 12/09 (PC) D

018

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name:  JACKSON, STANLEY HUGH
MRN:  (aa)-037151754
Date of Birth:  02/24/1979
Admit Date:  08/20/2010
Discharge Date:  08/20/2010
Account Number:  015883774-0232
Patient Type:  Emergency
Attending:  Bora MD, Keenan M

## Medication Administration Record
## Scheduled Meds

## LORazepam (Ativan Inj) (LORazepam 2 mg/mL INJ 1 mL (Ativan GEq))

Order Id:  3046001451.00
Order Detail:  2 mg = 1 mL, IM, Inject, Once, STAT, 08/20/10 17:36:00 EDT, 08/20/10 17:36:00 EDT, 08/20/10 17:36:11 EDT
Scheduled:
Order By:  Bora MD, Keenan M
Nurse:  Paulson RN, Kristen M               Accepted on: 08/20/2010 7:17:02 PM EDT
Pharmacist  Norton PharmD, Mary L           Accepted on: 08/20/2010 6:02:32 PM EDT

Comments:  Pharmacy Fill: Prior to IV Use, Lorazepam Injection Should be Diluted With an Equal Volume of Compatible Solution; Rate of
Administration Should Not Exceed 2 mg/min MAR Note: Prior to IV Use, Lorazepam Injection Should be Diluted With an Equal
Volume of Compatible Solution; Rate of Administration Should Not Exceed 2 mg/min  Caution:  LOOK-Alike, SOUND-Alike
Medication. Order Comment: Prior to IV Use, Lorazepam Injection Should be Diluted With an Equal Volume of Compatible
Solution; Rate of Administration Should Not Exceed 2 mg/min

## Order History

| Action(s) | Charted@ | Scheduled | Action Time(s) | Performed By | Admin Detail(s) |
|---|---|---|---|---|---|
| Order | | | 08/20/10 05:36 PM EDT | Bora MD, Keenan M | |
| Med Given | 08/20/10 7:17 PM EDT | 08/20/10 05:36 PM EDT | 08/20/10 05:40 PM EDT | Paulson RN, Kristen M | lorazepam 2 mg IM Thigh, Right |
| Modify | | | 08/20/10 06:02 PM EDT | Norton PharmD, Mary L | |
| Complete | | | 08/20/10 07:17 PM EDT | Paulson RN, Kristen M | |

0185

Printed Date:   08/27/10

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name:   JACKSON, STANLEY HUGH
MRN:   (aa)-037151754
Date of Birth:   02/24/1979
Admit Date:   08/20/2010
Discharge Date:   08/20/2010
Account Number:   015983774-0232
Patient Type:   Emergency
Attending:   Bora MD, Keenan M

## Medication Administration Record
## Continuous Infusions

**norepinephrine 8 mg + Sodium Chloride 0.9% 250 mL (Norepinephrine Titratable 8 mg + Sodium Chloride 0.9% 250 mL)**

Order Id:   3046061073.00
Order Detail:   8 mg = 8 mL, IV, 08/20/10 18:00:00 EDT
Scheduled:
Order By:   Bora MD, Keenan M
Nurse:   Paulson RN, Kristen M          Accepted on: 08/20/2010 7:17:02 PM EDT
Pharmacist   Norton PharmD, Mary L.       Accepted on: 08/20/2010 6:01:51 PM EDT

Comments:   Pharmacy Fill: **Call Pharmacy When Next Bag Needed**
** High Alert Medication **
**Infuse Via Control Pump**
Total Volume = 250 mL
Concentration = 32 mcg/mL MAR Note: **Call Pharmacy When Next Bag Needed**
** High Alert Medication **
**Infuse Via Control Pump**
Total Volume = 250 mL
Concentration = 32 mcg/mL Order Comment: **Call Pharmacy When Next Bag Needed**
** High Alert Medication **
**Infuse Via Control Pump**
Total Volume = 250 mL
Concentration = 32 mcg/mL

***TUBE TO TEAM #3 STAT ####

## Order History

| Action(s) | Charted@ | Scheduled | Action Time(s) | Performed By | Admin Detail(s) |
|-----------|----------|-----------|----------------|--------------|-----------------|
| Order | | | 08/20/10 06:01 PM EDT | Norton PharmD, Mary L | |
| Discontinue | | | 08/22/10 03:31 AM EDT | SYSTEM | |

0186

Printed Date:   08/27/10

0187

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan
A Member of Trinity Health
Novi, Michigan

**Patient Name:** JACKSON, STANLEY HUGH
**MRN:** (aa)-33715754
**Date of Birth:** 02/24/1979
**Admit Date:** 08/20/2010
**Discharge Date:** 08/20/2010
**Account Number:** 0158837740232
**Patient Type:** Emergency
**Attending:** Bera MD, Keenan M

**Resuscitation Record**

Electronically Signed By:  Pace, Tori L
Date Signed: 08/20/2010 8:34:11 PM EDT

---

## SAINT JOSEPH MERCY HEALTH SYSTEM
A Member of Trinity Health

☐ ST. JOSEPH MERCY ANN ARBOR
☐ ST. JOSEPH MERCY LIVINGSTON
☐ ST. JOSEPH MERCY SALINE

**Code Blue (Cardiac / Respiratory Arrest) Flow Sheet / Order Sheet**

CDOE, JOHN 08/20/10 17:38
FIN: 0158837740232    08/20/2010
M 13GY 01/01/1880    ERT3
ATN: PHYSICIAN, EMERGENCY
MR: 037161754

1 of 2

| Location: room 33 | Date: 8/20/10 | ☐ Cardiac ☐ Respiratory | Witnessed ☒ Yes ☐ No | Arrest time: 1746 | Time Code Team Activated 1746 |
|---|---|---|---|---|---|

Events prior to arrest: See detailed nursing progress note in computer chart.

| Procedure | Prior? | Gauge and site | Time | Person | Time Drawn | | |
|---|---|---|---|---|---|---|---|
| IV – Peripheral | no | 18g x a/c | 1747 | | FIO₂ | | |
| IV – Central | | | | | PO₂ | | |
| Intubation | no | 8.0 24e lip | 1751 | Bera | PCO₂ | | |
| | | | | | pH | | |
| 12 lead EKG | | | | | HCO₃ | | |
| Needle thoracostomy | | | | | Na | | |
| Chest Tube | | | | | K | | |
| Intraosseous | | | | | Cl | | |
| Temporary pacemaker: Temporary ☐ External ☐ | | | | | CO₂ | | |
| | | | | | Glu | | |
| Pericardiocentesis | | | | | Other | | |

Family notified: ☐ Yes ☐ No  Time:___  Who:___
Family present during code: ☐ Yes ☒ No
Attending physician notified: ☐ Yes ☐ No  Time:___
Pastoral Care notified: ☐ Yes ☐ No  Time:___

| Time | Rhythm | Defib | Atropine | Sync | Epinephrine (mg) | Atropine (mg) | Lidocaine (mg) 2g | Dopamine (mcg/kg/min) | Amiodarone (mg) | Vasopressin (units) | Sodium Bicarb | Calcium Chloride | Narcan | Compressions | Ventilation | Spontaneous pulse | Spontaneous Respiration | Blood pressure | Heart rate | Respiratory Rate | O₂ sat | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1746 | A | | | | | | | | | | | | | On On | Y N | Y N | | O | O O | O | | CPR/ACLS initiated, bag... |
| 1748 | A | | | | | | | | | | | | | On On | Y N | Y N | | O | O O | O | | |

A=Asystole / S=Brady / NSR=Normal Sinus / PEA=Pulseless Electrical Activity / VT=V Tach / VF=V Fib / P=Pacing / HB=Heart Block / J=Junctional

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)-0371451754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 0158663774-0232
Patient Type: Emergency
Attending: Bora MD, Keenan M.

## Resuscitation Record

Date Signed: 08/20/2010 8:34:11 PM EDT

0188

| Time | Rhythm | | | | | | | | | Notes |
|------|--------|--|--|--|--|--|--|--|--|-------|
| 1750 | PEA | | | | | | ☑N ☑N Y☑N | O | O O | 18g late placed |
| 1751 | PEA | | 1mg | | | | ☑N ☑N Y☑N | O | O O | |
| 1752 | PEA | | | 1mg | | | ☑N ☑N Y☑N | O | O O | held compressions to check pulse ⊖ |
| 1753 | PEA | | | | | | ☑N ☑N Y☑N | O | O O | |
| 1753 | PEA | | | | | 1mg | ☑N ☑N Y☑N | O | O O | |
| 1755 | PEA | | | | | 1mg | Y☑N ☑N Y☑N | O | O O | blood sugar 199, no pulse |
| 1756 | PEA | | | | | | ☑N ☑N Y☑N | O | O O | |
| 1757 | PEA | | | | | 1mg | ☑N ☑N Y☑N | O | O O | |
| 1756 | PEA | | | | 40 | | ☑N ☑N Y☑N | O | O O | |
| 1801 | VF | 150 | | | | | Y☑N Y☑N Y☑N | O | O O | |
| 1801 | VF | 150 | | | | | Y☑N Y☑N Y☑N | O | O O | |
| 1803 | PEA | | | | | | ☑N ☑N Y☑N | O | O O | |
| 1804 | Asystole | | | 100 | | | ☑N ☑N Y☑N | O | O O | |
| 1805 | Asystole | | | | 4mg | | ☑N ☑N Y☑N | O | O O | |
| 1807 | Asystole | | 1mg | | | | ☑N ☑N Y☑N | O | O O | |
| 1807 | Asystole | | | | | 1mg | ☑N ☑N Y☑N | O | O O | |
| 1809 | Asystole | | | | | | ☑N ☑N Y☑N | O | O O | |
| 1814 | Asystole | | | | | | ☑N ☑N Y☑N | O | O O | |

Time Resuscitation stopped: __  Pt survived ☐ Yes ☐ No  Transferred to: __

Condition with survival:  ☐ Alert  ☐ Unresponsive

☐ Moving, not responsive  ☐ Neuromuscular blocked

Medical examiner notified (if applicable) ☐ Yes ☐ No  Time: __

| | Printed Name: | Signature: | Date/Time: |
|--|--|--|--|
| Critical Care / ACLS Nurse | | | |
| RN Recorder | Scott Boyd RN/BSN | S x B | 3/20/10 |
| | Kristin Paulson RN | K Pau RN | 8/20/10 |
| Respiratory Therapist | Jennifer Hagood | | |
| Medicine (Sophcall) Resident/ Code Physician | | | |
| Attending physician (if present) | Keenan Bora | [signature] | 8/20/10 5:23pm |

WHITE – Chart · CANARY – SJMH and Saline; SJMH Ann Arbor Respiratory Care, Livingston: Respiratory Care     32001-026 R 12/05 (MID)

Electronically Signed By: Pace , Teri L

01189

## St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan
A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)-437/51754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015883774-0232
Patient Type: Emergency
Attending: Bora MD, Keenan M

**Resuscitation Record**

Date Signed: 08/20/2010 8:34:11 PM EDT

Electronically Signed By: Pace , Teri L

---

SAINT JOSEPH MERCY HEALTH SYSTEM
A Member of Trinity Health

☐ ST. JOSEPH MERCY ANN ARBOR
☐ ST. JOSEPH MERCY LIVINGSTON
☐ ST. JOSEPH MERCY SALINE

**Code Blue (Cardiac / Respiratory Arrest)**
**Flow Sheet / Order Sheet**

GDOE, JOHN 08/20/10 17:38
FIN: 015883774-0232    08/20/2010
M 130Y 07/01/1880  ERT3
ATN: PHYSICIAN, EMERGENCY
MR: 037151754

2 of 2

| Location: Room 38 | Date: 8/20/10 | ☐ Cardiac ☐ Respiratory | Witnessed ☑ Yes ☐ No | Arrest time: 1746 | Time Code Team Activated 1746 |
|---|---|---|---|---|---|

| Events prior to arrest: | | Procedure | Prior? | Gauge and site | Time | Person | Time Drawn | |
|---|---|---|---|---|---|---|---|---|
| | | IV – Peripheral | | | | | FiO₂ | |
| | | IV – Central | | | | | PO₂ | |
| | | Intubation | | | | | PCO₂ | |
| | | | | | | | pH | |
| | | 12 lead EKG | | | | | HCO₃ | |
| | | Needle thoracostomy | | | | | Na | |
| Family notified: ☑ Yes ☐ No | | Chest Tube | | | | | K | |
| Time: 1930 | | Intraosseous | | | | | CL | |
| Who: patients mother | | Temporary pacemaker: | | | | | CO₂ | |
| Family present during code: ☐ Yes ☑ No | | Temporary ☐ | | | | | Glu | |
| Attending physician notified: ☐ Yes ☑ No | | External ☐ | | | | | | |
| Time: | | Pericardiocentesis | | | | | Other | |
| Pastoral Care notified: ☑ Yes ☐ No Time: | | | | | | | | |

| Time | Rhythm | Defib | | Medication / Drips | | | | | | | Weight | CPR | | Pulse | Resp. | | Vital Signs | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A=Asystole B=Brady NSR=Normal Sinus PEA=Pulseless Electrical Activity VT=V Tach VF=V Fib P=Pacing HB=Heart Block J=Junctional | Joules | Sync | Epinephrine (mg) | Atropine (mg) | Lidocaine (mg) | Dopamine (mcg/kg/min) | Amiodarone (mg) | Vasopressin (units) | | | Compressions | Ventilation | Spontaneous pulse | Spontaneous respiration | | Blood pressure | Heart rate | Respiratory Rate | O₂ sat |
| 1815 | Asystole | | | | | | | | | | | Y☑ON | Y☑ | Y N☑ | | | O | O | O | | Ultrasound of heart, no movement |

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan
A Member of Trinity Health
Novi, Michigan

**Resuscitation Record**

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)-007151754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015885774-0232
Patient Type: Emergency
Attending: Bora MD, Keenan M

Date Signed: 08/20/2010 6:34:11 PM EDT

Electronically Signed By: Pace, Teri L

| | | | |
|---|---|---|---|
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |
| Y/N | Y/N | Y/N | Y/N |

| | Printed Name: | Signature: | Date/Time |
|---|---|---|---|
| Time Resuscitation stopped: 1820  Pt survived: ☐ Yes ☒ No  Transferred to: | Critical Care /ACLS Nurse  Scott Boyle  RN/BSN | Scott B | 8/24 |
| Condition with survival: ☐ A/art ☐ Unresponsive | RN Recorder  Kristin Paulson RN | K. Paulson | 8/24/10 |
| ☐ Venting, not responsive ☐ Neuromuscular blocked | Respiratory Therapist  Jennifer Haywood | | |
| Medical examiner notified (if applicable): ☒ Yes ☐ No  Time: 1834 | Medicine (Supercall) Resident/ Code Physician | | |
| | Attending physician (if present)  Keenan Bora | Keenan B | 8/24 2007 |

Printed Date: 08/27/10
Printed Time: 11:00

0190

# St. Joseph Mercy Hospital, Ann Arbor
Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
MRN: (aa)-037151754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015863774-0232
Patient Type: Emergency
Attending: Bora MD, Keenan M

## Care Plans

Restraint Orders (TH) (Discontinued)

Initiated On 08/20/10 19:31:34 By Bora MD, Keenan M
Discontinued On 08/20/10 23:00:39 By SYSTEM

0191

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name: JACKSON, STANLEY HUGH
M.R.N.: (aa)–037151754
Date of Birth: 02/24/1979
Admit Date: 08/20/2010
Discharge Date: 08/20/2010
Account Number: 015883774-0232
Patient Type: Emergency
Attending: Bora MD, Keenan V.

## Direct Charting Flowsheet

|  |  |  | Date Time | 08/20/2010 5:25:00 PM EDT |  |
|---|---|---|---|---|---|
| Procedure | Ref Range | Units |  | Result | Performed/Verified |
| Eye Opening Response Glasgow |  |  |  | To pain (2) | Paulson, Kristen |
| Motor Response |  |  |  | See Below | Paulson, Kristen |
| Verbal Response |  |  |  | Appears to converse (5) | Paulson, Kristen |

08/20/2010 5:25:00 PM EDT — Motor Response: Localizes to painful stimuli (5)

|  |  |  | Date Time | 08/20/2010 5:56:00 PM EDT |  |
|---|---|---|---|---|---|
| Procedure | Ref Range | Units |  | Result | Performed/Verified |
| Glucose POCT LAB | (70-100) | mg/dL |  | 199 H | N/A |

|  |  |  | Date Time | 08/20/2010 10:44:00 PM EDT |  |
|---|---|---|---|---|---|
| Procedure | Ref Range | Units |  | Result | Performed/Verified |
| Valuables Returned |  |  |  | See Below | Paulson, Kristen |

08/20/2010 10:44:00 PM EDT — Valuables Returned: Other: ME obtained patients belongings.

Printed Date: 08/27/10

0192

# St. Joseph Mercy Hospital, Ann Arbor

Ann Arbor, Michigan

A Member of Trinity Health
Novi, Michigan

Patient Name:   JACKSON, STANLEY HUGH
MRN:   (aa)-037151754
Date of Birth:   02/24/1979
Admit Date:   08/20/2010
Discharge Date:   08/20/2010
Account Number:   015883774-0232
Patient Type:   Emergency
Attending:   Bora MD, Keenan M

## Respiratory Charting

Respiratory Charting Form
08/20/10 18:28 EDT Performed by Hagood RRT, Jennifer I
Entered on 08/20/10 18:28 EDT

Respiratory Charges

| | |
|---|---|
| Treatment Administered By-RT | Respiratory Care staff |
| RT Airway Care | 3 Unit |
| RT Emergency Attendance | 5 Unit |
| RT Intervention | 5 Unit |
| RT Patient Assessment Initial | 1 Unit |

0193

St. Joseph Mercy Health System Security Records

# SAINT JOSEPH MERCY HEALTH SYSTEM

## SECURITY DEPARTMENT

Ann Arbor - (734) 712-3344
Livingston - (517) 545-6306  Saline - (734) 429-1570



Unclassified

| Complaint Number | | | | |
|---|---|---|---|---|
| 1036034 | | | | |
| File Number | | | | |
| 1-2010-08-00305 | | | | |

| **2010** | 2. Dispatch Type<br>Officer | 3. Reported Date/Time<br>8/20/10  9:28 pm | 4. Occurred<br>8/20/10  5:25 pm | 5. Category/SubCategory/Type<br>Security |
|---|---|---|---|---|
| 6. Location<br>Saint Joseph Mercy Hospital (SJMH)<br>5301 East Huron River Drive<br>Ann Arbor, Michigan  48106 | | 7. Describe Location<br>Emergency<br>ER 36 | | Restraint<br>Combative Prisoner |
| 8. Reported to Police<br>No | | 9.  Police Report Number | | 10.  Loss/Damage Type<br>N/A |
| 11. Referral<br>No Referral | | 12. Reporting Officer<br>Zaccaria #1794, Joe | | 13.  Responsible Supervisor<br>Adams #1062, Paul A |
| 14. Summary: | Four-point restraint | | | |
| | Code Blue | | | |

**Incident Person(s)**

| | |
|---|---|
| French , Lee | Huron Valley Ambulance |
| Jackson , Stanley | Patient |
| Floyd   RN , April | Charge Nurse |
| Welmer , Detective Sgt. | Law Enforcement Agency |
| Jungling , John | Security Officer |
| Weir , Danielle | Security Officer |
| Lyssiotis , Tony | Huron Valley Ambulance |
| Zaccaria #1794 , Joe | Reporting Officer |
| Vangomert , Bruce | Employee |
| Burdshuh , Detective Sgt | Law Enforcement Agency |
| Gumtow , Katelin | Employee |
| Hollis , Marcus | Security Officer |
| Saydak WCSD , Sharon | Deputy |
| Trester , Deputy | Deputy |
| Anuszkiewicz WCSD , Lt. Jim | Law Enforcement Agency |
| Peltier #1627 , Therese | Security Officer |
| Hankamp , Deputy | Deputy |
| Paulson   RN , Kristen | Employee |
| Guynes WCSD , Thomas | Deputy |

Incident Report

SAINT JOSEPH MERCY HEALTH SYSTEM

SECURITY DEPARTMENT

Ann Arbor - (734) 712-3344
Livingston - (517) 545-6306   Saline - (734) 429-1570



| Complaint Number |
| 1036034 |
| File Number |
| 1-2010-08-00305 |

Unclassified

**Narrative**

On the above date and time, Unit 13, Officer Bates, contacted myself and Unit 15, Officer Weir via radio reference an incoming combative patient in police custody being transported by Huron Valley Ambulance. Officer Bates requested all Units to meet at the ambulance bay. As I approached the ambulance bay, I observed Officers Bates and Weir standing to the rear of the arrived ambulance, which had it's rear door ajar. Officer Weir radioed Unit 32, Officer Jungling for more back-up. As I had my canine partner with me, I stood by the inner ambulance entrance doors as the ambulance crew off-loaded the patient. Due to the size of the patient, his yelling, and reported combative actions, I decided to place my canine partner in his kennel, located in the Emergency Room Security office as Officers Bates and Weir escorted the patient to ER room 38. I then proceeded to ER 38.

Upon my arrival, I noted the patient, who was in the room with the ambulance crew and hospital medical staff, was tied down at the ankles to the ambulance stretcher and handcuffed by Washtenaw County Deputies behind his back. The ambulance crew informed all present the patient had been "Tasered" by Deputies and extremely combative. They further informed he was a "spitter". Due to the still combative actions of the patient, Security was requested to place the patient into hospital four-point restraints. For safety of all involved clinical restraints were placed on both wrists and both ankles of the patient while still on the ambulance stretcher. The patient continued to be combative as he was transferred onto the ER bed and was restrained to the bed at the ankles. As Security and medical staff attempted to set the patient in an upright position to remove the handcuffs and secure clinical restraints to the bed he became extremely combative and kept yelling in a very loud tone. It was determined at that time it was unsafe to remove the handcuffs and the patient was placed back into lying position, still handcuffed and restrained at the ankles. RN Kristin Paulson entered the room and administered a shot to the right thigh of the patient. While waiting for the medication to take affect, the patient spat and a blue N-95 mask was placed on the patient to avoid him spitting on anyone.

A short time had passed before the patient calmed down enough to again try to remove the handcuffs and finish the restraint. The patient was placed into an upright position while myself and Officer Jungling removed the handcuffs as Doctor Borada and RN Scott Byrde lifted up the back of the patient's shirt to inspect for Taser probes. The patient was restrained only at the ankles at this point. While examining the patient's back, RN Byrde observed the patient was breathing very shallow or not breathing at all. Security stepped back to allow medical staff work on the patient, starting with Doctor Borada giving chest compressions. Despite medical efforts, the patient expired.

Washtenaw County Sheriff's Department had the listed Deputies respond to the hospital to help with anticipated crowd control efforts. The listed Medical Examiner arrived at approximately 1910 hours and made the determination not to allow anyone to view the body. Myself, ER Charge Nurse April Floyd, and two WCSD Deputies escorted the family to Education Center room 3 where they were informed that no one would be allowed to view the body. This was not received well by the group of approximately 15 family and friends, especially the patient's mother, who initially refused to leave without seeing her son. The situation did not escalate out of control and all family and visitors exited hospital property by 2030 hours.

<table>
<tr><td>Complaint Number<br>1036034<br>File Number<br>1-2010-08-00305</td></tr>
</table>

## SAINT JOSEPH MERCY HEALTH SYSTEM

## SECURITY DEPARTMENT

Ann Arbor - (734) 712-3344
Livingston - (517) 545-6306   Saline - (734) 429-1570



Unclassified

| | |
|---|---|
| Urban WCSD , Sean | Deputy |
| Brydo RN , Scott | Employee |
| Bates , Deonte' | Security Officer |
| Johnson , Keith | Medical Examiner |
| Borada , Dr. | Physician |

Incident Report

Printed: 08/21/2010 10:28 pm   0197

| Complaint Number |
| 1036034 |
| File Number |
| 1-2010-08-00305 |

SAINT JOSEPH MERCY HEALTH SYSTEM

SECURITY DEPARTMENT

Ann Arbor - (734) 712-3344

Livingston - (517) 545-6306   Saline - (734) 429-1570



SAINT JOSEPH MERCY HEALTH SYSTEM

A MEMBER OF TRINITY HEALTH

Unclassified

Present in the room:

**Medical Staff:** RN Scott Byrde
RN Kristin Paulson
PCT Bruce Vangemert
PCT Katlin Gumtow
Doctor Borada
HVA Staff Lee French
HVA Staff Anthony Lyssiotis

**Security:**
Officer Zaccaria
Officer Weir
Officer Bates
Officer Jungling

**Law Enforcement**
Deputy Urban
Deputy Hankamp

End of Report

# Prehospital Care Report Summary

## Huron Valley Ambulance

Date: 08/20/2010 Call #: 117737  Booklet: 64955005 Branch:20

| Call Information: | # Patients:1 |
|---|---|

Call Origin:N/A    Run Type: Emergency    Disposition: Treated/Transported
Unit #:0108 - 108 Central , Ambulance - Lane    Lights/Siren: Not used
Incident Loc:8708 HEATHER DR - Superior Township, MI 48198 (Washtenaw County)
Location Type:Residence (Home)
Receiving Facility:ST JOE ANN ARBOR ER (H) - 5301 E HURON RIVER DR - ANN ARBOR, MI 48197
Dest. Reason:Nearest Facility
Loaded Mileage:5.0
Crew Members:Lee French, Advanced Trainee Paramedic, EMT Paramedic(DS)(DRI); Anthony Lyssiotis, EMT Basic(DOC); Responder First, Other Health Care Provider

Moved to Amb By:Stretcher
Transport Position:Semi/Full Fowlers

**# Patients at Scene:1**
Call Received:16:56:01
Dispatched:16:56:21
En Route:16:56:31
On Scene:17:02:39
Patient Contact:17:04:00
Left Scene:17:16:55
At Destination:17:26:25
In Service:18:07:22

Time On Scene:14 Min
Time to Destination:30 Min
Total Time of Run:71 Min

## Patient Information:

Name:Stanley Jackson
Address:8707 Heather Drive - Ypsilanti, MI 48198
Phone:
SSN:
PMH:None

Onset:08/20/10
DOB:02/24/1979
Gender:Male
Age:
Weight:

Medicare:
Medicaid:
Auth Signature:No
Privacy Sig:No
Unable to Sign:Yes
Refused to Sign:No

Comment:
Env Allergies: NKA - unknown    Med Allergies: UNknown    Current Meds: None - unkn
Ins. Type:    Policy Name:
Payer:    Policy:
Group:

## Clinical:

Dispatch Reason (EMD):26B01  SICK PERSON/UNKNOWN STATUS
Provider Impression:Restraints Required, Monitoring Required
Mechanism of Injury:
Chief Complaint:S/p tazer
Protocol 1:GENERAL PREHOSPITAL    Protocol 2:
CARE - WASHTENAW

**Medical Need:**
Needed Restraining

## Initial Assessment:

Airway: Patent
Breathing -  Rate:Rapid    Quality:Unlabored    Lung Sounds: Left:    Right:
Skin -  Color:Normal    Temp:Normal    Condition:Normal    Cap Refill:N/A    Edema:N/A
Pupils -  Left:    Right:
Glasgow Coma Score - 1: N/A  2: N/A    Trauma Score:13    AVPU:Alert
Rhythm 1:    Rhythm 2:
Abdominal Assessment -    RUQ: Bowel Sounds:    LUQ: Bowel Sounds:
RLQ: Bowel Sounds:    LLQ: Bowel Sounds:

## Injury Matrix:

| Injury Location | Injury Location Modifier | Injury Type | Injury Type Modifier | Injury Comment |
|---|---|---|---|---|

## Vitals:

| Time | Employee | BP | Pulse | Resp. | SPO2 | CO2 | B.Sugar | Pain | Temp | Qty Supply |
|---|---|---|---|---|---|---|---|---|---|---|
| 17:06 | A. Lyssiotis | / | | 22 | | | | 0 | | |
| 17:20 | A. Lyssiotis | / | | 20 | | | | 0 | | |

## Treatments/Medications:

| Time | PTA | Employee | Treatment | Level | Medication | Dose | Unit | Route | Att | Unable |
|---|---|---|---|---|---|---|---|---|---|---|
| 17:04 | | A. Lyssiotis | Assessment-ALS | ALS | | N/A | N/A | N/A | N/A | No |
| 17:10 | | R. First | Restraints-Physical | BLS | | N/A | N/A | N/A | N/A | No |

## Narrative History Text:

HISTORY OF PRESENT ILLNESS: ON FRIDAY, AUG 20 WE FIND A PATIENT PRESENTING WITH  S/P TAZER. WE ARRIVE ON SCENE TO FIND OUR PT LYING ON THE FLOOR IN HANDCUFFS. PT IS AWAKE, AND ALERT. PT IS SCREAMING BELLIGERENTLY. PT WAS IN THE PROCESS OF BEING ARRESTED BY WCSD, WHEN HE BECAME VIOLENT AND WAS TAZED. PT HAS A MINOR LACERATION TO HIS TONGUE, THE BLEEDING IS CONTROLLED AND THERE IS NO THREAT TO THE AIRWAY. PT IS QUESTIONED ABOUT HIS CONDITION BUT REFUSES TO SPEAK TO US. PT WILL ONLY SCREAM THAT HE NEEDS HELP.

PT IS LIFTED FROM THE FLOOR AND PLACED ON THE COT .PT ATTEMPTS TO SPIT ON US AND PD WHILST HE IS BEING MOVED. PTS LEGS ARE TIED TO THE COT, AND HE IS SECURED WITH A FIVE POINT STRAP, WHILE STILL HAND CUFFED BEHIND HIS BACK. PT IS THEN TAKEN TO THE AMBULANCE ON THE STRETCHER.

UPON ARRIVAL TO PATIENT AT 17:04:00 , THE FOLLOWING ASSESSMENT WAS COMPLETED.

RESPIRATORY SYSTEM: PATIENT'S AIRWAY : PATENT ; BREATHING RATE - RAPID, BREATHING QUALITY - UNLABORED-;

CARDIOVASCULAR SYSTEM: SKIN COLOR -NORMAL, TEMPERATURE -NORMAL, CONDITION -NORMAL,

NEUROLOGICAL SYSTEM: MENTAL STATUS = ALERT,

THE FOLLOWING TREATMENTS AND/OR MEDICATIONS WERE PROVIDED:

17:04:00 ASSESSMENT-ALS

17:10:00 RESTRAINTS-PHYSICAL

ADDITIONAL NARRATIVE:
ONCE IN AMBULANCE SECONDARY ASSESSMENT IS COMPLETED. PT IS FOUND TO BE WARM AND DRY, WITH GOOD COLORATION. PT CONTINUES TO REFUSE TO SPEAK WITH US ONLY YELLING AND FIGHTING HIS RESTRAINTS. ATTEMPTS TO FIND THE BARBS OF THE TAZER YIELDS NO RESULTS, THOUGH THE PT DOES HAVE A SMALL SUPERFICIAL LACERATION TO HIS ABDOMEN. NO OTHER INJURIES ARE DISCOVERED. ATTEMPTS TO OBTAIN VITAL SIGNS ARE MET WITH THRASHING AND SPITTING AND THUS A FULL SET IS UNABLE TO BE OBTAINED. PT IS MONITORED THROUGHOUT TRANSPORT WITH NO CHANGES IN HIS CONDITION. HE REMAINS COMBATIVE, THRASHING AND SHAKING THE COT WHILE ATTEMPTING TO BREAK FREE FROM HIS RESTRAINTS. PT ALSO CONTINUES TO ATTEMPT TO SPIT WHILE ENROUTE TO THE HOSPITAL. UPON ARRIVAL AT THE ER PT IS TAKEN FROM AMBULANCE TO ROOM ON STRETCHER. ONCE IN ROOM PT IS MOVED FROM COT TO BED ON DRAW SHEET WITHOUT INCIDENT. PT REMAINS COMBATIVE AND SO PT IS THEN SECURED TO THE BED WITH RESTRAINTS BY ST JOES SECURITY. PT CARE AND REPORT ARE THEN TRANSFERRED TO RN AT PT BEDSIDE.

PATIENT MOVED TO STRETCHER BY: (FOUR MAN LIFT)

PATIENT CARE TURNED OVER TO (X)RN AT ST JOE ANN ARBOR ER ROOM # (38).

PERSONAL BELONGINGS LEFT WITH: FAMILY( ), ER STAFF(X), PATIENT()
LIST BELONGINGS HERE: JEANS AND TWO CELL PHONE HOLDERS

MATCHING # 388
Unable to Sign:
Unable to Sign Reason: Physically Restrained
Authorized Representative: Representative of an agency or institution that furnished care, services, or assistance to the patient
Authorized Representative Signature: Yes
Secondary Documentation:
Secondary Documentation Signature: No
Comment:
Signature Image(s):

Authorization Signature

Privacy Notice Signature

Receiving RN / MD Signature

Technician Signature



| C8111 | MI | 08/20/2010 | 2 | 18955 | 0 | NFIRS - 1 |
|---|---|---|---|---|---|---|
| FDID | State | Incident Date | Station | Incident Number | Exposure | Basic |

**Location** ☐ Address is on the Wildland Fire Module          Census Tract:
**Street Address**

8708 Heather DR                          Ypsilanti, MI 48198
Street Address              Apt./Suite/Room    City, State and Zip Code

Cross street or directions

**Incident Type**
311  Medical assist, assist EMS crew

**Shifts & Alarms**
2
Shift   Alarm   District

**Dates & Times**
Alarm:      8/20/2010  4:56:00PM
Arrival:    8/20/2010  5:03:00PM
Controlled:
Last Unit:  8/20/2010  5:35:04PM

**Aid Given or Received**
None

**Ions Taken**
70  Assistance, other
Primary Action Taken (1)

Additional Action Taken (2)

Additional Action Taken (3)

**Resources**
☒ Apparatus or Personnel Form Used

|  | Apparatus | Personnel |
|---|---|---|
| Suppression: | 0 | 0 |
| EMS: | 2 | 3 |
| Other: | 0 | 0 |

☐ Resource counts include aid received

**Estimated Dollar Losses & Values**
LOSSES                    None      PRE-INCIDENT VALUE:        None
Property:   0            ☐        Property:   0              ☐
Contents:   0                     Contents:   0

**Casualties** ☐ None

|  | Deaths | Injuries |
|---|---|---|
| Fire Service: | 0 | 0 |
| Civilian: | 0 | 0 |

Hazardous Materials Released

Detector

Mixed Use Property

**Property Use**
419  1 or 2 family dwelling

0202

Aug. 23. 2010  2:10PM                                        No. 1650   P. 3

Person/Entity Involved

   Name                                Business name

   Street Address                 Post Office Box      Apt./Suite/Room

   City,  State and Zip Code                    Phone Number

Owner

   Name                                  Business name

   Street Address                 Post Office Box      Apt./Suite/Room

   City,  State and  Zip Code                  Phone Number

   Insurance Company               Total Insurance

Authorization

   Officer in charge:   **Judson, David**     Signature:
   Assignment   **Captain**     Date  8/20/2010          Captain David W Judson

   Member making report:  **Sanford, Donald, G**   Signature:
   Assignment   **Fire Fight**     Date  8/20/2010         Fire Fighter Donald G Sanford

Aug. 23. 2010  2:10PM                                                                 No. 1558   P. 4

| CB111 | MI | 08/20/2010 | 2 | 16955 | 0 | NFIRS - 9 |
|---|---|---|---|---|---|---|
| FDID | State | Incident Date | Station | Incident Number | Exposure | Apparatus |

Unit ID:    L11-1          Dispatched:   8/20/2010  4:56:00PM   Use:
Serial #:   4Z3XESEB3XRF66401   Enroute:
Type:       12             Arrival:      8/20/2010  5:03:00PM
            Truck or aerial   Clear:       8/20/2010  5:35:04PM
                             In Quarters:

Actions Taken

    1)                                    3)
    2)                                    4)

| Personnel ID | Name |
|---|---|
| Sanford, Donald, G | Fire Fighter Donald G Sanford |

Unit ID:    T11-1          Dispatched:   8/20/2010  4:56:00PM   Use:
Serial #:   1AFHAACK37RY24682   Enroute:
Type:       14             Arrival:      8/20/2010  5:03:00PM
            Tanker & pumper combinati   Clear:   8/20/2010  5:35:04PM
                             In Quarters:

Actions Taken

    1)                                    3)
    2)                                    4)

| Personnel ID | Name |
|---|---|
| Conklin, Barry | Fire Fighter Barry Conklin |
| Judson, David | Captain David W Judson |

0204

Heather Dr. Narrative

Friday August 20, 2010
16:56 hrs. Dispatched to 8708 Heather Dr. to assist the Washtenaw County
Sheriff.  We were on another call at the time of this call so were slightly delayed
in response.

17:03 hrs. We arrived to find Huron Valley Ambulance, and multiple Washtenaw
County Sheriff already on scene. Huron Valley Ambulance Paramedics said they
needed help with a patient. We waited in the garage of the house until called in
by the paramedics. In the house we found a large black male laying face up on
the floor it appeared his hands were cuffed behind him. The patient was yelling
and thrashing around on the floor. The paramedics asked us to help lift the
patient on to the cot, and get him secured so that they could transport him to the
hospital. We lifted the patient from the floor to the cot, and secured him to the cot
with the cot's safety belts. Because the patient was still thrashing around violently
we further secured the patient's legs to the cot using cravats secured to his
ankles and tied to the frame of the bed of the cot. We then moved the patient
from the house to the ambulance on the cot and loaded the patient into the
ambulance.

17:34 hrs. At that point our contact with the patient was done and HVA
transported patient.
We left the scene.

Scene personnel:
On Duty personnel:
Captain David Judson
Fire Fighter Barry Conklin
Fire Fighter Donald Sanford
Call back personnel
Fire Marshall Captain Wayne Dickinson
Fire Fighter Dan Grosshans Paid on call fire fighter

Donald G Sanford
Fire Fighter Superior Township Fire Department.



Aug. 23, 2010 2:10PM                                                                 No. 1650   P. 1



| To: | Detective Sergeant Rob Wehner | From: | FF Jordan Braman |
|---|---|---|---|
| Fax: | 734-287-5050 | Pages: | 4 |
| Phone: | | Date: | 8.23.2010 |
| Re: | Heather Dr. Incident | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Comments:

Attached are the Superior Fire Department reports for the incident on Heather Dr.

8.23.2010

2002 Reports (Stanley Jackson)

| Michigan Department of State Police | ORIGINAL DATE Sun, May 19, 2002 | | INCIDENT NO. 026-0002853-02 (03) | |
|---|---|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 1701 | | FILE CLASS 35001 | |
| | WORK UNIT MSP YPSILANTI | | COUNTY Washtenaw | |
| COMPLAINANT PATROL | | | TELEPHONE NO. | |
| ADDRESS: STREET AND NO. 1501 S HURON STREET | | CITY YPSILANTI | STATE MI | ZIP CODE 48197- |
| INCIDENT STATUS Open | | | | |

# POSS MARIJUANA/ FLEE AND ELUDE/ R & O/ DWLS

## SUMMARY:

I attempted to stop the below listed vehicle for violations of the Michigan Vehicle Code. The suspect vehicle pulled over and then fled once I exited the patrol vehicle. I pursued the suspect vehicle through Ypsilanti city and township. Two passengers fled on foot from the suspect vehicle but the driver continued to flee in the vehicle. I continued to pursue the suspect vehicle through Ypsilanti township. The suspect vehicle stopped at the corner of Parkwood and Glenwood and the driver was taken into custody. The two passengers that fled on foot were also taken into custody. Driver arrested for fleeing and eluding 3rd degree, possession of marijuana, and DWLS. One passenger was arrested for resist and obstructing police officer and possession of marijuana. Other passenger arrested for resist and obstructing police officer.

## VENUE:

WASHTENAW COUNTY , YPSILANTI
N HURON ST
AT OR NEAR: SPRING

## DATE & TIME:

SUN, MAY 19, 2002 AT 1644

## TRAFFIC STOP:

I observed the suspect vehicle traveling in the left lane of E/B I-94 near US-12. The suspect vehicle appeared to be traveling at a high rate of speed as it was passing other E/B traffic. I observed the suspect vehicle cross from the left lane, over the middle lane and into the right lane without using the vehicle's turn signal. The suspect vehicle then exited onto Huron St. and continued N/B. I positioned MSP 2617 directly behind the suspect vehicle and observed it to have an unreadable temporary license plate in the left rear corner. After observing these violations, I activated all emergency lights on the fully marked patrol vehicle to initiate the traffic stop.

The suspect vehicle continued N/B on Huron St. crossing Spring St. The suspect vehicle pulled to the right lane of N/B Huron St. and stopped. I motioned by hand for the driver to pull into the BP Gas Station parking lot which was directly next to the right lane of Huron St. The driver pulled into the parking lot approximately

| PAGE 1 of 8 | INVESTIGATED BY TPR G J SHEET #1463 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE Sun, May 19, 2002 | INCIDENT NO. 026-0002853-02 (03) |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 1701 | FILE CLASS 35001 |

fifteen feet from where he originally stopped. I exited the patrol vehicle and approached the suspect vehicle which was occupied by three black males. I observed the back seat passenger later identified as James Jones looking through the back window in my direction. I walked up next to the trunk of the suspect vehicle and observed Jones turn and signal the driver. The driver then drove through the parking lot and onto E/B Spring St.

## VEHICLE PURSUIT:

I returned to the patrol vehicle and radioed Central Dispatch to advise them I was in vehicle pursuit. I activated the siren and pursued the suspect vehicle E/B on Spring St. The suspect vehicle was traveling approximately 80MPH in a 35MPH speed zone. The suspect vehicle continued E/B crossing through a green light at Grove St. The suspect vehicle then crossed through a red light at Prospect St. The suspect vehicle did not attempt to stop or brake at this red light. There were several other vehicles at this intersection that were forced to take evasive action as the suspect passed through. I continued to pursue the suspect vehicle E/B Spring St. The suspect vehicle then turned N/B onto Emerick St. The suspect vehicle then merged onto N/B Ecorse Rd. The suspect vehicle turned E/B onto Parkwood St. The suspect vehicle continued E/B on Parkwood (25MPH speed zone) at approximately 70 MPH. The suspect vehicle narrowly missed two collisions with other Parkwood St. traffic. There were several vehicles and pedestrians along the streets of this residential neighborhood.

The suspect slowed near the intersection of Parkwood and Glenwood Ave. In front of 1132 Parkwood, all three occupants exited the vehicle. The front and back seat passenger fled N/B around a residence. I yelled for the occupants to stop, but both continued to flee around a residence. I observed the driver re-enter the suspect vehicle and continue E/B Parkwood St. and then turn N/B on Glenwood Ave. The suspect vehicle then turned W/B onto Hawthorne. The suspect vehicle then stopped. I exited the patrol vehicle and ordered the driver to exit the vehicle. The driver hesitated and then continued to flee W/B on Hawthorne. I re-entered the patrol vehicle and continued to pursue the suspect vehicle. The suspect vehicle then turned S/B onto Oaklawn Ave. The suspect vehicle narrowly missed a fully marked Sheriff's Department vehicle on Oaklawn Ave. The suspect then turned E/B on Maplewood St. The suspect vehicle traveled E/B on Maplewood St. to the intersection at Glenwood Ave. At the intersection, Lt. Trester pulled in front of the suspect vehicle. The suspect vehicle stopped and I boxed in the vehicle with the patrol vehicle from behind. The driver exited the suspect vehicle and was taken into custody.

| PAGE 2 of 8 | INVESTIGATED BY TPR G. SEIBT #1463 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

| Michigan Department of State Police | ORIGINAL DATE<br>Sun, May 19, 2002 | INCIDENT NO.<br>026-0002853-02 (03) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1701 | FILE CLASS<br>35001 |

## DRIVER/ ARRESTED # 1:

NAM: REGERVIN ERROL BROWN

| | | RAC: B | ETH: |
|---|---|---|---|
| NBR: 5229 | DIR: | SEX: M | OPS: MI/B650734234012 |
| STR: MICHIGAN | | DOB: 01/04/1976 | SSN: 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 |
| SFX: AVENUE | | HGT: 5'01" | SID: MI/01925892E |
| CTY: YPSILANTI | ST: MI | WGT: 150 | FBI: 679532FB6 |
| TXH: | ZIP: 48198 | HAI: BLK | MNU: |
| TXW: | | EYE: BRO | PRN: |

CT: (734)971-4083
CHARGE:
3562 CONT SUBST-POSSESSION OF MARIHUANA 333.7403
4877 POLICE OFFICER-FLEEING 3RD DEGREE PENAL CODE 750.479a
8273 DROVE WHILE LICENSE SUSPENDED, REVOKED, DENIED 257.904

## LOCATE/ ARREST OF PASSENGERS:

Deputies David Glover and Joe Guzman along with Lt. Michael Troster located and arrested the two passengers that fled on foot at a nearby residence.

## LEIN-NCIC/ SOS:

Brown showed nil/ no wants with one current suspension out of Romulus PD for no proof of insurance. Jackson and Jones were also nil/ no wants.

## PASSENGER/ ARRESTED # 2:

NAM: STANLEY HUGH JACKSON JR

| | | RAC: B | ETH: |
|---|---|---|---|
| NBR: 8707 | DIR: | SEX: M | OPS: MI/J250777319143 |
| STR: HEATHER | | DOB: 02/24/1979 | SSN: 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 |
| SFX: DRIVE | | HGT: 6'00" | SID: MI/01708637P |
| CTY: YPSILANTI | ST: MI | WGT: 250 | FBI: 675957TA9 |
| TXH: (734)678-3019 | ZIP: 48198 | HAI: BLK | MNU: |
| TXW: | | EYE: BRO | PRN: |

CHARGE:
3562 CONT SUBST-POSSESSION OF MARIHUANA 333.7403
4801 POLICE OFFICER-RESISTING AND OBSTRUCTING 750.479

| PAGE<br>3 of 8 | INVESTIGATED BY<br>TPR G J SEIBT #1463 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

Michigan Department of State Police

ORIGINAL INCIDENT
REPORT

| ORIGINAL DATE | INCIDENT NO. |
|---|---|
| Sun, May 19, 2002 | 026-0002853-02 (03) |
| TIME RECEIVED | FILE CLASS |
| 1701 | 35001 |

PASSENGER/ ARRESTED # 3:

NAM: JAMES DERON JONES

NBR: 1762    DIR:
STR: STEPHENS
SFX: DRIVE
CTY: YPSILANTI    ST: MI
TXE: (734)483-6951    ZIP: 48198
TXW:
CHARGE:

RAC: B      ETH:
SEX: M      OPS: MI/J529367139837
DOB: 10/31/1980      SSN: 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
HGT: 5'11"      SID: MI/020918823
WGT: 155      FBI: 901492NB3
HAI: BLK      MNU:
EYE: BRO      PRN:

4801 POLICE OFFICER-RESISTING AND OBSTRUCTING 750.479

SEARCH VEHICLE *(PROBABLE CAUSE/ SUBSEQUENT TO ARREST/ INVENTORY)*:

Search of the vehicle resulted in the seizure of below listed item # 1 (suspect marijuana blunt). It should be noted that I smelled a strong odor of burnt marijuana inside the vehicle.

SUSPECT VEHICLE/ DISPOSITION:

1993/ gray/ 4dr/ Ford Tempo/ no plate/ VIN 1FAPP36X8PK116339/ registered to Melissa Vogt was impounded at the scene by Budget Towing. Complaint # 26-2854-02.

FINGERPRINT/ PHOTOGRAPH:

All three suspects were transported to the Post where I fingerprinted and photographed them.

ADVICE OF RIGHTS (JONES):

I read Jones his Miranda rights from my Miranda card. When asked if he understood each of the rights that I explained to him Jones stated yes. When asked if he was willing to give up his rights and answer my questions at this time Jones stated yes.

INTERVIEW ARRESTED # 3 (JONES):

I interviewed Jones in the Post interview room. Jones stated Jackson and Brown smoked a marijuana blunt earlier in the day when they were driving around. Jones stated he did not smoke any marijuana because he is on probation and has to submit to urine drops. Jones stated when they were pulled over Brown stated he did not have a license and did not want to go to jail. Jones stated Brown did not want to miss a big party they were supposed to go to later that night. Jones stated Brown drove off without saying anything to them.

Jones stated he knew he was in trouble because there was marijuana in the vehicle and he was on probation. Jones stated he told Brown to slow down so he could jump out. Jones stated "I said fuck, I gotta run now. I knew I was fucked." Jones stated he and Jackson jumped out of the vehicle and ran behind a house. Jones stated a black lady came out and told them to get out of her yard. Jones stated he and Jackson sat behind a garage for a few minutes and then came out into the street. Jones stated he and Jackson tried to "play it off"

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 4 of 8 | TPR G J SEBT #1463 | | |

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
|---|---|---|
| | Sun, May 19, 2002 | 026-0002853-02 (03) |
| ORIGINAL INCIDENT | TIME RECEIVED | FILE CLASS |
| REPORT | 1701 | 35001 |

like they did not know what was happening. Jones stated he approach a Washtenaw County Sheriff Deputy and asked him was was going on. Jones stated he was then taken into custody.

Jones stated he ran because he thought he would be arrested for the marijuana. Jones stated he did not want to get caught because he knew he would be in violation of his probation.

## DISPOSITION JONES:

Jones was released from the Post pending prosecutor review and warrant authorization.

## ADVICE OF RIGHTS (JACKSON):

I read Jackson his Miranda rights from my Miranda card. When asked if he understood each of the rights that I explained to him Jackson stated yes. When asked if he was willing to give up his rights and answer my questions at this time Jackson stated yes.

## INTERVIEW ARRESTED # 2 (JACKSON):

I interviewed Jackson in the Post interview room. Jackson stated he and Brown smoked a marijuana blunt in the vehicle prior to the vehicle pursuit. Jackson stated when he and Brown were done smoking it he put it in the ash tray of the vehicle. Jackson stated he, Brown and Jones were coming from TJ Max in Ann Arbor. Jackson stated he knew Brown was speeding on I-94. Jackson stated he was traveling about 75 or 80 MPH. Jackson stated he saw the patrol vehicle near US-12. Jackson stated he told Brown to slow down and get in the right lane. Jackson stated he knew I was going to come after him so he he threw two bags of hydroponic marijuana out the window. Jackson stated Brown grabbed his bag of marijuana and put it between his legs. Jackson stated sometime during the incident, Brown threw the bag of marijuana out the window.

Jackson stated Brown pulled into the BP Gas Station and stated he did not have a license and that he did not want to go to jail. Jackson stated Brown then pulled away and "tried to get away." Jackson stated he was telling Brown to stop and let him out so he could run on foot. Jackson stated two times he thought he was going to die in a traffic crash. Jackson stated he told Brown to stop at the red light at the intersection of Spring and Prospect. Jackson stated he told Brown to stop in the neighborhood so he could get out and run. Jackson stated he ran from the vehicle because he did not want to get arrested. Jackson stated he and Jones ran around a residence and sat behind a garage. Jackson stated he made a call on his cell phone and relaxed for a minute. Jackson stated a black lady came out of the house and told them to get out of her yard. Jackson stated he knew he was going to get caught so he "acted like nothing was wrong" and walked up to a Deputy to ask what was going on. Jackson was then taken into custody.

Jackson stated he knew the item in the ash tray was marijuana. Jackson stated he knew the marijuana blunt was in the ash tray because he and Brown smoked earlier in the day. Jackson stated he ran from the vehicle because he did not want to get arrested for the marijuana.

## DISPOSITION JACKSON:

Jackson was released from the Post pending prosecutor review and warrant authorization.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
|---|---|---|---|
| 5 of 8 | TPR G J SEIST #1463 | | |

| Michigan Department of State Police | ORIGINAL DATE | INCIDENT NO. |
| | Sun, May 19, 2002 | 026-0002853-02 (03) |
| ORIGINAL INCIDENT | TIME RECEIVED | FILE CLASS |
| REPORT | 1701 | 35001 |

## ADVICE OF RIGHTS (BROWN):

I read Brown his Miranda rights from my Miranda card. When asked if he understood each of the rights that I explained to him Brown stated yes. When asked if he was willing to give up his rights and answer my questions at this time Brown stated yes.

## INTERVIEW ARRESTED # 1 (BROWN):

I interviewed Brown in the Post interview room. Brown stated he, Jackson and Jones went shopping at TJ Max for some new clothes for a party later in the night. Brown stated he and Jackson smoked a marijuana blunt in the vehicle on the way to TJ Max. Brown stated he was on his way back to Ypsilanti when he saw the patrol vehicle. Brown stated he looked down at his speedometer and saw that he was traveling 75MPH. Brown stated he panicked and crossed over to the right lane. Brown stated he saw the emergency lights go on and pulled to the right lane of Huron St. Brown stated he saw me motion by hand to go into the BP Gas Station parking lot. Brown stated he watched me in the rear view mirror get out of the patrol vehicle. Brown stated he told Jackson and Jones he knew he did not have a license and he did not want to go to jail because he really wanted to go to the party in Ann Arbor. Brown stated Jackson and Jones told him if he wanted to go to the party then he had to drive off.

Brown stated as soon as I got to the bumper of the vehicle he drove away. Brown stated "the weed made me do it. The weed was fucking with my head." Brown stated he did not know where he was going but he had to get away. Brown stated he could see the patrol vehicle in the rear view mirror with the lights on chasing him. Brown stated he thought about stopping at the red light at Spring and Prospect but he knew I would catch him. Brown stated Jones and Jackson told him to slow down so they could jump out and run because they thought they had a better chance of losing me. Brown stated he stopped and jumped out but then decided to get back in because he did not want to run on foot. Brown stated after he saw a few more police cars he knew he was not going to get away so he decided to give up.

Brown stated he knew the item in the ash tray was marijuana. Brown admitted to smoking the same marijuana blunt earlier in the day with Jackson. Brown denied ever throwing a bag of marijuana out the window during the pursuit. Brown stated he saw the lights activated on the patrol vehicle and could also hear the siren. Brown stated he knew he was supposed to stop, but he did not want to go to jail so he decided to run.

## DISPOSITION BROWN:

Brown was lodged at Washtenaw County Jail pending arraignment.

## WITNESSES:

Timothy Allen McFry W/M 04-16-60, 1132 Parkwood St. Ypsilanti, MI 48197 (734) 481-3016.
Sheila Ann McFry W/F 01-09-64, 1132 Parkwood St. Ypsilanti, MI 48197 (734) 481-3016.

| PAGE | INVESTIGATED BY | REPORTED BY | REVIEWED BY |
| | TPR G J SEBIT #1463 | | |
| 6 of 8 | | | |

| Michigan Department of State Police | ORIGINAL DATE Sun, May 19, 2002 | INCIDENT NO. 026-0002853-02 (03) |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED 1701 | FILE CLASS 35001 |

## INTERVIEW WITNESS:

Tpr. Darkins and I interviewed both Timothy and Sheila McFry. Sheila stated she and Timothy were outside their residence at 1132 Parkwood St. Sheila stated she could hear the siren get louder as the vehicle got closer to her house. Sheila stated she observed a gray Ford Tempo stop in front of her house. Sheila stated she saw three black males jump out of the vehicle. Sheila stated she saw a State Trooper also get out of a police vehicle. Sheila stated she knew the Trooper was pursuing the black males and the gray Tempo. Sheila stated she saw two black males run to the side of her house and try to jump a privacy fence. Sheila stated the black males looked over the fence and then came back towards her neighbors house. Sheila stated the two black males stayed behind her neighbors house. Sheila stated her neighbor got in her vehicle and left and then came back approximately four minutes later. Sheila stated her neighbor saw the two black males and said something to them. Sheila stated the two black males came out around the house back onto the sidewalk of Parkwood St. Sheila stated she called 911 and reported the two black males were walking towards a Deputy. Sheila stated she then saw the Deputy arrest them.

## CHARGES REQUESTED (JONES):

Resisting and Obstructing Police

## CHARGES REQUESTED (JACKSON):

Possession of Marijuana
Resisting and Obstructing Police

## CHARGES REQUESTED (BROWN):

Fleeing and Eluding 3rd Degree
Possession of Marijuana
DWLS

## CCH:

All three suspects have criminal histories. All CCH's are attached with the report.

## CERTIFIED DRIVING RECORD (BROWN):

Attached.

## EVIDENCE:

Below listed evidence was seized as a result of a traffic stop and was TOT the Post property room.

| PAGE 7 of 8 | INVESTIGATED BY TPR G J SEIBT #1463 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0214

| Michigan Department of State Police | ORIGINAL DATE<br>Sun, May 19, 2002 | INCIDENT NO.<br>026-0002853-02 (03) |
|---|---|---|
| ORIGINAL INCIDENT<br>REPORT | TIME RECEIVED<br>1701 | FILE CLASS<br>35001 |

**CRIME LAB ANALYSIS:**

Below listed item will be forwarded to the MSP crime lab in Northville for analysis.

**OTHER PERSONS:**

Deputies Tom Sinks (locate and arrest), Joe Guzman (locate and arrest), Mike Trester (locate and arrest). Troopers Aaron Darkins (arrest and transport), Tonya Hatch (transport). Timothy and Sheila McFry (witnesses).

**EXTERNAL DOCUMENTS:**

Print cards, CCH, driving record, photocopies of MI PID.

**INFORMATION:**

This complaint will be submitted for the in-custody arraignment for charges of fleeing and eluding on Brown. This complaint will be resubmitted for charges of possession of marijuana on Brown and Jackson when lab results are received.

**PROPERTY:**

SEIZED BY: TPR SEIBT
Prop 0001 - Qty: 1.000  UOM: Gram  Type: Marijuana
Descrp: ONE SUSPECTED MARIJUANA BLUNT.
Obtained From: N HURON ST
Ypsilanti
Washtenaw County At or Near: SPRING
SEIZED FROM ASH TRAY OF SUSPECT VEHICLE.

**STATUS:**

Open, pending lab results and prosecutor review.

| PAGE<br>8 of 8 | INVESTIGATED BY<br>TPR G J SEIBT #1463 | REPORTED BY | REVIEWED BY |
|---|---|---|---|

0215

Search Warrant and Affidavit

State of Michigan                                 Page 2

                    SS      SEARCH WARRANT AND AFFIDAVIT
County of Washtenaw

To the Sheriff or any peace officer of said county, D/Sgt. Robert Weimer,

    Affiant, having subscribed and sworn to an affidavit for a Search
Warrant, and I having under oath examined affiant, am satisfied that
probable cause exists:

    THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I
command that you search the following described place: The medical records
department located within the brick hospital complex otherwise known as
St. Joseph Mercy Hospital, located at 5301 E. Huron River Dr, Ann Arbor,
MI 48106 in the County of Washtenaw, State of Michigan.

And to seize, secure, tabulate and make return according to law the
following property and things: All medical records; including laboratory
and toxicology reports, for patient Stanley Hugh Jackson (DOB: 02/24/1979)
pertaining to his medical care on the date of Friday, August 20, 2010.
This includes the time when the patient arrived to the hospital and the
names of the medical staff that assisted with his medical care.

Affiant in support of the issuance of this warrant swears to the following
facts:
1. The affiant is a sworn Detective Sergeant with the Michigan Department
   of State Police and is currently assigned to the Metro South Post in
   Taylor, Michigan.  Affiant has been employed with the Michigan
   Department State Police for over 11 years.  Affiant's primary duties
   include the initiation and investigation of criminal related
   activities, including homicides, attempted homicides, felonious
   assaults and other major crimes.
2. The affiant is investigating the death of Stanley Hugh Jackson 2-24-1979.
   Stanley Jackson died at St. Joseph Mercy Hospital on Friday, August 20,
   2010.  Prior to his death, Stanley Jackson was arrested by Deputies from
   the Washtenaw County Sheriff's Office.  During the arrest of Stanley
   Jackson, deputies utilized their taser in order to place Stanley Jackson
   in handcuffs.  The location of the incident was at the address of 8707
   Heather Dr, Ypsilanti, MI.
3. Stanley Jackson was transported from the scene by a Huron Valley Ambulance
   to St. Joseph Mercy Hospital.  Stanley Jackson was being attended to by
   personnel from St. Joseph Mercy Hospital when he passed away.


                         _____
                                      Affiant

Subscribed and sworn to before me and issued under my hand this 24th day of
August, 2010.                                              23rd
                                                      (aw) 4:12 pm

Approved:

AP-A John Reiser (with permission)    _____
Assistant Prosecuting Attorney        Magistrate of 14B District Court
Washtenaw County                      Washtenaw County Michigan

                                                              0217

State of Michigan                                                    Page 2
                          SS        SEARCH WARRANT AND AFFIDAVIT
County of Washtenaw

4.  Stanley Jackson was combative and belligerent with deputies from Washtenaw
    County Sheriff's Office during his arrest.  Stanley Jackson continued to
    be combative and belligerent with Huron Valley Ambulance personnel, St.
    Joseph Mercy Hospital personnel and St. Joseph Mercy Hospital Security
    personnel.
5.  The affiant believes that St. Joseph Mercy Hospital Medical Records will
    assist in this investigation by showing the condition of Stanley Jackson,
    including but not limited to any controlled substances in his system, upon
    arrival at St. Joseph Mercy Hospital.
6.  Stanley Jackson was on probation through the Detroit Metro Parole Office
    for a controlled substance violation out of the 3rd Circuit Court Detroit.
    On January 15, 2010 Judge Richard Skutt continued/extended Stanley
    Jackson's probation for six months until July 15, 2010.  While on
    probation Stanley Jackson was prohibited from using or possessing any
    controlled substances or drug paraphernalia; or being with anyone that he
    know to possess these items.
7.  Stanley Jackson has a history of using/selling/delivering of controlled
    substances.  Stanley Jackson was found guilty on 4-6-1999 in the 14A-1
    District Court for possession of marijuana.  He pled guilty on 3-26-2001
    in the 14A-2 District Court for possession of marijuana.  He pled guilty
    on 7-21-2003 in the 22nd Circuit Court Ann Arbor for possession of
    marijuana.  He was found guilty on 4-16-2003 in the 22nd Circuit Court Ann
    Arbor for possess cocaine, heroin, or another narcotic less than 25 grams.
    He pled guilty on 1-21-2010 in the 3rd Circuit Court Detroit for
    deliver/manufacture cocaine, heroin or another narcotic less than 50
    grams.
.   Further the affiant sayeth not

                                          _____
                                                    Affiant   #256

Subscribed and sworn to before me and issued under my hand this 24th day of
August, 2010.                                                23rd   4:12 pm

Approved:

APA John Reiser (with permission)     _____
Assistant Prosecuting Attorney        Magistrate of 14B District Court
Washtenaw County                      Washtenaw County Michigan

                                                                    0218

30/26/2010 15:17 7344833830 14B DISTRICT COURT PAGE 02
AUG. 26. 2010 2:33PM No. 2693 P. 1/4

EX-200 (01/2006)
MICHIGAN STATE POLICE

# FAX TRANSMITTAL SHEET

| | DATE<br>8-26-10 | TIME<br>2:30pm | ☐ Urgent | DRIVE<br>MICHIGAN<br>SAFELY |
|---|---|---|---|---|
| ☐ FYI | ☐ At Your Request | | Number of Pages (Including Cover)<br>04 | |

*FROM*

| Transmitted To<br>Judge Pope - 14B District Court | | Fax Number<br>734-483-3630 | |
|---|---|---|---|
| | | | |
| From<br>D/Sgt Robert Weimer | | Telephone Number<br>7342875004 | FAX Number<br>7342875050 |
| E-Mail Address<br>weimerr@michigan.gov | | | |

ACKNOWLEDGMENT REQUESTED
☐ YES ☐ NO

If "YES" is checked, please complete this section and FAX this sheet back to the sender.

RECEIPT ACKNOWLEDGED BY

DATE             TIME

COMMENTS OR INSTRUCTIONS
I can also be reached at my cellular telephone 734-777-0673.

Thank you very much

0219

28/26/2010  15:17    7344833658                        14B DISTRICT COURT                PAGE  02
                                                                           No. 2693   P. 2/4

State of Michigan                                                                Page J
                         SS       SEARCH WARRANT AND AFFIDAVIT
County of Washtenaw

To the Sheriff or any peace officer of said county, D/Sgt. Robert Weimer,

     Affiant, having subscribed and sworn to an affidavit for a Search
Warrant, and I having under oath examined affiant, am satisfied that
probable cause exists:

     THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I
command that you search the following described place: The commercial
building complex otherwise known as Huron Valley Ambulance, located at
1200 State Circle, Ann Arbor, MI 48109 in the County of Washtenaw, State
of Michigan.

And to seize, secure, tabulate and make return according to law the
following property and things:  The Huron Valley Ambulance run report
listed as run number 0117737 for patient Stanley Hugh Jackson (DOB:
02/24/1979)

Affiant in support of the issuance of this warrant swears to the following
facts:
1.  The affiant is a sworn Detective Sergeant with the Michigan Department
    of State Police and is currently assigned to the Metro South Post in
    Taylor, Michigan.  Affiant has been employed with the Michigan
    Department State Police for over 11 years.  Affiant's primary duties
    include the initiation and investigation of criminal related
    activities, including homicides, attempted homicides, felonious
    assaults and other major crimes.
2.  The affiant is investigating the death of Stanley Hugh Jackson 2-24-1979.
    Stanley Jackson died at St. Joseph Mercy Hospital on Friday, August 20,
    2010.  Prior to his death, Stanley Jackson was arrested by Deputies from
    the Washtenaw County Sheriff's Office.
3.  Based on calls to local law enforcement regarding suspected drug sales,
    Stanley Jackson had been surveilled by officers of the Livingston and
    Washtenaw Narcotics Enforcement Team (LAWNET) and was observed conducting
    what appeared to be a hand-to-hand narcotics transaction.  A traffic stop
    by WCSD Deputy Chad Teets of a male subject, Regervin Brown-whom had just
    been observed in a suspected drug transaction, led to the recovery of
    marijuana and several Vicodin pills that Brown later stated had been
    purchased from Mr. Jackson.

                                   D/Sgt. _____ #256
                                                     Affiant

Subscribed and sworn to before me and issued under my hand this 26th day of
August, 2010.

Approved:

APA John Reiser (with Permission)        _____
Assistant Prosecuting Attorney           Judge of 14B District Court
Washtenaw County                         Washtenaw County Michigan
                                         8-26-10 @ 3:14pm

                                                                            0220

08/25/2010  15:17   /844033690                    14B DISTRICT COURT                              PAGE  23
Aug. 25, 2010  2:38PM                                                      No. 2693   P. 3/4

State of Michigan                                                                        Page 2
                    ss        SEARCH WARRANT AND AFFIDAVIT
County of Washtenaw

4. During the arrest of Stanley Jackson, deputies utilized their tasers in
   order to place Stanley Jackson in handcuffs.  The location of the incident
   was at 8707 Heather Dr, Ypsilanti, MI.  Officers from WCSD and LAWNET
   recovered suspected crack cocaine and money from Stanley Jackson's
   waistband, along with suspected marijuana from a nearby table.

5. Per WCSD protocol after the use of a taser by an officer, Huron Valley
   Ambulance (HVA) was contacted and responded to the scene.  Stanley Jackson
   was transported by HVA to St. Joseph Mercy Hospital.  Stanley Jackson was
   being attended to by personnel from St. Joseph Mercy Hospital when he
   died.

6. Stanley Jackson had been combative and belligerent with deputies from
   Washtenaw County Sheriff's Office during his arrest.  Stanley Jackson
   continued to be combative and belligerent with Huron Valley Ambulance
   personnel, St. Joseph Mercy Hospital personnel and St. Joseph Mercy
   Hospital Security personnel.

7. The Affiant contacted Huron Valley Ambulance on Friday, August 20, 2010 at
   approximately 10:00pm.  Affiant was advised that a run report would be
   completed.  The Affiant was also advised that the run report number is
   0117737.  The Affiant was also advised that the ambulance personnel
   assigned to this particular run were Lee French and Anthony Lyssiotis.

8. The Affiant contacted Jane Giffin at Huron Valley Ambulance on Tuesday,
   August 24, 2010 at approximately 2:10pm.  Jane Giffin advised that the run
   number, 0117737, was correct and the report was finished.  Jane Giffin
   advised that she would prepare a copy of the run report for and have it
   ready to be picked up.  Jane Giffin advised the Affiant that a search
   warrant would be needed in order for Huron Valley Ambulance to release run
   report 0117737.

9. Stanley Jackson was on probation through the Detroit Metro Parole Office
   for a controlled substance violation out of the 3rd Circuit Court Detroit.
   On January 15, 2010 Judge Richard Skutt continued/extended Stanley
   Jackson's probation for six months until July 15, 2010.  While on
   probation Stanley Jackson was prohibited from using or possessing any
   controlled substances or drug paraphernalia; or being with anyone that he
   knew to possess these items.

10. Stanley Jackson has a history of using/selling/delivering controlled
    substances.  Stanley Jackson was found guilty on 4-6-1999 in the 14A-1
    District Court for possession of marijuana.  He pled guilty on 3-26-2001
    in the 14A-2 District Court for possession of marijuana.  He pled guilty
    on 7-21-2003 in the 22nd Circuit Court Ann Arbor for possession of
    marijuana.  He was found guilty on 4-16-2003 in the 22nd Circuit Court Ann

                          D/Sgt. _____ Weins #256
                                    Affiant

Subscribed and sworn to before me and issued under my hand this 26th day of
August, 2010.

Approved:

APA John Reiser (with Permission)
Assistant Prosecuting Attorney              Judge of 14B District Court
Washtenaw County                            Washtenaw County Michigan
                                            8-26-10 @ 2:44PM
                                                                            0221

28/26/2010  15:17    7344833630                   14B DISTRICT COURT                          PAGE  04
          AUG. 26. 2010  2:38PM                                              No. 2699   P. 4/4

State of Michigan                                                                    Page 3
                    SS       SEARCH WARRANT AND AFFIDAVIT
County of Washtenaw

    Arbor for possess cocaine, heroin, or another narcotic less than 25 grams.
    He pled guilty on 1-21-2010 in the 3rd Circuit Court Detroit for
    deliver/manufacture cocaine, heroin or another narcotic less than 50
    grams.
11. Further the affiant sayeth not


                                    DISOT- _____ Wein #256
                                            Affiant

Subscribed and sworn to before me and issued under my hand this 26th day of
August, 2010.

Approved:

APA John Reiser (with Permission)
Assistant Prosecuting Attorney        Judge of 14B District Court
Washtenaw County                      Washtenaw County Michigan
                                      8 - 26 - 10   @2:44PM.

                                                                              0222

Taser Downloads



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-442196 | Name | Kevin Lucidi |
| Model # | X26 | Dept | MSP |
| X26 Software Version | 22 | Rank | Sgt. |
| Dataport CD Version | 16.0 | Windows Version | Microsoft® Windows NT(TM) Service Pack 3 |
| Record Date Range | All Data | Report Generated | 08/23/10 08:55:22 (local) |
| Computer Time Zone | Eastern Standard Time | | |
| Using Daylight Savings Time | Yes | | |
| X26 Warranty Date | 02/19/11 State: Active | | |

### Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 01/14/09 20:48:33 | 01/14/09 15:48:33 | Old Time | | |
| 0002 | 01/14/09 20:48:32 | 01/14/09 15:48:32 | New Time | | |
| 0003 | 01/14/09 20:50:10 | 01/14/09 15:50:10 | 5 | 25 | 99 |
| 0004 | 01/14/09 20:50:16 | 01/14/09 15:50:16 | 5 | 25 | 99 |
| 0005 | 01/14/09 20:50:22 | 01/14/09 15:50:22 | 5 | 26 | 99 |
| 0006 | 02/19/10 00:48:27 | 02/18/10 19:48:27 | 1 | 23 | 96 |
| 0007 | 02/20/10 03:03:06 | 02/19/10 22:03:06 | 1 | 22 | 96 |
| 0008 | 02/20/10 03:03:24 | 02/19/10 22:03:24 | 1 | 21 | 96 |
| 0009 | 02/20/10 03:03:31 | 02/19/10 22:03:31 | 1 | 22 | 96 |
| 0010 | 02/20/10 03:03:34 | 02/19/10 22:03:34 | 1 | 22 | 96 |
| 0011 | 02/20/10 03:03:37 | 02/19/10 22:03:37 | 1 | 22 | 96 |
| 0012 | 02/20/10 03:03:53 | 02/19/10 22:03:53 | 1 | 22 | 96 |
| 0013 | 02/23/10 17:07:59 | 02/23/10 12:07:59 | 1 | 21 | 96 |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|------|---------------------|---------------------|----------|------|---------|
| 0014 | 02/24/10 21:00:16 | 02/24/10 16:00:16 | 1 | 18 | 95 |
| 0015 | 02/28/10 22:03:53 | 02/28/10 17:03:53 | 1 | 18 | 95 |
| 0016 | 03/03/10 16:46:58 | 03/03/10 11:46:58 | 1 | 18 | 95 |
| 0017 | 03/05/10 04:15:31 | 03/04/10 23:15:31 | 1 | 19 | 95 |
| 0018 | 03/06/10 01:06:48 | 03/05/10 20:06:48 | 1 | 19 | 94 |
| 0019 | 03/19/10 02:05:21 | 03/18/10 22:05:21 | 1 | 19 | 94 |
| 0020 | 03/19/10 02:05:25 | 03/18/10 22:05:25 | 1 | 19 | 94 |
| 0021 | 03/20/10 17:54:53 | 03/20/10 13:54:53 | 1 | 19 | 94 |
| 0022 | 03/20/10 17:54:57 | 03/20/10 13:54:57 | 1 | 18 | 94 |
| 0023 | 03/20/10 22:13:36 | 03/20/10 18:13:36 | 1 | 18 | 94 |
| 0024 | 03/21/10 22:04:06 | 03/21/10 18:04:06 | 1 | 19 | 94 |
| 0025 | 03/26/10 04:04:35 | 03/26/10 00:04:35 | 1 | 15 | 94 |
| 0026 | 03/26/10 04:09:02 | 03/26/10 00:09:02 | 4 | 17 | 94 |
| 0027 | 03/26/10 20:24:42 | 03/26/10 16:24:42 | 1 | 21 | 93 |
| 0028 | 03/28/10 03:17:38 | 03/27/10 23:17:38 | 1 | 23 | 93 |
| 0029 | 04/01/10 02:18:14 | 03/31/10 22:18:14 | 1 | 19 | 93 |
| 0030 | 04/04/10 22:17:51 | 04/04/10 18:17:51 | 1 | 21 | 93 |
| 0031 | 04/10/10 23:04:21 | 04/10/10 19:04:21 | 1 | 22 | 93 |
| 0032 | 04/15/10 23:22:32 | 04/15/10 19:22:32 | 1 | 22 | 93 |
| 0033 | 04/18/10 22:05:16 | 04/18/10 18:05:16 | 1 | 18 | 92 |
| 0034 | 04/25/10 20:00:50 | 04/25/10 16:00:50 | 1 | 21 | 92 |
| 0035 | 04/30/10 20:16:13 | 04/30/10 16:16:13 | 1 | 26 | 91 |
| 0036 | 05/03/10 23:46:35 | 05/03/10 19:46:35 | 1 | 26 | 91 |
| 0037 | 05/06/10 23:31:28 | 05/06/10 19:31:28 | 1 | 26 | 91 |
| 0038 | 05/07/10 04:20:00 | 05/07/10 00:20:00 | 1 | 26 | 91 |
| 0039 | 05/15/10 20:04:02 | 05/15/10 16:04:02 | 1 | 19 | 91 |
| 0040 | 05/19/10 23:01:40 | 05/19/10 19:01:40 | 1 | 21 | 91 |
| 0041 | 05/20/10 02:43:11 | 05/19/10 22:43:11 | 1 | 20 | 91 |
| 0042 | 05/21/10 22:18:45 | 05/21/10 18:18:45 | 1 | 19 | 90 |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| | 05/21/10 22:18:48 | 05/21/10 18:18:48 | 1 | 18 | 90 |
| 0044 | 05/22/10 22:31:43 | 05/22/10 18:31:43 | 1 | 19 | 90 |
| 0045 | 05/23/10 01:04:00 | 05/22/10 21:04:00 | 1 | 23 | 90 |
| 0046 | 05/23/10 20:22:17 | 05/23/10 16:22:17 | 1 | 20 | 90 |
| 0047 | 05/27/10 00:51:10 | 05/26/10 20:51:10 | 1 | 24 | 90 |
| 0048 | 05/28/10 23:06:42 | 05/28/10 19:06:42 | 1 | 27 | 90 |
| 0049 | 05/28/10 23:06:45 | 05/28/10 19:06:45 | 1 | 28 | 90 |
| 0050 | 05/29/10 19:20:14 | 05/29/10 15:20:14 | 1 | 24 | 90 |
| 0051 | 06/04/10 21:06:05 | 06/04/10 17:06:05 | 1 | 20 | 89 |
| 0052 | 06/04/10 21:06:18 | 06/04/10 17:06:18 | 1 | 19 | 89 |
| 0053 | 06/04/10 21:06:44 | 06/04/10 17:06:44 | 3 | 21 | 89 |
| 0054 | 06/04/10 21:06:53 | 06/04/10 17:06:53 | 4 | 21 | 89 |
| 0055 | 06/10/10 14:53:45 | 06/10/10 10:53:45 | 1 | 19 | 88 |
| 0056 | 06/13/10 20:14:00 | 06/13/10 16:14:00 | 1 | 21 | 88 |
| 0057 | 06/19/10 01:10:12 | 06/18/10 21:10:12 | 1 | 25 | 88 |
| 0058 | 06/19/10 23:04:27 | 06/19/10 19:04:27 | 1 | 19 | 88 |
| 0059 | 06/20/10 20:59:49 | 06/20/10 16:59:49 | 1 | 26 | 88 |
| 0060 | 06/25/10 21:11:46 | 06/25/10 17:11:46 | 1 | 26 | 87 |
| 0061 | 06/25/10 21:11:51 | 06/25/10 17:11:51 | 3 | 26 | 87 |
| 0062 | 06/25/10 21:11:56 | 06/25/10 17:11:56 | 2 | 26 | 87 |
| 0063 | 07/13/10 00:26:49 | 07/12/10 20:26:49 | 1 | 22 | 87 |
| 0064 | 07/17/10 02:12:14 | 07/16/10 22:12:14 | 1 | 21 | 86 |
| 0065 | 07/18/10 01:36:52 | 07/17/10 21:36:52 | 1 | 30 | 86 |
| 0066 | 07/19/10 03:21:50 | 07/18/10 23:21:50 | 1 | 23 | 86 |
| 0067 | 07/21/10 21:31:28 | 07/21/10 17:31:28 | 1 | 22 | 86 |
| 0068 | 07/21/10 21:31:32 | 07/21/10 17:31:32 | 1 | 21 | 86 |
| 0069 | 07/21/10 21:31:37 | 07/21/10 17:31:37 | 1 | 21 | 86 |
| 0070 | 07/21/10 21:31:39 | 07/21/10 17:31:39 | 1 | 21 | 86 |
| 0071 | 07/23/10 02:21:25 | 07/22/10 22:21:25 | 2 | 26 | 86 |

0072

about:blank

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|-----|----------|-----------|----------|------|---------|
|  | 07/23/10 22:18:14 | 07/23/10 18:18:14 | 1 | 23 | 85 |
| 0073 | 07/25/10 08:06:37 | 07/25/10 04:06:37 | 5 | 29 | 85 |
| 0074 | 07/29/10 14:48:45 | 07/29/10 10:48:45 | 1 | 21 | 84 |
| 0075 | 07/29/10 19:17:32 | 07/29/10 15:17:32 | 1 | 21 | 84 |
| 0076 | 08/01/10 00:43:28 | 07/31/10 20:43:28 | 1 | 19 | 84 |
| 0077 | 08/01/10 06:23:44 | 08/01/10 02:23:44 | 1 | 26 | 84 |
| 0078 | 08/02/10 01:18:40 | 08/01/10 21:18:40 | 1 | 25 | 84 |
| 0079 | 08/05/10 19:51:31 | 08/05/10 15:51:31 | 1 | 23 | 84 |
| 0080 | 08/06/10 21:28:39 | 08/06/10 17:28:39 | 1 | 25 | 84 |
| 0081 | 08/06/10 21:28:41 | 08/06/10 17:28:41 | 1 | 25 | 84 |
| 0082 | 08/07/10 21:06:11 | 08/07/10 17:06:11 | 1 | 26 | 83 |
| 0083 | 08/09/10 02:13:17 | 08/08/10 22:13:17 | 1 | 26 | 83 |
| 0084 | 08/11/10 18:43:53 | 08/11/10 14:43:53 | 1 | 22 | 83 |
| 0085 | 08/14/10 03:15:01 | 08/13/10 23:15:01 | 1 | 21 | 83 |
| 0086 | 08/15/10 01:47:47 | 08/14/10 21:47:47 | 1 | 26 | 83 |
| 0087 | 08/15/10 23:24:47 | 08/15/10 19:24:47 | 1 | 22 | 82 |
| 0088 | 08/19/10 23:26:32 | 08/19/10 19:26:32 | 1 | 28 | 82 |
| 0089 | 08/20/10 21:05:37 | 08/20/10 17:05:37 | 5 | 34 | 82 |
| 0090 | 08/20/10 21:11:02 | 08/20/10 17:11:02 | 5 | 33 | 82 |
| 0091 | 08/23/10 13:03:53 | 08/23/10 09:03:53 | Old Time | | |
| 0092 | 08/23/10 12:52:17 | 08/23/10 08:52:17 | New Time | | |

End of Report.



| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-303574 | Name | Kevin Lucidi |
| Model # | X26 | Dept | MSP |
| X26 Software Version | 22 | Rank | Sgt. |
| Dataport CD Version | 16.0 | Windows Version | Microsoft® Windows NT(TM) Service Pack 3 |
| Record Date Range | All Data | | |
| Computer Time Zone | Eastern Standard Time | Report Generated | 08/23/10 09:05:36 (local) |
| Using Daylight Savings Time | Yes | | |
| X26 Warranty Date | 08/23/12 State: Active | | |

Recorded Firing Data

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | 08/15/07 22:57:12 | 08/15/07 18:57:12 | Old Time | | |
| 0002 | 08/15/07 22:57:13 | 08/15/07 18:57:13 | New Time | | |
| 0003 | 08/15/07 22:58:05 | 08/15/07 18:58:05 | 5 | 29 | 99 |
| 0004 | 08/15/07 22:58:11 | 08/15/07 18:58:11 | 5 | 30 | 99 |
| 0005 | 08/15/07 22:58:19 | 08/15/07 18:58:19 | 5 | 30 | 99 |
| 0006 | 08/23/07 12:49:04 | 08/23/07 08:49:04 | 1 | 29 | 98 |
| 0007 | 08/23/07 12:49:41 | 08/23/07 08:49:41 | 1 | 30 | 98 |
| 0008 | 08/23/07 12:50:14 | 08/23/07 08:50:14 | 1 | 30 | 99 |
| 0009 | 08/29/07 12:50:44 | 08/29/07 08:50:44 | 2 | 29 | 98 |
| 0010 | 08/29/07 12:57:43 | 08/29/07 08:57:43 | 2 | 32 | 98 |
| 0011 | 08/29/07 13:01:02 | 08/29/07 09:01:02 | 2 | 31 | 98 |
| 0012 | 08/29/07 13:03:51 | 08/29/07 09:03:51 | 1 | 31 | 98 |
| 0013 | 08/29/07 13:11:47 | 08/29/07 09:11:47 | 2 | 33 | 98 |

0228

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|-----|----------|-----------|----------|------|---------|
| 0014 | 08/29/07 13:12:22 | 08/29/07 09:12:22 | 2 | 34 | 98 |
| 0015 | 08/29/07 13:16:49 | 08/29/07 09:16:49 | 2 | 34 | 97 |
| 0016 | 08/29/07 13:18:25 | 08/29/07 09:18:25 | 2 | 35 | 97 |
| 0017 | 08/29/07 13:18:33 | 08/29/07 09:18:33 | 2 | 35 | 97 |
| 0018 | 08/29/07 13:19:15 | 08/29/07 09:19:15 | 2 | 35 | 97 |
| 0019 | 08/29/07 13:19:24 | 08/29/07 09:19:24 | 2 | 36 | 97 |
| 0020 | 08/29/07 13:34:46 | 08/29/07 09:34:46 | 5 | 32 | 97 |
| 0021 | 08/29/07 13:38:14 | 08/29/07 09:38:14 | 3 | 34 | 97 |
| 0022 | 08/29/07 13:38:28 | 08/29/07 09:38:28 | 5 | 35 | 96 |
| 0023 | 08/29/07 13:41:14 | 08/29/07 09:41:14 | 5 | 35 | 96 |
| 0024 | 08/29/07 15:44:40 | 08/29/07 11:44:40 | 5 | 34 | 96 |
| 0025 | 08/29/07 15:45:23 | 08/29/07 11:45:23 | 4 | 34 | 95 |
| 0026 | 08/29/07 15:46:19 | 08/29/07 11:46:19 | 3 | 34 | 95 |
| 0027 | 08/29/07 15:47:15 | 08/29/07 11:47:15 | 3 | 35 | 95 |
| 0028 | 08/29/07 15:48:37 | 08/29/07 11:48:37 | 5 | 36 | 95 |
| 0029 | 08/29/07 15:49:59 | 08/29/07 11:49:59 | 5 | 36 | 94 |
| 0030 | 08/29/07 16:15:10 | 08/29/07 12:15:10 | 5 | 32 | 94 |
| 0031 | 08/29/07 16:18:46 | 08/29/07 12:18:46 | 5 | 34 | 93 |
| 0032 | 08/29/07 16:19:02 | 08/29/07 12:19:02 | 5 | 35 | 93 |
| 0033 | 08/29/07 16:19:08 | 08/29/07 12:19:08 | 5 | 35 | 93 |
| 0034 | 08/29/07 16:31:47 | 08/29/07 12:31:47 | 5 | 34 | 92 |
| 0035 | 08/29/07 16:31:59 | 08/29/07 12:31:59 | 5 | 35 | 92 |
| 0036 | 08/29/07 16:32:08 | 08/29/07 12:32:08 | 5 | 35 | 92 |
| 0037 | 08/29/07 16:32:16 | 08/29/07 12:32:16 | 5 | 35 | 91 |
| 0038 | 09/01/07 11:56:05 | 09/01/07 07:56:05 | 2 | 25 | 91 |
| 0039 | 09/01/07 11:56:16 | 09/01/07 07:56:16 | 3 | 25 | 91 |
| 0040 | 09/01/07 14:57:43 | 09/01/07 10:57:43 | 5 | 31 | 91 |
| 0041 | 09/03/07 11:51:08 | 09/03/07 07:51:08 | 1 | 26 | 90 |
| 0042 | 09/03/07 14:30:19 | 09/03/07 10:30:19 | 5 | 33 | 90 |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|-----|----------|------------|----------|------|---------|
|      | 09/04/07 12:03:44 | 09/04/07 08:03:44 | 1 | 26 | 90 |
| 0044 | 09/05/07 11:53:59 | 09/05/07 07:53:59 | 1 | 26 | 90 |
| 0045 | 09/06/07 12:02:40 | 09/06/07 08:02:40 | 1 | 28 | 90 |
| 0046 | 09/08/07 11:59:19 | 09/08/07 07:59:19 | 2 | 27 | 89 |
| 0047 | 09/08/07 11:59:28 | 09/08/07 07:59:28 | 5 | 27 | 89 |
| 0048 | 09/08/07 12:23:44 | 09/08/07 08:23:44 | 5 | 28 | 89 |
| 0049 | 09/10/07 12:02:31 | 09/10/07 08:02:31 | 1 | 26 | 88 |
| 0050 | 09/11/07 12:14:04 | 09/11/07 08:14:04 | 1 | 26 | 88 |
| 0051 | 09/14/07 20:08:23 | 09/14/07 16:08:23 | 4 | 27 | 88 |
| 0052 | 09/18/07 11:57:35 | 09/18/07 07:57:35 | 1 | 25 | 88 |
| 0053 | 09/19/07 11:54:26 | 09/19/07 07:54:26 | 1 | 26 | 88 |
| 0054 | 09/22/07 12:02:15 | 09/22/07 08:02:15 | 3 | 25 | 88 |
| 0055 | 09/24/07 11:58:47 | 09/24/07 07:58:47 | 1 | 25 | 88 |
| 0056 | 09/25/07 02:41:21 | 09/24/07 22:41:21 | 5 | 32 | 87 |
| 0057 | 09/28/07 19:39:51 | 09/28/07 15:39:51 | 2 | 32 | 87 |
| 0058 | 09/29/07 11:58:05 | 09/29/07 07:58:05 | 5 | 25 | 87 |
| 0059 | 10/02/07 11:17:00 | 10/02/07 07:17:00 | 4 | 27 | 86 |
| 0060 | 10/03/07 00:04:32 | 10/02/07 20:04:32 | 1 | 32 | 86 |
| 0061 | 10/04/07 15:23:26 | 10/04/07 11:23:26 | 7 | 33 | 86 |
| 0062 | 10/15/07 12:07:48 | 10/15/07 08:07:48 | 2 | 25 | 85 |
| 0063 | 10/20/07 13:19:25 | 10/20/07 09:19:25 | 2 | 25 | 85 |
| 0064 | 10/22/07 12:01:02 | 10/22/07 08:01:02 | 1 | 27 | 85 |
| 0065 | 10/22/07 18:57:00 | 10/22/07 14:57:00 | 2 | 32 | 85 |
| 0066 | 10/24/07 11:25:55 | 10/24/07 07:25:55 | 5 | 24 | 85 |
| 0067 | 10/29/07 11:55:42 | 10/29/07 07:55:42 | 1 | 23 | 84 |
| 0068 | 11/04/07 14:06:19 | 11/04/07 09:06:19 | 5 | 28 | 84 |
| 0069 | 11/24/07 20:26:12 | 11/24/07 15:26:12 | 5 | 28 | 83 |
| 0070 | 11/25/07 13:09:03 | 11/25/07 08:09:03 | 3 | 26 | 83 |
| 0071 | 11/25/07 13:41:36 | 11/25/07 08:41:36 | 1 | 25 | 82 |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|-----|----------|-----------|----------|------|---------|
| | 11/25/07 14:01:57 | 11/25/07 09:01:57 | 1 | 13 | 82 |
| 0073 | 11/25/07 15:12:30 | 11/25/07 10:12:30 | 1 | 28 | 82 |
| 0074 | 11/25/07 15:53:42 | 11/25/07 10:53:42 | 1 | 21 | 82 |
| 0075 | 11/25/07 17:08:02 | 11/25/07 12:08:02 | 1 | 28 | 82 |
| 0076 | 12/02/07 13:07:20 | 12/02/07 08:07:20 | 5 | 26 | 82 |
| 0077 | 12/02/07 16:30:58 | 12/02/07 11:30:58 | 5 | 29 | 81 |
| 0078 | 12/08/07 12:18:18 | 12/08/07 07:18:18 | 5 | 27 | 81 |
| 0079 | 12/08/07 18:55:10 | 12/08/07 13:55:10 | 4 | 29 | 80 |
| 0080 | 12/09/07 17:59:25 | 12/09/07 12:59:25 | 1 | 30 | 80 |
| 0081 | 12/09/07 20:10:09 | 12/09/07 15:10:09 | 1 | 32 | 80 |
| 0082 | 12/09/07 20:35:26 | 12/09/07 15:35:26 | 1 | 32 | 80 |
| 0083 | 12/11/07 13:27:11 | 12/11/07 08:27:11 | 1 | 25 | 80 |
| 0084 | 12/11/07 14:11:46 | 12/11/07 09:11:46 | 1 | 27 | 80 |
| 0085 | 12/27/07 15:08:39 | 12/27/07 10:08:39 | 5 | 29 | 80 |
| 0086 | 12/27/07 15:08:46 | 12/27/07 10:08:46 | 3 | 30 | 79 |
| 0087 | 12/28/07 19:03:22 | 12/28/07 14:03:22 | 1 | 32 | 79 |
| 0088 | 12/30/07 19:01:32 | 12/30/07 14:01:32 | 1 | 24 | 79 |
| 0089 | 12/31/07 13:11:43 | 12/31/07 08:11:43 | 5 | 27 | 79 |
| 0090 | 01/05/08 13:05:58 | 01/05/08 08:05:58 | 5 | 27 | 78 |
| 0091 | 01/06/08 22:15:21 | 01/06/08 17:15:21 | 5 | 16 | 78 |
| 0092 | 01/09/08 22:31:19 | 01/09/08 17:31:19 | 5 | 31 | 77 |
| 0093 | 01/15/08 21:32:16 | 01/15/08 16:32:16 | 5 | 25 | 77 |
| 0094 | 01/21/08 21:07:22 | 01/21/08 16:07:22 | 5 | 24 | 76 |
| 0095 | 01/31/08 21:11:15 | 01/31/08 16:11:15 | 5 | 24 | 76 |
| 0096 | 02/08/08 17:04:54 | 02/08/08 12:04:54 | 5 | 25 | 75 |
| 0097 | 02/11/08 20:58:54 | 02/11/08 15:58:54 | 5 | 24 | 75 |
| 0098 | 03/05/08 20:51:40 | 03/05/08 15:51:40 | 5 | 25 | 74 |
| 0099 | 03/07/08 21:34:47 | 03/07/08 16:34:47 | 5 | 29 | 74 |
| 0100 | 03/10/08 20:03:08 | 03/10/08 16:03:08 | 5 | 25 | 73 |
| 0101 | | | | | |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
|  | 03/13/08 20:26:23 | 03/13/08 16:26:23 | 5 | 29 | 73 |
| 0102 | 07/28/02 00:03:57 | 07/27/02 20:03:57 | 237 | 16 | 60 |
| 0103 | 07/28/02 00:00:13 | 07/27/02 20:00:13 | 237 | 17 | 60 |
| 0104 | 04/08/08 19:47:31 | 04/08/08 15:47:31 | 1 | 24 | 72 |
| 0105 | 04/08/08 19:51:11 | 04/08/08 15:51:11 | 1 | 26 | 72 |
| 0106 | 04/23/08 00:01:51 | 04/22/08 20:01:51 | 5 | 31 | 20 |
| 0107 | 05/14/08 20:35:04 | 05/14/08 16:35:04 | 5 | 27 | 19 |
| 0108 | 06/10/08 19:57:29 | 06/10/08 15:57:29 | 5 | 26 | 98 |
| 0109 | 06/13/08 20:49:21 | 06/13/08 16:49:21 | 5 | 33 | 98 |
| 0110 | 06/13/08 20:49:29 | 06/13/08 16:49:29 | 5 | 33 | 98 |
| 0111 | 06/17/08 03:28:13 | 06/16/08 23:28:13 | 2 | 28 | 97 |
| 0112 | 06/23/08 20:09:02 | 06/23/08 16:09:02 | 5 | 24 | 97 |
| 0113 | 06/24/08 19:51:38 | 06/24/08 15:51:38 | 5 | 25 | 97 |
| 0114 | 07/01/08 19:55:09 | 07/01/08 15:55:09 | 5 | 26 | 96 |
| 0115 | 07/04/08 20:29:41 | 07/04/08 16:29:41 | 5 | 26 | 96 |
| 0116 | 07/18/08 22:42:14 | 07/18/08 18:42:14 | 5 | 36 | 95 |
| 0117 | 08/07/08 03:58:45 | 08/06/08 23:58:45 | 5 | 32 | 95 |
| 0118 | 08/15/08 19:59:47 | 08/15/08 15:59:47 | 5 | 25 | 94 |
| 0119 | 09/29/08 19:20:08 | 09/29/08 15:20:08 | 5 | 31 | 93 |
| 0120 | 10/05/08 17:33:05 | 10/05/08 13:33:05 | 5 | 29 | 93 |
| 0121 | 11/08/08 15:36:12 | 11/08/08 10:36:12 | 1 | 29 | 92 |
| 0122 | 11/16/08 20:48:52 | 11/16/08 15:48:52 | 3 | 32 | 91 |
| 0123 | 12/02/08 20:57:29 | 12/02/08 15:57:29 | 5 | 30 | 91 |
| 0124 | 12/23/08 00:15:26 | 12/22/08 19:15:26 | 5 | 31 | 90 |
| 0125 | 02/03/09 14:23:21 | 02/03/09 09:23:21 | 4 | 27 | 90 |
| 0126 | 03/07/09 04:34:31 | 03/06/09 23:34:31 | 1 | 27 | 89 |
| 0127 | 03/09/09 20:02:36 | 03/09/09 16:02:36 | 2 | 26 | 89 |
| 0128 | 03/12/09 20:05:13 | 03/12/09 16:05:13 | 1 | 25 | 89 |
| 0129 | 05/26/09 11:49:52 | 05/26/09 07:49:52 | 5 | 24 | 88 |

0130

about:blank

8/23/2010

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| | 05/26/09 12:07:28 | 05/26/09 08:07:28 | 5 | 26 | 88 |
| 0131 | 05/28/09 19:43:39 | 05/28/09 15:43:39 | 5 | 25 | 88 |
| 0132 | 06/08/09 12:00:14 | 06/08/09 08:00:14 | 5 | 26 | 87 |
| 0133 | 06/10/09 01:14:26 | 06/09/09 21:14:26 | 5 | 32 | 87 |
| 0134 | 06/10/09 19:37:26 | 06/10/09 15:37:26 | 5 | 25 | 86 |
| 0135 | 06/13/09 03:58:13 | 06/12/09 23:58:13 | 1 | 31 | 86 |
| 0136 | 06/16/09 02:10:22 | 06/15/09 22:10:22 | 3 | 33 | 86 |
| 0137 | 06/25/09 19:51:01 | 06/25/09 15:51:01 | 5 | 24 | 0 |
| 0138 | 06/26/09 19:21:46 | 06/26/09 15:21:46 | 4 | 25 | 0 |
| 0139 | 08/07/09 19:33:03 | 08/07/09 15:33:03 | 5 | 24 | 0 |
| 0140 | 08/31/09 19:50:02 | 08/31/09 15:50:02 | 5 | 23 | 0 |
| 0141 | 09/07/09 19:58:16 | 09/07/09 15:58:16 | 5 | 25 | 0 |
| 0142 | 10/01/09 20:04:01 | 10/01/09 16:04:01 | 5 | 28 | 0 |
| 0143 | 10/06/09 23:12:54 | 10/06/09 19:12:54 | 5 | 33 | 0 |
| 0144 | 10/08/09 19:47:14 | 10/08/09 15:47:14 | 5 | 26 | 0 |
| 0145 | 10/14/09 20:32:52 | 10/14/09 16:32:52 | Old Time | | |
| 0146 | 10/14/09 20:53:12 | 10/14/09 16:53:12 | New Time | | |
| 0147 | 10/14/09 22:24:26 | 10/14/09 18:24:26 | 4 | 14 | 99 |
| 0148 | 10/14/09 22:24:40 | 10/14/09 18:24:40 | 5 | 15 | 99 |
| 0149 | 11/03/09 00:48:09 | 11/02/09 19:48:09 | 5 | 27 | 98 |
| 0150 | 11/03/09 20:00:14 | 11/03/09 15:00:14 | 2 | 28 | 98 |
| 0151 | 11/30/09 20:55:01 | 11/30/09 15:55:01 | 5 | 25 | 98 |
| 0152 | 12/22/09 03:17:49 | 12/21/09 22:17:49 | 5 | 33 | 97 |
| 0153 | 01/15/10 02:08:43 | 01/14/10 21:08:43 | 5 | 31 | 97 |
| 0154 | 01/19/10 20:55:59 | 01/19/10 15:55:59 | 5 | 24 | 96 |
| 0155 | 02/03/10 21:34:14 | 02/03/10 16:34:14 | 5 | 34 | 95 |
| 0156 | 02/03/10 21:34:16 | 02/03/10 16:34:16 | 2 | 34 | 95 |
| 0157 | 02/05/10 00:21:11 | 02/04/10 19:21:11 | 5 | 28 | 95 |
| 0158 | 02/05/10 00:24:15 | 02/04/10 19:24:15 | 5 | 30 | 94 |

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0159 | 03/05/10 04:19:59 | 03/04/10 23:19:59 | 3 | 32 | 93 |
| 0160 | 03/05/10 21:02:31 | 03/05/10 16:02:31 | 5 | 25 | 93 |
| 0161 | 04/09/10 20:38:12 | 04/09/10 16:38:12 | 1 | 22 | 92 |
| 0162 | 04/13/10 23:04:44 | 04/13/10 19:04:44 | 5 | 30 | 92 |
| 0163 | 04/14/10 01:12:28 | 04/13/10 21:12:28 | 5 | 26 | 92 |
| 0164 | 04/16/10 22:43:40 | 04/16/10 18:43:40 | 5 | 25 | 91 |
| 0165 | 04/16/10 22:44:02 | 04/16/10 18:44:02 | 5 | 27 | 91 |
| 0166 | 04/16/10 22:44:39 | 04/16/10 18:44:39 | 5 | 27 | 91 |
| 0167 | 04/16/10 22:45:34 | 04/16/10 18:45:34 | 5 | 28 | 90 |
| 0168 | 04/16/10 22:46:08 | 04/16/10 18:46:08 | 5 | 29 | 90 |
| 0169 | 05/07/10 04:15:36 | 05/07/10 00:15:36 | 1 | 32 | 89 |
| 0170 | 06/08/10 01:25:14 | 06/07/10 21:25:14 | 3 | 33 | 89 |
| 0171 | 08/20/10 21:04:41 | 08/20/10 17:04:41 | 3 | 32 | 88 |
| 0172 | 08/20/10 21:04:53 | 08/20/10 17:04:53 | 5 | 33 | 88 |

End of Report.

Photos




# WASHTENAW COUNTY
## OFFICE OF THE SHERIFF

JERRY L. CLAYTON
*SHERIFF*

2201 Hogback Road ♦ Ann Arbor, Michigan 48105-9732 ♦ OFFICE (734) 971-8400 ♦ FAX (734) 973-4924 ♦ EMAIL sheriff@ewashtenaw.org

MARK A. PTASZEK
*UNDERSHERIFF*

CASE #10-5966          OIC: DEP URBAN 1793          08/20/2010



8707 Heather Dr (View of Kitchen & Living Room-From Garage Door Entry)



8707 Heather Dr (View of Kitchen & Living Room-From Garage Door Entry No. 2)

0236



Suspected Marijuana Located on the Kitchen Table



Suspected Marijuana Located on the Kitchen Table No. 2

CASE: 10-5966

OIC: DEP URBAN 1793



Suspected Cocaine Removed from Jackson's Waste Band
(Currency removed from Left/Front Pants Pocket)



Suspected Cocaine and Currency Removed from Jackson
(All Evidence Provided to Detective Marocco on Scene)

CASE 10-5566

OIC DEF URBAN 1753



Photograph of Jackson prior to HVA unit No. 108 transport

## Judy Kramer

From:            Martha Osborne
Sent:            Friday, January 14, 2011 2:02 PM
To:            Judy Kramer
Subject:            photos Stanley Jackson Jr. case.
Attachments:            image001.jpg



Martha E. Osborne
Records Division
Washtenaw County Sheriff's Office
734-973-4601
**Up-to-the-minute updates from the Washtenaw County Sheriff's Office by e-mail and cell phone:**
**www.nixle.com**

1

0240

Prosecutor Review

JAN-06-2011 THU 04:24 PM Wash Cty. Prosecuting At     FAX NO. 7342226610     P. 01



# Office Of Prosecuting Attorney
### Brian L. Mackie, Prosecutor

200 North Main Street
P.O. Box 8645
Ann Arbor, Michigan 48107-8645
Tel. (734) 222-6620
Fax (734) 222-6810

Chief Assistant
Joseph Burke
Deputy Chief Assistant
Steven Hiller
www.ewashtenaw.org

January 6, 2011

Detective Sergeant Robert Weimer
Michigan State Police
Metro South Post
12111 Telegraph Road
Taylor, MI 48180

Re: MSP# 25-3468-10

Dear Sgt. Weimer,

     I have reviewed the thorough report you filed in this investigation. There is no evidence of criminal activity by any of the law enforcement or medical personnel who were involved in the lawful arrest, transportation and medical treatment of Stanley Jackson. I attach a copy of a memo setting forth our review.

Sincerely,

BRIAN L. MACKIE
PROSECUTING ATTORNEY

_Brian Mackie_
Prosecuting Attorney

cc: file

0242

JAN-06-2011 THU 04:24 PM Wash Cty, Prosecuting Att      FAX NO. 7342226610          P. 02



# Memo

| | |
|---|---|
| **To:** | Mackie |
| **From:** | Burke |
| **CC:** | file |
| **Date:** | 01/06/2011 |
| **Re:** | Death of Stanley Jackson |

---

MSP Metro South Det. Sgt. Robert Weimer had submitted thorough investigation of the circumstances leading to the Death of Stanley Jackson. I have reviewed that report. There is no evidence of criminal activity on the part of any of the police or medical personnel who were involved with apprehending, transporting and seeking to treat Jackson.

### ARREST OF STANLEY JACKSON

Washtenaw County Sheriff Deputies were asked to assist LAWNET in an ongoing investigation of Stanley Jackson, who was suspected of selling drugs from his residence in Superior Township. On January 21, 2010, Jackson had been placed on probation by Wayne County Circuit Court for delivering cocaine or heroin. On August 1, 2010, Jackson was charged by the Wayne County Prosecutor's Office for Delivery of cocaine or heroin. WCSD had received numerous tips and complaints from area citizens about Jackson's drug dealing. On August 20, 2010 Deputy Morocco (working undercover and assigned to LAWNET) requested uniform presence from WCSD to make personal contact with Jackson outside of his residence at 8707 Heather, Ypsilanti, MI. Morocco had been observing from his unmarked car and had witnessed what he believed to be numerous drug transactions in which Jackson had sold drugs to people who approached.

Deputy Urban arrived in a marked car, and was dressed in uniform. (Unless otherwise noted, all officers were in uniform and in marked cars.) As Morocco approached Jackson in his unmarked unit, Urban arrived and got out of his car. Jackson looked at Morocco, then looked at Urban and began running. Urban gave chase. Jackson ran on to the residence at 8707 Heather and Urban followed him in fresh pursuit. All the while Urban saw Jackson grabbing at the waistband of his pants. When Urban caught up with Jackson in the residence, he used his department issued taser to subdue Jackson. Jackson dropped to the floor after being shot with the taser. Urban was joined inside the house by Deputy Mercure, and later by Deputies Farmer and Reich.

1

JUN-06-2011 THU 04:24 PM Wash Cty, Prosecuting At     FAX NO. 7342226610     P. 03

At first, Jackson was stunned from the effects of the taser. He was on his back with his arms tensed in front of him. Urban tried to handcuff him. Jackson was a very large (6 '0, 275 lbs.) and more than one pair of handcuffs was needed. When Mercure came to help, Jackson was still in a stunned state, was salivating, had his jaws clenched and was staring. Shortly thereafter, he began to come around. Once the effect of the taser had dissipated Jackson became loud, agitated and aggressive. He tried to get up despite the many repeated commands of the officers not to do so. The Deputies had called for and were awaiting the arrival of an ambulance (HVA). They continued to struggle with Jackson as he tried to get up and kept resisting the officers. Deputy Farmer was assisting by holding on to Jackson when she saw him leaning forward with his mouth open and teeth bared as though he was going to bite her arm. When his mouth got to nearly touching her arm, she delivered a left jab to his jaw and commanded, "don't bite!" He did not bite her.

During the entire struggle, Jackson continuously was trying to move his hands to his front belt line area. Deputy Urban employed a "drive stun" with his taser which had no apparent effect. It is unclear whether Mercure did the same, but in any event, nothing had an effect on Jackson, he remained combative and extremely loud. After the Deputies subdued Jackson, he was searched and a plastic bag containing a white substance was found tucked in his waistband. There were also bags of marijuana on the kitchen table next to some cigars.

<u>AMBULANCE AND HOSPITAL</u>

HVA arrived and sought to examine and treat Jackson, because he was spitting at everyone, they put an unconnected oxygen mask on his face. He was combative with HVA personnel and had to be strapped to a stretcher for removal. Jackson was so combative that HVA was unable to get vital signs. Jackson struggled all the way to St. Joseph's Hospital where he was delivered to the emergency room.

In the emergency room, Jackson continued being belligerent and continued to spit at anyone he could. The attending physician ordered that Jackson be sedated with a dose of Ativan (lorazepam). He was given an IM injection and began to calm down. Shortly thereafter, the attending medical personnel noted that he was in respiratory distress. Despite their efforts, he did not recover and ultimately died.

<u>AUTOPSY</u>

Medical Examiner Dr. Jeff Jentzen performed the autopsy on Jackson. His findings were: "The death was certified as due to sudden cardiac death resulting from non-occlusive ischemic heart disease associated with acute adrenergic (adrenaline caused) stress reaction. The EMDD (taser) application may have contributed in providing external stress.

<u>CONCLUSION</u>

Deputy Urban was acting appropriately when he observed, chased and subdued Stanly Jackson. The "police team" theory allows one officer to act based upon the collective observations of other police officers. *U. S. v Sutton* 794 F. 2d 1415 (9th Cir., 1986) Urban's entry into the residence while in fresh pursuit is allowed. *P. v Beachman*, 98 Mich App 544 (1980). There is no evidence in the report that the

● Page 2

responding officers used an unreasonable amount of force in subduing Jackson. A police officer is never under a duty to retreat when there has been a show of force. *P. v Doss*, 406 Mich 90 (1979) Because all of the actions taken by the Deputies on August 20, 2010 were lawful and in the performance of their duties while trying to apprehend Stanley Jackson for delivery of a controlled substance, there is no violation of any criminal laws and no charges can be filed against the Deputies involved in the apprehension of Jackson.